UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,    Case No.: 6:15-bk-7275-KSJ

    Debtor.
_____/

DEBTOR'S APPLICATION TO AUTHORIZE EMPLOYMENT
OF NARDELLA & NARDELLA, PLLC, AS ATTORNEY

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W. Washington Street, Suite 5100 Orlando, Florida 32801, and serve a copy on the movant's attorney: Michael A. Nardella, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801.**

**If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

The Debtor applies for an order authorizing the employment of Nardella & Nardella, PLLC ("Nardella") and says:

1.    On August 24, 2015, the Debtor filed for relief under Chapter 11 of the Bankruptcy Code.

2.    Nardella has been selected because he (a) has experience in matters of this nature, and (b) is well-qualified to represent the debtor-in-possession.

3. The professional services that the attorney will render include:

    a. advise and counsel the debtor-in possession concerning the operation of its business in compliance with Chapter 11 and orders of this court;

    b. defend any causes of action on behalf of the debtor-in-possession;

    c. prepare, on behalf of the debtor-in-possession, all necessary applications, motions, reports, and other legal papers in the Chapter 11 case;

    d. assist in the formulation of a plan of reorganization and preparation of a disclosure statement;

    e. provide all services of a legal nature in the field of bankruptcy law.

4. This application is for Nardella to serve as general bankruptcy counsel for the Debtor. The Debtor is also applying to employ Roman V. Hammes, P.L. ("RVH") to serve as co-counsel with Nardella on this case. Nardella and RVH will be responsible for reasonably dividing case responsibilities as necessary to achieve the objectives of this chapter 11 case.

5. The Debtor has agreed to the proposed arrangement for compensation as set forth in the verified statement and disclosure of compensation being filed contemporaneously herewith.

6. To the best of the Debtor's knowledge, Nardella:

    a. Has no connection with the debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States;

    b. Does not hold or represent any interest adverse to the estate; and

      c.     Is a disinterested person as is more specifically set forth in the verified statement being filed contemporaneously herewith.

7.     The Debtor believes that the employment of the attorney would be in the best interests of the estate.

<u>Relief Requested</u>

For the reasons stated above, the Debtor requests the entry of an order authorizing the employment of Nardella as attorney for the debtor-in possession.

DATED this 24th day of August, 2015

Progressive Plumbing, Inc.

By: _____
William Lawson
Title: President