UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                      Chapter 11

PROGRESSIVE PLUMBING, INC.,         Case No.: 6:15-bk-07275-KSJ

       Debtor.
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on Thursday, **August 27, 2015 at 2:45pm** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, to consider and act upon the motions below and to transact such other business that may come before the court.

1. Motion to Maintain Pre-Petition Bank Accounts (Doc. No. 3)

2. Motion to Use Cash Collateral (Doc. No. 4)

3. Motion for Joint Administration (Doc. No. 5)

4. Motion to Pay Affiliate Officer Salaries (Doc. No. 6)

5. Motion to Specify Adequate Protection of Payment for Post-Petition Utilities (Doc. No. 7)

6. Motion to Pay Pre-Petition Claims of Critical Vendors (Doc. No. 8)

7. Motion to Pay Pre-Petition Wage Claims (Doc. No. 9)

Dated: August 26, 2015

                                           /s/ Michael A. Nardella
                                           Michael A. Nardella, Esq.
                                           Florida Bar No. 051265
                                           Nardella & Nardella, PLLC
                                           250 East Colonial Drive, Suite 102
                                           Orlando, FL 32801
                                           (407) 966-2680
                                           mnardella@nardellalaw.com

                                                      and

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 87250
Roman V. Hammes, P.L.
250 East Colonial Drive Suite 305
Orlando, FL 32801
Telephone: (407) 650-0003
Email: roman@romanvhammes.com

Proposed Attorneys for Debtor

Certificate of Service

I certify that a copy of the foregoing was filed using CM/ECF on August 26, 2015 and a hard copy mailed via U.S. mail to the following non CM/ECF participants: all creditors on the attached matrix.

/s/ Roman V. Hammes
Roman V. Hammes

Progressive Plumbing, Inc.
1064 W Highway 50
Clermont, FL 34711

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121

Roman V. Hammes
Roman V. Hammes, P.L.
250 East Colonial Drive
Suite 305
Orlando, FL 32801

Nissan Motor Acceptance Corporation
PO Box 650214
Attn: Katherine Melendrez
Dallas, TX 75265

Canon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054

Darwin National Assurance Co
1690 New Britian Ave
Suite 101
Farmington, CT 06032

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602

First Green Bank
18251 US Hwy 441
Mount Dora, FL 32757

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126

Hughes Supply Inc
One Hughes Way
Orlando, FL 32805

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101