UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

Chapter 11
Case No.: 6:15-bk-07275-KSJ

      Debtor.
_____/

**RESPONSE IN OPPOSITION TO MOTION FOR AUTHORITY
TO MAINTAIN PREPETITION BANK ACCOUNTS**

Creditor Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company ("Allied"), by and through the undersigned counsel, respectfully submits this Response in Opposition to Debtor Progressive Plumbing, Inc.'s ("PPI") Motion for Authority to Maintain Prepetition Bank Accounts (Doc. 3) (the "Motion for Authority") as follows:

1.    As a preliminary matter, Allied denies a number of the meritless allegations contained in PPI's Chapter 11 Case Management Summary (Doc. 2) (the "Case Management Summary"), including, but not limited to, any express or implied allegation that Allied acted wrongfully relative to PPI or otherwise.

2.    In any event, the Case Management Summary confirms that PPI has received and expects to receive payments under certain plumbing contracts that are covered by surety bonds Allied issued on behalf of PPI (collectively, the "Bonded Contract Proceeds").

3.    As explained more fully in Allied's Response in Opposition to Emergency Motion to Use Cash Collateral, Notice of Non-Consent of Use of Cash Collateral, and Request for Adequate Protection Under 11 U.S.C. § 363, Allied's interests in the Bonded Contract Proceeds are superior to any interest PPI may possess in the Bonded Contract Proceeds.

4. Accordingly, Allied objects to the Motion for Authority to the extent PPI intends to commingle Bonded Contract Proceeds with other finds that have been or may be deposited into the accounts PPI seeks to maintain. Furthermore, to the extent PPI has received or may receive Bonded Contract Proceeds, Allied requests that PPI be required to deposit such Bonded Contract Proceeds into a new and separate account, from which the Bonded Contract Proceeds can be used for the contractually mandated purpose of satisfying obligations for which Allied would be liable under the bonds it issued on behalf of PPI.

Dated: August 27, 2015

Respectfully submitted,

*/s/Jonathan P. Cohen*
Jonathan P. Cohen
Florida Bar No.: 11526
**Jonathan P. Cohen, P.A.**
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394
(954) 462-8850
(954) 848-2987 -fax
jcohen@jcohenpa.com
service@jcohenpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2015, I electronically filed the foregoing using CM/ECF and by U.S. Mail to the entities or individuals listed on the mailing matrix.

*/s/Jonathan P. Cohen*
Jonathan P. Cohen

```
Label Matrix for local noticing      Progressive Plumbing, Inc.          Allied World Specialty Ins Co f/k/a Darwin N
113A-6                               1064 W Highway 50                   C/O Jonathan P. Cohen, Esq.
Case 6:15-bk-07275-KSJ               Clermont, FL 34711-2835              500 E. Broward Blvd. Suite 1710
Middle District of Florida                                               Fort Lauderdale, FL 33394-3012
Orlando
Thu Aug 27 07:11:47 EDT 2015

Canon Financial Services             Darwin National Assurance Co        Ferguson Enterprises Inc
158 Gaither Drive                    1690 New Britian Ave                12500 Jefferson Ave
Mount Laurel, NJ 08054-1716          Suite 101                           Newport News, VA 23602-4314
                                     Farmington, CT 06032-3361


First Green Bank                     Florida Department of Revenue       Ford Motor Credit
18251 US Hwy 441                     Bankruptcy Unit                     Tax Dept, WHQ Room 612
Mount Dora, FL 32757-6718            Post Office Box 6668                One American Road
                                     Tallahassee FL 32314-6668           Dearborn, MI 48126-2701


Hughes Supply Inc                    Internal Revenue Service            Internal Revenue Service
One Hughes Way                       Centralized Insolvency              Post Office Box 7346
Orlando, FL 32805                    PO Box 7346                         Philadelphia PA 19101-7346
                                     Philadelphia, PA 19101-7346


Lake County Tax Collector            Marlin Business Bank                Nissan Motor Acceptance
Attn:  Bob McKee                     2795 E Cottonwood Pkwy              Corporation
Post Office Box 327                  #120                                PO Box 650214
Tavares FL 32778-0327                Salt Lake City, UT 84121-7092       Attn: Katherine Melendrez
                                                                         Dallas, TX 75265-0214


United States Trustee - ORL +        Michael A Nardella +                Roman V Hammes +
Office of the United States Trustee  Nardella & Nardella, PLLC           Roman V. Hammes, P.L
George C Young Federal Building      250 East Colonial Drive, Ste 102    250 East Colonial Drive, Suite 305
400 West Washington Street, Suite 1100 Orlando, FL 32801-1231            Orlando, FL 32801-1231
Orlando, FL 32801-2210


Jonathan P Cohen +
Jonathan P. Cohen, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394-3012
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Allied World Specialty Insurance Company      End of Label Matrix
                                                 Mailable recipients    18
                                                 Bypassed recipients     1
                                                 Total                  19