United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 15-07275-KSJ
Progressive Plumbing, Inc.                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6           User: cfaye              Page 1 of 1              Date Rcvd: Aug 26, 2015
                               Form ID: B9F2           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2015.
db          +Progressive Plumbing, Inc.,    1064 W Highway 50,    Clermont, FL 34711-2835
aty         +Jonathan P Cohen,   Jonathan P. Cohen, P.A.,    500 East Broward Blvd., Suite 1710,
              Fort Lauderdale, FL 33394-3012
aty         +Michael A Nardella,    Nardella & Nardella, PLLC,    250 East Colonial Drive, Ste 102,
              Orlando, FL 32801-1231
25741080    +Allied World Specialty Ins Co f/k/a Darwin Natl,    C/O Jonathan P. Cohen, Esq.,
              500 E. Broward Blvd. Suite 1710,    Fort Lauderdale, FL 33394-3012
25737617    +Canon Financial Services,    158 Gaither Drive,    Mount Laurel, NJ 08054-1716
25737618    +Darwin National Assurance Co,    1690 New Britian Ave,    Suite 101,    Farmington, CT 06032-3361
25737619    +Ferguson Enterprises Inc,    12500 Jefferson Ave,    Newport News, VA 23602-4314
25737620    +First Green Bank,    18251 US Hwy 441,    Mount Dora, FL 32757-6718
25737622     Hughes Supply Inc,    One Hughes Way,    Orlando, FL 32805
25737624    +Marlin Business Bank,    2795 E Cottonwood Pkwy,    #120,    Salt Lake City, UT 84121-7092
25737625    +Nissan Motor Acceptance,    Corporation,    PO Box 650214,    Attn: Katherine Melendrez,
              Dallas, TX 75265-0214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: roman@romanvhammes.com Aug 26 2015 23:26:53     Roman V Hammes,
              Roman V. Hammes, P.L.,    250 East Colonial Drive, Suite 305,    Orlando, FL  32801
ust         +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 26 2015 23:27:36
              United States Trustee - ORL,    Office of the United States Trustee,
              George C Young Federal Building,    400 West Washington Street, Suite 1100,
              Orlando, FL 32801-2210
25737615     EDI: FLDEPREV.COM Aug 26 2015 23:18:00     Florida Department of Revenue,    Bankruptcy Unit,
              Post Office Box 6668,    Tallahassee FL 32314-6668
25737621    +EDI: FORD.COM Aug 26 2015 23:18:00     Ford Motor Credit,    Tax Dept, WHQ Room 612,
              One American Road,    Dearborn, MI 48126-2701
25737623    +EDI: IRS.COM Aug 26 2015 23:19:00     Internal Revenue Service,    Centralized Insolvency,
              PO Box 7346,    Philadelphia, PA 19101-7346
25737614    +E-mail/Text: Bankruptcy@laketax.com Aug 26 2015 23:27:04     Lake County Tax Collector,
              Attn:  Bob McKee,    Post Office Box 327,    Tavares FL 32778-0327
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allied World Specialty Insurance Company
25737616*       Internal Revenue Service,    Post Office Box 7346,    Philadelphia PA 19101-7346
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2015 at the address(es) listed below:
              Jonathan P Cohen    on behalf of Creditor    Allied World Specialty Insurance Company
               jcohen@jcohenpa.com, service@jcohenpa.com
              Michael A Nardella    on behalf of Debtor    Progressive Plumbing, Inc. mnardella@nardellalaw.com,
               jwomble@nardellalaw.com
              Roman V Hammes    on behalf of Debtor    Progressive Plumbing, Inc. roman@romanvhammes.com,
               crystal@romanvhammes.com
              United States Trustee - ORL    USTP.Region21.OR.ECF@usdoj.gov
                                                                                              TOTAL: 4

**FORM B9F Alt.** (Chapter 11 Corporation/Partnership Asset Case) (03/14)      Case Number **6:15−bk−07275−KSJ**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on August 24, 2015 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors − Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Progressive Plumbing, Inc.
1064 W Highway 50
Clermont, FL 34711

| Case Number:<br>6:15−bk−07275−KSJ | Taxpayer ID/Employer ID/Other Nos.:<br>59−2618044 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Roman V Hammes<br>Roman V. Hammes, P.L<br>250 East Colonial Drive, Suite 305<br>Orlando, FL 32801<br>Telephone number: (407) 650−0003 | |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.

You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse.

Date: **September 21, 2015**      Time: **11:00 AM**
Location: **George C. Young Courthouse, Suite 1203−B, 400 West Washington Street, Orlando, FL 32801**

### Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **December 7, 2015**      For a governmental unit: **180 days from the date of filing**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

**No later than the first date set for the Hearing on Confirmation**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801<br>Telephone number: 407−237−8000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: August 26, 2015 |

# EXPLANATIONS

FORM B9F Alt (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. . A proof of claim form may be filed on–line at the Court's website – ***www.flmb.uscourts.gov*** or you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. ***Filing Deadline for a Foreign Creditor:*** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. A Proof of Claim is a signed statement describing a creditor's claim. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| —— Refer to Other Side for Important Deadlines and Notices —— ||
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |