UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

     Debtors.
_____/

# DEBTOR'S MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES AND STATEMENTS

The Debtors, Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc., request an extension of time within which to file lists, schedules and statements pursuant to F.R.B.P. 1007(c). In support thereof, the Debtors say:

1.      On August 24, 2015, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. F.R.B.P. 100(c) provides that (i) a debtor shall file lists, schedules and statements within fourteen (14) days after the petition is filed; and (ii) the time to file may be extended for cause.

3. The Debtors are still compiling the information needed to complete the lists, schedules and statements.

4. The meeting of creditors is set for September 28, 2015. Accordingly, an extension of time until September 18, 2015 will not result in any prejudice to creditors or other parties in interest.

THEREFORE the Debtor requests that the Court extend the deadline to file the lists, schedules and statements in this case until and including September 18, 2015, and grant other such further relief as may be appropriate.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was furnished on September 4, 2015 by electronic notice to: Timothy S. Laffredi, Trial Attorney, Office of the United States Trustee, US Department of Justice, George C. Young Federal Building, 400 W Washington St, Suite 1100, Orlando, FL 32801.

/s/Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com

/s/ Roman V. Hammes
Roman V. Hammes, Esq.
Florida Bar No. 087250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, FL 32801
(407) 650-0003
roman@romanvhammes.com

Attorneys for the Debtors