UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

        Debtors.

_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

**MOTION FOR ADMISSION PRO HAC VICE OF JARROD W. STONE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2090-1(c) of the United States Bankruptcy Court, Middle District of Florida, Creditor Allied World Special Insurance Company f/k/a Darwin National Assurance Company ("Allied"), by and through its undersigned attorney, moves this Court for an order allowing Jarrod W. Stone, Esq. to appear in this Court as co-counsel on behalf of Allied in the above-styled case. In support of this motion, Allied states as follows:

1.      As stated in the accompanying declaration, Mr. Stone is a partner with the law firm Manier & Herod in Nashville, Tennessee.  Mr. Stone is admitted to practice law in the State of Tennessee, the State of Kentucky, and in the United States District Courts for the Eastern, Middle, and Western Districts of Tennessee and the Eastern and Western Districts of Kentucky. See *Declaration of Jarrod W. Stone* annexed hereto as Exhibit "A."

2.      In the above jurisdictions, Mr. Stone is a member in good standing and has never been reprimanded, suspended, placed on inactive status, or disbarred.  There are no grievances or disciplinary proceedings pending against him. See *Id.*

3.      Mr. Stone is familiar with, and will be governed by, the Local Rules of the United States Bankruptcy Court, Middle District of Florida, including Rule 2.090-2 thereof. Mr. Stone is familiar with and will be governed by the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4.      The undersigned counsel is a member in good standing of the Florida Bar and the United States Bankruptcy Court, Middle District of Florida, and will continue to serve as counsel of record for Allied, upon whom all pleadings, motions, notices and other papers may be served in accordance with the Federal Rules of Bankruptcy Procedure and the Rules of this Court.  See *Declaration of Jonathan P. Cohen* annexed hereto as Exhibit "B."

5.      Mr. Stone designates Jonathan P. Cohen, Esq., of the law firm Jonathan P. Cohen, P.A., as the resident attorney upon whose behalf he shall act in the above-styled case.

6.      Jonathan P. Cohen, Esq. hereby consents to Mr. Stone acting in conjunction with or on his behalf.

7.      All notices and papers will be served on Jonathan P. Cohen, who will remain responsible for the progress of the case, including trial in the event of default of the non-resident attorney.

Dated: September 3, 2015

/s/Jonathan P. Cohen
Jonathan P. Cohen
Florida Bar No.: 11526
**Jonathan P. Cohen, P.A.**
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394
(954) 462-8850
(954) 848-2987 -fax
jcohen@jcohenpa.com

service@jcohenpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2015, I electronically filed the foregoing using CM/ECF and by U.S. Mail to the entities or individuals listed on the mailing matrix.

*/s/Jonathan P. Cohen*
Jonathan P. Cohen