# Exhibit 5



James A. Keating
AVP - Surety Claims
James.Keating@AWAC.com

August 6, 2015

**SENT BY REGULAR & CERTIFIED MAIL and ELECTRONIC MAIL**

| | |
|---|---|
| William Lawson, Jr. | William Lawson, Sr. |
| Progressive Plumbing, Inc. | Charlene H. Lawson |
| 1064 West Highway 50 | 1803 Rosewood Drive |
| Clermont, FL 34712 | Clermont, FL 34711 |

Re: **DEMAND FOR COLLATERAL**
    **Principal:**    **Progressive Plumbing, Inc.**
    **Indemnitors: William Lawson, Sr. and Charlene Lawson**

Gentlemen:

    One or more affiliates of Allied World Assurance Company ("Allied World") is the surety on various bonds issued on behalf of the above named principal. Each of you signed an Agreement of Indemnity in which you each agreed, among other things, to jointly and individually indemnify and hold Allied World Surety harmless from and against any and all demands, liabilities, losses, costs, damages, attorneys' fees and expenses of whatever kind or nature which arise by reason of, or in consequence of, the execution by Allied World of any bond on behalf of the Principal. Each of you also agreed that all job funds received by the Principal from bonded jobs were trust funds to be used first for paying suppliers of labor and material on the bonded job before being used for any other purpose. Allied World will vigorously pursue these trust funds if they have been diverted, including challenging any attempt by improper recipients of the trust funds to discharge their debts in bankruptcy.

    As you know, Allied World has paid numerous claims on behalf of Progressive Plumbing, Inc. ("PPI") and is out of pocket over $752,000. Based on recent meeting and exposure analysis on two bonded projects (1800 West End and Hyatt House @ Downtown Atlanta) Allied World believes it currently faces additional loss exposure of $750,000.00. Allied World now makes this additional demand upon each of you jointly, severally and in the alternative, collateral security in the amount of **$750,000.00** (the "Collateral Security") in cash or certified funds. This additional demand is made pursuant to the terms of the Agreement of Indemnity each of you signed. Allied World will seek a judgment against each of you for the full amount unless we receive the Collateral Security in full by the close of business on Tuesday August 11, 2015.

ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.   30 South 17th Street   T. 267 800 1819   E. info@awac.com
16th Floor   F. 267 800 1859   www.awac.com
Philadelphia, PA 19103

William Lawson, Jr.
Progressive Plumbing, Inc.
August 6, 2015
Page 2 of 2

Nothing herein shall be deemed to be an estoppel, waiver or modification of any of Allied World's rights or defenses and Surety hereby reserves all of its rights and defenses under any Agreement of Indemnity, contracts, agreements, bonds, or applicable law. Allied World reserves the right under the Agreement of Indemnity to make further demands on you for money as its losses accrue or its reserves are increased.

Should you have any questions, please call me. We look forward to receiving your prompt attention to this matter.

Sincerely,

JAMES A. KEATING, ESQ.
Assistant Vice President – Surety Claims

JAK/
CC:
Lawson Investment Group, Inc.
Gracious Living Design Center, Inc.
Central Florida Supply, Inc.
Progressive Plumbing Services, LLC
1064 West Highway 50
Clermont, FL 34712

M. Sasso, Esq., atty for Progressive Plumbing – via electronic mail only
J. P. Cohen, Esq., atty for Allied World Ins. – via electronic mail only