

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/09/2015 09:30 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-07275-KSJ | 11 | 08/24/2015 |

Chapter 11

**DEBTOR:**     Progressive Plumbing, Inc.

**DEBTOR ATTY:**  Michael Nardella

**TRUSTEE:**    NA

**HEARING:**

(1) Continued Hearing on Debtor's Motion to Use Cash Collateral (Doc #4)
(2) Debtor's Application to Set Officers' Salary   (Doc #6)
Response by Allied World Specialty Insurance Co. (Doc #27)
(3) Application to Employ Roman V. Hammes as Counsel for Debtor (Doc #12)
(4) Application to Employ Nardella & Nardella as Counsel for Debtor (Doc #14)
(5) Debtor's Emergency Motion to Compel Compliance with Automatic Stay (Doc #22)
Debtor's Brief in Support of Motion (Doc #54)
Brief in Opposition of Motion by Allied World Specialty Insurance Company (Doc #55)
Note:   Cont'd from 8/27/15
Meeting of Creditors:   9/28/15 at 2:00 p.m.
Plan & Disclosure Statement due 1/21/16
Pending Matters:
-Debtor's Motion to Extend Time to File Lists, Schedules and Statements (Doc #38) filed 9/3/15
-Expedited Motion for Relief from Stay filed by Premium Assignment Corporation re: Unearned Premiums (Doc #49) filed 9/4/15
-Premium Assignment Corporation's Motion to Approve Agreements Relating to Providing Adequate Protection (Doc #68) filed            9/8/15 with negative notice.   Response deadline:   9/22/15
Jointly Administered with:
Progressive Services, Inc., Case No. 15-7276; and Gracious Living Design, Case No. 15-7277
.

**APPEARANCES:**:

Michael Nardella (Debtor)
Tim Laffredi (US Trustee)
Mark Ahlers (First Green Bank)

Jonathan Cohen & Jared Stone (Allied World Specialty)
Sunny Sidhu (Premium Assignment Corp)

Also present:   Bill Lawson, Billy Lawson, Kim Lawson Sapp (Principals of Debtor)

**WITNESSES:**

#1:   Kimberly Lawson Sapp

**EVIDENCE:** Debtor's Exhibits 1 - 8 admitted

**RULING:**

(1) Continued Hearing on Debtor's Motion to Use Cash Collateral   (Doc #4):    Under Advisement.   Oral ruling September 15, 2015 at 1:30 p.m.

(2) Debtor's Application to Set Officers' Salary    (Doc #6):   Continued in open court to October 7, 2015 at 2:00 p.m.   No further notice will be given

(3) Application to Employ Roman V. Hammes as Counsel for Debtor   (Doc #12):   Approved.   Order by Hammes

(4) Application to Employ Nardella & Nardella as Counsel for Debtor   (Doc #14):   Approved.   Order by Nardella

(5) Debtor's Emergency Motion to Compel Compliance with Automatic Stay   (Doc #22):   Under Advisement.   Oral ruling September 15, 2015 at 1:30 p.m.

(6) Expedited Motion for Relief from Stay by Premium Assignment   (Doc #49):   Denied.   Order by Sidhu

(7) Motion to Approve Agreements Relating to Adequate Protection   (Doc #68):   Granted on interim basis subject to objections being filed by 9/22/15.   If objections filed, to be set for hearing.   Order by Sidhu

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.