UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

    Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

## PROOF OF SERVICE

I certify that a copy of the Order Granting Debtor's Motion for Joint Administration (Doc. No. 32) was served on September 8, 2015 on the CM/ECF participants in this case and was served on September 11, 2015 to the attached list of creditors via US Mail.

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 087250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, FL 32801
(407) 650-0003
roman@romanvhammes.com

Progressive Services, LLC
1064 West Highway 50
Clermont, FL 34712

Progressive Plumbing, Inc.
1034 W Highway 50
Clermont, FL 34712

Gracious Living Design, Inc
1064 West Highway 50
Clermont, FL 34712

Canon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054
Dearborn, MI 48126

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602

Hughes Supply Inc
One Hughes Way
Orlando, FL 32805

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121

Nissan Motor Acceptance
Corporation
PO Box 650214
Attn: Katherine Melendrez
Dallas, TX 75265

United Southern Bank
PO Drawer 29
Umatilla, FL 32784