UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC and
GRACIOUS LIVING DESIGN
CENTER, INC.,

Chapter 11
Case No. 6:15-bk-07275-KSJ

Case No. 6:15-bk-07276-KSJ
Case No. 6:15-bk-07277-KSJ

    Debtor.
_____/

DEBTORS' APPLICATION TO EMPLOY ACCOUNTANT
PURSUANT TO 11 U. S. C. §327, AND DECLARATION OF PROPOSED
ACCOUNTANT PURSUANT TO 11 U. S. C. §328(a), AND F. R. B. P. 2014

Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc. (the "Debtors"), request authority to employ Douglas Martin of Martin, Klayer & Associates, P.L. (the "Accountant"), as its accountant and in support hereof says:

1.    This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on August 24, 2015. The Debtor is acting as debtor in possession, no trustee having been appointed.

2.    The Debtor requests authority to employ the Accountant for the purpose of preparing the 2014 Federal income tax returns for the three Debtor entities and related state returns.

3.    The Accountant's office is located at 101 S.Palmetto Ave, Suite 2, Daytona Beach, FL 32114.

4. The Accountant has been selected because he has considerable experience in matters of this nature, and is well qualified to provide the necessary services for the Debtor. The Accountant has been providing accounting services to the Debtors for a number of years.

5. The Accountant estimates the cost to prepare the tax returns and conduct the audit will be $4100. The Accountant asks that this amount be paid as an administrative expense. The expense will be divided and charged to each of the three Debtor entities based on work performed for each entity.

6. The Debtor is informed and believes that the Accountant is a disinterested person within the meaning of 11 U. S. C. §101(14) and holds no interest adverse to the estate as is noted in the declaration of Douglas Martin which is attached in support of this application.

7. The Debtor believes that the employment of the Accountant would be in the best interest of the estate.

RELIEF REQUESTED

The Debtors request that they be authorized to employ Douglas Martin as the Accountant for the Debtors for the reasons stated above.

/s/Michael A. Nardella
Michael A. Nardella
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
Attorney for Debtor

and

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 087250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, FL 32801
(407) 650-0003
roman@romanvhammes.com
Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using CM/ECF on September 16, 2015 and a hard copy mailed to the following non CM/ECF participants: none.

/s/Michael A. Nardella
Michael Nardella

/s/ Roman V. Hammes
Roman V. Hammes

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC and
GRACIOUS LIVING DESIGN
CENTER, INC.,

Chapter 11
Case No. 6:15-bk-07275-KSJ

Case No. 6:15-bk-07276-KSJ
Case No. 6:15-bk-07277-KSJ

Debtor.
_____/

DECLARATION OF DOUGLAS MARTIN IN
SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ACCOUNTANT

This declaration is filed pursuant to F. R. B. P. 2014 in support of the Debtors' application to employ accountant:

1. I am an accountant and a principal of Martin, Klayer & Associates, PL located at 101 S. Palmetto Ave., Suite 2, Daytona Beach, FL 32114. I have personal knowledge of the allegations of this declaration.

2. To the best of my knowledge, no member, associate or employee of my firm;

a. Has any connections with the debtors, creditors, or any other party in interest in this case or their respective attorneys, with the United States trustee, or with any person employed in the office of the United States trustee, except that I have performed accounting work for the debtors prior to the filing of the petition;

b. Holds any interest adverse to the estate;

c.  Is a creditor or an insider of the debtor, except to the extent listed in paragraph 3 below;

d.  Has an interest materially adverse to the interest of the estate or of any class of creditors by reason of any direct or indirect relationship to or connection with the debtor.

3.  On the date of the filing of this bankruptcy case, the Debtors owed me the following sums for the pre-petition accounting work:

a.  Plumbing— $35,456.65;

b.  Services— $200.00; and

c.  Gracious— $8,375.00.

I have agreed that the pre-petition claims will be treated as unsecured debt by the Debtors in their chapter 11 plan(s) of reorganization. I am willing to accept payment through the plan based on my long standing professional relationship with the Debtors and their principals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2015.

_____
Douglas Martin