B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Progressive Plumbing, Inc.**
_____,
                    Debtor

Case No. __**6:15-bk-07275**_____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,020,000.00 | | |
| B - Personal Property | Yes | 5 | 3,382,977.71 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 2,942,977.32 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 21,995.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,752,153.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 5,402,977.71 | | |
| Total Liabilities | | | | 4,717,126.25 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Progressive Plumbing, Inc.**                                    Case No.   **6:15-bk-07275**

_____,
                          Debtor

Chapter                                **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Progressive Plumbing, Inc.** , Case No. **6:15-bk-07275**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1064 W Highway 50 Clermont, FL 34711 (includes 2 lots) Parcel: 23-22-25-050011101800 (Office) Owned w/Gracious Living Design Center, Inc.** | **Fee simple** | - | **1,600,000.00** | **1,572,755.94** |
| **1064 W Highway 50 Clermont, FL 34711 Parcel: 23-22-25-050011101400 (Lot adjacent to office) (included in value for office.) Owned w/Gracious Living Design Center, Inc.** | **Fee simple** | - | **Unknown** | **1,572,755.94** |
| **Wests Broom Street Clermont, FL 34711 Parcel: 23-22-25-050011101000 (Lot adjacent to office) (included in value for office) Owned w/Gracious Living Design Center, Inc.** | **Fee simple** | - | **Unknown** | **1,572,755.94** |
| **14435 Division Street Groveland, FL 34736 Parcel: 0-1633-43-00-1103 (Fab shop)** | **Fee simple** | - | **320,000.00** | **560,000.00** |
| **4434 Gearhart Road Tallahassee, FL 32303-2482 (Condo)** | **Fee simple** | - | **100,000.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **2,020,000.00** | (Total of this page) |
| Total > | **2,020,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Progressive Plumbing, Inc.**          ,    Case No.    **6:15-bk-07275**
                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Green Bank operating account ending in 7974 | - | 3,034.79 |
| | | First Green Bank payroll account ending in 7982 | - | 43,285.57 |
| | | First Green Bank money market account ending in 2636 | - | 34.07 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **46,354.43**
(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                      ,    Case No.   **6:15-bk-07275**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **2,932,878.28** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **2,932,878.28**
(Total of this page)

Sheet  __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Progressive Plumbing, Inc.**                              ,    Case No.    **6:15-bk-07275**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Assorted work vehicles, see attached list. | - | 143,745.00 |
| | | Assorted trailers, see attached list. | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Assorted equipment, furnishings, supplies & computer equipment. | - | 75,000.00 |
| | | Tools & equipment | - | 150,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory $170,000 going concern value liquidation value estimated at $35,000 | - | 35,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          403,745.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                         ,      Case No.   __6:15-bk-07275__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor has causes of action for breach of contract against the following: Kast Construction - Water Club @ Snell Isle project, Water Club North Palm Beach; Gessford Enterprises - Hyatt Atlanta, Hyatt South Carolina; Mazzeo Plumbing - 1800 West End; Crown Bath - Westin Jekyll Island; Batson Cook - Skyhouse Raleigh, Kellog & Kimsey, and Channelside - 1800 West End; Evergreen Construction - Hyatt Atlanta, Hyatt South Carolina; Allied - Hyatt Atlanta; PCL Construction - OUC ALoft Hotel (water leak)** | - | **Unknown** |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **3,382,977.71** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| Year | Make | Model | VIN | Payoff Balance | Creditor | Mileage | Value |
|------|------|-------|-----|----------------|----------|---------|-------|
| 1996 | Utility Trailer MFG | Trailer | 1MDS4GJ1XTB834138 | -- | | N/A | |
| 2001 | Gooseneck Trailer | Trailer | 4P5GF322911041161 | -- | | N/A | |
| 2005 | Utility Trailer MFG | Utility Trailer MFG | 4YMUL071356028846 | -- | | N/A | |
| 2006 | Ford | F450 Super Duty | 1FDXF46P86EB43066 | -- | | | $6,050 |
| 2007 | Ford | F150 | 1FTRF12217NA38800 | -- | | | $6,850 |
| 2007 | Ford | F150 | 1FTRF12217KD46762 | -- | | 149,690 | $7,550 |
| 2008 | Ford | F250 Super Duty | 1FTSW21R58EC58495 | -- | | 218,000 | $3,970 |
| 2008 | Trailer | Trailer | 1L9BU22208N383731 | -- | | N/A | |
| 2008 | Triple Crown TRL | Trailer | 1XNCH716181024905 | -- | | N/A | |
| 2010 | Chevrolet | Silverado C1500 | 1GCPCPEX3AZ298836 | -- | | 120,000 | $8,750 |
| 2010 | Ford | F150 | 1FTFW1EVXAFB21538 | -- | | | $6,075 |
| 2011 | Ford | Ranger | 1FTKR1AD6APA34541 | | | 83,853 | $8,075 |
| 2011 | Ford | Ranger | 1FTKR1AD5BPA99270 | $5,145.27 | Ford Credit | 66,799 | $8,850 |
| 2011 | Ford | Ranger | 1FTKR1AD4BPB01106 | $5,097.33 | Ford Credit | 72,228 | $8,575 |
| 2011 | Ford | Ranger | 1FTKR1ADXBPA99314 | $5,097.33 | Ford Credit | 89,536 | $7,825 |
| 2011 | Ford | Ranger | 1FTKR1AD0BPA99287 | $5,310.12 | Ford Credit | 44,337 | $10,375 |
| 2013 | Ford | F150 | 1FTFX1CF1DFA51117 | $13,877.22 | Ford Credit | 71,394 | $12,075 |
| 2013 | Nissan | Frontier | 1N6BD0CT9DN756953 | $15,315.42 | Nissan Finance | 47,875 | $12,600 |
| 2013 | Nissan | Frontier | 1N6BD0CTXDN757058 | $15,315.42 | Nissan Finance | 56,901 | $12,100 |
| 2013 | Nissan | Frontier | 1N6BD0CT3DN757077 | $15,315.42 | Nissan Finance | 48,650 | $12,600 |
| 2013 | Nissan | Frontier | 1N6BD0CTXDN757092 | $15,315.42 | Nissan Finance | 74,332 | $11,425 |

B6D (Official Form 6D) (12/07)

In re  **Progressive Plumbing, Inc.**                           Case No.  **6:15-bk-07275**
_____,
                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage Lien & UCC Lien | | | | | |
| **Allied World Specialty Ins** **C/O Jonathan P. Cohen Esq** **Jonathan P. Cohen, P.A.** **500 E Broward Blvd Ste 1710** **Fort Lauderdale, FL 33394** | X | - | | | | X | | |
| | | | Value $            **2,000,000.00** | | | | **752,107.37** | **0.00** |
| Account No. | | | Copier Machine | | | | | |
| **Canon Financial Services** **158 Gaither Drive** **Mount Laurel, NJ 08054** | | - | | | | | | |
| | | | Value $               **4,000.00** | | | | **15,000.00** | **11,000.00** |
| Account No. | | | Mortgage on office & 2 lots UCC Lien on all assets. | | | | | |
| **First Green Bank** **18251 US Hwy 441** **Mount Dora, FL 32757** | | - | | | | | | |
| | | | Value $            **1,600,000.00** | | | | **1,012,755.00** | **0.00** |
| Account No. | | | UCC-1 Blanket Lien Line of Credit | | | | | |
| **First Green Bank** **18251 US Hwy 441** **Mount Dora, FL 32757** | | - | | | | | | |
| | | | Value $             **494,000.00** | | | | **494,000.00** | **0.00** |
|   **3**   continuation sheets attached | | | Subtotal (Total of this page) | | | | **2,273,862.37** | **11,000.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Progressive Plumbing, Inc._____,    Case No. __6:15-bk-07275_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Ford Ranger Vin# 1FTKR1AD5BPA99270 | | | | | |
| Ford Motor Credit Tax Dept, WHQ Room 612 One American Road Dearborn, MI 48126 | - | | | | | | | |
| | | | Value $        8,850.00 | | | | 5,145.27 | 0.00 |
| Account No. | | | Ford Ranger Vin # 1FTKR1AD4BPB01106 | | | | | |
| Ford Motor Credit Tax Dept, WHQ Room 612 One American Road Dearborn, MI 48126 | - | | | | | | | |
| | | | Value $        8,575.00 | | | | 5,097.33 | 0.00 |
| Account No. | | | Ford Ranger Vin# 1FTKR1ADXBPA99314 | | | | | |
| Ford Motor Credit Tax Dept, WHQ Room 612 One American Road Dearborn, MI 48126 | - | | | | | | | |
| | | | Value $        7,825.00 | | | | 5,097.33 | 0.00 |
| Account No. | | | Ford Ranger Vin# 1FTKR1AD0BPA99287 | | | | | |
| Ford Motor Credit Tax Dept, WHQ Room 612 One American Road Dearborn, MI 48126 | - | | | | | | | |
| | | | Value $       10,375.00 | | | | 5,310.12 | 0.00 |
| Account No. | | | Ford F150 Vin# 1FTFX1CF1DFA51117 | | | | | |
| Ford Motor Credit Tax Dept, WHQ Room 612 One American Road Dearborn, MI 48126 | - | | | | | | | |
| | | | Value $       12,075.00 | | | | 13,877.22 | 1,802.22 |

Sheet __1___ of __3____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 34,527.27 | 1,802.22 |

B6D (Official Form 6D) (12/07) - Cont.

In re __**Progressive Plumbing, Inc.**_____,   Case No. __**6:15-bk-07275**_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | - | | **Tax Lien**<br><br>**payroll obligations**<br><br><br>Value $      **Unknown** | | | | **560,000.00** | **Unknown** |
| Account No.<br><br>**Marlin Business Bank**<br>**2795 E Cottonwood Pkwy**<br>**#120**<br>**Salt Lake City, UT 84121** | - | | **Computer Server**<br><br><br>Value $      **10,000.00** | | | | **3,326.00** | **0.00** |
| Account No.<br><br>**Nissan Motor Acceptance**<br>**Corporation**<br>**PO Box 650214**<br>**Attn: Katherine Melendrez**<br>**Dallas, TX 75265** | - | | **Nissan Frontier**<br>**Vin# 1N6BD0CT9DN756953**<br><br><br>Value $      **12,600.00** | | | | **15,315.42** | **2,715.42** |
| Account No.<br><br>**Nissan Motor Acceptance**<br>**Corporation**<br>**PO Box 650214**<br>**Attn: Katherine Melendrez**<br>**Dallas, TX 75265** | - | | **Nissan Frontier**<br>**Vin# 1N6BD0CTXDN757058**<br><br><br>Value $      **12,100.00** | | | | **15,315.42** | **3,215.42** |
| Account No.<br><br>**Nissan Motor Acceptance**<br>**Corporation**<br>**PO Box 650214**<br>**Attn: Katherine Melendrez**<br>**Dallas, TX 75265** | - | | **Nissan Frontier**<br>**Vin# 1N6BD0CT3DN757077**<br><br><br>Value $      **12,600.00** | | | | **15,315.42** | **2,715.42** |

Sheet **2**___ of **3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **609,272.26** | **8,646.26** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                            ,   Case No.   **6:15-bk-07275**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Nissan Frontier Vin# 1N6BD0CTXDN757092** | | | | | |
| **Nissan Motor Acceptance Corporation** **PO Box 650214** **Attn: Katherine Melendrez** **Dallas, TX 75265** | - | | | | | | | |
| | | | Value $              **11,425.00** | | | | **15,315.42** | **3,890.42** |
| Account No. | | | **Plotter Machine** | | | | | |
| **PNC Equipment** **995 Dalton Ave** **Cincinnati, OH 45203** | - | | | | | | | |
| | | | Value $               **7,500.00** | | | | **10,000.00** | **2,500.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **3**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **25,315.42** | **6,390.42** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,942,977.32** | **27,838.90** |

B6E (Official Form 6E) (4/13)

In re   **Progressive Plumbing, Inc.**                                                                 ,     Case No. __**6:15-bk-07275**__
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_2_   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Progressive Plumbing, Inc.**                                          ,    Case No.    **6:15-bk-07275**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.  See Attached. | - | | | Pre-petition wage claims. -paid pursuant to order to pay pre-petition claims. | | | | | **Unknown** |
| | | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    **0.00**
(Total of this page)    **0.00**    **0.00**

B6E (Official Form 6E) (4/13) - Cont.

In re    **Progressive Plumbing, Inc.**                                    ,         Case No.    **6:15-bk-07275**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7536** <br><br>**Florida Dept of Revenue PO Box 6668 Tallahassee, FL 32314** | - | | **03/15, 06/15** <br><br>**Reemployment** | | | | <br><br><br>3,678.09 | **0.00** <br><br>3,678.09 |
| Account No. <br><br>**Georgia Dept. of Revenue Centralized Taxpayer PO Box 105596 Atlanta, GA 30348** | - | | | | | | <br><br>5,257.75 | **5,257.75** <br><br>0.00 |
| Account No. <br><br>**Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101** | - | | **Payroll Taxes.** | | | X | <br><br>Unknown | **Unknown** <br><br>Unknown |
| Account No. <br><br>**N. Carolina Dept. of Revenue 501 N Wilmington St Raleigh, NC 27604** | - | | | | | | <br><br>12,144.16 | **12,144.16** <br><br>0.00 |
| Account No. <br><br>**S. Carolina Dept of Revenue 300A Outlet Pointe Blvd Columbia, SC 29210** | - | | | | | | <br><br>915.55 | **915.55** <br><br>0.00 |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 18,317.46 | |
| (Total of this page) | 21,995.55 | 3,678.09 |
| Total | 18,317.46 | |
| (Report on Summary of Schedules) | 21,995.55 | 3,678.09 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Employee | Position | Hourly | Salary | Amounts Owed |
|---|---|---|---|---|
| Jorge Abel | Plumber | $15.00 | | $600.00 |
| Mark Baxter | Plumber | $19.00 | | $800.00 |
| Robert Beltre | Plumber | $20.00 | | $800.00 |
| Gabriel Chimal | Plumber | $15.00 | | $600.00 |
| Jose Enriquez | Plumber | $15.00 | | $600.00 |
| Noel Figueroa | Helper | $13.00 | | $854.00 |
| Chaz Fitzgerald | Helper | $15.00 | | $735.00 |
| Dennis R. Gobble | Foreman | | $62,400.00 | $1,200.00 |
| Irdi Guri | Plumber | $17.00 | | $680.00 |
| Mike Judy | Foreman | | $61,588.00 | $1,250.00 |
| Jerred M. Judy | Plumber | $18.00 | | $576.00 |
| David G. Judu | Plumber | $19.00 | | $760.00 |
| Jorgo Kycyku | Project Manager | | $91,000.00 | $1,750.00 |
| Ilia Kycyku | Foreman | | $72,800.00 | $1,400.00 |
| Blerum Kycyku | Plumber | $18.50 | | $740.00 |
| Albert Kycyku | Foreman | | $62,400.00 | $1,200.00 |
| Andrew Lawson | Helper | $14.00 | | $600.00 |
| Phillip Le | Payroll | $19.50 | | $780.02 |
| Blake M. Messer | Laborer | $15.00 | | $600.00 |
| Bruno Milcarek | Plumber | $21.00 | | $840.00 |
| Lorenc Musabelli | Plumber | $15.00 | | $640.00 |
| Hector Ortiz | Helper | $13.00 | | $214.50 |
| Terence Percy | Plumber | $18.00 | | $720.00 |
| Sandra Percy | Helper | $12.00 | | $480.00 |
| Cody Percy | Helper | $10.00 | | $400.00 |

| | | | | |
|---|---|---|---|---|
| David Pitts | Plumber | $13.00 | | $247.00 |
| Larry Pullen | Plumber | $16.50 | | $660.00 |
| Cory L. Richardson | Estimation | | $35,360.00 | $692.75 |
| Angel Rodriguez | Plumber | $20.00 | | $700.00 |
| Johnny Ray Sapp | Officer Runner | $12.00 | | $90.00 |
| Levi Sapp | Helper | $13.00 | | $520.00 |
| Kristyn L. Schlacter | Accts Receivable | | $41,600.00 | $800.00 |
| Benjamin Techie | Helper | $14.00 | | $560.00 |
| Veli Thartori | Helper | $17.00 | | $936.00 |
| Stengli Tingo | Foreman | | $57,200.00 | $1,100.00 |
| Ferninant Tingo | Plumber | $16.50 | | $841.50 |
| Tina Toomoth | Purchasing | | $30,160.00 | $580.02 |
| Ramon Vargas | Plumber | $20.00 | | $800.00 |

B6F (Official Form 6F) (12/07)

In re __**Progressive Plumbing, Inc.**_____,    Case No. ___**6:15-bk-07275**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | - | | | | | | | |
| **A. Tarler, Inc.** **1403 SW 8th Street** **Pompano Beach, FL 33069** | | | | | | | | | 4,661.62 |
| Account No. | | - | | | General Liability 1800 West End | | | | |
| **Ace Hospitality** **Registered Agent Martha** **Brook Perry** **102 Frey Street** **Ashland City, TN 37015** | | | | | | | | | 50,000.00 |
| Account No. | | - | | | General Liability 1800 West End | | | | |
| **Ace Hospitality** **Registered Agent Martha** **Brook Perry** **102 Frey Street** **Ashland City, TN 37015** | | | | | | | | | 19,940.00 |
| Account No. | | - | | | General Liability 1800 West End | | | | |
| **Ace Hospitality** **Registered Agent Martha** **Brook Perry** **102 Frey Street** **Ashland City, TN 37015** | | | | | | | | | 24,232.99 |

___19___  continuation sheets attached

Subtotal
(Total of this page)                     98,834.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                          ,        Case No.   **6:15-bk-07275**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Advantage Care, Inc.** <br> **7121 Grand National Dr** <br> **Suite 103** <br> **Orlando, FL 32819** | - | | | | | | 1,258.00 |
| Account No. <br><br> **Aetna** <br> **151 Farmington Ave** <br> **West Haven, CT 06516** | - | | | | | | 9,734.00 |
| Account No. <br><br> **Airgas USA, LLC** <br> **PO Box 532609** <br> **Atlanta, GA 30353** | - | | | | | | 388.45 |
| Account No. <br><br> **American Pipe & Supply** <br> **C/O Daniel D. Sparks** <br> **505 20th St N** <br> **Suite 1800** <br> **Birmingham, AL 35203** | - | | Small claims - Jefferson County, AL | | | X | 2,170.45 |
| Account No. <br><br> **American Pipe & Supply** <br> **PO Box 11474** <br> **Birmingham, AL 35202** | - | | Supplies | | | | 1,542.18 |
| Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 15,093.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.** ,                                    Case No.    **6:15-bk-07275**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone. | | | | |
| **AT&T Mobility** **PO Box 5019** **Carol Stream, IL 60197** | - | | | | | | 1,806.34 |
| Account No. | | | | | | | |
| **AXSA Engineering Products** **255 Old Sandford Road** **Unit A** **Winter Springs, FL 32708** | - | | | | | | 1,224.81 |
| Account No. | | | | | | | |
| **Barnes Industrial Plastic Piping** **10150 Central Port Dr** **Orlando, FL 32824** | - | | | | | | 893.34 |
| Account No. | | | General Liability Skyhouse Raleigh | | | | |
| **Batson Cook** **200 Galleria Parkway** **Suite 1300** **Atlanta, GA 30339** | - | | | | | X | Unknown |
| Account No. | | | Shareholder Loan | | | | |
| **Bill & Charlene Lawson** **1803 Rosewood Drive** **Clermont, FL 34711** | - | | | | | | 333,428.83 |

Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

337,353.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                    ,        Case No.    **6:15-bk-07275**
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Loan | | | | |
| Bill & Charlene Lawson 1803 Rosewood Drive Clermont, FL 34711 | - | | | | | | | 28,000.00 |
| Account No. | | | | Shareholder Loan | | | | |
| Bill & Charlene Lawson 1803 Rosewood Drive Clermont, FL 34711 | - | | | | | | | 19,000.00 |
| Account No. | | | | Shareholder Loan. | | | | |
| Billy Lawson 940 W Lakeshore Drive Clermont, FL 34711 | - | | | | | | | 13,000.00 |
| Account No. | | | | | | | | |
| Bob McKee, Tax Collector PO Box 268 Tavares, FL 32778 | - | | | | | | | 60.00 |
| Account No. | | | | Aetna Inc | | | | |
| Brennan & Clark 721 E Madison St Villa Park, IL 60181 | - | | | | | | | 9,734.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                69,794.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Progressive Plumbing, Inc.** _____,    Case No. __6:15-bk-07275__
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Utilities & Telephone | | | | |
| **Bright House Networks PO Box 30765 Tampa, FL 33630** | - | | | | | | | 3,587.76 |
| Account No. | | | | Utilities - Telephone | | | | |
| **Brighthouse 894 Maguire Rd Ocoee, FL 34761** | - | | | | | | | 910.00 |
| Account No. | | | | Heavy | | | | |
| **Cadell Construction 2700 Lagoon Park Dr Montgomery, AL 36109** | - | | | | | | | 9,500.00 |
| Account No. | | | | BEQ | | | | |
| **Cadell Construction 2700 Lagoon Park Dr Montgomery, AL 36109** | - | | | | | | | 15,000.00 |
| Account No. | | | | | | | | |
| **Capital Office Products 210 Fentress Blvd Daytona Beach, FL 32114** | - | | | | | | | 732.66 |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **29,730.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Progressive Plumbing, Inc.** _____,    Case No.    **6:15-bk-07275** _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Atlanta** <br> **55 Trinity Ave** <br> **Atlanta, GA 30303** | - | | | | | | 700.00 |
| Account No. <br><br> **City of Clermont** <br> **PO Box 120219** <br> **Clermont, FL 34712** | - | | | | | | 4,659.52 |
| Account No. <br><br> **City of Clermont** <br> **685 W Montrose St** <br> **Clermont, FL 34711** | - | | **Utilites - Water/Sewer** | | | | 850.00 |
| Account No. <br><br> **City of Groveland** <br> **156 South Lake Ave** <br> **Groveland, FL 34736** | - | | | | | | 40.00 |
| Account No. <br><br> **Cliftonlarsonallen LLP** <br> **420 S Orange Ave** <br> **Suite 500** <br> **Orlando, FL 32801** | - | | | | | | 8,675.14 |

Sheet no. __5__ of __19__ sheets attached to Schedule of      Subtotal            | 14,924.66 |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                              ,        Case No.    **6:15-bk-07275**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crown Bath** **7792 Plantation Circle** **Bradenton, FL 34201** | - | | | | | | 16,100.00 |
| Account No. | | | | | | | |
| **Del-Air Mechanical** **135 Chicamauga Ave** **Knoxville, TN 37917** | - | | | | | | 385.57 |
| Account No. | | | | | | | |
| **Demand Mechanical** **820 Fesslers Pkwy** **Ste 135** **Nashville, TN 37210** | - | | | | | | 1,647.50 |
| Account No. | | | | | | | |
| **Department of Business** **& Professional Regulation** **PO Box 6300** **Tallahassee, FL 32314** | - | | | | | | 75.00 |
| Account No. | | | | | | | |
| **Dexter & Chaney, INC** **PO Box 27146** **Seattle, WA 98165** | - | | | | | | 5,693.12 |

Sheet no.  **6**   of  **19**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,901.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                          ,  Case No.  **6:15-bk-07275**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities - Electricity | | | | |
| **Duke Energy** **PO Box 14042** **Saint Petersburg, FL 33733** | - | | | | | | 1,500.00 |
| Account No. | | | General Liability Hyatt House Atlanta | | | | |
| **Evergreen Construction** **3200 Cobb Galleria Parkway** **Suite 240** **Atlanta, GA 30339** | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| **Federal Express** **PO Box 660481** **Dallas, TX 75266** | - | | | | | | 443.06 |
| Account No. | | | Equipment & Supplies | | | | |
| **Ferguson Enterprises Inc** **12500 Jefferson Ave** **Newport News, VA 23602** | - | | | | | | 11,400.00 |
| Account No. | | | Equipment & Supplies | | | | |
| **Ferguson Enterprises, Inc** **10355 S Orange Ave** **Orlando, FL 32824** | - | | | | | | 114,487.04 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **127,830.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                          ,          Case No.  **6:15-bk-07275**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder loan. | | | | |
| **French Lawson Investment Grp** **1064 W Highway 50** **Clermont, FL 34712** | - | | | | | | 162,655.82 |
| Account No. | | | | | | | |
| **General Insulation Co** **PO Box 636959** **Cincinnati, OH 45263** | - | | | | | | 5,525.44 |
| Account No. | | | | | | | |
| **Georgia Dept. of Labor** **PO Box 740234** **Atlanta, GA 30374** | - | | | | | | 8,857.23 |
| Account No. | | | | | | | |
| **Griffis Automotive Clinic** **1508 A Max Hooks Rd** **Groveland, FL 34736** | - | | | | | | 627.90 |
| Account No. | | | | | | | |
| **Ground Penetrating Radar** **7540 New West Road** **Toledo, OH 43617** | - | | | | | | 400.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    178,066.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                          , Case No.    **6:15-bk-07275**
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Guppy's Mobile Transport** 25551 Celestial St Christmas, FL 32709 | - | | | | | | | 510.00 |
| Account No. **Hertz Equipment Rental** PO Box 650280 Dallas, TX 75265 | - | | | Rental equipment. | | | | 4,748.87 |
| Account No. **Hire Quest d/b/a Trojan Labor** PO Box 890714 Charlotte, NC 28289 | - | | | | | | | 485.60 |
| Account No. **Hughes Supply** 600 N Ferguson Dr Orlando, FL 32805 | - | | | Supplies | | | | 343,367.89 |
| Account No. **J&N Plumbing LLC** 1871 Winner Circle Lawrenceville, GA 30043 | - | | | | | | | 5,307.60 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          354,419.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                              ,   Case No.   **6:15-bk-07275**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jason Barker 390 Trott RD Bell Buckle, TN 37020 | - | | | | | | 425.00 |
| Account No. | | | Crown Bath | | | | |
| Jimerson & Cobb 1 Independent Dr #1400 Jacksonville, FL 32202 | - | | | | | | 16,100.00 |
| Account No. | | | | | | | |
| Jomac Construction LLC PO Box 10517 7770 Sears Blvd Pensacola, FL 32505 | - | | | | | | 2,815.00 |
| Account No. | | | General Insulation | | | | |
| Kevin J Snyder & Assoc 701 N Green Valley Pkwy Suite 200 Henderson, NV 89074 | - | | | | | | 5,525.44 |
| Account No. | | | Shareholder loan. | | | | |
| Kimberly French 1064 W Highway 50 Clermont, FL 34712 | - | | | | | | 12,500.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **37,365.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                                                    ,    Case No.    **6:15-bk-07275**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                   |   |   | Accounting services. |   |   |   |   |
| **Martin Klayer & Associates** **101 S Palmetto Ave** **Suite 2** **Daytona Beach, FL 32114** | - |   |   |   |   |   | 33,437.80 |
| Account No.                                   |   |   |   |   |   |   |   |
| **Mechanical Dynamics LLC** **980 Piedmont Dr SE** **Winter Haven, FL 33880** | - |   |   |   |   |   | 2,450.00 |
| Account No.                                   |   |   |   |   |   |   |   |
| **Mike Tidwell Tub & Shower Repair** **2417 Fly Road** **Nolensville, TN 37135** | - |   |   |   |   |   | 2,625.00 |
| Account No.                                   |   |   |   |   |   |   |   |
| **Mobile Mini Inc** **PO Box 740773** **Cincinnati, OH 45274** | - |   |   |   |   |   | 3,470.39 |
| Account No.                                   |   |   |   |   |   |   |   |
| **Mobile Modular Portable Storage** **PO Box 45043** **San Francisco, CA 94145** | - |   |   |   |   |   | 176.79 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **42,159.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Progressive Plumbing, Inc.**                                                  ,    Case No.    **6:15-bk-07275**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **NACM South Atlantic 6290 Edgewater Dr Orlando, FL 32810** | | - | | | | | | 270.00 |
| Account No. **Neff Rental PO Box 405138 Atlanta, GA 30384** | | - | | | | | | 303.00 |
| Account No. **One Point Technologies 3380 Trickum Rd Bldg 300-100 Woodstock, GA 30188** | | - | | | | | | 51,402.00 |
| Account No. **Orlando Winnelson Co c/o WGS Compliance Svs 3110 Kettering Blvd Moraine, OH 45439** | | - | | Supplies. | | | | 84,423.01 |
| Account No. **Pac-Van, Inc 75 Remittance Drive Chicago, IL 60675** | | - | | | | | | 1,084.60 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**137,482.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Progressive Plumbing, Inc.** _____,    Case No.    **6:15-bk-07275** _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Liability 899 North Orange | | | | |
| **PCL Construction 6675 Westwood Blvd Suite 220 Orlando, FL 32821** | - | | | | | | | X | 26,368.41 |
| Account No. | | | | | | | | | |
| **PCL Construction 6675 Westwood Blvd Suite 220 Orlando, FL 32821** | - | | | | | | | X | 102,042.85 |
| Account No. | | | | | | | | | |
| **Pipetechs 6600 Mt Herman Rd Raleigh, NC 27617** | - | | | | | | | | 560.00 |
| Account No. | | | | | | | | | |
| **Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250** | - | | | | | | | | 2,692.08 |
| Account No. | | | | | | | | | |
| **Poinciana Med Center 5600 Mariner St Suite 140 Tampa, FL 33609** | - | | | | | | | | 2,000.76 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **133,664.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                          , Case No.   **6:15-bk-07275**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Financed liability premium. | | | | |
| **Premium Assignment Corp**<br>**PO Box 3100**<br>**Tallahassee, FL 32315** | - | | | | | | 25,380.33 |
| Account No. | | | | | | | |
| **Principal Mutual Life**<br>**Ins Co**<br>**PO Box 10372**<br>**Des Moines, IA 50306** | - | | | | | | 1,630.00 |
| Account No. | | | | | | | |
| **Ram Tool AMD Supply**<br>**PO Box 320979**<br>**Birmingham, AL 35232** | - | | | | | | 1,539.00 |
| Account No. | | | Verizon | | | | |
| **Randall S Fudge & Assoc**<br>**4801 Classen Blvd**<br>**#202**<br>**Oklahoma City, OK 73118** | - | | | | | | 3,980.33 |
| Account No. | | | | | | | |
| **Rinaldis**<br>**15264 E Colonial Dr**<br>**Orlando, FL 32826** | - | | | | | | 1,694.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of                                    Subtotal                    34,223.66
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                      ,     Case No.    **6:15-bk-07275**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Safeway Services LLC** <br> **655 Huron Ave** <br> **Memphis, TN 38107** | - | | | | | | 6,507.00 |
| Account No. <br><br> **Sagequest** <br> **PO Box 347744** <br> **Pittsburgh, PA 15251** | - | | | | | | 2,100.36 |
| Account No. <br><br> **Schindler Elevator Corp** <br> **7100 TPC Dr Ste 300** <br> **Orlando, FL 32822** | - | | | | | | 1,462.06 |
| Account No. <br><br> **Security National Insurance** <br> **PO Box 650767** <br> **Dallas, TX 75267** | - | | | | | | 9,500.00 |
| Account No. <br><br> **Sharp, Robbins & Popwell LLC** <br> **1109 Myatt Blvd** <br> **Madison, TN 37115** | - | | | | | | 750.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    20,319.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Progressive Plumbing, Inc.**                                    ,    Case No.    **6:15-bk-07275**

                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Shawn's Lawn Care LLC** **1635 CR 609C** **Bushnell, FL 33513** | | - | | | | | 3,290.00 |
| Account No. | | | Attorney's Fees. | | | | |
| **Shuffieldlowman** **PO Box 1010** **Orlando, FL 32802** | | - | | | | | 1,838.00 |
| Account No. | | | | | | | |
| **Southern Plumbing Service** **220 Lemon Tree Lane** **Apt 5** **Ormond Beach, FL 32174** | | - | | | | | 2,140.00 |
| Account No. | | | | | | | |
| **Sponsler, Bennet, Jacobs &** **Adams, PA** **PO Box 3300** **Tampa, FL 33601** | | - | | | | | 7,484.03 |
| Account No. | | | Equipment rental. | | | | |
| **Sunbelt Rentals** **PO Box 409211** **Attn: Accounts Receivable** **Atlanta, GA 30384** | | - | | | | | 10,082.91 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,834.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                              ,    Case No.    **6:15-bk-07275**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **TCL Enterprises** **39 Hall Manor** **Alpharetta, GA 30022** | | | | | | | 5,625.00 |
| Account No. | | - | | | | | |
| **The Tub Guys, Inc** **PO Box 2092** **Mount Dora, FL 32754** | | | | | | | 300.00 |
| Account No. | | - | | | | | |
| **Tradesman International** **2400 Sandlake Road** **#100** **Orlando, FL 32809** | | | | | | | 3,870.25 |
| Account No. | | - | | | | | |
| **Tri Tech Labs INC** **PO Box 140966** **Orlando, FL 32814** | | | | | | | 305.00 |
| Account No. | | - | | | | | |
| **United Firestop &** **Core Drilling** **159 E E Lakeshore Blvd** **Kissimmee, FL 34744** | | | | | | | 12,437.52 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,537.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.**                                                    Case No.   **6:15-bk-07275**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **United Health Care Dept Ch 10151 Palatine, IL 60055** | | - | | | | | | 13,037.82 |
| Account No. **United Rentals INC PO Box 100711 Atlanta, GA 30384** | | - | | | | | | 1,966.43 |
| Account No. **US Healthworks PO Box 404473 Atlanta, GA 30384** | | - | | | | | | 28.00 |
| Account No. **Wex Fleet One LLC PO Box 6293 Carol Stream, IL 60197** | | - | | Gas cards. | | | | 16,352.45 |
| Account No. **Wieland Davco 4162 English Oak Dr Lansing, MI 48911** | | - | | Grand Cypress | | | | 15,000.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                46,384.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Progressive Plumbing, Inc.** ,                          Case No.    **6:15-bk-07275**
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **William O. Kelley II 1408 Lobeila Dr Lake Mary, FL 32746** | | - | | | | | | 3,233.03 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,233.03 |
| Total (Report on Summary of Schedules) | 1,752,153.38 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Progressive Plumbing, Inc.** _____ ,    Case No.   **6:15-bk-07275** _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **D&D Construction Services**<br>**2707 Rew Circle**<br>**Ocoee, FL 34761** | **Construction Contract** |
| **Evergreen Construction**<br>**3200 Cobb Galleria Parkway**<br>**Atlanta, GA 30339** | **Construction Contract** |
| **KAST Construction Company**<br>**701 Northpointe Pkwy**<br>**Suite 400**<br>**West Palm Beach, FL 33407** | **Construction Contract** |
| **Kellog & Kimsey, Inc.**<br>**6077 Clark Center Avenue**<br>**Sarasota, FL 34238** | **Construction Contract** |
| **Pinkerton & Laws**<br>**1165 Northchase Pkwy**<br>**Suite 100**<br>**Marietta, GA 30067** | **Construction Contract** |
| **Shaner Development Corp**<br>**1965 Waddle Road**<br>**State College, PA 16801** | **Construction Contract** |
| **Welbro Building Corp**<br>**2301 Maitland Center Pkwy**<br>**Suite 250**<br>**Maitland, FL 32751** | **Construction Contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Progressive Plumbing, Inc.**                                              ,    Case No.    **6:15-bk-07275**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bill and Charlene Lawson**<br>**1803 Rosewood Drive**<br>**Clermont, FL 34711** | **Allied World Specialty Ins**<br>**C/O Jonathan P. Cohen Esq**<br>**Jonathan P. Cohen, P.A.**<br>**500 E Broward Blvd Ste 1710**<br>**Fort Lauderdale, FL 33394** |
| **Central Florida Supply, LLC**<br>**1064 W. Highway 50**<br>**Clermont, FL 34712** | **Allied World Specialty Ins**<br>**C/O Jonathan P. Cohen Esq**<br>**Jonathan P. Cohen, P.A.**<br>**500 E Broward Blvd Ste 1710**<br>**Fort Lauderdale, FL 33394** |
| **Gracious Living Design Ctr**<br>**1064 W Hwy 50**<br>**Clermont, FL 34711** | **Allied World Specialty Ins**<br>**C/O Jonathan P. Cohen Esq**<br>**Jonathan P. Cohen, P.A.**<br>**500 E Broward Blvd Ste 1710**<br>**Fort Lauderdale, FL 33394** |
| **Lawson Investment Group, Inc**<br>**1064 W Highway 50**<br>**Clermont, FL 34712** | **Allied World Specialty Ins**<br>**C/O Jonathan P. Cohen Esq**<br>**Jonathan P. Cohen, P.A.**<br>**500 E Broward Blvd Ste 1710**<br>**Fort Lauderdale, FL 33394** |
| **Progressive Services, LLC**<br>**1064 West Highway 50**<br>**Clermont, FL 34712** | **Allied World Specialty Ins**<br>**C/O Jonathan P. Cohen Esq**<br>**Jonathan P. Cohen, P.A.**<br>**500 E Broward Blvd Ste 1710**<br>**Fort Lauderdale, FL 33394** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Progressive Plumbing, Inc.**                              Case No.   **6:15-bk-07275**
_____                Chapter    **11**
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,912,847.00** | **10/01/2013-09/30/14 fiscal year** |
| **$11,159,248.66** | **10/01/2014-8/24/2015 fiscal year-to-date** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | **June, July & August** | **$36,000.00** | **$560,000.00** |
| **First Green Bank**<br>**18251 US Hwy 441**<br>**Mount Dora, FL 32757** | **Line of Credit Payments**<br>**June, July & August** | **$7,936.46** | **$494,000.00** |
| **First Green Bank**<br>**18251 US Hwy 441**<br>**Mount Dora, FL 32757** | **Mortgage Payments**<br>**June, July & August** | **$11,461.95** | **$1,012,755.00** |
| **See attached list** | | **$0.00** | **$0.00** |

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Kellogg & Kimsey vs. Progressive Plumbing, Inc.**<br>**2015-CA-2804-NC** | | **Twelfth Judicial Circuit Court in**<br>**Sarasota County** | **Pending** |
| **Kellogg & Kimsey vs. Progressive Plumbing, Inc.**<br>**Case No. 2015-CA-2631** | | **Twelfth judicial circuit court in**<br>**Sarasota County, Florida** | **Pending.** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allied World Specialty Insurance Company Vs. Progressive Plumbing 6:15-CV-1397-ORL-37-TBS** | | **United States District Court, Middle District of Florida, Orlando Division** | **Pending.** |
| **Progressive Plumbing, Inc. vs. Kellog & Kimsey, Inc. Case No: 15-699-I** | | **Chancery Court for the State of Tennessee, Twentieth Judicial District, Davidson County.** | **Pending.** |
| **Advanced Structual Drying Technologies, Inc. vs. Progressive Plumbing, Inc. Case No. 15-1029-IV** | | **Chancery Court for the State of Tennessee, Twentieth Judifical District, Davidson County** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Roman V. Hammes, P.L.**<br>**250 E Colonial Drive**<br>**Suite 305**<br>**Orlando, FL 32801** | **See Verified Statement filed by Roman V. Hammes** | |
| **Nardella & Nardella PLLC**<br>**250 E Colonial Drive**<br>**Suite 102**<br>**Orlando, FL 32801** | **See Verified Statement filed by Michael Nardella** | |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

| None ☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
|---|---|

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Doug Martin**<br>**Martin, Klayer & Associates**<br>**101 S Palmetto Ave**<br>**Suite 2**<br>**Daytona Beach, FL 32114** | **2013 to Present.** |

B7 (Official Form 7) (04/13)
7

| None | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| :--: | :-- |
| ■ | |

| NAME | ADDRESS | DATES SERVICES RENDERED |
| :-- | :-- | :-- |

| None | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| :--: | :-- |
| ■ | |

| NAME | ADDRESS |
| :-- | :-- |

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| :--: | :-- |
| ■ | |

| NAME AND ADDRESS | DATE ISSUED |
| :-- | :-- |

### 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| :--: | :-- |
| ☐ | |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| :-- | :-- | :-- |
| **December 2014** | **Steve Byram - Employee** | **NA (no value done)** |

| None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
| :--: | :-- |
| ☐ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| :-- | :-- |
| **December 2014** | **Kim Lawson-Sapp**<br>**1064 W Highway 50**<br>**Clermont, FL 34711** |

### 21 . Current Partners, Officers, Directors and Shareholders

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| :--: | :-- |
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| :-- | :-- | :-- |

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| :--: | :-- |
| ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| :-- | :-- | :-- |
| **William E. Lawson**<br>**1803 Rosewood Drive**<br>**Clermont, FL 34711** | **CEO & Director** | **Indirect ownership** |
| **William E. Lawson II**<br>**940 W Lakeshore Dr**<br>**Clermont, FL 34711** | **President & Director** | **Indirect ownership** |
| **Charlene Lawson**<br>**1803 Rosewood Drive**<br>**Clermont, FL 34711** | **Secretary & Director** | **Indirect ownership** |
| **Kimberly French**<br>**1635 CR 609C**<br>**Bushnell, FL 33513** | **Treasurer & Director** | **Indirect Ownership** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Lawson Investment Group, Inc**<br>**1064 West Highway 50**<br>**Clermont, FL 34712** | **Shareholder** | **100%**<br>**note: Lawson Investment Group, Inc. is owned by: Bill Lawson (25%), Charlene Lawson (25%), Lawson Family Trust I (25%), and Lawson Family Trust II (25%). Billy Lawson and Kim Lawson-Sapp are the beneficiaries of Lawson Family Trust I & II, respectively.** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Billy Lawson**<br>**940 W Lakeshore Dr**<br>**Clermont, FL 34711** | **Legal Fees** | **$5700** |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **September 16, 2015**                    Signature     **/s/ Kimberly Lawson-Sapp**
                                                             **Kimberly Lawson-Sapp**
                                                             **Director**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## SoFa 3(b)

| Check Date | Creditor | Total Paid |
|---|---|---|
| 05/26/15 | Ferguson Enterprises, Inc. #52 | $22,260.48 |
| 05/28/15 | Progressive Plumbing Payroll | $14,000.00 |
| 05/29/15 | Premium Assignment | $25,380.33 |
| 05/29/15 | Department of the Treasury UT | $11,085.11 |
| 05/29/15 | Summit/Bridgefield Casualty | $8,321.88 |
| 05/29/15 | United Health Care | $9,085.82 |
| 05/29/15 | Ferguson Enterprises, Inc. #52 | $23,710.75 |
| 05/29/15 | Hughes Supply | $7,305.94 |
| 05/29/15 | Orlando Winnelson Company | $36,810.24 |
| 05/29/15 | Ferguson Enterprises, Inc. #52 | $9,798.88 |
| 05/29/15 | Sunbelt Rentals | $8,952.54 |
| 05/29/15 | Orlando Winnelson Company | $11,805.52 |
| 06/02/15 | Ferguson Enterprises, Inc. #52 | $30,957.52 |
| 06/02/15 | Hughes Supply | $25,996.31 |
| 06/04/15 | Orlando Winnelson Company | $7,918.38 |
| 06/05/15 | Department of the Treasury UT | $10,276.60 |
| 06/05/15 | Progressive Plumbing Payroll | $51,000.00 |
| 06/08/15 | French Lawson Investment Group | $56,518.87 |
| 06/08/15 | Progressive Plumbing Payroll | $50,000.00 |
| 06/08/15 | Bob McKee, Tax Collector | $6,524.91 |
| 06/08/15 | First Green Bank Building Loan | $6,820.65 |
| 06/09/15 | Ferguson Enterprises, Inc. #52 | $21,681.02 |
| 06/09/15 | Trillium Construction | $13,749.60 |

| | | |
|---|---|---|
| 06/09/15 | United Firestop & Core Drilling | $7,868.25 |
| 06/10/15 | Department of the Treasury UT | $9,624.08 |
| 06/12/15 | Hughes Supply | $87,546.37 |
| 06/12/15 | Orlando Winnelson Company | $8,718.67 |
| 06/12/15 | Hughes Supply | $11,997.09 |
| 06/17/15 | Progressive Plumbing Payroll | $42,500.00 |
| 06/19/15 | First Green Bank Building Loan | $6,820.65 |
| 06/19/15 | Department of the Treasury UT | $8,649.48 |
| 06/19/15 | Florida Department of Revenue | $9,232.30 |
| 06/19/15 | Ford Credit (GA) | $9,352.56 |
| 06/19/15 | Premium Assignment | $25,380.33 |
| 06/19/15 | Summit/Bridgefield Casualty | $9,902.80 |
| 06/22/15 | United Health Care | $12,780.59 |
| 06/23/15 | Progressive Plumbing Payroll | $41,530.56 |
| 06/25/15 | Department of the Treasury UT | $8,159.53 |
| 06/26/15 | Ferguson Enterprises, Inc. #52 | $26,510.02 |
| 06/26/15 | Hughes Supply | $8,260.64 |
| 06/30/15 | Hughes Supply | $33,003.93 |
| 06/30/15 | Ferguson Enterprises, Inc. #52 | $14,254.53 |
| 06/30/15 | Florida Department of Revenue | $34,199.54 |
| 06/30/15 | Progressive Plumbing Payroll | $40,015.42 |
| 07/03/15 | Department of the Treasury UT | $8,231.14 |
| 07/08/15 | Department of the Treasury UT | $8,300.70 |
| 07/09/15 | Neff Rental | $8,516.04 |
| 07/09/15 | Progressive Plumbing Payroll | $43,000.00 |

| | | |
|---|---|---|
| 07/14/15 | Department of the Treasury UT | $7,908.72 |
| 07/14/15 | Hughes Supply | $14,555.58 |
| 07/14/15 | Hughes Supply | $10,434.31 |
| 07/14/15 | VC Systems & Controls, Inc | $8,321.48 |
| 07/15/15 | CLP--True Blue | $7,836.56 |
| 07/15/15 | Ferguson Enterprises, Inc. #52 | $9,078.30 |
| 07/15/15 | Safeway Services, LLC | $13,297.50 |
| 07/15/15 | Trillium Construction | $7,474.56 |
| 07/15/15 | Progressive Plumbing Payroll | $38,568.69 |
| 07/20/15 | French Lawson Investment Group | $50,000.00 |
| 07/21/15 | Ferguson Enterprises, Inc. #52 | $6,878.21 |
| 07/22/15 | Ferguson Enterprises, Inc. #52 | $50,618.40 |
| 07/23/15 | Progressive Plumbing Payroll | $30,000.00 |
| 07/24/15 | Department of the Treasury UT | $7,793.81 |
| 07/28/15 | Hughes Supply | $51,431.32 |
| 07/30/15 | Department of the Treasury UT | $8,292.02 |
| 07/31/15 | Premium Assignment | $25,380.33 |
| 07/31/15 | Progressive Plumbing Payroll | $26,500.00 |
| 07/31/15 | United Health Care | $13,235.88 |
| 08/06/15 | Progressive Plumbing Payroll | $40,000.00 |
| 08/06/15 | First Green Bank Building Loan | $6,820.65 |
| 08/06/15 | Department of the Treasury UT | $7,653.69 |
| 08/06/15 | Hughes Supply | $14,700.00 |
| 08/07/15 | Ferguson Enterprises, Inc. #52 | $7,944.71 |
| 08/07/15 | Safeway Services, LLC | $6,790.50 |

| 08/11/15 | Hughes Supply | $16,631.00 |
|---|---|---|
| 08/11/15 | Hughes Supply | $11,424.44 |
| 08/12/15 | Connie Manufacturing Co, Inc. | $10,108.00 |
| 08/13/15 | Progressive Plumbing Payroll | $37,230.41 |
| 08/14/15 | Department of the Treasury UT | $7,582.73 |
| 08/20/15 | One Point Technologies | $51,402.00 |
| 08/21/15 | Orlando Winnelson Company | $81,578.92 |
| 08/24/15 | Progressive Plumbing Payroll | $38,250.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Progressive Plumbing, Inc.** ,     Case No.    **6:15-bk-07275**

Debtor

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawson Investment Group, Inc**<br>**1064 West Highway 50**<br>**Clermont, FL 34712** | **Shareholder** | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 16, 2015**        Signature **/s/ Kimberly Lawson-Sapp**

                                         **Kimberly Lawson-Sapp**
                                         **Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>   continuation sheets attached to List of Equity Security Holders