# United States Bankruptcy Court
## Middle District of Florida

In re  **Progressive Plumbing, Inc.**                                              Case No.   **6:15-bk-07275**
                               Debtor(s)                                            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Progressive Plumbing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lawson Investment Group, Inc**
**1064 West Highway 50**
**Clermont, FL 34712**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 16, 2015** | **/s/ Roman V. Hammes** |
| Date | **Roman V. Hammes 87250** |
| | Signature of Attorney or Litigant |
| | Counsel for **Progressive Plumbing, Inc.** |
| | **Roman V. Hammes, P.L.** |
| | **250 East Colonial Drive** |
| | **Suite 305** |
| | **Orlando, FL 32801** |
| | **407-650-0003** |
| | **roman@romanvhammes.com** |