UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

PROGRESSIVE PLUMBING, INC.,

Case No. 6:15-bk-07275-KSJ
Chapter 11

Debtor.
_____/

## NOTICE OF APPEARANCE
## AND REQUEST UNDER RULE 2002(g)

The undersigned hereby appears on the behalf of the Creditor, **Ford Motor Credit Company LLC**, and requests that all pleadings, notices and other papers which must be served or noticed to the creditors, creditor's committee, or other interested parties, be sent to the undersigned, and requests that, pursuant to Rule 2002(g), the Creditor be added to the Clerk's mailing list as follows:

**Ford Motor Credit Company LLC**
c/o Roger A. Kelly
Post Office Box 3146
Orlando, FL 32802-3146

The undersigned further requests that any **payments** to creditor be mailed to:

Ford Motor Credit Company LLC
Drawer 55-953 Chapter 13
Post Office Box 55000
Detroit, MI 48255-0953

Dated: September 17, 2015.

_____
ROGER A. KELLY, of
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, FL 32802-3146
(407) 425-5500
(407) 423-0554 Facsimile
Attorneys for Creditor
Florida Bar No: 284297
Attorney for Creditor
rkelly@rushmarshall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this \_\_17th\_\_ day of September, 2015, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Progressive Plumbing, Inc., 1064 W Highway 50, Clermont FL 34711, Debtor, Roman V. Hammes, 250 E. Colonal Dr., Suite 305, Orlando, FL 32801, Attorney for Debtor, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801**, and to the Parties-In-Interest List, pursuant to Local Rule 1007-2.**

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _/s/ Curt S. Houghton for_  *FL Bar #284173*
Roger A. Kelly, for the firm
Florida Bar No. 284297
Telephone 407-425-5500
Facsimile 407-423-0554
email: rkelly@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Roger A. Kelly
Post Office Box 3146
Orlando, FL 32802-3146

68899
Y8601 0605

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-07275-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Sep 17 10:40:56 EDT 2015 | Progressive Plumbing, Inc.<br>1064 W Highway 50<br>Clermont, FL 34711-2835 | Allied World Specialty Ins Co f/k/a Darwin N<br>C/O Jonathan P. Cohen, Esq.<br>500 E. Broward Blvd. Suite 1710<br>Fort Lauderdale, FL 33394-3012 |
| Canon Financial Services<br>158 Gaither Drive<br>Mount Laurel, NJ 08054-1716 | Darwin National Assurance Co<br>1690 New Britian Ave<br>Suite 101<br>Farmington, CT 06032-3361 | Ferguson Enterprises Inc<br>12500 Jefferson Ave<br>Newport News, VA 23602-4314 |
| First Green Bank<br>18251 US Hwy 441<br>Mount Dora, FL 32757-6718 | First Green Bank<br>c/o Mark F. Ahlers, Esq.<br>Fishback Dominick<br>1947 Lee Road<br>Winter Park, FL 32789-1834 | Ford Motor Credit<br>Tax Dept, WHQ Room 612<br>One American Road<br>Dearborn, MI 48126-2701 |
| Hughes Supply Inc<br>One Hughes Way<br>Orlando, FL 32805 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>#120<br>Salt Lake City, UT 84121-7092 |
| Nissan Motor Acceptance<br>Corporation<br>PO Box 650214<br>Attn: Katherine Melendrez<br>Dallas, TX 75265-0214 | Premium Assignment Corporation<br>c/o Jules S. Cohen Esquire<br>Akerman LLP<br>P. O. Box 231<br>Orlando FL  32802-0231 | Premium Assignment Corporation<br>c/o Sundeep S. Sidhu<br>Akerman LLP<br>P. O. Box 231<br>Orlando FL  32802-0231 |
| Timothy Laffredi, Trial Attorney<br>US Dept. of Justice<br>George C. Young Federal Bldg.<br>400 W. Washington St., Suite 1100<br>Orlando  FL 32801-2210 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |