UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| | **CASE NO.: 6:15-BK-07275-KSJ** |
| **PROGRESSIVE PLUMBING, INC.,** | |
| **PROGRESSIVE SERVICES, LLC, and** | **JOINTLY ADMINISTERED WITH** |
| **GRACIOUS LIVING DESIGN** | **CASE NO.: 6:15-BK-07276-KSJ** |
| **CENTER, INC.** | **CASE NO.: 6:15-BK-07277-KSJ** |
| Debtors. | |
| _____/ | |

### DEBTOR'S VERIFIED MOTION TO DETERMINE THE
### SECURED STATUS HELD BY CANON FINANCIAL SERVICES, INC.

#### NOTICE OF OPPORTUNITY TO
#### OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorneys, Michael A. Nardella 250 East Colonial Drive, Suite 102, Orlando, FL 32801 and Roman V. Hammes 1920 North Orange Avenue, Suite 100, Orlando, FL 32804, and any other appropriate person within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, Progressive Plumbing, Inc. ("Plumbing"), move the Court for an Order pursuant to 11 U.S.C. § 506 and F.R.B.P 3012, determining the secured status of the Claim held by Canon Financial Services, Inc. ("Canon"). In support of this Motion, Debtor states the following:

1.   The Debtor and Canon are the current parties to an equipment lease for copy/printing equipment (serial number HTT13601) (the "Machine").

2.   The Debtor contends that the fair market value of the Machine is $5,000 based on its current condition.

3.   On September 14, 2015, Canon filed a claim in the amount of $9,783.08.

### Memorandum of Law

Pursuant to 11 U.S.C § 506(a)(1) and F.R.B.P. 3012, upon notice and hearing, the Court may value a secured creditor's collateral to ascertain what portion of the claim is secured and what portion is unsecured. See also *In re Sadala*, 294 B.R. 180 (Bankr. M.D. Fla. 2003).

### Relief Requested

For reasons stated above, Debtor requests an Order (1) determining the fair market value of the Machine to be $5,000; and (2) establishing that a secured claim filed by Canon, if any, shall have a maximum allowed amount of $5,000.

### Declaration

Progressive Plumbing, Inc., as debtor-in-possession, declare under penalty of perjury that the factual allegations set forth above are true and correct to the best of its knowledge, information and belief.

Dated March 23, 2016

*[signature]*
Progressive Plumbing, Inc.
Name: Kimberly Lawsonfopp
Title: CFO/Treasurer

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 51265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2676
mnardella@nardellalaw.com
Attorney for Debtor

/s/ Roman V. Hammes
Roman V. Hammes, Esq.
Florida Bar No. 087250
Roman V. Hammes, P.L
1920 North Colonial Avenue, Suite 100
Orlando, FL 32804
(407) 650-0003
roman@romanvhammes.com
Attorney for Debtor

**Certificate of Service**

I certify that a true and correct copy of the foregoing has been filed using the CM/ECF system and mailed via U.S. Mail to Canon on March 23, 2016. The foregoing was mailed to Canon at the following address:

Canon Financial Services, Inc.
Attn: Lee-Ann D Peterick
5600 Broken Sound Blvd
Boca Raton, FL 33487

/s/ Roman V. Hammes
Roman V. Hammes, Esq.