**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| | **CASE NO.: 6:15-BK-07275-KSJ** |
| **PROGRESSIVE PLUMBING, INC.,** | |
| | |
| **PROGRESSIVE SERVICES, LLC, and** | **JOINTLY ADMINISTERED WITH** |
| **GRACIOUS LIVING DESIGN** | **CASE NO.: 6:15-BK-07276-KSJ** |
| **CENTER, INC.** | **CASE NO.: 6:15-BK-07277-KSJ** |
| | |
| **Debtors.** | |
| _____ / | |

### DEBTOR'S VERIFIED MOTION TO DETERMINE THE SECURED STATUS HELD BY MARLIN BUSINESS BANK

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorneys, Michael A. Nardella 250 East Colonial Drive, Suite 102, Orlando, FL 32801 and Roman V. Hammes 1920 North Orange Avenue, Suite 100, Orlando, FL 32804, and any other appropriate person within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Debtor, Progressive Plumbing, Inc. ("Plumbing"), move the Court for an Order pursuant to 11 U.S.C. § 506 and F.R.B.P 3012, determining the secured status of the Claim held by Marlin Business Bank ("Marlin"). In support of this Motion, Debtor states the following:

1. The Debtor is the current owner of a certain computer server (the "Server").

2. The Debtor contends that the fair market value of the Machine is $3,200 based on its current condition.

3. Marlin has not filed a claim in this case.

### Memorandum of Law

Pursuant to 11 U.S.C § 506(a)(1) and F.R.B.P. 3012, upon notice and hearing, the Court may value a secured creditor's collateral to ascertain what portion of the claim is secured and what portion is unsecured. See also *In re Sadala*, 294 B.R. 180 (Bankr. M.D. Fla. 2003).

### Relief Requested

For reasons stated above, Debtor requests an Order (1) determining the fair market value of the Server to be $3,200; and (2) establishing that a secured claim filed by Cannon, if any, shall have a maximum allowed amount of $3,200.

### Declaration

Progressive Plumbing, Inc., as debtor-in-possession, declare under penalty of perjury that the factual allegations set forth above are true and correct to the best of its knowledge, information and belief.

Dated March 23, 2016

_____
Progressive Plumbing, Inc.
Name: Kimberly Lawson Sapp
Title: CFO / Treasurer

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 51265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2676
mnardella@nardellalaw.com
Attorney for Debtor

/s/ Roman V. Hammes
Roman V. Hammes, Esq.
Florida Bar No. 087250
Roman V. Hammes, P.L
1920 North Colonial Avenue, Suite 100
Orlando, FL 32804
(407) 650-0003
roman@romanvhammes.com
Attorney for Debtor

## Certificate of Service

I certify that a true and correct copy of the foregoing has been filed using the CM/ECF system and via U.S. Mail to Marlin on March 23, 2016. The foregoing was mailed to Canon at the following address:

Marlin Business Bank
2795 E. Cottonwood Pkwy
#120
Salt Lake City, UT 84121

/s/ Roman V. Hammes
Roman V. Hammes, Esq.