Exhibit "A"
Liquidation Analysis (Plumbing)

| Assets on Petition Date | Value |
|---|---|
| 1064 W. Highway 50 (with 2 adjacent lots) | $0[1] |
| 4434 Gearhart Road | $90,000[2] |
| Bank Accounts and Cash | $500[3] |
| Accounts Receivable | $0[4] |
| Work Vehicles | $47,320[5] |
| Furniture, Fixtures and Equipment | $0[6] |
| Tools and Equipment | $0[7] |
| Inventory | $0[8] |
| Total: | $137,820[9] |

---

[1] Real estate valued at $1,600,000. Property subject to liens in favor of First Green Bank ($1,509,545), IRS ($242,444) and Allied ($752,100). In a hypothetical chapter 7, $0 would come into the estate

[2] Real estate valued at $100,000. In a hypothetical chapter 7, the trustee would incur at least $10,000 in closing costs

[3] Plumbing had $46,353 in its First Green Bank accounts on the Petition Date and $500 in petty cash. The First Green Bank deposits would be subject to the First Green Bank liens. In a hypothetical chapter 7, $500 would come into the estate

[4] Plumbing had $2,932,878 in accounts receivable on the Petition Date. The liquidation value of these receivables is estimated to be $293,287. The receivables are subject to liens in favor of First Green Bank ($1,509,545) and Allied ($752,100). In a hypothetical chapter 7, $0 would come into the estate.

[5] Plumbing had $143,745 in vehicles on the Petition Date. $47,320 of these vehicles were unencumbered.

[6] Plumbing had a going concern FF&E value of $75,000 on the Petition Date. $15,000 of this amount was encumbered by purchase money liens in favor of Canon, Marlin and PNC. The remaining $60,000 is encumbered by liens in favor of First Green Bank ($1,509,545) and Allied ($752,100). In a hypothetical chapter 7, $0 would come into the estate.

[7] Plumbing had a going concern tools and equipment value of $150,000 on the Petition Date. Plumbing estimates the liquidation value of the remaining assets to be 25% of going concern value or $37,500. The tools and equipment are encumbered by liens in favor of First Green Bank ($1,509,545) and Allied ($752,100). In a hypothetical chapter 7, $0 would come into the estate.

[8] Plumbing had an inventory value of $35,000 on the Petition Date. The inventory is encumbered by liens in favor of First Green Bank ($1,509,545) and Allied ($752,100). In a hypothetical chapter 7, $0 would come into the estate.

[9] Actual amount will be reduced further by the costs associated with administering a chapter 7 estate, including the chapter 7 trustee's fees.