Exhibit "B"

Projected Budgets (Plumbing, Services, Gracious)

Progressive Plumbing, Inc.
Schedule of Overhead, General and Administrative Expenses

|  | 2016 Monthly | 2016 Yearly |  |
| --- | ---: | ---: | ---: |
| Contract Revenues Earned | 495,000.00 | 5,940,000.00 | |
| | | | |
| Direct Cost-Labor & Burden | 101,480.58 | 1,217,766.94 | 32.00% |
| Direct Cost-Material | 207,900.00 | 2,494,800.00 | 42.00% |
| Direct Cost-Subcontracts | 24,750.00 | 297,000.00 | 5.00% |
| Direct Cost-General | 14,850.00 | 178,200.00 | 3.00% |
| Direct Cost-Equipment | 9,900.00 | 118,800.00 | 2.00% |
| Costs of revenues | 358,880.58 | 4,306,566.94 | |
| | | | |
| Gross profit | 136,119.42 | 1,633,433.06 | 27.50% |
| | | | |
| Marketing Expenses | 100.00 | 1,000.00 | 0.02% |
| Auto Repair/Maint | 208.33 | 2,500.00 | 0.04% |
| Computer | 2,500.00 | 30,000.00 | 0.51% |
| Bank Charges | 20.83 | 250.00 | 0.00% |
| Contributions | 41.67 | 500.00 | 0.01% |
| Dues/Subscription | 41.67 | 500.00 | 0.01% |
| Travel Expenses | 208.33 | 2,500.00 | 0.04% |
| Equip Repair/Maint | 208.33 | 2,500.00 | 0.04% |
| Estimating Expenses | 333.33 | 4,000.00 | 0.07% |
| Insurance-Auto & Gen. Liab. | 17,391.67 | 208,700.00 | 3.51% |
| Insurance-Worker's Comp | 6,250.00 | 75,000.00 | 1.26% |
| Insurance-Other | 1,500.00 | 18,000.00 | 0.30% |
| Insurance-Health | 3,334.93 | 40,019.20 | 0.67% |
| Licenses & Taxes | 3,750.00 | 45,000.00 | 0.76% |
| Penalties | 666.67 | 8,000.00 | 0.13% |
| Professional Fees | 12,500.00 | 150,000.00 | 2.53% |
| Pre-Employment | 166.67 | 2,000.00 | 0.03% |
| Office Supplies | 500.00 | 6,000.00 | 0.10% |
| Administrative Wages & Taxes | 48,124.41 | 577,492.94 | 9.72% |
| Rent | 1,500.00 | 18,000.00 | 0.30% |
| Building Repair/Maint | 1,083.33 | 13,000.00 | 0.22% |
| Small Tools/Supplies | 125.00 | 1,500.00 | 0.03% |
| Training/Education | 291.67 | 3,500.00 | 0.06% |
| Telephone/Utilities | 3,083.33 | 37,000.00 | 0.62% |
| US Trustee Fees | 833.33 | 10,000.00 | 0.17% |
| Warranty Cost | 1,000.00 | 12,000.00 | 0.20% |
| G&A | 105,746.84 | 1,268,962.14 | 21.36% |
| | | | |
| Income from Operations | 30,372.58 | 364,470.92 | 6.14% |
| | | | |
| Other Income (Expenses) | | | |
| PSI Reimbursments | 3,623.17 | 43,478.00 | 0.73% |
| Rental Income | 1,375.00 | 16,500.00 | 0.28% |
| Miscellaneous Income | 2,500.00 | 30,000.00 | 0.51% |
| Total Other Income (Expense) | 7,498.17 | 89,978.00 | 1.51% |
| | | | |
| Net Income (Cash Basis) | 37,870.74 | 454,448.92 | |
| | | | |
| FGB Mortgage | (6,286.11) | (75,433.32) | -1.27% |
| FGB LOC | (3,061.51) | (36,738.12) | -0.62% |
| IRS Secured | (4,356.40) | (52,276.80) | -0.88% |
| Allied | (7,885.68) | (94,628.16) | -1.59% |
| Cannon | (92.65) | (1,111.80) | -0.02% |
| Marlin | (59.29) | (711.48) | -0.01% |
| Trucks | (5,182.00) | (62,184.00) | -1.05% |
| Lake Cty | (300.76) | (3,609.12) | -0.06% |
| Unsecured | (263.92) | (3,167.00) | -0.05% |
| IRS Priority | (5,223.10) | (62,677.20) | -1.06% |
| | (32,711.42) | (392,537.00) | -6.61% |
| | - | | |
| Net Cash | 5,159.33 | 61,911.92 | 1.04% |

Progressive Services, LLC
Schedule of Overhead, General and Administrative Expenses

|  | 2016 Monthly | 2016 Yearly | |
|---|---:|---:|---:|
| Contract Revenues Earned | 150,000.00 | 1,800,000.00 | |
| | | | |
| Direct Cost-Material | 39,000.00 | 468,000.00 | 26.00% |
| Direct Cost-Subcontracts | 8,250.00 | 99,000.00 | 5.50% |
| Direct Cost-Equipment | 2,700.00 | 32,400.00 | 1.80% |
| Costs of revenues | 49,950.00 | 599,400.00 | 33.30% |
| | | | |
| Gross profit | 100,050.00 | 1,200,600.00 | 66.70% |
| | | | |
| Marketing Expenses | 600.00 | 7,200.00 | 0.40% |
| Conventions and Exhibits | - | - | 0.00% |
| Alarm Charges | 75.00 | 900.00 | 0.05% |
| Fuel | 4,500.00 | 54,000.00 | 3.00% |
| Auto Repair/Maint | 1,830.00 | 21,960.00 | 1.22% |
| Southeast Personal | 68,000.00 | 816,000.00 | 45.33% |
| Equip Repair/Maint | 900.00 | 10,800.00 | 0.60% |
| Service Charges | 345.00 | 4,140.00 | 0.23% |
| Bad Dept | - | - | 0.00% |
| Due & Subscriptions | - | - | 0.00% |
| Entertainment Expenses | 90.00 | 1,080.00 | 0.06% |
| Insurances | 3,100.00 | 37,200.00 | 2.07% |
| Legal Expenses | 420.00 | 5,040.00 | 0.28% |
| Professional Fees | 780.00 | 9,360.00 | 0.52% |
| Licenses/Fees | 120.00 | 1,440.00 | 0.08% |
| Office Supplies | 585.00 | 7,020.00 | 0.39% |
| Computer Supplies | - | - | 0.00% |
| Computer Main & Licenses | 1,635.00 | 19,620.00 | 1.09% |
| General Administration Wages | - | - | 0.00% |
| Employee Appreciation | 2,130.00 | 25,560.00 | 1.42% |
| Payroll Taxes | - | - | 0.00% |
| Worker Comp | 60.00 | 720.00 | 0.04% |
| Group Health Insurance | 525.00 | 6,300.00 | 0.35% |
| 401 (K) Expense | - | - | 0.00% |
| Pre-Employement Expenses | 165.00 | 1,980.00 | 0.11% |
| US Trustee Fees | 555.00 | 6,660.00 | 0.37% |
| Postage | 105.00 | 1,260.00 | 0.07% |
| Rent | 3,150.00 | 37,800.00 | 2.10% |
| Office Repair and Maintenance | 180.00 | 2,160.00 | 0.12% |
| Uniforms | 585.00 | 7,020.00 | 0.39% |
| Taxes | 1,230.00 | 14,760.00 | 0.82% |
| Tool Expense | 60.00 | 720.00 | 0.04% |
| Training/Education | 75.00 | 900.00 | 0.05% |
| Telephone | 3,075.00 | 36,900.00 | 2.05% |
| Utilities | - | - | 0.00% |
| Travel Expense | - | - | 0.00% |
| G&A | 94,875.00 | 1,138,500.00 | 63.25% |
| | | | |
| Income from Operations | 5,175.00 | 62,100.00 | 3.45% |
| | | | |
| Other Income (Expenses) | | | |
| Miscellaneous Income | 125.10 | 1,501.20 | 0.00% |
| Total Other Income (Expense) | 125.10 | 1,501.20 | 0.08% |
| | | | |
| Net Income (Cash Basis) | 5,300.10 | 63,601.20 | |

Gracious Living
Schedule of Overhead, General and Administrative Expenses

|  | 2016 Monthly | 2016 Yearly | |
|---|---:|---:|---:|
| Contract Revenues Earned | 2,583.33 | 31,000.00 | |
| | | | |
| Direct Cost-Labor | - | - | 0.00% |
| Direct Cost-Material | 129.17 | 1,550.00 | 5.00% |
| Direct Cost-Subcontracts | 258.33 | 3,100.00 | 10.00% |
| Direct Cost-Equipment | - | - | 0.00% |
| Costs of revenues | 387.50 | 4,650.00 | |
| | | | |
| Gross profit | 2,195.83 | 26,350.00 | 85.00% |
| | | | |
| Marketing Expenses | - | - | 0.00% |
| Conventions and Exhibits | - | - | 0.00% |
| Alarm Charges | - | - | 0.00% |
| Fuel | - | - | 0.00% |
| Auto Repair/Maint | - | - | 0.00% |
| Equip Repair/Maint | - | - | 0.00% |
| Service Charges | - | - | 0.00% |
| Bad Dept | - | - | 0.00% |
| Due & Subscriptions | - | - | 0.00% |
| Entertainment Expenses | - | - | 0.00% |
| Insurances | 129.17 | 1,550.00 | 5.00% |
| Legal Expenses | - | - | 0.00% |
| Professional Fees | - | - | 0.00% |
| Licenses/Fees | - | - | 0.00% |
| Office Supplies | - | - | 0.00% |
| Computer Supplies | - | - | 0.00% |
| Computer Main & Licenses | - | - | 0.00% |
| General Administration Wages | - | - | 0.00% |
| Employee Appreciation | - | - | 0.00% |
| Payroll Taxes | - | - | 0.00% |
| Worker Comp | - | - | 0.00% |
| Group Health Insurance | - | - | 0.00% |
| 401 (K) Expense | - | - | 0.00% |
| Pre-Employement Expenses | 0 | - | 0.00% |
| US Trustee Fees | - | - | 0.00% |
| Postage | - | - | 0.00% |
| Rent | - | - | 0.00% |
| Office Repair and Maintenance | - | - | 0.00% |
| Uniforms | - | - | 0.00% |
| Taxes | - | - | 0.00% |
| Tool Expense | - | - | 0.00% |
| Training/Education | - | - | 0.00% |
| Telephone | - | - | 0.00% |
| Utilities | - | - | 0.00% |
| Travel Expense | - | - | 0.00% |
| G&A | | 1,550.00 | 5.00% |
| | | | |
| Income from Operations | | 24,800.00 | 80.00% |
| | | | |
| Other Income (Expenses) | | | |
| Miscellaneous Income | | - | 0.00% |
| Total Other Income (Expense) | | - | 0.00% |
| | | | |
| Net Income (Cash Basis) | | 24,800.00 | |