UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

Debtors.
_____/

## AMENDMENT TO SCHEDULE "F"

The Debtor, Progressive Plumbing, Inc., hereby amends Schedule "F" to include the following:

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | Randy Hardy<br>c/o Dan C. Chapman III<br>PO Box 1343<br>Conyers, GA 30012 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ☒ No ☐ Yes | |

The undersigned, Kimberly Lawson-Sapp, a member of Progressive Plumbing, Inc., declares under penalty of perjury that the foregoing is true and correct.

*/s/ Kimberly Lawson-Sapp*
Kimberly Lawson-Sapp
Member

/s/ Roman V. Hammes
Roman V. Hammes, Esq.
Florida Bar No. 087250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, FL 32801
(407) 680-6050
roman@romanvhammes.com
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been sent on April 22, 2016 via electronic notice and/or first class United States mail to: Timothy S. Laffredi, Office of the United States Trustee, U.S. Dept. of Justice, George C. Young Federal Building, 400 W. Washingon St., Suite 1100, Orlando, FL 32801; United States Trustee, 400 West Washington Street Suite 1100, Orlando, FL 32801; Florida Physicians Group, 8998 Railroad Sq Drive, Old Town, FL 7418.

/s/Roman V. Hammes
Roman V. Hammes

I certify that a copy of Amended F, a copy of the debtors' Notice of Commencement was sent on April 22, 2016 via first class United States mail to: Randy Hardy c/o Dan Chapman, Esq., PO Box 1343, Conyers, GA 30012.

/s/Roman V. Hammes
Roman V. Hammes

**Fill in this information to identify the case:**

Debtor name  Progressive Plumbing, Inc.

United States Bankruptcy Court for the: __Middle__  District of __Florida__
(State)

Case number (If known):  6:15-bk-07275

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................  $ 2,020,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................  $ 3,382,977.71

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................  $ 5,402,977.71

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............  $ 2,942,977.32

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................  $ 21,995.55

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................  + $ 1,752,153.38

4. **Total liabilities**....................  $ 4,717,126.25
    Lines 2 + 3a + 3b

Official Form 206Sum    **Summary of Assets and Liabilities for Non-Individuals**    page 1