UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

        Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

## MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN DEBTOR, ALLIED WORLD SPECIALTY INSURANCE COMPANY, AND THE EVERGREEN CORPORATION

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the proof of service attached to this paper plus an additional three (3) days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the Trustee's attorney, Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 E. Colonial Dr., Ste 102, Orlando, FL 32801, and a copy on the U.S. Trustee, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, FL 32801, within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to Bankruptcy Rule 9019, Debtor, Progressive Plumbing, Inc. ("Debtor"), by and through its undersigned counsel, moves for approval of a proposed compromise of controversy between the Debtor and Allied World Specialty Insurance Company ("Allied") in Adv. Pro. Case No. 6:15-AP-00145-KSJ (the "Adversary") and gives notice of such compromise

1

to all interested parties. The Debtor also requests that service of any order granting or denying the motion be limited to Allied, the attorney for the Debtor, the Debtor, the United States Trustee, and any objecting party. In support, the Debtor states as follows:

## Background

1. On August 24, 2015 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code").

2. On or about February 14, 2014, Debtor and The Evergreen Corporation ("Evergreen") entered into that certain Subcontract having No. 15-49.100 (the "Subcontract").

3. The Subcontract provided for Debtor to perform plumbing work on the construction of the Hyatt House hotel in Downtown Atlanta, Georgia (the "Hyatt Project").

4. The total Subcontract price was agreed as $978,000.00.

5. On March 20, 2013, Debtor and Allied entered into that certain General Indemnity Agreement (the "GIA") whereby Allied agreed to stand as surety for certain jobs performed by Debtor.

6. Pursuant to the GIA, on June 10, 2014, Allied issued that certain Bond No. D00000186 in favor of Evergreen, as obligee, on the Hyatt Project with a bond penal sum of $978,000.00 (the "Bond").

7. Debtor proceeded with performing its obligations under the Subcontract. However, in March 2015, for reasons in dispute, Debtor ceased work on the Hyatt Project. Allied then took responsibility for working with Evergreen to complete the project.

8. When Debtor ceased working on the Hyatt Project, Debtor had completed $855,972.33 of the Subcontract. After Evergreen took over completion of the Subcontract, the

total cost of the Subcontract ballooned to approximately $1.9 million, almost *double* the original price.

9. On August 21, 2015, Evergreen sent a demand letter to Debtor stating that pursuant to the Subcontract, Evergreen had formally reached a decision that Debtor owed Evergreen $729,799.00 for the completion work, change orders, back charges, and other items (the "Demand").

10. On September 25, 2015, Evergreen also demanded $797,522 from Allied under the Bond. That demand has since increased.

11. Debtor contends that its liability under the GIA to Allied is minimal as Allied convinced Debtor to leave the Hyatt Project and promised Debtor that it would complete the Hyatt Project quickly and efficiently. Debtor contends that Allied essentially wrote Evergreen a "blank check" and that Evergreen's alleged damages are grossly overstated and were preventable.

12. Allied contends that Debtor failed to perform on the Hyatt Project eventually leaving the Project on its own volition before completion. Allied contends that Debtor is responsible for Evergreen's alleged damages, most of which was already incurred by the time Allied became involved as the completing Surety. Allied further contends that pursuant to the GIA, Debtor is obligated to pay to Allied all amounts Allied must pay to Evergreen under the Bond.

**Compromise**

13. In order to save the time and expense of litigation and collection, the Debtor and Allied (collectively, the "Parties") have agreed to the following compromise:

a. Allied will be given an allowed claim against the Debtor for all damages resulting from the Hyatt Project in the total amount of $250,000.00.

b. Pursuant to the Plan of Reorganization (the "Plan") (Doc. 239), Allied will retain its liens securing that amount and receive payments in monthly installments based on a 10-year amortization, fixed 4.5% interest rate, with a 6-year maturity date.

c. Payment shall commence 90 days from entry of a final, non-appealable Order confirming the Plan.

d. Allied will vote in favor of the Plan, conditioned upon the entry of a confirmation order with minor, non-material alterations to the language of the treatment of Class 5.

e. With the Debtor's consent, Allied and Evergreen will file an agreed stipulation to dismiss all claims by Allied against Evergreen, and all claims by Evergreen against Allied, in the Adversary pursuant to the separate settlement reached between Evergreen and Allied. In addition, under this compromise, the Debtor will dismiss its claims against Evergreen from the Adversary and the Adversary will be closed.

f. The Debtor and Allied agree that Allied will file a motion for relief from stay to collect proceeds that Debtor believes Evergreen owes to the Debtor on the Hyatt South Carolina project. The Debtor and Allied agree that the Court will determine the proper payee of those proceeds, unless the parties reach a written agreement otherwise. If the proceeds are determined to be payable directly to Allied, Allied will apply a credit to the amount due on the current

Promissory Note in the amount of the proceeds collected.

g. All remaining claims between the Debtor and Allied in the Adversary will be dismissed and the Adversary will be closed.

### Best Interests of the Estate

14. The Debtor recommends approval of this compromise because it establishes a fixed amount for the Debtor to repay Allied and provides terms which are feasible for the Debtor. In addition, the compromise will save all parties the cost and uncertainty of litigation.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order approving the compromise, limiting service of any order, and granting such other relief as the Court deems just and proper.

Respectfully submitted this 11th of May, 2016.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com

Counsel for Debtor

and

/s/ Roman V. Hammes
Roman V. Hammes, Esq.
Florida Bar No. 087250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, FL 32801
(407) 650-0003
roman@romanvhammes.com

Counsel for Debtor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system and/or via First Class U.S. Mail on the 11th day of May 2016 to all parties on the attached mailing matrix.

/s/ Michael A. Nardella_____
Michael A. Nardella, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-07275-KSJ<br>Middle District of Florida<br>Orlando<br>Wed May 11 11:32:23 EDT 2016 | American Pipe & Supply Co., Inc.<br>c/o Daniel D. Sparks<br>Christian & Small LLP<br>1800 Financial Center<br>505 N. 20th Street<br>Birmingham, AL 35203-4633 | Batson-Cook Company<br>c/o Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| First Green Bank<br>18251 US Highway 441<br>Mount Dora, Fl 32757-6718 | Ford Motor Credit Company LLC<br>c/o Roger A. Kelly, Esq.<br>PO Box 3146<br>Orlando, FL 32802-3146 | Internal Revenue Service<br>c/o United States Attorney<br>400 West Washington Street<br>Suite 3100<br>Orlando, FL 32801-2203 |
| Kellogg & Kimsey Construction Management, In<br>c/o M. Lewis Hall, III<br>200 South Orange Avenue<br>Sarasota, FL 34236-6802 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares, FL 32778-0327 | Lawson Investment Group, Inc.<br>1064 West Highway 50<br>Clermont, FL 34711-2835 |
| Nissan Motor Acceptance Corporation<br>c/o KELLEY KRONENBERG ATTORNEYS AT LAW<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Premium Assignment Corporation<br>c/o Jules S. Cohen, Esq.<br>AKERMAN LLP<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Progressive Plumbing, Inc.<br>1064 W Highway 50<br>Clermont, FL 34711-2835 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | UnitedHealthcare Insurance Company<br>c/o Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1803 | A. Tarler, Inc.<br>1403 SW 8th Street<br>Pompano Beach, FL 33069-4511 |
| AT&T Mobility<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | AXSA Engineering Products<br>255 Old Sandford Road<br>Unit A<br>Winter Springs, FL 32708-2651 | Ace Hospitality<br>Registered Agent Martha<br>Brook Perry<br>102 Frey Street<br>Ashland City, TN 37015-1738 |
| Activar Construction Product<br>SDS 12-1132<br>PO Box 86<br>Minneapolis, MN 55486-0086 | Advantage Care, Inc.<br>7121 Grand National Dr<br>Suite 103<br>Orlando, FL 32819-8390 | Aetna<br>151 Farmington Ave<br>Hartford, CT 06156-0002 |
| Airgas USA, LLC<br>PO Box 532609<br>Atlanta, GA 30353-2609 | Allied World Specialty Ins<br>C/O Jonathan P. Cohen Esq<br>Jonathan P. Cohen, P.A.<br>500 E Broward Blvd Ste 1710<br>Fort Lauderdale, FL 33394-3012 | Allied World Specialty Ins Co f/k/a Darwin N<br>C/O Jonathan P. Cohen, Esq.<br>500 E. Broward Blvd. Suite 1710<br>Fort Lauderdale, FL 33394-3012 |
| American Pipe & Supply<br>C/O Daniel D. Sparks<br>505 20th St N<br>Suite 1800<br>Birmingham, AL 35203-4633 | American Pipe & Supply<br>PO Box 11474<br>Birmingham, AL 35202-1474 | American Pipe & Supply Company, Inc.<br>c/o Daniel D. Sparks<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203-2605 |
| Ascot Capital LLC-1<br>PO Box 645040<br>Cincinnati, OH 45264-0303 | Barnes Industrial Plastic<br>Piping<br>10150 Central Port Dr<br>Orlando, FL 32824-7059 | Batson Cook<br>200 Galleria Parkway<br>Suite 1300<br>Atlanta, GA 30339-5967 |

| | | |
|---|---|---|
| Batson-Cook Company<br>Bush Ross, P.A.<br>Attn: Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, Florida 33601-3913 | Bill & Charlene Lawson<br>1803 Rosewood Drive<br>Clermont, FL 34711-2945 | Billy Lawson<br>940 W Lakeshore Drive<br>Clermont, FL 34711-2932 |
| Bob McKee, Tax Collector<br>PO Box 268<br>Tavares, FL 32778-0268 | Bobrick Washroom Equipment<br>11611 Hart St<br>North Hollywood, CA 91605-5802 | Brennan & Clark<br>721 E Madison St<br>Villa Park, IL 60181-3083 |
| Bright House Networks<br>PO Box 30765<br>Tampa, FL 33630-3765 | Brighthouse<br>894 Maguire Rd<br>Ocoee, FL 34761 | Cadell Construction<br>2700 Lagoon Park Dr<br>Montgomery, AL 36109-1100 |
| Canon Financial Services<br>158 Gaither Drive<br>Mount Laurel, NJ 08054-1716 | Canon Financial Services Inc<br>14904 Collections Center Drive<br>Chicago IL 60693-0149 | Capital Office Products<br>210 Fentress Blvd<br>Daytona Beach, FL 32114-1231 |
| Cazenovia Creek Funding I, LLC<br>PO Box 54897<br>New Orleans, LA 70154-4897 | Central Florida Plumbing Supply Inc<br>aka Central Florida Supply, Inc<br>Shuffield, Lowman & Wilson PA<br>PO Box 1010<br>Orlando FL 32802-1010 | Charlene Lawson<br>PO Box 121126<br>Clermont FL 34712-1126 |
| Charles R. Frazier<br>5258 B Murfreesboro Rd<br>La Vergne, TN 37086-2720 | City of Atlanta<br>55 Trinity Ave<br>Atlanta, GA 30303-3543 | City of Clermont<br>685 W Montrose St<br>Clermont, FL 34711-2119 |
| City of Clermont<br>PO Box 120219<br>Clermont, FL 34712-0219 | City of Groveland<br>156 South Lake Ave<br>Groveland, FL 34736-2597 | Cliftonlarsonallen LLP<br>420 S Orange Ave<br>Suite 500<br>Orlando, FL 32801-3399 |
| Creative Specialties Intl<br>75 Remittance Dr<br>Suite 1590<br>Chicago, IL 60675-1590 | Crown Bath<br>7792 Plantation Circle<br>Bradenton, FL 34201-2064 | DEMAND MECHANICAL LLC<br>DAVID M ANTHONY<br>511 UNION STREET SUITE 1600<br>NASHVILLE TN 37219-1780 |
| Darwin National Assurance Co<br>1690 New Britian Ave<br>Suite 101<br>Farmington, CT 06032-3361 | Del-Air Mechanical<br>135 Chicamauga Ave<br>Knoxville, TN 37917-5125 | Demand Mechanical<br>820 Fesslers Pkwy<br>Ste 135<br>Nashville, TN 37210-2938 |
| Department of Business<br>& Professional Regulation<br>PO Box 6300<br>Tallahassee, FL 32314-6300 | Dexter & Chaney, INC<br>PO Box 27146<br>Seattle, WA 98165-1546 | Duke Energy<br>PO Box 14042<br>Saint Petersburg, FL 33733-4042 |

| | | |
|---|---|---|
| Evergreen Construction<br>3200 Cobb Galleria Parkway<br>Suite 240<br>Atlanta, GA 30339-5941 | FFVA Mutual<br>PO Box 32794<br>Maitland, FL 32794 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| Ferguson Enterprises Inc<br>10355 S Orange Ave<br>Orlando, FL 32824-7712 | Ferguson Enterprises Inc<br>12500 Jefferson Ave<br>Newport News, VA 23602-4314 | Ferguson Enterprises Inc #52<br>PO Box 100286<br>Atlanta, GA 30384-0286 |
| First Green Bank<br>18251 US HWY 441<br>Mount Dora, FL 32757-6718 | First Green Bank<br>c/o Mark F. Ahlers, Esq.<br>Fishback Dominick<br>1947 Lee Road<br>Winter Park, FL 32789-1834 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Dept of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Florida Tile<br>3545 Reynolds Rd<br>Lakeland, FL 33803-8373 | Ford Motor Credit<br>Tax Dept, WHQ Room 612<br>One American Road<br>Dearborn, MI 48126-2701 |
| Ford Motor Credit Company<br>c/o Roger A. Kelly<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | French Lawson Investment Grp<br>1064 W Highway 50<br>Clermont, FL 34711-2835 | GEORGIA DEPARTMENT OF LABOR<br>BROOK C TIMMONS CHIEF<br>UNEMPLOYMENT INSURANCE LEGAL SEC STE 826<br>148 ANDREW YOUNG INTL BLVD<br>ATLANTA GA 30303-1751 |
| General Insulation Co<br>PO Box 636959<br>Cincinnati, OH 45263-6959 | General Insulation Company<br>Kevin J. Snyder, Esq.<br>701 N. Green Valley Pkwy, Ste. 200<br>Henderson, NV 89074-6178 | Georgia Dept. of Labor<br>PO Box 740234<br>Atlanta, GA 30374-0234 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Glazzio Tiles<br>10101 Foster Ave<br>Brooklyn, NY 11236-2116 | Gracious Living Design Cntr<br>1064 W HWY 50<br>Clermont, FL 34711-2835 |
| Gracious Living Design Ctr<br>1064 W Hwy 50<br>Clermont, FL 34711-2835 | Griffis Automotive Clinic<br>1508 A Max Hooks Rd<br>Groveland, FL 34736-8026 | Ground Penetrating Radar<br>7540 New West Road<br>Toledo, OH 43617-4200 |
| Guppy's Mobile Transport<br>25551 Celestial St<br>Christmas, FL 32709-9666 | Hajoca Corp d/b/a Hughes Supply<br>c/o Helen McGuire<br>600 Ferguson Drive<br>Orlando, FL 32805-1014 | Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 |
| Hire Quest d/b/a Trojan<br>Labor<br>PO Box 890714<br>Charlotte, NC 28289-0714 | Hughes Supply<br>600 N Ferguson Dr<br>Orlando, FL 32805-1043 | Hughes Supply Inc<br>600 Ferguson Drive<br>Orlando, FL 32805-1043 |

| | | |
|---|---|---|
| Hughes Supply Inc<br>One Hughes Way<br>Orlando, FL 32805-2270 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| J&N Plumbing LLC<br>1871 Winner Circle<br>Lawrenceville, GA 30043-2722 | Jason Barker<br>390 Trott RD<br>Bell Buckle, TN 37020-4821 | Jimerson & Cobb<br>1 Independent Dr<br>#1400<br>Jacksonville, FL 32202-5011 |
| Jomac Construction LLC<br>PO Box 10517<br>7770 Sears Blvd<br>Pensacola, FL 32514-4542 | Joseph Buttlieri<br>c/o Gregory C. Maaswinkel<br>629 N Fern Creek Avenue<br>Orlando FL 32803-4854 | Kallista/Kohler Co.<br>PO Box 99020<br>Chicago, IL 60693-9020 |
| Kellogg & Kimsey, Inc.<br>Lewis Hall, III, Esquire<br>200 South Orange Avenue<br>Sarasota, FL 34236-6802 | Kellogg & Kimsey, Inc.<br>c/o M. Lewis Hall, III, Esquire<br>200 S. Orange Avenue<br>Sarasota, FL 34236-6802 | Kevin J Snyder & Assoc<br>701 N Green Valley Pkwy<br>Suite 200<br>Henderson, NV 89074-6178 |
| Kimberly French<br>1064 W Highway 50<br>Clermont, FL 34711-2835 | Lake Apopka Natural Gas<br>PO Box 850001<br>Orlando, FL 32885-0001 | Lawson Family Trust 1<br>1803 Rosewood Dr<br>Clermont FL 34711-2945 |
| Lawson Family Trust 11<br>1803 Rosewood Dr<br>Clermont FL 34711-2945 | Lotus Business LLC<br>2309 North West 30th PL<br>Pompano Beach, FL 33069-0701 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>#120<br>Salt Lake City, UT 84121-7092 |
| Martin Klayer & Associates<br>101 S Palmetto Ave<br>Suite 2<br>Daytona Beach, FL 32114-4331 | Mechanical Dynamics LLC<br>980 Piedmont Dr SE<br>Winter Haven, FL 33880-4549 | Michael C. Sasso<br>1031 W Morse Blvd<br>Suite 120<br>Winter Park, FL 32789-3774 |
| Mike Tidwell Tub & Shower Repair<br>2417 Fly Road<br>Nolensville, TN 37135-9470 | Mobile Mini Inc<br>PO Box 740773<br>Cincinnati, OH 45274-0773 | Mobile Modular Portable Storage<br>PO Box 45043<br>San Francisco, CA 94145-5043 |
| N. Carolina Dept. of Revenue<br>501 N Wilmington St<br>Raleigh, NC 27604-8002 | NACM South Atlantic<br>6290 Edgewater Dr<br>Orlando, FL 32810-4750 | Neff Rental<br>PO Box 405138<br>Atlanta, GA 30384-5138 |
| Nissan Motor Acceptance Corporation<br>PO Box 650214<br>Attn: Katherine Melendrez<br>Dallas, TX 75265-0214 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | One Point Technologies<br>3380 Trickum Rd<br>Bldg 300-100<br>Woodstock, GA 30188-3683 |

| | | |
|---|---|---|
| Orlando Winnelson<br>1996 Stanhome Way<br>Orlando, FL 32804-5114 | Orlando Winnelson Co<br>c/o WGS Compliance Svs<br>3110 Kettering Blvd<br>Moraine, OH 45439-1924 | PCL Construction<br>6675 Westwood Blvd<br>Suite 220<br>Orlando, FL 32821-6015 |
| PNC Equipment<br>995 Dalton Ave<br>Cincinnati, OH 45203-1100 | PNC Equipment Finance, LLC<br>attn: Tina Bowling<br>995 Dalton Ave.<br>Cincinnati  OH 45203-1100 | Pac-Van, Inc<br>75 Remittance Drive<br>Chicago, IL 60675-1001 |
| Pipetechs<br>6600 Mt Herman Rd<br>Raleigh, NC 27617-9404 | Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484-4361 | Pitney Bowes Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Poinciana Med Center<br>5600 Mariner St<br>Suite 140<br>Tampa, FL 33609-3443 | Premium Assignment Corp<br>PO Box 3100<br>Tallahassee, FL 32315-3100 | Premium Assignment Corporation<br>c/o Jules S. Cohen Esquire<br>Akerman LLP<br>P. O. Box 231<br>Orlando FL  32802-0231 |
| Premium Assignment Corporation<br>c/o Sundeep S. Sidhu<br>Akerman LLP<br>P. O. Box 231<br>Orlando FL  32802-0231 | Principal Mutual Life<br>Ins Co<br>PO Box 10372<br>Des Moines, IA 50306-0372 | Progressive Plumbing Inc<br>1064 W HWY 50<br>PO Box 121126<br>Clermont, FL 34712-1126 |
| Progressive Services, LLC<br>1064 W Hwy 50<br>Clermont, FL 34711-2835 | Progressive Services, LLC<br>1064 West Highway 50<br>Clermont, FL 34711-2835 | Ram Tool AMD Supply<br>PO Box 320979<br>Birmingham, AL 35232-0979 |
| Randall S Fudge & Assoc<br>4801 Classen Blvd<br>#202<br>Oklahoma City, OK 73118-4622 | Randy Hardy<br>c/o Dan C. Chapman III<br>PO Box 1343<br>Conyers, GA 30012-1343 | Rinaldis<br>15264 E Colonial Dr<br>Orlando, FL 32826-5517 |
| S. Carolina Dept of Revenue<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 | Safeway Services LLC<br>655 Huron Ave<br>Memphis, TN 38107-1512 | Sagequest<br>PO Box 347744<br>Pittsburgh, PA 15251-4744 |
| Schaub<br>4740 Talon Court SE<br>Suite 4<br>Grand Rapids, MI 49512-5462 | Schindler Elevator Corp<br>7100 TPC Dr Ste 300<br>Orlando, FL 32822-5125 | Security National Insurance<br>PO Box 650767<br>Dallas, TX 75265-0767 |
| Sharp, Robbins & Popwell LLC<br>1109 Myatt Blvd<br>Madison, TN 37115-2453 | Shawn's Lawn Care LLC<br>1635 CR 609C<br>Bushnell, FL 33513-4913 | Shuffieldlowman<br>PO Box 1010<br>Orlando, FL 32802-1010 |

| | | |
|---|---|---|
| Southern Plumbing Service<br>220 Lemon Tree Lane<br>Apt 5<br>Ormond Beach, FL 32174-2661 | Sponsler, Bennet, Jacobs &<br>Adams, PA<br>PO Box 3300<br>Tampa, FL 33601-3300 | Sunbelt Rentals<br>PO Box 409211<br>Attn: Accounts Receivable<br>Atlanta, GA 30384-9211 |
| TCL Enterprises<br>39 Hall Manor<br>Alpharetta, GA 30022-1816 | TENNESSEE DEPT OF REVENUE<br>C/O ATTY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | TLGFY, LLC<br>Capital One, N.A. as Collateral Assignee<br>PO Box 54347<br>New Orleans, LA 70154-4347 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | The Tub Guys, Inc<br>PO Box 2092<br>Mount Dora, FL 32756-2092 | Timothy Laffredi, Trial Attorney<br>US Dept. of Justice<br>George C. Young Federal Bldg.<br>400 W. Washington St., Suite 1100<br>Orlando  FL 32801-2210 |
| Tradesman International<br>2400 Sandlake Road<br>#100<br>Orlando, FL 32809-7602 | Tri Tech Labs INC<br>PO Box 140966<br>Orlando, FL 32814-0966 | US Bank as Cust for ASCOT CAPITAL LLC - 1<br>PO Box 645040<br>Cincinnati, OH 45264-0303 |
| US Healthworks<br>PO Box 404473<br>Atlanta, GA 30384-4473 | United Firestop &<br>Core Drilling<br>159 E E Lakeshore Blvd<br>Kissimmee, FL 34744 | United Health Care<br>Dept Ch 10151<br>Palatine, IL 60055-0001 |
| United Rentals INC<br>PO Box 100711<br>Atlanta, GA 30384-0711 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wex Fleet One LLC<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Wieland Davco<br>4162 English Oak Dr<br>Lansing, MI 48911-4297 | William E and Charlene H Lawson<br>Robert Clayton Roesch<br>Shuffield, Lowman & Wilson PA<br>PO Box 1010<br>Orlando FL 32802-1010 | William O. Kelley II<br>1408 Lobeila Dr<br>Lake Mary, FL 32746-2666 |
| Charlene H Lawson<br>1064 West Highway 50<br>Clermont, FL 34711-2835 | Douglas Martin<br>101 S. Palmetto Ave<br>Suite 2<br>Daytona Beach, FL 32114-4331 | Joseph Butlier<br>c/o Gregory C Maaswinke<br>801 N Magnolia Ave<br>Suite 405<br>Orlando, FL 32803-3844 |
| Martin Forster<br>301 S. New York<br>Suite 200<br>Winter Park, FL 32789-4273 | Michael A Nardella<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 | Roman V Hammes |
| Roman V Hammes<br>Roman V. Hammes, P.L<br>1920 N. Orange Avenue, Suite 100<br>Orlando, FL 32804-5531 | William E Lawson<br>1064 West Highway 50<br>Clermont, FL 34711-2835 | |


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Dept. of Revenue
Centralized Taxpayer
PO Box 105596
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allied World Specialty Insurance Company

(u)Fireman's Fund Insurance Company

(d)Batson-Cook Company
c/o Bush Ross, P.A.
Attn: Adam Lawton Alpert, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

(d)Ferguson Enterprises, Inc
10355 S Orange Ave
Orlando, FL 32824-7712

(d)First Green Bank
18251 US Hwy 441
Mount Dora, FL 32757-6718

(d)Ford Motor Credit Company LLC
c/o Roger A. Kelly
Post Office Box 3146
Orlando, FL 32802-3146

(d)Lake County Tax Collector
Attn:  Bob McKee
Post Office Box 327
Tavares FL 32778-0327

(d)Lawson Investment Group, Inc
1064 West Highway 50
Clermont FL 34711-2835

(d)Nissan Motor Acceptance Corporation
c/o KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

(d)Progressive Plumbing, Inc
1064 W HWY 50
PO Box 121126
Clermont, FL 34712-1126

(u)See Attached.

(d)UnitedHealthcare Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

(u)David Adams

End of Label Matrix
Mailable recipients    178
Bypassed recipients     13
Total                  191