UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No.: 6:15-bk-07275-KSJ
                                                                Chapter 11
PROGRESSIVE PLUMBING, INC.

PROGRESSIVE SERVICES, LLC and                                   Jointly Administered with
GRACIOUS LIVING DESIGN                                          Case No. 6:15-bk-07276-KSJ
CENTER, INC.,                                                   Case No. 6:15-bk-07277-KSJ

      Debtors.
_____/

## DEBTOR'S MOTION FOR TURNOVER

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three (3) days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the Debtor's attorney, Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 E. Colonial Dr., Ste 102, Orlando, FL 32801, and a copy on the U.S. Trustee, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, FL 32801, within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to 11 U.S.C. §§ 521, 541, 542 and Bankruptcy Rule 4002 Debtor Progressive Plumbing, Inc. ("Debtor"), by and through its undersigned counsel, submits its Motion for Turnover, and states as follows:

1.      Debtor filed for a voluntary chapter 11 bankruptcy petition on August 24, 2015, in Case Number 6:15-bk-01838-KSJ (the "Petition Date").

2.      Debtor filed its schedules and statements (Doc. No. 76) and listed among its assets a cause of action for breach of contract against Kast Construction Company, LLC ("Kast").

3.      On January 12, 2015, Debtor and Kast entered into a Subcontract Agreement to provide plumbing services at Water Club, North Palm Beach ("Job Site").

4.      Debtor provided a 2008 Vickery Model 1VC-G-TH(X) custom temporary booster hydrostatic pump ("Booster") at the Job Site as part of its services pursuant to the contract with Kast.  Debtor was not permitted to take the Booster when it left the project and it is still in Kast's possession.

5.      The Booster has an approximate fair market value of $15,000.00.

6.      The Booster is a valuable piece of equipment for Debtor's business operations as it increases water pressure to pump the water and allow for testing of leaks.  Debtor charges contracts a daily rate of $25.00, weekly rate of $125.00, or a monthly rate of $500.00 when this piece of equipment is used on its job sites.  Debtor is losing revenue by not having possession of the Booster as it has not been able to use it on any other projects.

7.      Demand has been made for the return of the Booster but Kast has not replied.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order directing Kast Construction Company, LLC to immediately turn over the Booster to the Debtor, and other such relief as the Court deems just and proper.

Respectfully submitted this 18th of May, 2016.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Anthony M. Nardella, Jr., Esq.
Florida Bar No. 341274
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
akeppel@nardellalaw.com

**Counsel for Debtor**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system and/or via First Class U.S. Mail on the 18th day of May 2016 to:

KAST Construction Company, LLC
701 Northpointe Parkway, Suite 400
West Palm Beach, FL 33407

J Holdings, LLC
Managing Member of KAST Construction, LLC
701 South Olive Avenue, Suite 104
West Palm Beach, FL 33401

Corporation Service Company
Registered Agent for KAST Construction Company, LLC
1201 Hays Street
Tallahassee, FL 32301-2525

Office of the U.S. Trustee
George C. Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210.

/s/ Michael A. Nardella_____
Michael A. Nardella, Esq.