UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Progressive Plumbing, Inc. | ) | Case No.: 6:15-bk-07275-KSJ |
| | ) | |
| Progressive Services, LLC and | ) | Jointly Administered with |
| Gracious Living Design Center, Inc. | ) | Case No.: 6:15-bk-07276-KSJ |
| | ) | Case No.: 6:15-bk-07277-KSJ |
| Debtor(s). | ) | |

**CURRENT APPLICATION:**
Fees Requested                                    $ 4,995.00
**RETAINER PAID**                              $     0.00
**BALANCE TO BE PAID AFTER**        $ 4,995.00
**RETAINER UPON ALLOWANCE OF FEES**

**APPLICATION OF MARTIN, KLAYER & ASSOCIATES, P.L., ACCOUTANT,
FOR AWARD OF COMPENSATION FOR SERVICES RENDERED
FOR THE PERIOD AUGUST 24, 2015 THROUGH MAY 16, 2016**
(Progressive Services, LLC)

Douglas Martin, of Martin, Klayer & Associates, P.L. (the "Accountant"), Accountant for Progressive Services, LLC, submits this application for award of compensation for services rendered and says:

**I.    NARRATIVE SUMMARY**

   A.    **Background**.

   1.    **Petition Date**. This case was filed on August 24, 2015 (the "Petition Date").

   2.    **Application to Employ**. On September 16, 2015, Debtor filed an application (Doc. No. 75) to employ Accountant. An order granting the application was entered on October 29, 2015 (Doc. No. 138).

   3.    **Terms and Conditions of Employment and Compensation**.

       a.    **Application**. The terms and conditions of the employment and

compensation of the Accountant are set forth in the application. The declaration of Accountant and disclosure of compensation filed in this case by Accountant are incorporated herein by reference thereto. Additionally, the Accountant has provided services to the Debtor as requested over the life of the case.

      b.    **Sharing of Compensation**. Except as provided in Bankruptcy Code §504(b), the Accountant has not shared or agreed to share any compensation or reimbursement with another person or received by another person under Bankruptcy Code §§503(b)(2), (4).

      c.    **Payments Made or Promised**. The Debtor did not pay a retainer to Accountant.

      d.    **Source.** The source of funds for any payments will be the Debtor.

      e.    **Caps or Limitations**. Except as set forth above, there are no caps or limitations on fees or other charges.

      f.    **Time period of this application**. This is an application for the period August 24, 2015 through May 16, 2016.

**B.**    **Business of Debtor**. The Debtor is a commercial plumbing service contractor that engages in business in Central Florida.

**C.**    **Project Summary**. Debtor employed Accountant to perform the work outlined on the attached Exhibit "A".

**D.**    **Evaluation Standards**.

Bankruptcy Code § 330 provides in relevant part:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, . . ., the court may award to ... a professional person employed under section 327 . . .-

> (A) reasonable compensation for actual, necessary services rendered by the . . . professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.
>
> (3) In determining the amount of reasonable compensation to be awarded to . . . professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including -
>
>> (A)   the time spent on such services;
>>
>> (B)   the rates charged for such services;
>>
>> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>>
>> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>>
>> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>>
>> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.
>
> (6) Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

In *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), the court identified the following factors to be considered in determining the amount of reasonable compensation:

1. <u>Time and Labor Required</u>. Accountant expended substantial time in preparing the immigration certification, the financial statements and in consulting with the Debtor.

2. <u>Qualifications</u>. The Accountant has been selected because the Accountant (i) has considerable experience in matters of this nature; and (ii) is well-qualified to provide necessary services for the Debtor-in-Possession.

3. <u>Customary Fee</u>. The fees requested in this case are based on Accountant's customary fees for services based on the nature, extent and value of such services, taking into account all relevant factors.

4. <u>Fees Fixed or Contingent</u>. Accountant requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between Accountant and the Debtor.

5. <u>Awards in Similar Cases</u>. Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

### III. DECLARATION.

The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Accountant for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

1. I am an accountant and the principal of Martin, Klayer & Associates, P.L., located at 101 Palmetto Avenue, Suite 2, Daytona Beach, Florida, 32114. I have personal knowledge of the matters set forth herein.

2. The allegations of this application of Accountant are true and correct.

Dated: May 17, 2016.

/s/ Douglas Martin
Douglas Martin, CPA
Martin, Klayer & Associates, PL
101 S. Palmetto Avenue, Suite 2
Daytona Beach, FL 32114
Telephone: (386) 252-6075
Facsimile: (386) 252-6128
dmartin@martinassociatespl.com

Accountant for Progressive Services, LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the Application of Martin, Klayer & Associates, PL, Accountant for Progressive Services, LLC, for Award of Compensation for Services was served on May 20, 2016 by: (i) electronic filing through the CM/ECF system; (ii) email to: (a) dmartin@martinassociatespl.com; and (iii) First Class U.S. Mail, postage pre-paid, to the Local Rule 1007-2 Parties in Interest List as listed on the mailing matrix attached to the original of this document filed with the court.

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 087250
Roman V. Hammes, P.L.
1920 N. Orange Ave, Suite 100
Orlando, FL 32804
Telephone (407) 650-0003
roman@romanvhammes.com

Attorney for Progressive Services, LLC

Lake County Tax Collector Attn: Bob McKee
Post Office Box 327 Tavares, FL 32778-0327

Premium Assignment Corporation c/o Jules S. Cohen, Esq.
AKERMAN LLP
Post Office Box 231 Orlando, FL 32802-0231

UnitedHealthcare Insurance Company c/o Shipman & Goodwin LLP
One Constitution Plaza Hartford, CT 06103-1803

AXSA Engineering Products 255 Old Sandford Road Unit A
Winter Springs, FL 32708-2651

Advantage Care, Inc. 7121 Grand National Dr Suite 103
Orlando, FL 32819-8390

Allied World Specialty Ins C/O Jonathan P. Cohen Esq Jonathan P. Cohen, P.A.
500 E Broward Blvd Ste 1710 Fort Lauderdale, FL 33394-3012

American Pipe & Supply Co., Inc. c/o Daniel D. Sparks
Christian & Small LLP 1800 Financial Center 505 N. 20th Street
Birmingham, AL 35203-4633

Ford Motor Credit Company LLC c/o Roger A. Kelly, Esq.
PO Box 3146
Orlando, FL 32802-3146

Internal Revenue Service c/o United States Attorney 400 West Washington Street Suite 3100
Orlando, FL 32801-2203

Douglas Martin
101 S. Palmetto Ave Suite 2
Daytona Beach, FL 32114-4331

A. Tarler, Inc.
1403 SW 8th Street
Pompano Beach, FL 33069-4511

Ace Hospitality Registered Agent Martha Brook Perry
101 Frey Street
Ashland City, TN 37015-1738

Aetna
McGuireWoods LLP
c/o Stephanie C. Gatton
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Martin Forster
301 S. New York
Suite 200
Winter Park, FL 32789-4273

Nissan Motor Acceptance Corporation c/o KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Tennessee Department of Revenue c/o
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

AT&T Mobility PO
Box 5019
Carol Stream, IL 60197-5019

Activar Construction Product
SOS 12-1132
PO Box 86
Minneapolis, MN 55486-0086

Airgas USA, LLC PO Box 532609
Atlanta, GA 30353-2609

Ascot Capital LLC-1
PO Box 645040
Cincinnati, OH 45264-0303

Barnes Industrial Plastic Piping
10150 Central Port Drive
Orlando, FL 32824-7059

Batson-Cook Company
Bush Ross, PA
Attn: Adam Lawton Alpert, Esq
1801 N. Highland Ave
Tampa, Florida 33602

Bobrick Washroom Equipment
11611 Hart Street
North Hollywood, CA 91605-5802

Brennan & Clark
721 E Madison St
Villa Park, IL 60181-3083

Bright House Networks
PO Box 30765
Tampa, FL 33630-3765

Brighthouse
894 Maguire Rd
Ocoee, FL 34761

Cadell Construction
700 Lagoon Park Dr
Montgomery, AL 36109-1100

Canon Financial Services Inc
14904 Collections Center Drive
Chicago IL 60693-0149

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cazenovia Creek Funding I, LLC
PO Box 54897
New Orleans, LA 70154-4897

Charles R. Fraizer
5258 B Murfreesboro Rd
La Vergne, TN 37086-2720

City of Atlanta
55 Trinity Ave
Atlanta, GA 30303-3543

City of Clermont
685 W Montrose St
Clermont, FL 34711-2119

City of Clermont
PO Box 120219
Clermont, FL 34712-0219

City of Groveland
156 South Lake Ave
Groveland, FL 34736-2597

Cliftonlarsonallen LLP
420 S Orange Ave
Suite 500
Orlando, FL 32801-3399

Creative Specialties Intl
75 Remittance Dr
Suite 1590
Chicago, IL 60675-1590

DEMAND MECHANICAL LLC
DAVID M ANTHONY
511 UNION STREET SUITE 1600
NASHVILLE TN 37219-1780

Del-Air Mechanical
135 Chicamauga Ave
Knoxville, TN 37917-5125

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602-4314

FFVA Mutual
PO Box 948239
Maitland, FL 32794

Dexter & Chaney, INC
PO Box 27146
Seattle, WA 98165-1546

First Green Bank
c/o Mark F. Ahlers, Esq.
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789-1834

Florida Tile
Credit Department
998 Governors Lane, Ste. 300
Lexington, KY 40513

Department of Business
& Professional Regulation
PO Box 6300
Tallahassee, FL 32314-6300

Duke Energy
PO Box 14042
Saint Petersburg, FL 33733-4042

Evergreen Construction
3200 Cobb Galleria Parkway
Suite 240
Atlanta, GA 30339-5941

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126-2701

Glazzio Tiles
10101 Foster Ave
Brooklyn, NY 11236-2116

GEORGIA DEPARTMENT OF REVENUE
Centralized Taxpayer
PO Box 105596
ATLANTA GA 30348

Griffis Automotive Clinic
1508 A Max Hooks Rd
Groveland, FL 34736-8026

Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617-4200

General Insulation Company
Kevin J. Snyder, Esq.
701 N . Green Valley Pkwy, Ste .
200
Henderson, NV 89074-6178

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hire Quest d/b/a Trojan Labor
PO Box 890714
Charlotte, NC 28289-0714

Hajoca Corp d/b/a Hughes Supply
c/o Helen McGuire
600 Ferguson Drive
Orlando, FL 32805-1014

J&N Plumbing LLC
1871 Winner Circle
Lawernceville, GA 30043-2722

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Barker
390 Trott Rd
Bell Buckle, TN 37020-4821

Crown Bath Corp
c/o Jimerson & Cobb
1 Independent Dr
#1400
Jacksonville, FL 32202-5011

Jomac Construction LLC
PO Box 10517
7770 Sears Blvd
Pensacola, FL 32514-4542

Joseph Buttlieri
c/o Gregory C. Maaswinkel
629 N. Fern Creek Avenue
Orlando, FL 32803

Kallista/Kohler Co.
PO Box 99020
Chicago, IL 60693-9020

Kellogg & Kimsey, Inc.
Lewis Hall, III, Esquire
200 South Orange Avenue
Sarasota, FL 34236-6802

Kevin J Snyder & Assoc
701 N Green Valley Pkwy
Suite 200
Henderson, NV 89074-6178

Lake Apopka Natural Gas
PO Box 850001
Orlando, FL 32885-0001

Lotus Business LLC
2309 North West 30th PL
Pompano Beach, FL 33069-0701

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121-7092

Martin Klayer & Associates
101 S Palmetto Ave
Suite 2
Daytona Beach, FL 32114-4331

Mechanical Dynamics LLC
980 Piedmont Dr SE
Winter Haven, FL 33880-4549

Michael C. Sasso
1031 W Morse Blvd
Suite 120
Winter Park, FL 32789-3774

Mike Tidwell Tub & Shower Repair
2417 Fly Road
Nolensville,  TN 37135-9470

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274-0773

Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

N. Carolina Dept. of Revenue
501 N Wilmington St
Raleigh, NC 27604-8002

NACM South Atlantic
6290 Edgewater Dr
Orlando, FL 32810-4750

Orlando Winnelson Co
c/o WGS Compliance Svs
3110 Kettering Blvd
Moraine, OH 45439-1924

PNC Equipment Finance, LLC

attn: Tina Bowling
995 Dalton Ave.
Cincinnati OH 45203-1100

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

Principal Mutual Life Ins Co
PO Box 10372
Des Moines, IA 50306-0372

Rinaldis
15264 E Colonial Dr
Orlando, FL 32826-5517

Sagequest
PO Box 347744
Pittsburgh, PA 15251-4744

Neff Rental
PO Box 405138
Atlanta, GA 30384-5138

One Point Technologies
3380 Trickum Rd
Bldg 300-100
Woodstock, GA 30188-3683

PCL Construction
6675 Westwood Blvd
Suite 220
Orlando, FL 32821-6015

Pac-Van, Inc
1850 Saturn Blvd
Orlando, FL 32837

Premium Assignment Corporation
c/o Jules S. Cohen Esquire
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Ram Tool AMD Supply
PO Box 320979
Birmingham, AL 35232-0979

S. Carolina Dept of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Schaub
4740 Talon Court SE
Suite 4
Grand Rapids, MI 49512-5462

Pipetechs
6600 Mt Herman Rd
Raleigh, NC 27617-9404

Poinciana Med Center
5600 Mariner St
Suite 140
Tampa, FL 33609-3443

Premium Assignment Corporation
c/o Sundeep S. Sidhu
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Randall S Fudge & Assoc
4801 Classen Blvd
#202
Oklahoma City, OK 73118-4622

Safeway Services LLC
655 Huron Ave
Memphis, TN 38107-1512

Schindler Elevator Corp
1530 Timberwolf Dr.
PO Box 960
Holland, OH 43528

Security National Insurance PO
Box 650767
Dallas, TX 75265-0767

Sunbelt Rentals
PO Box 409211
Attn: Accounts Receivable
Atlanta, GA 30384-9211

Sharp, Robbins & Popwell LLC
1109 Myatt Blvd
Madison, TN 37115-2453

Shawn's Lawn Care LLC
1635 CR 609C
Bushnell, FL 33513-4913

Southern Plumbing Service
220 Lemon Tree Lane
Apt 5
Ormond Beach, FL 32174-2661

Sponsler, Bennet, Jacobs &
Adams, PA
PO Box 3300
Tampa, FL 33601-3300

TLGFY, LLC
Capital One, N.A. as
Collateral Assignee
PO Box 54347
New Orleans, LA 70154-4347

TCL Enterprises
39 Hall Manor
Alpharetta, GA 30022-1816

TENNESSEE DEPT OF REVENUE
C/O ATTY GENERAL
PO BOX 20207
NASHVILLE TN 37202-4015

Timothy Laffredi, Trial Attorney
US Dept. of Justice
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando FL 32801-2210

The Tub Guys, Inc
PO Box 2092
Mount Dora, FL 32756-2092

US Bank as Cust for ASCOT CAPITAL LLC - 1
PO Box 645040
Cincinnati, OH 45264-0303

Randy Hardy
c/o Dan C. Chapman III
PO Box 1343
Conyers, GA 30012

United Health Care
Dept Ch 10151
Palatine, IL 60055-0001

Wieland Davco
4162 English Oak Dr
Lansing, MI 48911-4297

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Securities & Exchange Commission
Branch of Reorganization
175 W. Jackson Street, Ste. 900
Chicago, IL 60604-2601

United States Trustee
400 West Washington Street
Suite 1101
Orlando, FL 32801

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tradesman International
2400 Sandlake Road
#100
Orlando, FL 32809-7602

Tri Tech Labs INC
PO Box 140966
Orlando, FL 32814-0966

US Healthworks
PO Box 404473
Atlanta , GA 30384-4473

United Rentals INC
PO Box 100711
Atlanta, GA 30384-0711

United Southern Bank
PO Drawer 29
Umatilla, FL 32784

United Firestop &
Core Drilling
159 E E Lakeshore Blvd
Kissimmee, FL 34744

Wex Fleet One LLC
PO Box 6293
Carol Stream, IL 60197-6293

William O. Kelley II
1408 Lobeila Dr
Lake Mary, FL 32746-2666

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

# Martin, Klayer & Associates, PL

101 S. Palmetto Ave, Ste 2
Daytona Beach, FL  32114
Phone: (386) 252-6075



Exhibit A

Progressive Services, LLC
1064 W. Hwy 50
Clermont, FL  34711

Invoice: 40017
Date: 12/23/2015

For professional service rendered as follows:

Billing for time related to Annual Immigration Law Certification for Progressive Services, LLC dated July 1, 2015.

Invoice Total     $820.00

Thank you for your business!

Please send payment to:
101 S Palmetto Ave, Ste 2
Daytona Beach, FL 32114

---

Please return this portion with payment.

**Progressive Services, LLC**

Card Type: _____
Card #: _____ Exp Date: _____
Signature: _____

Invoice: 40017
Date: 12/23/2015
Due Date: 12/23/2015

Amount Enclosed: $_____

# Martin, Klayer & Associates, PL

101 S. Palmetto Ave, Ste 2
Daytona Beach, FL 32114
Phone: (386) 252-6075

---

Progressive Services, LLC
1064 W. Hwy 50
Clermont, FL 34711

Invoice: 40054
January 12, 2016

---

For professional service rendered as follows:
   First billing for review of year-end Financial Statements as of September 30, 2015.

|  |  |
|---|---|
| Invoice Total | $2,000.00 |

Thank you for your business!

Please send payment to:
101 S Palmetto Ave, Ste 2
Daytona Beach, FL 32114

# Martin, Klayer & Associates, PL

101 S. Palmetto Ave, Ste 2
Daytona Beach, FL 32114
Phone: (386) 252-6075

---

Progressive Services, LLC
1064 W. Hwy 50
Clermont, FL 34711

Invoice:  40098
January 22, 2016

---

For professional service rendered as follows:

Final billing for review of combined financial statements for the year ended September 30, 2015 (50% for total).

Invoice Total      $2,050.00

Thank you for your business!

Please send payment to:
101 S Palmetto Ave, Ste 2
Daytona Beach, FL 32114

# Martin, Klayer & Associates, PL

101 S. Palmetto Ave, Ste 2
Daytona Beach, FL 32114
Phone: (386) 252-6075

---

Progressive Services, LLC
1064 W. Hwy 50
Clermont, FL 34711

Invoice: 40937

April 29, 2016

---

For professional service rendered as follows:
    Preparation of From DR-405 for Lake County.

|  |  |
|---|---|
| Invoice Total | $125.00 |

Thank you for your business!

Please send payment to:
101 S Palmetto Ave, Ste 2
Daytona Beach, FL 32114