UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

**APPLICATION**

| | |
|---|---|
| Fees & Expenses Requested | $9,360.68 |
| Paid to RVH from Retainer | $3,367.00 |
| **Amount Outstanding** | $5,993.68 |

**APPLICATION OF ROMAN V. HAMMES, P.L. FOR AWARD
OF COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD AUGUST 24, 2015 THROUGH MAY 16, 2016**
(Progressive Services, LLC)

I.   **SUMMARY**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Roman V. Hammes (RVH) | 20.6 | $300.00 | $6,180.00 |
| | | | |
| **PARAPROFESSIONALS:** | | | |
| Lauren Shamon (LNS) | .2 | $100.00 | $20.00 |
| Crystal Marcus (CLM) | 13.6 | $100.00 | $1,360.00 |

**TOTALS**

| | | |
|---|---|---|
| ATTORNEYS | 20.6 | $6,180.00 |
| ALL | 34.4 | $7,560.00 |

II.    **NARRATIVE SUMMARY**.

    A.    **Background**.

    1.    <u>Petition Date</u>.  This case was filed on August 24, 2015 (the "Petition Date").

    2.    <u>Order Authorizing Employment</u>.  On October 7, 2015, this court authorized the employment of Roman V. Hammes and Roman V. Hammes, P.L  ("RVH PL") ( Doc No. 110) as legal counsel for Progressive Services, LLC ("Services").

    3.    <u>Terms and Conditions of Employment and Compensation</u>.

    a.    <u>Order Approving</u>. The terms and conditions of the employment and compensation of RVH PL are set forth in the order authorizing employment.   The declaration of proposed attorney and disclosure of compensation filed in this case by RVH PL are incorporated herein by reference thereto.

    b.    <u>Sharing of Compensation</u>. The co-counsel relationship of RVH PL and Nardella was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b), RVH PL has not shared or agreed to share any compensation or reimbursement with

another person or received by another person under Bankruptcy Code Sections 503(b)(2), (4).

     c.   <u>Payments Made or Promised</u>.

     (i)   Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay RVH PL for services rendered or to be rendered by RVH PL in connection with this case as follows:

     (A)   reasonable compensation for actual necessary services rendered by RVH PL, considering the nature, extent and value of such services, taking into account all relevant factors;

     (B)   reimbursement for actual, necessary expenses;

     (ii)   $ 1650.00 was paid for legal services provided prior to the Petition Date; and

     (iii)   $42,000.00 was paid as a retainer for representation of the three affiliate debtors involved in this consolidated case- Progressive Plumbing, Inc., Services and Gracious Living Design Center, Inc. (the "Retainer").

     d.   <u>Source</u>.  The source of the funds is the Debtor.

     e.   <u>Status of Retainer.</u>  In the order authorizing employment of attorney, the court authorized RVH PL and Nardella to bill against the Retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, but subject to a final review and approval by the Court. Pursuant to that order, the Retainer has been exhausted.

      f.    <u>Caps and Limitations</u>.  Except as set forth above, there are no caps or limitations on fees or other charges.

      4.    <u>RVH PL's Hourly Rates</u>.  The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| **ATTORNEYS/PARAPROFESSIONALS** | **RATE** |
|---|---|
| **ATTORNEYS:** | |
| Roman V. Hammes (RVH) | $300.00 |
| Brandon Bornstein (BJB) | $200.00 |
| | |
| **PARALEGALS:** | |
| Lauren Shamon (LNS) | $100.00 |
| Crystal Marcus (CLM) | $100.00 |

      5.    <u>Application Interval</u>.  This application is a first application or is filed more than 120 days after the Petition Date or the last application.

      6.    <u>Time period of this application</u>.  This is an application for the period August 24, 2015 through May 16, 2016.

      7.    <u>Prior Review</u>.  The Debtor has been served with a copy of this application.

**III.**    **<u>Case Status</u>**.

    **A.**    **<u>Administrative.</u>**

      1.    <u>Case Administration</u>. The Plan and Disclosure Statement has been filed.  On April 4, 2016, the court entered an order (Doc. No. 253) conditionally approving the amended disclosure statement and setting a combined hearing on the disclosure statement and confirmation of the plan for June 10, 2016.

2      Quarterly Fees.  Debtor is current on the payment of quarterly fees to the United States Trustee.

3.      Operating Reports.  All monthly operating reports have been filed through March 2016.

**B.      Project Summary**.  RVH PL seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks:

**1.   Pre Petition**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 5.5 | $1650 |
| TOTALS | | 5.5 | $1650 |

**2.  Business Operations.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 8.7 | $2610 |
| TOTALS | | 8.7 | $2610 |

**3.  Case Administration**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 6.1 | $1830 |
| Crystal L. Marcus (CLM) | $100.00 | 13.6 | $1360 |
| Lauren N Shamon (LNS) | $100.00 | .2 | $20 |
| TOTALS | | 19.9 | $3210 |

**4.** **Asset Disposition.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | .3 | $90 |
| TOTALS | | .3 | $90 |

**C.** **Evaluation Standards**. In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) as follows:

1. Time and Labor Required. RVH PL has acted as co-bankruptcy counsel for the Debtor since the petition date. RVH PL and Nardella have worked diligently to segregate work assignments and avoid duplicate work. RVH PL has spent a total of 34.4 hours in rendering services to Services.

2. Novelty and Difficulty of Questions.

a.    <u>Business of Debtor</u>.   Services is a commercial plumbing on call service based in Clermont.  Debtor's role is generally to provide emergency and other plumbing services to commercial customers.

b.    <u>Precipitating Factors</u>.   Services' guarantee of Plumbing's obligations to Allied is the only reason it filed this chapter 11.  Without the chapter 11, Allied would have likely sought a judgment against Services and ultimately executed on Services' assets, destroying the business and leaving other creditors unpaid.

3.    <u>Skill Necessary to Properly Perform Legal Services</u>.   The representation by RVH PL involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

4.    <u>Preclusion of Other Employment Due to Acceptance of Case</u>. Representation in this case involved a considerable commitment of the resources of RVH PL.  RVH PL was not otherwise precluded from other employment.

5.    <u>Customary Fee</u>.  The fees requested in this case are the current rates charged by RVH PL's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

6.    <u>Fees Fixed or Contingent</u>.  RVH PL requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between RVH PL and the Debtor.  RVH PL did not intend to undertake representation on the basis of a contingent fee.

7.    <u>Time Limitations Imposed by Case</u>.  Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code.  There were no unique time limitations in this case.

8.    <u>Amount Involved and the Results Obtained</u>.    Services filed bankruptcy primarily to address its guarantor liability to Allied. All issues with Allied have been resolved and Allied has agreed to vote in favor of the joint plan of reorganization. The joint plan resolves the guarantor liability issue for Services.

9.    <u>Undesirability of the Case</u>.  Because of the required commitment of immediate time to this case, this case has caused RVH PL to defer work on other matters. RVH PL has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed.  The delay in payment of RVH PL's fees further reduces the value of any award.  In *Missouri v. Jenkins*, 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee."  This case is not otherwise undesirable.

10.    <u>Nature and Length of Professional Relationship with Debtor</u>.  RVH PL conferred with the Debtor regarding the filing of this case.  RVH PL has no other prior professional relationship with the Debtor. RVH PL represented the three affiliate debtors in this jointly administered case.

11.    <u>Awards in Similar Cases</u>.  Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

IV.    **REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES**.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by RVH PL as counsel for the Debtor and Debtor-in-Possession:

| ITEM | AMOUNT |
|------|--------|
| TOTAL CHAPTER 11 FILING FEE | $1717.00 |
| TOTAL AMENDMENT FEES | $30.00 |
| Westlaw Legal Research Costs | $53.68 |
| **TOTAL** | $1800.68 |

RVH PL seeks reimbursement of these costs at the same or lower rates than RVH PL charges its other clients.

V.    **DECLARATION.**  The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

A.    I am a member with Roman V. Hammes, P.L.. ("RVH PL"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the books and records of RVH PL relating to the matters set forth herein, which books and records are kept and maintained by RVH PL in the ordinary course of its business.  I make this declaration based upon personal knowledge of the matters set forth herein.

B.    I am the billing and responsible attorney assigned by RVH PL to represent the Debtor.

C.      The foregoing application of RVH PL is true and correct.

Dated: May 20, 2016.


**VI.**    **CERTIFICATE OF SERVICE.**   I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on May 20, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office and the non- CM/ECF participants on the attached creditor matrix.


/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 0087250
Roman V. Hammes, P.L.
1920 N. Orange Ave, Suite 100
Orlando, FL 32804
Telephone: (407) 650-0003
Email: roman@romavhammes.com

Attorneys for the Debtor

Lake County Tax Collector Attn: Bob
McKee
Post Office Box 327 Tavares , FL
32778-0327

Premium Assignment Corporation c/o Jules S.
Cohen, Esq.
AKERMAN LLP
Post Office Box 231 Orlando , FL
32802-0231

UnitedHealthcare Insurance Company c/o Shipman
& Goodwin LLP
One Constitution Plaza Hartford,
CT 06103-1803

AXSA Engineering Products 255 Old
Sandford Road Unit A
Winter Springs, FL 32708-2651

Advantage Care, Inc.  7121 Grand
National Dr Suite 103
Orlando , FL 32819-8390

Allied World Specialty Ins C/O
Jonathan P. Cohen Esq Jonathan P.
Cohen, P.A.
500 E Broward Blvd Ste 1710 Fort
Lauderdale, FL 33394-3012

American Pipe & Supply Co., Inc. c/o Daniel D.
Sparks
Christian & Small LLP 1800 Financial
Center 505 N. 20th Street
Birmingham , AL 35203-4633

Ford Motor Credit Company LLC c/o Roger A.
Kelly, Esq.
PO Box 3146
Orlando, FL 32802-3146

Internal Revenue Service c/o United
States Attorney 400 West Washington
Street Suite 3100
Orlando, FL 32801-2203

Douglas Martin
101 S. Palmetto Ave Suite 2
Daytona Beach, FL 32114-4331

A. Tarler, Inc.
1403 SW 8th Street
Pompano Beach, FL 33069-4511

Ace Hospitality Registered Agent
Martha Brook Perry
101 Frey Street
Ashland City, TN 37015-1738

Aetna
McGuireWoods LLP
c/o Stephanie C. Gatton
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Martin Forster
301 S. New York
Suite 200
Winter Park, FL 32789-4273

Nissan Motor Acceptance Corporation c/o
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Tennessee Department of Revenue c/o
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

AT&T Mobility PO
Box 5019
Carol Stream, IL 60197-5019

Activar Construction Product
SOS 12-1132
PO Box 86
Minneapolis , MN 55486-0086

Airgas USA, LLC POBox
532609
Atlanta, GA 30353-2609

Ascot Capital LLC-1
PO Box 645040
Cincinnati, OH 45264-0303

Barnes Industrial Plastic Piping
10150 Central Port Drive
Orlando, FL 32824-7059

Batson-Cook Company
Bush Ross, PA
Attn: Adam Lawton Alpert, Esq
1801 N. Highland Ave
Tampa, Florida 33602

Bobrick Washroom Equipment
11611 Hart Street
North Hollywood, CA 91605-5802

Brennan & Clark
721 E Madison St
Villa Park, IL 60181-3083

Bright House Networks
PO Box 30765
Tampa , FL 33630-3765

Brighthouse
894 Maguire Rd
Ocoee, FL 34761

Cadell
Construction
700 Lagoon Park
Dr
Montgomery , AL 36109-1100

Canon Financial Services Inc
14904 Collections Center Drive
Chicago IL 60693-0149

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cazenovia Creek Funding I, LLC
PO Box 54897
New Orleans, LA 70154-4897

Charles R. Fraizer
5258 B Murfreesboro Rd
La Vergne, TN 37086-2720

City of Atlanta
55 Trinity Ave
Atlanta, GA 30303-3543

City of Clermont
685 W Montrose Ave
Clermont, FL 34711-2119

City of Clermont
PO Box 120219
Clermont, FL 34712-0219

City of Groveland
156 South Lake Ave
Groveland, FL 34736-2597

Cliftonlarsonallen LLP
420 S Orange Ave
Suite 500
Orlando, FL 32801-3399

Creative Specialties Intl
75 Remittance Dr
Suite 1590
Chicago, IL 60675-1590

DEMAND MECHANICAL LLC
DAVID M ANTHONY
511 UNION STREET SUITE 1600
NASHVILLE TN 37219-1780

Del-Air Mechanical
135 Chicamauga Ave
Knoxville, TN 37917-5125

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602-4314

FFVA Mutual
PO Box 948239
Maitland, FL 32794

Dexter & Chaney, INC
PO Box 27146
Seattle, WA 98165-1546

First Green Bank
c/o Mark F. Ahlers, Esq.
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789-1834

Florida Tile
Credit Department
998 Governors Lane, Ste. 300
Lexington, KY 40513

Department of Business
& Professional Regulation
PO Box 6300
Tallahassee, FL 32314-6300

Duke Energy
PO Box 14042
Saint Petersburg, FL 33733-4042

Evergreen Construction
3200 Cobb Galleria Parkway
Suite 240
Atlanta, GA 30339-5941

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126-2701

Glazzio Tiles
10101 Foster Ave
Brooklyn, NY 11236-2116

GEORGIA DEPARTMENT OF REVENUE
Centralized Taxpayer
PO Box 105596
ATLANTA GA 30348

Griffis Automotive Clinic
1508 A Max Hooks Rd
Groveland, FL 34736-8026

Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617-4200

General Insulation Company
Kevin J. Snyder, Esq.
701 N . Green Valley Pkwy, Ste .
200
Henderson, NV 89074-6178

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hire Quest d/b/a Trojan Labor
PO Box 890714
Charlotte, NC 28289-0714

Hajoca Corp d/b/a Hughes Supply
c/o Helen McGuire
600 Ferguson Drive
Orlando, FL 32805-1014

J&N Plumbing LLC
1871 Winner Circle
Lawernceville, GA 30043-2722

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Barker
390 Trott Rd
Bell Buckle, TN 37020-4821

Crown Bath Corp
c/o Jimerson & Cobb
1 Independent Dr
#1400
Jacksonville, FL 32202-5011

Jomac Construction LLC
PO Box 10517
7770 Sears Blvd
Pensacola, FL 32514-4542

Joseph Buttlieri
c/o Gregory C. Maaswinkel
629 N. Fern Creek Avenue
Orlando, FL 32803

Kallista/Kohler Co.
PO Box 99020
Chicago, IL 60693-9020

Kellogg & Kimsey, Inc.
Lewis Hall, III, Esquire
200 South Orange Avenue
Sarasota, FL 34236-6802

Kevin J Snyder & Assoc
701 N Green Valley Pkwy
Suite 200
Henderson, NV 89074-6178

Lake Apopka Natural Gas
PO Box 850001
Orlando, FL 32885-0001

Lotus Business LLC
2309 North West 30th PL
Pompano Beach, FL 33069-0701

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121-7092

Martin Klayer & Associates
101 S Palmetto Ave
Suite 2
Daytona Beach, FL 32114-4331

Mechanical Dynamics LLC
980 Piedmont Dr SE
Winter Haven, FL 33880-4549

Michael C. Sasso
1031 W Morse Blvd
Suite 120
Winter Park, FL 32789-3774

Mike Tidwell Tub & Shower Repair
2417 Fly Road
Nolensville, TN 37135-9470

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274-0773

Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

N. Carolina Dept. of Revenue
501 N Wilmington St
Raleigh, NC 27604-8002

NACM South Atlantic
6290 Edgewater Dr
Orlando, FL 32810-4750

Orlando Winnelson Co
c/o WGS Compliance Svs
3110 Kettering Blvd
Moraine, OH 45439-1924

PNC Equipment Finance, LLC

attn: Tina Bowling
995 Dalton Ave.
Cincinnati OH 45203-1100

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

Principal Mutual Life Ins Co
PO Box 10372
Des Moines, IA 50306-0372

Rinaldis
15264 E Colonial Dr
Orlando, FL 32826-5517

Sagequest
PO Box 347744
Pittsburgh , PA 15251-4744

Neff Rental
PO Box 405138
Atlanta, GA 30384-5138

One Point Technologies
3380 Trickum Rd
Bldg 300-100
Woodstock, GA 30188-3683

PCL Construction
6675 Westwood Blvd
Suite 220
Orlando , FL 32821-6015

Pac-Van , Inc
1850 Saturn Blvd
Orlando, FL 32837

Premium Assignment Corporation
c/o Jules S. Cohen Esquire
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Ram Tool AMD Supply
PO Box 320979
Birmingham, AL 35232-0979

S. Carolina Dept of Revenue
300A Outlet Pointe Blvd
Columbia , SC 29210-5666

Schaub
4740 Talon Court SE
Suite 4
Grand Rapids, MI 49512-5462

Pipetechs
6600 Mt Herman Rd
Raleigh, NC 27617-9404

Poinciana Med Center
5600 Mariner St
Suite 140
Tampa, FL 33609-3443

Premium Assignment Corporation
c/o Sundeep S. Sidhu
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Randall S Fudge & Assoc
4801 Classen Blvd
#202
Oklahoma City, OK 73118-4622

Safeway Services LLC
655 Huron Ave
Memphis, TN 38107-1512

Schindler Elevator Corp
1530 Timberwolf Dr.
PO Box 960
Holland, OH 43528

Security National Insurance PO
Box 650767
Dallas, TX 75265-0767

Sunbelt Rentals
PO Box 409211
Attn : Accounts Receivable
Atlanta, GA 30384-9211

Sharp, Robbins & Popwell LLC
1109 Myatt Blvd
Madison, TN 37115-2453

Shawn's Lawn Care LLC
1635 CR 609C
Bushnell , FL 33513-4913

Southern Plumbing Service
220 Lemon Tree Lane
Apt 5
Ormond Beach, FL 32174-2661

Sponsler, Bennet, Jacobs &
Adams, PA
PO Box 3300
Tampa, FL 33601-3300

TLGFY, LLC
Capital One, N.A. as
Collateral Assignee
PO Box 54347
New Orleans, LA 70154-4347

TCL Enterprises
39 Hall Manor
Alpharetta, GA 30022-1816

TENNESSEE DEPT OF REVENUE
C/O ATTY GENERAL
PO BOX 20207
NASHVILLE TN 37202-4015

Timothy Laffredi, Trial Attorney
US Dept. of Justice
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando FL 32801-2210

The Tub Guys, Inc
PO Box 2092
Mount Dora, FL 32756-2092

US Bank as Cust for ASCOT CAPITAL LLC - 1
PO Box 645040
Cincinnati, OH 45264-0303

Randy Hardy
c/o Dan C. Chapman III
PO Box 1343
Conyers, GA 30012

United Health Care
Dept Ch 10151
Palatine, IL 60055-0001

Wieland Davco
4162 English Oak Dr
Lansing, MI 48911-4297

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Securities & Exchange Commission
Branch of Reorganization
175 W. Jackson Street, Ste. 900
Chicago, IL 60604-2601

United States Trustee
400 West Washington Street
Suite 1101
Orlando, FL 32801

Tennessee Department of Revenue
c/o TN Attorney General 's Office,
Bankruptcy Division
PO Box 20207
Nashville , Tennessee 37202-4015

Tradesman International
2400 Sandlake Road
#100
Orlando, FL 32809-7602

Tri Tech Labs INC
PO Box 140966
Orlando , FL 32814-0966

US Healthworks
PO Box 404473
Atlanta , GA 30384-4473

United Rentals INC
PO Box 100711
Atlanta, GA 30384-0711

United Southern Bank
PO Drawer 29
Umatilla, FL 32784

United Firestop &
Core Drilling
159 E E Lakeshore Blvd
Kissimmee, FL 34744

Wex Fleet One LLC
PO Box 6293
Carol Stream, IL 60197-6293

William O. Kelley II
1408 Lobeila Dr
Lake Mary, FL 32746-2666

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1651
Invoice Date:  8/24/2015
Due Date:  8/24/2015

Bill To:
Progressive Services, LLC- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/19/2015 | Meeting with clients to discuss 1st day motions, case strategy and to prepare bankruptcy paperwork | 1.5 | 300.00 | 450.00 |
| Lawyer | 8/21/2015 | Draft motion to pay pre petition wages; emailm Crystal re: list of 20 largest creditors; review documentation from client re: schedules and statements | 0.7 | 300.00 | 210.00 |
| Lawyer | 8/23/2015 | Final preparations for chapter 11 filing; draft motion to pay critical vendors and research re: legal standard for payment; draft fee applications for RVH and Nardella; draft verified fee statements for RVH and Nardella; finalize certificate of necessity for emergency hearing, motion to pay prepetition wages and company resolution; review petition and 20 largest creditor list; email Kim re: final questions prior to filing | 3.3 | 300.00 | 990.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| Invoice Total | $1,650.00 |
| Payments/Credits | -$1,650.00 |
| Oustanding Balance | $5,993.68 |



# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1733
Invoice Date: 9/9/2015
Due Date: 9/9/2015

Bill To:
Progressive Services, LLC- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Costs | | Chapter 11 Filing fees | | 1,717.00 | 1,717.00 |
| Earned Retai... | | Thank you for your payment. | | -1,717.00 | -1,717.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$0.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $5,993.68 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  2247
Invoice Date:  5/16/2016
Due Date:  5/16/2016

Bill To:
Progressive Services, LLC- Pre Petition
Asset Disposition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 2/17/2016 | Phone call from Jeff Ainsworth to discuss sale of assets to Hughes Supply | 0.1 | 300.00 | 30.00 |
| Lawyer | 2/19/2016 | Review motion to return items to Hughes; emails with Mike and Jeff Ainsowrth re: modifications to motion | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$90.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $5,993.68 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1808
Invoice Date:  10/28/2015
Due Date:  10/28/2015

**Bill To:**
Progressive Services, LLC
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/25/2015 | Confer with Michael Nardella re: cash collateral motion and payment to Hughes Supply for materials cash on delivery | 0.2 | 300.00 | 60.00 |
| Lawyer | 8/26/2015 | Phone call from Kim re: issues with Wex and cutting off gas cards; phone call with Matt at Wex re: gas cards, account balance and Wex's requirement to reactivate; draft motion to pay Wex as critivcal vendor and to authorize Debtor to pay deposit and enter new agreement with Wex; review relevant statutes; emails with Kim re: paying deposit; draft proposed order on motion | 3.7 | 300.00 | 1,110.00 |
| Lawyer | 8/27/2015 | Prepare for hearing on motion to pay employees and motion to pay Wex as a critical vendor; research re: 364(c) and (d); review Florida secured transactions registry re: financing statements against business | 1 | 300.00 | 300.00 |
| Lawyer | 8/27/2015 | Meeting with clients to prepare for first day motions hearings; attend hearing on first day motions | 1.5 | 300.00 | 450.00 |
| Lawyer | 8/28/2015 | Phone call with Kim re: issues with Ferguson cutting off account; phone call with Robin at Ferguson re: chapter 11 overview and future relationship of parties; review email from Robin re: post petition arrangement between parties | 0.8 | 300.00 | 240.00 |
| Lawyer | 8/28/2015 | Phone call with Jeff Ainsworth re: Hughes pre petition claim and relationship moving forward; email Kim re: phone conversation summary | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | |
|---------------|--|
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1808
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Services, LLC
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/2/2015 | Email jeff Ainsworth re: consignment issue with Hughes | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/6/2015 | Phone call with Winelson re: continuation of relationship, pre-petition claim and payment issues | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/8/2015 | Phone call with Jeff Ainsworth re: Hughes Supply and post petition relationship with client | 0.3 | 300.00 | 90.00 |
| Lawyer | 9/30/2015 | Confer with Jeff Ainsworth re: Hughes claim | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Confer with Kim French re: issues with Hughes Supply | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Phone call with Jeff Ainsworth re: issues with Hughes Supply | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | $2,610.00 |
|---------------|-----------|
| Payments/Credits | $0.00 |
| Oustanding Balance | $5,993.68 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1809
Invoice Date:  10/28/2015
Due Date:  10/28/2015

Bill To:
Progressive Services, LLC
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/24/2015 | Numerous emails and phone calls with Kim re: finalizing first day motions; final review and revisions to case management summary, motion to pay employees, certificate of necessity, motion to maintain bank accounts and motion for joint administration; confer with Lauren re: master certificate of service and document packages for creditors; confer with Mike Nardella re: phone call with UST re: potential issues | 1 | 300.00 | 300.00 |
| Lawyer | 8/25/2015 | Review payroll spreadsheet from client; draft amended motion to pay pre-petition wage claims and file | 0.5 | 300.00 | 150.00 |
| Lawyer | 8/26/2015 | Review hearing notices on first day motions; confer with Lauren re: preparing and serving a notice of hearing; revise notice of hearing | 0.1 | 300.00 | 30.00 |
| Lawyer | 8/26/2015 | Meeting with Crystal to prepare schedules and statements and discuss letter from United States Trustee re: IDI | 0.3 | 300.00 | 90.00 |
| Paralegal | 8/26/2015 | meeting with RVH to discuss schedules and prelim matters | 0.3 | 100.00 | 30.00 |
| Lawyer | 8/28/2015 | Prepare order granting motion to pay wages | 0.1 | 300.00 | 30.00 |
| Paralegal | 8/28/2015 | Prepare order granting motion to pay pre petition wages | 0.2 | 100.00 | 20.00 |
| Paralegal | 9/1/2015 | Prepare schedules and statements | 1 | 100.00 | 100.00 |
| Paralegal | 9/8/2015 | Prepare proof of service and serve first day orders on creditors | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1809
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Services, LLC
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/10/2015 | Meeting with Kim to prepare schedules and statements | 1 | 300.00 | 300.00 |
| Paralegal | 9/10/2015 | Meeting with Kim to prepare schedules and statements | 1 | 100.00 | 100.00 |
| Lawyer | 9/16/2015 | Prepare schedules and statements for filing | 0.7 | 300.00 | 210.00 |
| Costs | 9/16/2015 | Filing fee- amend schedule F to add creditors | | 30.00 | 30.00 |
| Lawyer | 9/22/2015 | Confer with Crystal re: outstanding IDI documents | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/23/2015 | Confer with Crystal re: bank accounts at United Southern and First Green and amendments to B | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Review August monthly operating report | 0.2 | 300.00 | 60.00 |
| Paralegal | 10/10/2015 | Prepare schedules and statements (9/14) | 1.1 | 100.00 | 110.00 |
| Paralegal | 10/10/2015 | Compile and prepare IDI documents (9/15) | 1.3 | 100.00 | 130.00 |
| Paralegal | 10/10/2015 | Prepare schedules and statements (9/16) | 2.3 | 100.00 | 230.00 |
| Paralegal | 10/10/2015 | Prepare and compile IDI documents and submit to UST (9/21) | 0.3 | 100.00 | 30.00 |
| Paralegal | 10/10/2015 | Prepare and compile IDI documents; confer with client re: requested and outstanding items (9/23) | 0.8 | 100.00 | 80.00 |
| Paralegal | 10/10/2015 | Attend IDI meeting (9/24) | 0.7 | 100.00 | 70.00 |
| Paralegal | 10/10/2015 | Prepare amendment to Schedule B; confer with client re: outstanding items (9/25) | 0.6 | 100.00 | 60.00 |
| Paralegal | 10/10/2015 | Attend 341 meeting (9/28) | 0.8 | 100.00 | 80.00 |
| Paralegal | 10/10/2015 | Prepare August MOR (10/6) | 0.4 | 100.00 | 40.00 |
| Paralegal | 10/10/2015 | Prepare amendment to SOFA; email client re: updated list of outstanding items (10/9) | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$2,430.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $5,993.68 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1984
Invoice Date:  1/7/2016
Due Date:  1/7/2016

Bill To:
Progressive Services, LLC
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/20/2015 | Prepare for status conference | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/21/2015 | Attend status conference and hearing on pending motions | 1.3 | 300.00 | 390.00 |
| Lawyer | 10/21/2015 | Phone call with Jeff Ainsworth re: Hughes issues | 0.3 | 300.00 | 90.00 |
| Paralegal | 11/9/2015 | Prepare amendments to B, G and SOFA; confer with Kim French re: amendments (10/12) | 1 | 100.00 | 100.00 |
| Paralegal | 11/9/2015 | Prepare and file notice of cash collateral budget (10/19) | 0.2 | 100.00 | 20.00 |
| Paralegal | 11/9/2015 | Prepare and file September MOR and confer with MAN (11/4) | 0.2 | 100.00 | 20.00 |
| Lawyer | 11/12/2015 | Review October MOR | 0.1 | 300.00 | 30.00 |
| Paralegal | 11/17/2015 | Prepare October MOR | 0.4 | 100.00 | 40.00 |
| Paralegal | 12/10/2015 | Prepare creditor spreadsheet re: claims filed | 0.4 | 100.00 | 40.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$790.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $5,993.68 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  2248
Invoice Date:  5/16/2016
Due Date:  5/16/2016

Bill To:
Progressive Services, LLC
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 1/26/2016 | Prepare and file december MOR | 0.1 | 100.00 | 10.00 |
| Paralegal | 2/24/2016 | Prepare January MOR | 0.1 | 100.00 | 10.00 |
| Costs | | WestLaw Legal Research | | 53.68 | 53.68 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$73.68** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $5,993.68 |