UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

Debtors.

_____/

**APPLICATION**

| | |
|---|---|
| Fees & Expenses Requested | $41,826.73 |
| Paid to RVH from Retainer | $11,399.25 |
| **Amount Outstanding** | $30,427.48 |

**APPLICATION OF ROMAN V. HAMMES, P.L. FOR AWARD
OF COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD AUGUST 24, 2015 THROUGH MAY 16, 2016**
(Progressive Plumbing, Inc.)

I.    **SUMMARY**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Roman V. Hammes (RVH) | 110.8 | $300.00 | $33,240.00 |
| Brandon Bornstein  (BJB) | 9.8 | $200.00 | $1,960.00 |
| **PARAPROFESSIONALS:** | | | |
| Lauren Shamon (LNS) | 7.1 | $100.00 | $710.00 |
| Crystal Marcus (CLM) | 33.6 | $100.00 | $3,360.00 |

**TOTALS**

| | | |
|---|---|---|
| ATTORNEYS | 120.5 | $35,170.00 |
| ALL | 161.3 | $39,240.00 |

II.     **NARRATIVE SUMMARY**.

    A.     **Background**.

       1.     <u>Petition Date</u>.  This case was filed on August 24, 2015 (the "Petition Date").

       2.     <u>Order Authorizing Employment</u>.   On October 7, 2015, this court authorized the employment of Roman V. Hammes and Roman V. Hammes, P.L  ("RVH PL") ( Doc No. 110) as legal counsel for Progressive Plumbing, Inc. ("Plumbing").

       3.     <u>Terms and Conditions of Employment and Compensation</u>.

          a.     <u>Order Approving</u>. The terms and conditions of the employment and compensation of RVH PL are set forth in the order authorizing employment.   The declaration of proposed attorney and disclosure of compensation filed in this case by RVH PL are incorporated herein by reference thereto.

          b.     <u>Sharing of Compensation</u>. The co-counsel relationship of RVH PL and Nardella was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b), RVH PL has not shared or agreed to share any compensation or reimbursement with

another person or received by another person under Bankruptcy Code Sections 503(b)(2), (4).

  c. <u>Payments Made or Promised</u>.

  (i) Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay RVH PL for services rendered or to be rendered by RVH PL in connection with this case as follows:

  (A) reasonable compensation for actual necessary services rendered by RVH PL, considering the nature, extent and value of such services, taking into account all relevant factors;

  (B) reimbursement for actual, necessary expenses;

  (ii) $ 6,450.00 was paid for legal services provided prior to the Petition Date; and

  (iii) $42,000.00 was paid as a retainer for representation of the three affiliate debtors involved in this consolidated case- Plumbing, Progressive Services, LLC and Gracious Design Living Center, Inc. (the "Retainer").

  d. <u>Source</u>.  The source of the funds is the Debtor.

  e. <u>Status of Retainer.</u>  In the order authorizing employment of attorney, the court authorized RVH PL and Nardella to bill against the Retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, but subject to a final review and approval by the Court. Pursuant to that order, the Retainer has been exhausted.

f.    <u>Caps and Limitations</u>.  Except as set forth above, there are no caps or limitations on fees or other charges.

4.    <u>RVH PL's Hourly Rates</u>.   The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| **ATTORNEYS/PARAPROFESSIONALS** | **RATE** |
|---|---|
| **ATTORNEYS:**<br>Roman V. Hammes (RVH)<br>Brandon Bornstein (BJB) | $300.00<br>$200.00 |
| **PARALEGALS:**<br>Lauren Shamon (LNS)<br>Crystal Marcus (CLM) | $100.00<br>$100.00 |

5.    <u>Application Interval</u>.  This application is a first application or is filed more than 120 days after the Petition Date or the last application.

6.    <u>Time period of this application</u>.  This is an application for the period August 24, 2015 through May 16, 2016.

7.    <u>Prior Review</u>.   The Debtor has been served with a copy of this application.

## III.    <u>Case Status</u>.

### A.    <u>Administrative.</u>

1.    <u>Case Administration</u>. The Plan and Disclosure Statement has been filed.  On April 4, 2016, the court entered an order (Doc. No. 253) conditionally approving the amended disclosure statement and setting a combined hearing on the disclosure statement and confirmation of the plan for June 10, 2016.

2      Quarterly Fees.  Debtor is current on the payment of quarterly fees to the United States Trustee.

3.      Operating Reports.  All monthly operating reports have been filed through March 2016.

B.      **Project Summary**.  RVH PL seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks:

1.   **Pre Petition**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 21.5 | $6,450 |
| TOTALS | | 21.5 | $6,450 |

2.  **Business Operations.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 16.1 | $4,830 |
| Crystal L. Marcus (CLM) | $100.00 | 0.3 | $30 |
| Lauren N. Shamon (LNS) | $100.00 | 0.5 | $50 |
| TOTALS | | 16.9 | $4,910 |

.

3. **Case Administration**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 20.7 | $6,210 |
| Brandon J. Bornstein (BJB) | $200.00 | 3.2 | $640 |
| Crystal L. Marcus (CLM) | $100.00 | 28.8 | $2,880 |
| Lauren N Shamon (LNS) | $100.00 | 4.6 | $460 |
| TOTALS | | 57.4 | $10,190 |

4. **Claims Administration.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 3.9 | $1,170 |
| TOTALS | | 3.9 | $1,170 |

5. **Employment Applications**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 3.6 | $1080 |
| Crystal L. Marcus (CLM) | $100.00 | 3.4 | $340 |
| TOTALS | | 7.0 | $1420 |

6. **Plan and Disclosure Statement**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 32.8 | $9840 |
| Brandon J. Bornstein (BJB) | $200.00 | 4 | $800 |
| Lauren N. Shamon | $100.00 | .8 | $80 |
| TOTALS | | 37.6 | $10720 |

7. **Relief from Stay Proceedings**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 1.2 | $360 |
| TOTALS | | 1.2 | $360 |

8. **Adversary Proceedings**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 3.2 | $960 |
| Crystal L. Marcus (CLM) | $100.00 | 1.1 | $110 |
| TOTALS | | 4.3 | $1070 |

9. **Asset Disposition**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 4.7 | $1410 |
| Lauren N. Shamon (LNS) | $100.00 | 1.2 | $120 |
| TOTALS | | 5.9 | $1530 |

10. **Confirmation Matters**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 3 | $900 |
| Brandon J. Bornstein (BJB) | $200.00 | 2.6 | $520 |
| TOTALS | | 5.6 | $1420 |

C.   **Evaluation Standards**.   In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) as follows:

1.   Time and Labor Required.   RVH PL has acted as co-bankruptcy counsel for the Debtor since the petition date. RVH PL and Nardella have worked diligently to segregate work assignments and avoid duplicate work. RVH PL has spent a total of 160.5 hours in rendering services to Plumbing.

2.    <u>Novelty and Difficulty of Questions</u>.

a.    <u>Business of Debtor</u>.    Plumbing is a commercial plumbing contractor in Clermont who has been in business since 1985.  Plumbing's role is generally as a subcontractor on large commercial construction projects, ranging from hotels, condominiums, and other multi-story structures.

b.    <u>Precipitating Factors</u>.    As stated in the case management summary, Plumbing filed this bankruptcy case to primarily address liability issues associated with Allied its bonding company. The bankruptcy filing was necessary to allow Plumbing to continue its operations and avoid the liquidation of its assets.

3.    <u>Skill Necessary to Properly Perform Legal Services</u>.    The representation by RVH PL involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

4.    <u>Preclusion of Other Employment Due to Acceptance of Case</u>. Representation in this case involved a considerable commitment of the resources of RVH PL.  RVH PL was not otherwise precluded from other employment.

5.    <u>Customary Fee</u>.  The fees requested in this case are the current rates charged by RVH PL's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

6.    <u>Fees Fixed or Contingent</u>.  RVH PL requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between RVH PL and the Debtor.  RVH PL did not intend to undertake representation on the basis of a contingent fee.

7. <u>Time Limitations Imposed by Case</u>. Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code. There were no unique time limitations in this case.

8. <u>Amount Involved and the Results Obtained</u>. Plumbing filed bankruptcy primarily to address its liability and bonding issues with Allied. All issues with Allied have been resolved and Allied has agreed to vote in favor of the joint plan of reorganization. The joint plan resolves the liability issue for Plumbing. Additionally, Plumbing is resolving substantial creditor claims by the Internal Revenue Service, First Green Bank and a number of unsecured creditors in this case.

9. <u>Undesirability of the Case</u>. Because of the required commitment of immediate time to this case, this case has caused RVH PL to defer work on other matters. RVH PL has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed. The delay in payment of RVH PL's fees further reduces the value of any award. In *Missouri v. Jenkins*, 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee." This case is not otherwise undesirable.

10. <u>Nature and Length of Professional Relationship with Debtor</u>. RVH PL conferred with the Debtor regarding the filing of this case. RVH PL has no other prior professional relationship with the Debtor. RVH PL represented the three affiliate debtors in this jointly administered case.

11.    <u>Awards in Similar Cases</u>.  Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

## IV.    **REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES**.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by RVH PL as counsel for the Debtor and Debtor-in-Possession:

| ITEM | AMOUNT |
|---|---|
| TOTAL CHAPTER 11 FILING FEE | $1717.00 |
| TOTAL AMENDMENT FEES | $60.00 |
| Motions to Sell (trucks and fab shop) Fees | $352.00 |
| Westlaw Legal Research Fees | $173.70 |
| Printing and Mailing Costs | $284.03 |
| **TOTAL** | $2586.73 |

RVH PL seeks reimbursement of these costs at the same or lower rates than RVH PL charges its other clients.

## V.    **DECLARATION.**  The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

A.    I am a member with Roman V. Hammes, P.L.. ("RVH PL"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the

books and records of RVH PL relating to the matters set forth herein, which books and

records are kept and maintained by RVH PL in the ordinary course of its business.  I make

this declaration based upon personal knowledge of the matters set forth herein.

      B.     I am the billing and responsible attorney assigned by RVH PL to represent

the Debtor.

      C.     The foregoing application of RVH PL is true and correct.

Dated: May 20, 2016.


**VI.**    **CERTIFICATE OF SERVICE.**  I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on May 20, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office and the non- CM/ECF participants on the attached creditor matrix.


          /s/ Roman V. Hammes_____
          Roman V. Hammes
          Florida Bar No. 0087250
          Roman V. Hammes, P.L.
          1920 N. Orange Ave, Suite 100
          Orlando, FL 32804
          Telephone: (407) 650-0003
          Email: roman@romavhammes.com

          Attorneys for the Debtor

Lake County Tax Collector Attn: Bob
McKee
Post Office Box 327 Tavares , FL
32778-0327

Premium Assignment Corporation c/o Jules S.
Cohen , Esq.
AKERMAN LLP
Post Office Box 231 Orlando , FL
32802-0231

UnitedHealthcare Insurance Company c/o Shipman
& Goodwin LLP
One Constitution Plaza Hartford,
CT 06103-1803

AXSA Engineering Products 255 Old
Sandford Road Unit A
Winter Springs , FL 32708-2651

Advantage Care , Inc.   7121 Grand
National Dr Suite 103
Orlando , FL 32819-8390

Allied World Specialty Ins C/O
Jonathan P. Cohen Esq Jonathan P.
Cohen , P.A.
500 E Broward Blvd Ste 1710 Fort
Lauderdale , FL 33394-3012

American Pipe & Supply Co., Inc. c/o Daniel D.
Sparks
Christian & Small LLP 1800 Financial
Center 505 N. 20th Street
Birmingham , AL 35203-4633

Ford Motor Credit Company LLC c/o Roger A.
Kelly, Esq.
PO Box 3146
Orlando , FL 32802-3146

Internal Revenue Service c/o United
States Attorney 400 West Washington
Street Suite 3100
Orlando , FL 32801-2203

Douglas Martin
101  S. Palmetto Ave Suite 2
Daytona Beach , FL 32114-4331

A. Tarler , Inc.
1403 SW 8th Street
Pompano Beach, FL 33069-4511

Ace Hospitality Registered Agent
Martha Brook Perry
101 Frey Street
Ashland City, TN 37015-1738

Aetna
McGuireWoods LLP
c/o Stephanie C. Gatton
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Martin Forster
301 S. New York
Suite 200
Winter Park, FL 32789-4273

Nissan Motor Acceptance Corporation c/o
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd. , Suite 400
Tampa , FL 33607-4596

Tennessee Department of Revenue c/o
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-4015

AT&T Mobility PO
Box 5019
Carol Stream, IL 60197-5019

Activar Construction  Product
SOS 12-1132
PO Box 86
Minneapolis , MN 55486-0086

Airgas USA, LLC PO Box
532609
Atlanta, GA 30353-2609

Ascot Capital LLC-1
PO Box 645040
Cincinnati, OH 45264-0303

Barnes Industrial Plastic Piping
10150 Central Port Drive
Orlando, FL 32824-7059

Batson-Cook Company
Bush Ross, PA
Attn: Adam Lawton Alpert, Esq
1801 N. Highland Ave
Tampa, Florida 33602

Bobrick Washroom Equipment
11611 Hart Street
North Hollywood, CA 91605-5802

Brennan & Clark
721 E Madison St
Villa Park, IL 60181-3083

Bright House Networks
PO Box 30765
Tampa , FL 33630-3765

Brighthouse
894 Maguire Rd
Ocoee, FL 34761

Cadell
Construction
700 Lagoon Park
Dr
Montgomery , AL 36109-1100

Canon Financial Services Inc
14904 Collections Center Drive
Chicago IL 60693-0149

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cazenovia Creek Funding I, LLC
PO Box 54897
New Orleans, LA 70154-4897

Charles R. Fraizer
5258 B Murfreesboro Rd
La Vergne, TN 37086-2720

City of Atlanta
55 Trinity Ave
Atlanta, GA 30303-3543

City of Clermont
685 W Montrose St
Clermont, FL  34711-2119

City of Clermont
PO Box 120219
Clermont, FL 34712-0219

City of Groveland
156 South Lake Ave
Groveland, FL 34736-2597

Cliftonlarsonallen LLP
420 S Orange Ave
Suite 500
Orlando, FL 32801-3399

Creative Specialties Intl
75 Remittance Dr
Suite 1590
Chicago, IL 60675-1590

DEMAND MECHANICAL LLC
DAVID M ANTHONY
511 UNION STREET SUITE 1600
NASHVILLE TN 37219-1780

Del-Air Mechanical
135 Chicamauga Ave
Knoxville, TN 37917-5125

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602-4314

FFVA Mutual
PO Box 948239
Maitland, FL 32794

Dexter & Chaney, INC
PO Box 27146
Seattle, WA 98165-1546

First Green Bank
c/o Mark F. Ahlers, Esq.
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789-1834

Florida Tile
Credit Department
998 Governors Lane, Ste. 300
Lexington, KY 40513

Department of Business
& Professional Regulation
PO Box 6300
Tallahassee, FL 32314-6300

Duke Energy
PO Box 14042
Saint Petersburg, FL 33733-4042

Evergreen Construction
3200 Cobb Galleria Parkway
Suite 240
Atlanta, GA 30339-5941

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126-2701

Glazzio Tiles
10101 Foster Ave
Brooklyn, NY 11236-2116

GEORGIA DEPARTMENT OF REVENUE
Centralized Taxpayer
PO Box 105596
ATLANTA GA 30348

Griffis Automotive Clinic
1508 A Max Hooks Rd
Groveland, FL 34736-8026

Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617-4200

General Insulation Company
Kevin J. Snyder, Esq.
701 N . Green Valley Pkwy, Ste .
200
Henderson, NV 89074-6178

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hire Quest d/b/a Trojan Labor
PO Box 890714
Charlotte, NC 28289-0714

Hajoca Corp d/b/a Hughes Supply
c/o Helen McGuire
600 Ferguson Drive
Orlando, FL 32805-1014

J&N Plumbing LLC
1871 Winner Circle
Lawrenceville, GA 30043-2722

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Barker
390 Trott Rd
Bell Buckle, TN 37020-4821

Crown Bath Corp
c/o Jimerson & Cobb
1 Independent Dr
#1400
Jacksonville, FL 32202-5011

Jomac Construction LLC
PO Box 10517
7770 Sears Blvd
Pensacola, FL 32514-4542

Joseph Buttlieri
c/o Gregory C. Maaswinkel
629 N. Fern Creek Avenue
Orlando, FL 32803

Kallista/Kohler Co.
PO Box 99020
Chicago, IL 60693-9020

Kellogg & Kimsey, Inc.
Lewis Hall, III, Esquire
200 South Orange Avenue
Sarasota, FL 34236-6802

Kevin J Snyder & Assoc
701 N Green Valley Pkwy
Suite 200
Henderson, NV 89074-6178

Lake Apopka Natural Gas
PO Box 850001
Orlando, FL 32885-0001

Lotus Business LLC
2309 North West 30th PL
Pompano Beach, FL 33069-0701

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121-7092

Martin Klayer & Associates
101 S Palmetto Ave
Suite 2
Daytona Beach, FL 32114-4331

Mechanical Dynamics LLC
980 Piedmont Dr SE
Winter Haven, FL 33880-4549

Michael C. Sasso
1031 W Morse Blvd
Suite 120
Winter Park, FL 32789-3774

Mike Tidwell Tub & Shower Repair
2417 Fly Road
Nolensville, TN 37135-9470

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274-0773

Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

N. Carolina Dept. of Revenue
501 N Wilmington St
Raleigh, NC 27604-8002

NACM South Atlantic
6290 Edgewater Dr
Orlando, FL 32810-4750

Orlando Winnelson Co
c/o WGS Compliance Svs
3110 Kettering Blvd
Moraine, OH 45439-1924

PNC Equipment Finance, LLC

attn: Tina Bowling
995 Dalton Ave.
Cincinnati OH 45203-1100

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

Principal Mutual Life Ins Co
PO Box 10372
Des Moines, IA 50306-0372

Rinaldis
15264 E Colonial Dr
Orlando, FL 32826-5517

Sagequest
PO Box 347744
Pittsburgh , PA 15251-4744

Neff Rental
PO Box 405138
Atlanta, GA 30384-5138

One Point Technologies
3380 Trickum Rd
Bldg 300-100
Woodstock, GA  30188-3683

PCL Construction
6675 Westwood Blvd
Suite 220
Orlando , FL 32821-6015

Pac-Van , Inc
1850 Saturn Blvd
Orlando, FL 32837

Premium Assignment Corporation
c/o Jules S. Cohen Esquire
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Ram Tool AMD Supply
PO Box 320979
Birmingham, AL  35232-0979

S. Carolina Dept of Revenue
300A Outlet Pointe Blvd
Columbia , SC 29210-5666

Schaub
4740 Talon Court SE
Suite 4
Grand Rapids, MI 49512-5462

Pipetechs
6600 Mt Herman Rd
Raleigh, NC  27617-9404

Poinciana Med Center
5600 Mariner St
Suite 140
Tampa, FL 33609-3443

Premium Assignment Corporation
c/o Sundeep S. Sidhu
Akerman LLP
P. 0. Box 231
Orlando FL    32802-0231

Randall S Fudge & Assoc
4801 Classen Blvd
#202
Oklahoma City, OK 73118-4622

Safeway Services LLC
655 Huron Ave
Memphis, TN 38107-1512

Schindler Elevator Corp
1530 Timberwolf Dr.
PO Box 960
Holland, OH 43528

Security National Insurance PO
Box 650767
Dallas, TX 75265-0767

Sunbelt Rentals
PO Box 409211
Attn : Accounts Receivable
Atlanta, GA 30384-9211

Sharp, Robbins & Popwell LLC
1109 Myatt Blvd
Madison, TN 37115-2453

Shawn's Lawn Care LLC
1635 CR 609C
Bushnell , FL 33513-4913

Southern Plumbing Service
220 Lemon Tree Lane
Apt 5
Ormond Beach, FL 32174-2661

Sponsler, Bennet , Jacobs &
Adams , PA
PO Box 3300
Tampa, FL 33601-3300

TLGFY, LLC
Capital One, N.A. as
Collateral Assignee
PO Box 54347
New Orleans, LA 70154-4347

TCL Enterprises
39 Hall Manor
Alpharetta, GA  30022-1816

TENNESSEE DEPT OF REVENUE
C/O ATTY GENERAL
PO BOX 20207
NASHVILLE TN 37202-4015

Timothy Laffredi, Trial Attorney
US Dept. of Justice
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando FL 32801-2210

The Tub Guys, Inc
PO Box 2092
Mount Dora, FL  32756-2092

US Bank as Cust for ASCOT CAPITAL LLC - 1
PO Box 645040
Cincinnati , OH 45264-0303

Randy Hardy
c/o Dan C. Chapman III
PO Box 1343
Conyers, GA  30012

United Health Care
Dept Ch 10151
Palatine, IL  60055-0001

Wieland Davco
4162 English Oak Dr
Lansing, MI 48911-4297

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Securities & Exchange Commission
Branch of Reorganization
175 W. Jackson Street, Ste. 900
Chicago, IL 60604-2601

United States Trustee
400 West Washington Street
Suite 1101
Orlando, FL 32801

Tennessee Department of Revenue
c/o TN Attorney General 's Office,
Bankruptcy Division
PO Box 20207
Nashville , Tennessee 37202-4015

Tradesman International
2400 Sandlake Road
#100
Orlando , FL 32809-7602

Tri Tech Labs INC
PO Box 140966
Orlando , FL 32814-0966

US Healthworks
PO Box 404473
Atlanta , GA 30384-4473

United Rentals INC
PO Box 100711
Atlanta, GA 30384-0711

United Southern Bank
PO Drawer 29
Umatilla, FL 32784

United Firestop &
Core Drilling
159 E E Lakeshore Blvd
Kissimmee, FL 34744

Wex Fleet One LLC
PO Box 6293
Carol Stream, IL 60197-6293

William O. Kelley II
1408 Lobeila Dr
Lake Mary, FL 32746-2666

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1649
Invoice Date:  8/24/2015
Due Date:  8/24/2015

**Bill To:**
Progressive Plumbing, Inc.- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/10/2015 | confer with Mike Nardella re: case overview and potential strategy; review accounting records from client | 1 | 300.00 | 300.00 |
| Lawyer | 8/11/2015 | Meeting with clients | 2 | 300.00 | 600.00 |
| Lawyer | 8/11/2015 | Meeting with Michael Nardella to review income statements, asset and liability statements, Lake County official records re: mortgages, UCC financing statements; develop case strategy; discuss pre case matters, 1st day motions and 1st month action items | 2.5 | 300.00 | 750.00 |
| Lawyer | 8/12/2015 | Prepare resoultions for Plumbing and Services; confer with Mike Nardella re: case strategy and prelim matters | 0.8 | 300.00 | 240.00 |
| Lawyer | 8/14/2015 | Confer with Mike re: case strategy and first day motions and filings; confer with Crystal re: 3 bankruptcy cases and preparing petitions, schedules, statements | 0.3 | 300.00 | 90.00 |
| Lawyer | 8/15/2015 | Prepare chapter 11 itemized list of action items; meet with Mike Nardella to discuss case and assign case responsibilities; email Kim French re: asset and liability questions, request for necessary documents, and questions related to filing case and first day motions; draft motion to pay affiliate officer salaries; draft motion to pay pre petition employee wages; draft utility motion and order; email Crystal re: skeleton petitions, declaration, list of 20 largest creditors and Rule 7007 corporate disclosure statement | 3.7 | 300.00 | 1,110.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |



Page 1

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1649
Invoice Date:  8/24/2015
Due Date:  8/24/2015

Bill To:
Progressive Plumbing, Inc.- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/17/2015 | Phone call with Kim to discuss answers to my email for requested pre filing information | 0.2 | 300.00 | 60.00 |
| Lawyer | 8/18/2015 | Confer with Mike Nardella re: filing issues and timing of filing | 0.2 | 300.00 | 60.00 |
| Lawyer | 8/19/2015 | Meeting with clients to discuss 1st day motions, case strategy and to prepare bankruptcy paperwork | 2.5 | 300.00 | 750.00 |
| Lawyer | 8/19/2015 | Review financial documents from client re: 1st day motion information and information for schedules and statements | 2 | 300.00 | 600.00 |
| Lawyer | 8/21/2015 | Draft motion for pre-petition wage approval; draft motion to pay affiliate officer salaries; email Crystal re: 20 largets creditors, petition and filing on Monday; draft utility motion; draft emergency hearing certificate; emails to and from client re: questions re: first dy motions; prepare application to employ firm as counsel for debtor | 2.3 | 300.00 | 690.00 |
| Lawyer | 8/22/2015 | Meeting with Michael Nardella to discuss first day motions and outstanding items necessary to file case | 0.7 | 300.00 | 210.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | |
|---|---|
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1649
Invoice Date: 8/24/2015
Due Date: 8/24/2015

Bill To:
Progressive Plumbing, Inc.- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/23/2015 | Final preparations for chapter 11 filing; draft motion to pay critical vendors and research re: standard for relief; draft appplications to employ RVH and Nardella and Nardella; draft verified fee statements for RVH and Nardella; finalize certificate of necessity for emergency hearing; finalize affiliate officer payment motion; finalize utility motion; finalize motion for authority to pay pre-petition wages; review petition and 20 largest creditor list; email Kim re: final questions prior to filing | 3.3 | 300.00 | 990.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$6,450.00** |
| **Payments/Credits** | -$6,450.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1730
Invoice Date: 9/11/2015
Due Date: 9/11/2015

Bill To:
Progressive Plumbing, Inc.- Pre Petition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Costs | | Filing fees | | 1,717.00 | 1,717.00 |
| Earned Retai... | | Thank you for your payment. | | -1,717.00 | -1,717.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$0.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1803
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Adversary Proceeding

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/25/2015 | Confer with Michael Nardella re: adversary complaint against Allied for preferential transfers and avoidance of liens; review mortgages and UCC financing statements | 0.5 | 300.00 | 150.00 |
| Lawyer | 8/31/2015 | Draft preference complaint against Allied | 1.9 | 300.00 | 570.00 |
| Lawyer | 9/1/2015 | Draft adversary complaint against Allied | 0.8 | 300.00 | 240.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$960.00** |
| **Payments/Credits** | -$960.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1976
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Adversary Proceeding

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 11/9/2015 | Prepare and file adversary complaint against Batson Cook (10/23) | 0.4 | 100.00 | 40.00 |
| Paralegal | 11/9/2015 | Prepare and serve summons and complaint packages on defendants in Batson Cook adversary (10/27) | 0.7 | 100.00 | 70.00 |
| Costs | 10/21/2015 | 180 copies ( serving summons and complaint and all exhitbits on defendants in Batson Cook adversary) 180*.15= | | 27.00 | 27.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$137.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1804
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Asset Disposition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/2/2015 | Confer with Robert Hoofman re: case background, proposed sale of Ford trucks and cross collateralization agreement; follow up email | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/5/2015 | Draft motion to sell 2 ford trucks free and clear of all liens | 1.3 | 300.00 | 390.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | $450.00 |
|---------------|---------|
| Payments/Credits | -$450.00 |
| Oustanding Balance | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1977
Invoice Date: 1/7/2016
Due Date: 1/7/2016

**Bill To:**
Progressive Plumbing, Inc.
Asset Disposition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 11/14/2015 | Review purchase and sale agreement on Fab Shop and develop strategy re: motion to sell vs. motion to sell free and clear | 0.4 | 300.00 | 120.00 |
| Lawyer | 12/3/2015 | Phone call with Martin Forster re: closing issues; email client re: items for IRS package on lien release re: fab shop sale | 0.2 | 300.00 | 60.00 |
| Lawyer | 12/7/2015 | Prepare IRS form 14135 re: application for certificate of discharge | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$270.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2240
Invoice Date: 5/16/2016
Due Date: 5/16/2016

**Bill To:**
Progressive Plumbing, Inc.
Asset Disposition

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 1/4/2016 | Review appraisal re: fab shop; review IRS forms and confer with Lauren re: creating submission package for IRS approval | 0.3 | 300.00 | 90.00 |
| Lawyer | 1/5/2016 | Finalize form 14135 package to IRS re: application for release of lien on fab shop | 0.2 | 300.00 | 60.00 |
| Paralegal | 1/5/2016 | Prepare IRS Application for certificate of Discharge package and submit | 0.6 | 100.00 | 60.00 |
| Lawyer | 1/14/2016 | Draft order authorizing sale of fab shop | 0.4 | 300.00 | 120.00 |
| Paralegal | 1/15/2016 | Prepare order granting motion to sell fab shop | 0.4 | 100.00 | 40.00 |
| Lawyer | 1/25/2016 | Emails with Meredith Nagel, lawyer for buyer of fab shop re: closing issues | 0.1 | 300.00 | 30.00 |
| Lawyer | 1/26/2016 | Email client re: comments from buyers counsel re: order authorizing sale of property free and clear | 0.1 | 300.00 | 30.00 |
| Lawyer | 1/28/2016 | Emails from and to Martin Forster and Meredith Nagel re: closing issues on fab shop | 0.4 | 300.00 | 120.00 |
| Paralegal | 1/28/2016 | Prepared proof of service of order granting motion to sell fab shop; serve order | 0.2 | 100.00 | 20.00 |
| Lawyer | 2/5/2016 | Phone call from martin forster to set closing date and time | 0.1 | 300.00 | 30.00 |
| Lawyer | 2/22/2016 | Emails with Jessica Fleming re: closing fab shop on 24th and closing document review | 0.1 | 300.00 | 30.00 |
| Lawyer | 2/23/2016 | Review closing documents (fab shop) | 0.4 | 300.00 | 120.00 |
| Lawyer | 2/24/2016 | Review closing statement; emails with Jessica Fleming re: closing matters and payment to IRS (fab shop sale) | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$810.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | **$29,007.48** |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1805
Invoice Date:  10/28/2015
Due Date:  10/28/2015

**Bill To:**
Progressive Plumbing, Inc.
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/26/2015 | Draft letter template to contractors re: response to Allied letter of August 6th and demand for payment to the debtor | 0.4 | 300.00 | 120.00 |
| Lawyer | 8/26/2015 | Review case law re: cash collateral motion, surety and trust funds | 0.7 | 300.00 | 210.00 |
| Lawyer | 8/27/2015 | Prepare for hearing on motion to pay critical vendor, motion to pay employees, motion to pay officers and utility motion | 0.6 | 300.00 | 180.00 |
| Lawyer | 8/27/2015 | Research re: cash collateral motion and Larbar case | 0.4 | 300.00 | 120.00 |
| Lawyer | 8/27/2015 | Meeting with clients to prepare for first day motions hearings; attend hearing on first day motions | 1.5 | 300.00 | 450.00 |
| Lawyer | 8/31/2015 | Phone call with Kim re: premium assignment corp and liability insurance issue; email PAC rep re: phone call; phone call with Kelton Ferris to discuss insurance and payment; email Kim re: follow up | 0.4 | 300.00 | 120.00 |
| Lawyer | 9/1/2015 | Review email from Kelton Ferris re: premium assignment corp claim and general liability insurance; phone call with Kim re: proposal | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/1/2015 | Phone call with Kelton Ferris re: Premium Assignment claim and adequate protection | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/1/2015 | Phone call with Kim French to discuss PAC issue, Hughes Supply, Bridgefield and Ford; phone call with Bridgefield; email Kelton Farris re: adequate protection agreement on PAC | 0.9 | 300.00 | 270.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1805
Invoice Date: 10/28/2015
Due Date: 10/28/2015

**Bill To:**
Progressive Plumbing, Inc.
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/2/2015 | Phone calls and emails with Darlene at Bridgefield Summit re: workers comp insurance and offset issues; emails with Kim re: proposed arrangement | 0.4 | 300.00 | 120.00 |
| Lawyer | 9/6/2015 | Review proposed motion for relief from stay and order granting motion re: PAC; emails from and to Jules Cohen re: agreement and hearing on motion | 0.4 | 300.00 | 120.00 |
| Lawyer | 9/7/2015 | Research re: equitable subrogation and novation issue | 1.5 | 300.00 | 450.00 |
| Lawyer | 9/8/2015 | Phone call with Ms. Summers at IRS re: claim, outstanding tax returns and other issues; emails with Bill Lawson re: IRS; phone call with Bill Lawson to discuss | 0.5 | 300.00 | 150.00 |
| Lawyer | 9/8/2015 | Review email from Tim Lafredi re: affliate officer salary motion; reply email re: temporary relief | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/10/2015 | Review proposed order from Jules Cohen on Premium Assignment deal | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/12/2015 | Phone call with Darlene at Bridgefield Summit re: notice of cancellation of workers comp | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/14/2015 | Phone calls with darlene at Bridgefield re: workers comp insurance and resolution to pre-petition debt issue | 0.3 | 300.00 | 90.00 |
| Lawyer | 9/25/2015 | Phone calls with Adam Alpert re: batson Cook jobs and potential settlement and set off | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/29/2015 | Phone call with Kelton farris re: policy renewal and splitting up financing payments | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1805
Invoice Date: 10/28/2015
Due Date: 10/28/2015

**Bill To:**
Progressive Plumbing, Inc.
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/29/2015 | Review proposed adequate protection agreements from Ford; emails with Kim re: deal options | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/30/2015 | Emails with kelton Farris re: liability policy renewal and financing issues | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/30/2015 | Email Robert Huffman re: adequate protection arrangement on Ford auto loans | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/1/2015 | Draft motion to approve finance agreement with Premium Assignment Corp and proposed order | 1 | 300.00 | 300.00 |
| Lawyer | 10/6/2015 | Phone call with Kim French to discuss motion to sell 2 Ford vehicles free and clear | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/6/2015 | Follow up email to Adam Alpert re: Batson Cook AR and set off issue and intent to file lien | 0.1 | 300.00 | 30.00 |
| Paralegal | 10/10/2015 | Prepare and file motion for approval of post peition finanicing with PAC (10/1) | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$3,270.00** |
| **Payments/Credits** | -$952.25 |
| **Oustanding Balance** | **$29,007.48** |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1978
Invoice Date: 1/7/2016
Due Date: 1/7/2016

**Bill To:**
Progressive Plumbing, Inc.
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/13/2015 | Meeting with Allied representatives to discuss settlement of all issues | 1.2 | 300.00 | 360.00 |
| Lawyer | 10/14/2015 | Finalize motion to sell and file | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/15/2015 | Emails with Kim re: Umbrella Insurance policy financing | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/29/2015 | Emails with Kelton Farris re: Umbrella insurance coverage | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/6/2015 | Email Lauren re: preparing template for second motion to approve premium finance agreement with PAC on umbrella policy | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/9/2015 | Draft motion for approval of premium finance agreement with PAC on umbrella policy | 0.5 | 300.00 | 150.00 |
| Lawyer | 11/10/2015 | Emails from and to Doug Martin and Kim French re: ongoing accounting issues | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/18/2015 | Prepare for and attend status conference and hearing on motion to approve 2nd PAC finance agreement; confer with clients and Mike Nardella re: hearing and Batson Cook issues; follow up emails to PAC and Lauren re: preparing order and calendar items | 1.5 | 300.00 | 450.00 |
| Lawyer | 11/24/2015 | Emails with Kelton Farris and client re: PAC issues | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/30/2015 | Draft motion to sell fab shop free and clear of all liens | 1.1 | 300.00 | 330.00 |
| Lawyer | 12/1/2015 | Meeting with Mike Nardella to prepare for status conference and discuss pending matters | 0.2 | 300.00 | 60.00 |
| Costs | 10/15/2015 | Filing fee-motion to sell trucks | | 176.00 | 176.00 |
| Costs | 12/1/2015 | Filing fee-motion to sell fab shop | | 176.00 | 176.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$1,882.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | **$29,007.48** |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2241
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Business Operations

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 4/7/2016 | Phone call from Roger Kelly's office re: default on ford loan; confer with RVH re: course of action | 0.5 | 100.00 | 50.00 |
| Lawyer | 5/13/2016 | Phone call with Bill Lawson to discuss current negotiations with IRS | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$110.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1806
Invoice Date: 10/28/2015
Due Date: 10/28/2015

**Bill To:**
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/24/2015 | Numerous emails and phone calls with Kim re: finalizing first day motions; final review and revisions to case management summary, utility motion, motion to pay critical vendors, motion to pay officer salaries, motion to pay employees, certificate of necessity, motion to maintain bank accounts and motion for joint administration; confer with Lauren re: master certificate of service and document packages for creditors; confer with Mike Nardella re: phone call with UST re: potential issues | 3 | 300.00 | 900.00 |
| Costs | 8/25/2015 | Print costs for first day motions-697 pages @.15 | | 104.55 | 104.55 |
| Paralegal | 8/25/2015 | Prepare mail outs to creditors re: first day motions | 0.3 | 100.00 | 30.00 |
| Costs | 8/26/2015 | Prepare first day hearing notebook- 166 pages @ .15; mail notices of hearing to creditors 9 stamps | | 21.18 | 21.18 |
| Lawyer | 8/26/2015 | Phone call with Dedra Gann re: emergency hearing scheduling; email Mike re: status | 0.2 | 300.00 | 60.00 |
| Lawyer | 8/26/2015 | Review hearing notices on first day motions; confer with Lauren re: preparing and serving a notice of hearing; revise notice of hearing | 0.2 | 300.00 | 60.00 |
| Lawyer | 8/26/2015 | Meeting with Crystal to prepare schedules and statements and address United States Trustee IDI letter | 0.7 | 300.00 | 210.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | |
|---|---|
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1806
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 8/26/2015 | Prepare and file notices of hearings re: first day motions; prepare agenda for hearing on first day motions | 0.7 | 100.00 | 70.00 |
| Paralegal | 8/26/2015 | Meeting with RVH to discuss prelim matter and schedule preparation | 0.5 | 100.00 | 50.00 |
| Paralegal | 8/27/2015 | Prepare chapter 11 schedules and statements | 1 | 100.00 | 100.00 |
| Lawyer | 8/28/2015 | Prepare orders granting wage motion, utility motion and critical vendor motion | 0.2 | 300.00 | 60.00 |
| Paralegal | 8/28/2015 | Prepare schedules and statements; draft orders on first day motions | 2.4 | 100.00 | 240.00 |
| Lawyer | 8/30/2015 | Prepare orders on wage motion, critical vendor motion and utility motion | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/1/2015 | Prepare motion for extension of time to file schedules and statements | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/1/2015 | Review schedules and statements | 0.2 | 300.00 | 60.00 |
| Paralegal | 9/1/2015 | Prepare motion to extend time to file schedules and statements | 0.7 | 100.00 | 70.00 |
| Paralegal | 9/8/2015 | Prepare and file proofs of service of orders on first day motions and prepare mail outs to creditors | 1.2 | 100.00 | 120.00 |
| Lawyer | 9/10/2015 | Meeting with Kim to prepare schedules and statements | 1 | 300.00 | 300.00 |
| Paralegal | 9/10/2015 | Meeting with Kim to prepare schedules and statements | 1 | 100.00 | 100.00 |
| Costs | 9/9/2015 | copy charges of 244 pages and mailing ($21.56) | | 58.16 | 58.16 |
| Lawyer | 9/10/2015 | Review tax returns and emails with Doug Martin re: qualified s election and ownership of debtors | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1806
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Costs | 9/11/2015 | mail orders on first day motions to creditors 16 stamps | | 6.72 | 6.72 |
| Lawyer | 9/14/2015 | Review tax returns for business and email Crystal re: amended 7007 and SOFA issues | 0.3 | 300.00 | 90.00 |
| Lawyer | 9/14/2015 | Confer with Crystal re: IDI documents for Trustee | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/15/2015 | Review Laswon Family Trusts 1 and 2 re: ownership chain of debtor | 0.2 | 300.00 | 60.00 |
| Costs | 9/16/2015 | Filing fee- amend schedule F to add creditors | | 30.00 | 30.00 |
| Lawyer | 9/16/2015 | Prepare schedules and statements for filing | 1 | 300.00 | 300.00 |
| Costs | 9/17/2015 | mail NOC to creditors 91 stamps, 188 pages, | | 66.42 | 66.42 |
| Lawyer | 9/22/2015 | Confer with Crystal re: documents outstanding for IDI; emails with Kim re: payment of utility deposits and cover letter | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/22/2015 | Review email from Kelton Ferris re: renewal on liability insurance financing and wrapping pre-petition missed payment into new loan | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/23/2015 | Phone call with Kim french to discuss IDI and IRS tax issues | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/23/2015 | Review documents from client for IDI bfore submitting to UST | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/23/2015 | Phone call from Kim re: IRS issues | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/25/2015 | Review emails from client re: pending matters | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/29/2015 | Email from and to Kim re: MOR and how to prepare | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/30/2015 | Confer with Robert Hoofman re: adequate protection agreement and Ford auto loans | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1806
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/5/2015 | Review notices of intent to levy issued by IRS to Bill and Charlene Lawson; confer with client re: IRS claim against debtor and plan | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/5/2015 | Meeting with Michael Nardella to prepare update on action items and assign tasks | 0.5 | 300.00 | 150.00 |
| Lawyer | 10/5/2015 | Confer with crystal re: monthly operating reports | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/5/2015 | Email from Kim French re: outstanding items and reply email | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Review monthly operating report for August and confer with Mike Nardella re: payments to officers for last week of August | 0.3 | 300.00 | 90.00 |
| Lawyer | 10/8/2015 | Review case docket re: outstanding motions and orders on determined motions | 0.2 | 300.00 | 60.00 |
| Paralegal | 10/10/2015 | Prepare schedules and statements with assistance of client (9/10) | 2.3 | 100.00 | 230.00 |
| Paralegal | 10/10/2015 | Prepare schedules and statements (9/14) | 1.7 | 100.00 | 170.00 |
| Paralegal | 10/10/2015 | Prepare schedules and statements (9/16) | 2.8 | 100.00 | 280.00 |
| Paralegal | 10/10/2015 | Compile, prepare and send IDI documents to UST (9/23) | 0.8 | 100.00 | 80.00 |
| Paralegal | 10/10/2015 | Attend IDI meeting (9/24) | 0.7 | 100.00 | 70.00 |
| Paralegal | 10/10/2015 | Compile, prepare and send 341 documents to UST (9/25) | 0.3 | 100.00 | 30.00 |
| Paralegal | 10/10/2015 | Attend 341 meeting (9/28) | 0.9 | 100.00 | 90.00 |
| Paralegal | 10/10/2015 | Prepare August MOR for filing; prepare notice of hearing re: PAC motion (10/6) | 0.5 | 100.00 | 50.00 |
| Paralegal | 10/10/2015 | Follow up with client re: documents for UST and amendments (10/8) | 0.4 | 100.00 | 40.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1806
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 10/10/2015 | Prepare amendments to SOFA and Schedule G; email client re: outstanding list of items needed by UST (10/9) | 0.6 | 100.00 | 60.00 |
| Paralegal | 10/10/2015 | Prepare vehicle spreadsheet for Schedule B (9/15) | 0.4 | 100.00 | 40.00 |
| Paralegal | 10/10/2015 | Prepare spreadsheet for SOFA 3(b) (9/16) | 0.5 | 100.00 | 50.00 |
| Paralegal | 10/10/2015 | Prepare motion to sell 2 Ford trucks (10/5) | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$5,347.03** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1979
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/12/2015 | Review amendments to Schedule G and SOFA 10 | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/14/2015 | Emails with Kim French re: American Piper lawsuit | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/20/2015 | Prepare for status conference | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/20/2015 | Prepare for status conference and hearing on multiple motions filed by Plumbing; review and approve amended declaration of RVH; review September MOR | 0.5 | 300.00 | 150.00 |
| Lawyer | 10/21/2015 | Attend status conference and hearing on pending motions | 1.3 | 300.00 | 390.00 |
| Lawyer | 10/22/2015 | Email Crystal and Lauren re: post status conference instructions on calendar items and preparing orders | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/23/2015 | review and revise orders on various motions granted at 10/21 hearing and email to opposing counsel for approval; review email from Tim Iaffredi re: orders and amend affiliate officer motion | 0.4 | 300.00 | 120.00 |
| Paralegal | 11/9/2015 | Prepare amendments to schedules B and G and SOFA; email client re: amendments and file (10/12) | 1 | 100.00 | 100.00 |
| Paralegal | 11/9/2015 | Prepare motion to sell and file (10/15) | 0.4 | 100.00 | 40.00 |
| Paralegal | 11/9/2015 | Prepare and file amendment to B; prepare notice of filing cash collateral budget; confer with RVH re: update on UST outstanding items list (10/19) | 0.4 | 100.00 | 40.00 |
| Paralegal | 11/9/2015 | Prepare and file proof of service of various court orders (11/2) | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1979
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 11/9/2015 | Prepare hearing notebook for status conference and hearing on various motions (10/20) | 0.8 | 100.00 | 80.00 |
| Paralegal | 11/9/2015 | Prepare orders on various motions following October 21st hearing (10/22) | 0.5 | 100.00 | 50.00 |
| Lawyer | 11/12/2015 | Review September and October MOR | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/17/2015 | Prepare for hearing on motion for approval to enter into agreement with PAC | 0.1 | 300.00 | 30.00 |
| Paralegal | 11/17/2015 | Prepare MOR for October | 0.4 | 100.00 | 40.00 |
| Paralegal | 11/19/2015 | Prepare order granting second motion to finance insurance through PAC | 0.3 | 100.00 | 30.00 |
| Lawyer | 11/26/2015 | Emails with Brad Bole re: adequate protection and motion | 0.1 | 300.00 | 30.00 |
| Paralegal | 11/30/2015 | Prepare motion to sell fab shop | 0.3 | 100.00 | 30.00 |
| Costs | | Filing fee-Amend Schedules | | 30.00 | 30.00 |
| Lawyer | 12/2/2015 | Attend status conference and hearing on pending motions | 1 | 300.00 | 300.00 |
| Paralegal | 12/2/2015 | Prepare order granting application to employ listing agent | 0.1 | 100.00 | 10.00 |
| Paralegal | 12/3/2015 | Prepare notice of hearing on motion to sell fab shop | 0.2 | 100.00 | 20.00 |
| Paralegal | 12/8/2015 | Prepare and file proof of service of order number 175 | 0.1 | 100.00 | 10.00 |
| Paralegal | 12/8/2015 | Prepared notice of hearing on motion to sell fab shop and sent to service company for processing | 0.2 | 100.00 | 20.00 |
| Paralegal | 12/10/2015 | Prepare creditor spreadsheet re: claims filed | 3.1 | 100.00 | 310.00 |
| Lawyer | 12/22/2015 | Draft motion to extend exclusivity period | 0.7 | 300.00 | 210.00 |
| Lawyer | 12/22/2015 | Review November MOR | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1979
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 12/22/2015 | Prepare motion to extend exclusivity period | 0.3 | 100.00 | 30.00 |
| Paralegal | 12/28/2015 | Prepare and file November MOR | 0.4 | 100.00 | 40.00 |
| Lawyer | 12/30/2015 | Review emergency emails from Kim re: Brighthouse cutting off phones; phone calls and emails with Brighthouse re: utility order; confer with Kim re: strategy | 0.7 | 300.00 | 210.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$2,560.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2242
Invoice Date: 5/16/2016
Due Date: 5/16/2016

**Bill To:**
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 1/26/2016 | prepare and file december MOR | 0.1 | 100.00 | 10.00 |
| Lawyer | 1/4/2016 | Meet with Mike Nardella to discuss case and motion hearing on January 6th | 0.2 | 300.00 | 60.00 |
| Lawyer | 1/5/2016 | Confer with Mike Nardella on status conference on 1/6, pending motions and timeline on filing a plan and disclosure statement | 0.5 | 300.00 | 150.00 |
| Associate | 1/5/2016 | Prepare and file notice of cash collateral budget | 0.1 | 200.00 | 20.00 |
| Lawyer | 1/6/2016 | Draft orders granting motion to extend exclusivity period and motion to sell fab shop free and clear | 0.3 | 300.00 | 90.00 |
| Lawyer | 1/7/2016 | Draft order granting motion to sell fab shop | 0.2 | 300.00 | 60.00 |
| Associate | 1/7/2016 | Prepare orders on motion to extend exclusivity and motion to sell property | 0.6 | 100.00 | 60.00 |
| Associate | 1/13/2016 | Prepare order on cash collateral motions | 0.2 | 200.00 | 40.00 |
| Lawyer | 1/15/2016 | Phone call from Jeff Ainsworth re: Hughes supply and return of product | 0.1 | 300.00 | 30.00 |
| Lawyer | 1/19/2016 | Confer with Kim re: Premium Assignment Corp payment issue; emails to Kelton Farris | 0.1 | 300.00 | 30.00 |
| Paralegal | 2/23/2016 | Prepare and file notice of filing district court order granting prelim injunction | 0.2 | 100.00 | 20.00 |
| Lawyer | 2/24/2016 | Review January MOR | 0.1 | 300.00 | 30.00 |
| Lawyer | 2/24/2016 | Meeting with clients to discuss Allied issues after hearing | 0.5 | 300.00 | 150.00 |
| Paralegal | 2/24/2016 | Prepare January MOR | 0.1 | 100.00 | 10.00 |
| Paralegal | 3/9/2016 | Confer with Ms. Summers at IRS re: missing 940 and 941 forms | 0.2 | 100.00 | 20.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2242
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| Lawyer | 3/11/2016 | Review and approve motion from Hughes for return of items | 0.2 | 300.00 | 60.00 |
| Associate | 3/21/2016 | Draft motions to value claims of Marlin and Canon | 1 | 200.00 | 200.00 |
| Associate | 3/23/2016 | Revise motions to file; research re: negative notice requirements; file motions | 1.3 | 200.00 | 260.00 |
| Paralegal | 3/25/2016 | Prepare and file chapter 11 plan; prepare and file february MOR | 0.5 | 100.00 | 50.00 |
| Paralegal | 3/29/2016 | Prepare and file notice of filing cash collateral budget | 0.3 | 100.00 | 30.00 |
| Paralegal | 3/29/2016 | Prepare and file disclosure statement | 0.7 | 100.00 | 70.00 |
| Lawyer | 3/30/2016 | Attend status conference | 1.5 | 300.00 | 450.00 |
| Paralegal | 3/30/2016 | Phone call from Ms. Summers at IRS re: plan treatement of IRS claim | 0.3 | 100.00 | 30.00 |
| Paralegal | 3/31/2016 | Add tax certificate holders to creditor matrix through CM/ECF | 0.2 | 100.00 | 20.00 |
| Lawyer | 4/4/2016 | Confer with Kim re: Workers comp claim issue and email insurance lawyer | 0.1 | 300.00 | 30.00 |
| Paralegal | 4/8/2016 | Compile update creditor matrix for solicitation package | 0.5 | 100.00 | 50.00 |
| Lawyer | 4/11/2016 | Finalized updated creditor matrix with all addresses for solicitation package | 0.4 | 300.00 | 120.00 |
| Paralegal | 4/12/2016 | Finalize solicitation package for transimittal to client to mail out | 0.8 | 100.00 | 80.00 |
| Lawyer | 4/13/2016 | Draft solicitation package letter and email Kim re: preparing and serving package to creditors | 0.3 | 300.00 | 90.00 |
| Paralegal | 4/13/2016 | Phone call to client re: affidavit of non-payment by Ford | 0.2 | 100.00 | 20.00 |
| Paralegal | 4/18/2016 | Prepare certificate of service for solicitation package | 0.3 | 100.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2242
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Case Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 4/18/2016 | Prepare March MOR and file | 0.2 | 100.00 | 20.00 |
| Lawyer | 5/16/2016 | Prepare fee application for Doug Martin | 0.6 | 300.00 | 180.00 |
| Costs | 4/22/2016 | Filing fee- Amend Schedule F | | 30.00 | 30.00 |
| Costs | | WestLaw Legal Research | | 173.70 | 173.70 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$2,773.70** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1807
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Claims Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 8/25/2015 | Phone call with Jeff Ainsworth re: Hughes Supply claim, motion for critical vendor payment and case strategy | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Review proposed dequate protection agreements from Robert Hoofman on 6 Ford vehicles; Phone call with Kim french to discuss Ford Credit adequate protection agreements on 6 vehicles; email Robert Hoofman during conversation to verify receipt of September payments | 0.4 | 300.00 | 120.00 |
| Lawyer | 10/6/2015 | Confer with Kim french re: IRS claim treatment and plan to sell empty lots to help raise funds to pay down debt | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/8/2015 | Emails with Robert Hoofman re: adequate protection agreements on the 6 Ford vehicles | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/10/2015 | Finalize adequate protection stipulations with Ford Credit | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$270.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1980
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Claims Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/23/2015 | Phone call with Brad Bole at the IRS re: adequate protection agreement | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/27/2015 | Review adequate protection agreement from IRS | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/28/2015 | Review proposed adequate protection agreement from IRS; email Brad Bole re: questions from client | 0.3 | 300.00 | 90.00 |
| Lawyer | 11/3/2015 | Review revised adequate protection agreement from IRS; phone call with Shuffiled Lowman re: tax issues | 0.3 | 300.00 | 90.00 |
| Lawyer | 11/10/2015 | Email Nissans counsel re: MFRFS and adequate protection agreement | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/11/2015 | Emails with counsel for Nissan re: adequate protection | 0.1 | 300.00 | 30.00 |
| Lawyer | 11/19/2015 | Phone call with Ms. Summers at IRS re: approval of sale of fab shop | 0.2 | 300.00 | 60.00 |
| Lawyer | 12/9/2015 | Email crystal re: preparing master claim spreadsheet for plan analysis | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | $390.00 |
|---------------|---------|
| Payments/Credits | $0.00 |
| Oustanding Balance | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2243
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Claims Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 1/19/2016 | Review 941 tax returns for 3rd and 4th quarter of 2015; email Sherril Summers re: returns and amending IRS claim | 0.2 | 300.00 | 60.00 |
| Lawyer | 2/1/2016 | Phone call with Sherrill Summers at the IRS re: amending claim to reduce priority amount, missing items and 363 sale of fab shop; email Kim french re: requested additional documents | 0.5 | 300.00 | 150.00 |
| Lawyer | 2/18/2016 | Review IRS documents from Kim (940 and 941 from 2015) and email to Sherril Summers at IRS | 0.2 | 300.00 | 60.00 |
| Lawyer | 3/4/2016 | Review letter from IRS re: missing returns; emails with Kim and Lauren; confer with Lauren re: straightening out | 0.1 | 300.00 | 30.00 |
| Lawyer | 3/23/2016 | Phone call with Jeff Ainsworth to discuss compromise of controversy with Hughes | 0.2 | 300.00 | 60.00 |
| Lawyer | 4/12/2016 | Review tax forms from Kim and email Lauren re: responding to letter from IRS | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/12/2016 | Emails from workers comp counsel re: claim by Randy Hardy; email Lauren re: amednment to Schedule F | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/14/2016 | Phone call with Sherryl Summers from IRS re: IRS plan treatment and claims | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$510.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1750
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Employment Applications

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 9/2/2015 | Prepare application to employ Doug martin and declaration of accountant | 0.5 | 100.00 | 50.00 |
| Lawyer | 9/2/2015 | Start draft of application to employ accountant | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/8/2015 | Email Doug Martin re: application to employ as accountant and questions | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/14/2015 | Draft application to employ Doug Martin as CPA | 0.4 | 300.00 | 120.00 |
| Lawyer | 9/14/2015 | Prepare order authorizing employment of RVH and MAN | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/15/2015 | Finalize application to employ Doug martin | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/15/2015 | Final edits to order granting RVH and MAN employment apps | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/28/2015 | Phone call with Doug Martin re: application to employ and waiving pre-petition claim | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/29/2015 | Phone call with Dave Adams re: employment as employment law lawyer | 0.2 | 300.00 | 60.00 |
| Lawyer | 9/30/2015 | Email Doug Martin re: decision to waive pre petition claim | 0.1 | 300.00 | 30.00 |
| Lawyer | 9/30/2015 | Emails with Doug martin and Tim Laffredi re: accountant issues and waiver of pre-petition claim | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/6/2015 | Review email from David Adams re: employment law issues; reply email re: waiver of pre-petition claim | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/10/2015 | Draft application to employ David Adams | 0.2 | 300.00 | 60.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | |
|---------------|--|
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1750
Invoice Date: 10/28/2015
Due Date: 10/28/2015

Bill To:
Progressive Plumbing, Inc.
Employment Applications

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 10/10/2015 | Prepare application to eemploy Doug martin and verified declaration; prepare order granting application to employ RVH and MAN as lawyers (9/14) | 1 | 100.00 | 100.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$780.00** |
| **Payments/Credits** | -$780.00 |
| **Oustanding Balance** | **$29,007.48** |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  1981
Invoice Date:  1/7/2016
Due Date:  1/7/2016

**Bill To:**
Progressive Plumbing, Inc.
Employment Applications

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 10/12/2015 | Draft application to employ Dave Adams and declaration | 0.1 | 300.00 | 30.00 |
| Lawyer | 10/15/2015 | Prepare application to employ Wentzell as leasing agent | 0.2 | 300.00 | 60.00 |
| Lawyer | 10/21/2015 | Draft application to pay Doug Martin | 0.2 | 300.00 | 60.00 |
| Paralegal | 11/9/2015 | prepare applications to employ special counsel; prepare order authorizing employment of accountant (10/12) | 0.6 | 100.00 | 60.00 |
| Paralegal | 11/9/2015 | Prepare application to employ real estate and leasing agent (10/14) | 0.4 | 100.00 | 40.00 |
| Lawyer | 11/16/2015 | Draft application to employ Hold Thyssen to sell fab shop | 0.3 | 300.00 | 90.00 |
| Paralegal | 11/17/2015 | Prepare application to employ Martin Forster | 0.4 | 100.00 | 40.00 |
| Lawyer | 11/19/2015 | Confer with Mike Nardella re: employment of Mike Sasso as construction lawyer | 0.3 | 300.00 | 90.00 |
| Lawyer | 12/1/2015 | Emails with Martin Forster re: application to employ information; finalize application to employ Martin Forster as real estate agent | 0.1 | 300.00 | 30.00 |
| Lawyer | 12/9/2015 | Draft application to employ Michael Sasso | 0.1 | 300.00 | 30.00 |
| Paralegal | 12/9/2015 | Prepare application to employ Michael Sasso as construction law lawyer | 0.2 | 100.00 | 20.00 |
| Paralegal | 12/15/2015 | Prepare application to employ appraiser for fab shop | 0.3 | 100.00 | 30.00 |
| Lawyer | 12/16/2015 | Review and revise application to employ property appraiser for fab shop | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$610.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2244
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Employment Applications

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 3/23/2016 | review application to employ Baumann as construction lawyer and affidavit | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$30.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1982
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.- Pre Petition
Plan and Disclosure Statement

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 11/14/2015 | Meeting with MAN to discuss plan issues, treatment and structure | 1.5 | 300.00 | 450.00 |
| Lawyer | 11/14/2015 | Prepare plan spreadsheet with classes, creditors, monthly payments, cure amounts and proposed treatments; review claims filed and schedules and analyze unsecured creditor figures | 1.7 | 300.00 | 510.00 |
| Lawyer | 12/2/2015 | Meeting with client to discuss plan spreadsheet and options moving forward | 1.3 | 300.00 | 390.00 |
| Lawyer | 12/22/2015 | Confer with Michael Nardella re: plan issues and strategy | 0.4 | 300.00 | 120.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| Invoice Total | $1,470.00 |
|---------------|-----------|
| Payments/Credits | $0.00 |
| Oustanding Balance | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2245
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.- Pre Petition
Plan and Disclosure Statement

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 1/6/2016 | Phone call with MAN to discuss plan and disclosure statement and timing issues | 0.3 | 300.00 | 90.00 |
| Lawyer | 1/13/2016 | Meeting with Mike Nardella to discuss classifications of creditors in plan and equity issues | 0.5 | 300.00 | 150.00 |
| Lawyer | 1/13/2016 | meeting with clients to discuss plan provisions and creditor treatment | 2 | 300.00 | 600.00 |
| Lawyer | 2/4/2016 | Meeting with Mike Nardella to discuss plan and settlement discussions with Allied | 0.5 | 300.00 | 150.00 |
| Lawyer | 2/24/2016 | Confer with Michael re: settlement startegy with Allied and plan treatment issues; develop confirmation strategy | 0.6 | 300.00 | 180.00 |
| Lawyer | 2/29/2016 | Phone call with Bill Lawson re: settlement with Allied and using personal bankruptcy as leverage | 0.5 | 300.00 | 150.00 |
| Lawyer | 3/11/2016 | meeting with Mike Nardella to develop plan strategy, classes of creditors and plan treatment | 2.8 | 300.00 | 840.00 |
| Lawyer | 3/14/2016 | Prepare plan classifications; review Lake County tax collector info re: claims and sale of certificates; confer with Brandon re: preparing plan template | 1.8 | 300.00 | 540.00 |
| Associate | 3/14/2016 | Draft chapter 11 plan template and put all classes into classifactions | 1.7 | 200.00 | 340.00 |
| Lawyer | 3/16/2016 | Draft plan | 0.7 | 300.00 | 210.00 |
| Associate | 3/16/2016 | Draft disclosure statement | 1.5 | 200.00 | 300.00 |
| Lawyer | 3/17/2016 | Draft plan | 2.7 | 300.00 | 810.00 |
| Lawyer | 3/18/2016 | Meeting with Michael Nardella to review and revise plan | 1 | 300.00 | 300.00 |
| Lawyer | 3/20/2016 | Review and revise plan; prepare plan spreadsheet | 2 | 300.00 | 600.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2245
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.- Pre Petition
Plan and Disclosure Statement

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 3/21/2016 | Review and revise plan; confer with Lake County Tax Collector re: plan treatment | 1.4 | 300.00 | 420.00 |
| Lawyer | 3/22/2016 | Draft disclosure statement | 1.5 | 300.00 | 450.00 |
| Lawyer | 3/22/2016 | Email to Mike Nardella re: plan items for conference call; email clients re: assume and reject list | 0.4 | 300.00 | 120.00 |
| Lawyer | 3/22/2016 | Conference call with Mike, Kim, Bill and Billy to discuss plan | 1.7 | 300.00 | 510.00 |
| Lawyer | 3/23/2016 | Revise plan and plan spreadsheet | 0.8 | 300.00 | 240.00 |
| Lawyer | 3/23/2016 | Review and revise motions to value Canon and Marlin claims | 0.2 | 300.00 | 60.00 |
| Lawyer | 3/25/2016 | Review and revise plan and finalize for filing; phone calls with Mike re: plan provisions; review and revise disclosure statement and prepare Plumbing liquidation analysis | 3.1 | 300.00 | 930.00 |
| Lawyer | 3/28/2016 | Confer with Kim re: budgets for disclosure statement; review disclosure statement for final revisions; confer with Mike re: liquidation analysis | 1 | 300.00 | 300.00 |
| Lawyer | 3/29/2016 | Finalize disclosure statement and file; confer with Mike re: status conference and confirmation matters; review and file cash collateral reports | 0.7 | 300.00 | 210.00 |
| Lawyer | 3/29/2016 | Phone call with Lake County Tax Collector re: 2015 tax issues and plan treatment; emails with Kim re: options | 0.5 | 300.00 | 150.00 |
| Lawyer | 4/4/2016 | Review confirmation hearing notices and order from court | 0.2 | 300.00 | 60.00 |
| Lawyer | 4/5/2016 | Prepare ballot and soliciation letter | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  2245
Invoice Date:  5/16/2016
Due Date:  5/16/2016

Bill To:

Progressive Plumbing, Inc.- Pre Petition
Plan and Disclosure Statement

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Paralegal | 4/5/2016 | Prepare solicitation package letter and ballot | 0.6 | 100.00 | 60.00 |
| Lawyer | 4/6/2016 | Confer with Brandon re: motion to value Canon and discussions with Canon | 0.1 | 300.00 | 30.00 |
| Associate | 4/6/2016 | Phone call with Irene at Canon re: motion to value claim and plan treatement | 0.3 | 200.00 | 60.00 |
| Lawyer | 4/18/2016 | Prepare certificate of service re: solicitation package | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/22/2016 | Emails with UnitedHealth re: assuming contract and revised plan lanaguage | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/27/2016 | Emails with Kim re: service on creditors and return mail re: plan | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/28/2016 | Confer with Jeff Ainsworth re: Hughes vote in favor of plan | 0.1 | 300.00 | 30.00 |
| Lawyer | 4/28/2016 | Review and revise orders granting motions to value Marlin and Canon | 0.2 | 300.00 | 60.00 |
| Associate | 4/28/2016 | Prepare orders on motions to value Canon and Marlin claims | 0.5 | 200.00 | 100.00 |
| Paralegal | 4/28/2016 | Prepare and upload orders on Canon and Marlin motions to value | 0.2 | 100.00 | 20.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$9,250.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1734
Invoice Date: 9/13/2015
Due Date: 9/13/2015

Bill To:
Progressive Plumbing, Inc.
Relief from Stay Proceedings

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 9/8/2015 | Review motion for relief from stay filed by Premium Assignment and agreement; confer with Mike Nardella re:: agreement and coverage at hearing | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$90.00** |
| **Payments/Credits** | -$90.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 1983
Invoice Date: 1/7/2016
Due Date: 1/7/2016

Bill To:
Progressive Plumbing, Inc.
Relief from Stay Proceedings

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 12/1/2015 | Follow up email to kelley Kronenburg re: adequate protection agreement | 0.1 | 300.00 | 30.00 |
| Lawyer | 12/1/2015 | Review emails from Dennis Levine and client re: Nissan payments; phone call with Dennis Levine; phone call with Kim French; email Dennis re: modified proposal for adequate protection | 0.4 | 300.00 | 120.00 |
| Lawyer | 12/2/2015 | Phone call with Dennis Levine to finalize adequate protection proposal; review email from Dennis re: follow up to hearing | 0.2 | 300.00 | 60.00 |
| Lawyer | 12/8/2015 | Review and approve adequate protection orders on Nissan loans | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$240.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2246
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc.
Relief from Stay Proceedings

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 3/1/2016 | Review motion sent by Fireman | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$30.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $29,007.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2249
Invoice Date: 5/16/2016
Due Date: 5/16/2016

Bill To:
Progressive Plumbing, Inc. Confirmation M

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 5/6/2016 | Prepare for meeting with Nardella re: confirmation checkklist; review file and prepare action item list; meeting with Nardella to discuss confirmation and hash out assignments | 1.8 | 300.00 | 540.00 |
| Associate | 5/6/2016 | meeting with RVH and Nardella re: plan confirmation and research project concerning absolute priority | 0.7 | 200.00 | 140.00 |
| Lawyer | 5/9/2016 | prepare unsecured solicitation list for client and lawyers and hash out assignments; prepare claims objection list for Plumbing unsecureds | 1.2 | 300.00 | 360.00 |
| Associate | 5/9/2016 | research: Absolute priority rule and auction of equity | 0.4 | 200.00 | 80.00 |
| Associate | 5/13/2016 | research: Auction of equity; absolute priority rule and confirmation | 1.5 | 200.00 | 300.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$1,420.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | **$1,420.00** |