UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

            Debtors.
_____/

**APPLICATION**

| | |
|---|---|
| Fees & Expenses Requested | $64,789.86 |
| Paid to N&N | $10,686.75 |
| **Amount Outstanding** | $54,103.11 |

**APPLICATION OF NARDELLA & NARDELLA, PLLC, FOR AWARD
OF COMPENSATION FOR LEGAL SERVICES RENDERED AND
REIMBURSEMENT
OF EXPENSES FOR THE PERIOD AUGUST 24, 2015 THROUGH MAY 16, 2016**
(Progressive Plumbing, Inc.)

## I.    SUMMARY

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Michael A. Nardella (MAN) | 216.2 | $300.00 | $64,860.00 |
| **PARAPROFESSIONALS:** | | | |
| Jean Womble (JW) | .8 | $125.00 | $100.00 |
| Audrey Keppel (AK) | .6 | $100.00 | $60.00 |
| Audrey Keppel (AK) | .5 | $80.00 | $42.50 |
| Gina Reid (GR) | 1.6 | $145.00 | $232.00 |

**TOTALS**

| | | |
|---|---|---|
| ATTORNEYS | 216.2 | $64,240.00 |
| ALL | 219.7 | $65,294.50 |
| LESS INVOICE DISCOUNT | | ($1,628.79) |
| TOTAL | | $63,665.71 |

## II.  NARRATIVE SUMMARY.

### A.        Background.

1. Petition Date.  This case was filed on August 24, 2015 (the "Petition Date").

2. Order Authorizing Employment.   On October 7, 2015, this court authorized the employment of Michael A. Nardella and Nardella & Nardella, PLLC ("N&N") ( Doc No. 107) as legal counsel for Progressive Plumbing, Inc. ("Plumbing").

3. Terms and Conditions of Employment and Compensation.

a. Order Approving. The terms and conditions of the employment and compensation of N&N are set forth in the order authorizing employment.  The declaration of proposed attorney and disclosure of compensation filed in this case by N&N are incorporated herein by reference thereto.

b. Sharing of Compensation. The co-counsel relationship of Roman V. Hammes, P.L. ("RVH PL") and N&N was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b), N&N has not shared or agreed to share any compensation or reimbursement with another person or received by another person under Bankruptcy Code Sections 503(b)(2), (4).

c. Payments Made or Promised.

(i) Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay N&N for services rendered or to be rendered by N&N in connection with this case as follows:

(A) reasonable compensation for actual necessary services rendered by N&N, considering the nature, extent and value of such services, taking into account all relevant factors;

(B) reimbursement for actual, necessary expenses;

(ii) $ 8460.00 was paid for legal services provided prior to the Petition Date; and

(iii) $42,000.00 was paid as a retainer for representation of the three affiliate debtors involved in this consolidated case- Plumbing, Progressive Services, LLC and Gracious Design Living Center, Inc. (the "Retainer").

d. <u>Source</u>. The source of the funds is the Debtors.

e. <u>Status of Retainer.</u> In the order authorizing employment of attorney, the court authorized RVH PL and N&N to bill against the Retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, but subject to a final review and approval by the Court. Pursuant to that order, the Retainer has been exhausted.

f. <u>Caps and Limitations</u>. Except as set forth above, there are no caps or limitations on fees or other charges.

4. <u>N&N's Hourly Rates</u>. The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| ATTORNEYS/PARAPROFESSIONALS | RATE |
|---|---|
| **ATTORNEYS:**<br>Michael A. Nardella (MAN) | $300.00 |
| **PARALEGALS:**<br>Jean Womble (JW)<br>Audrey Keppel (AK)<br>Audrey Keppel (AK)<br>Gina Reid (GR) | $125.00<br>$100.00<br>$85.00<br>$145.00 |

5. <u>Application Interval</u>.  This application is a first application or is filed more than 120 days after the Petition Date or the last application.

6. <u>Time period of this application</u>.  This is an application for the period August 24, 2015 through May 16, 2016.

7. <u>Prior Review</u>.  The Debtor has been served with a copy of this application.

**III. <u>Case Status</u>.**

A.      **<u>Administrative</u>.**

1. <u>Case Administration</u>. The Plan and Disclosure Statement has been filed. On April 4, 2016, the court entered an order (Doc. No. 253) conditionally approving the amended disclosure statement and setting a combined hearing on the disclosure statement and confirmation of the plan for June 10, 2016.

2 <u>Quarterly Fees</u>.  Debtor is current on the payment of quarterly fees to the United States Trustee.

3.         <u>Operating Reports</u>.  All monthly operating reports have been filed through March 2016.

     **B.**     **Project Summary**.  N&N seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks:

### 1. Pre-Petition.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 28.2 | $8,460.00 |
| TOTALS | | 28.2 | $8,460.00 |

### 2. Asset Analysis and Recovery Time.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 37.1 | $11,130.00 |
| TOTALS | | 37.1 | $11,130.00 |

### 3. Asset Disposition.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 1.2 | $360.00 |
| TOTALS | | 1.2 | $360.00 |

4. **Assumption/Rejection of Leases and Contracts**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .3 | $90.00 |
| TOTALS | | .3 | $90.00 |

5. **Avoidance Action Analysis**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .3 | $90.00 |
| TOTALS | | .3 | $90.00 |

6. **Business Operations**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 4 | $1,200.00 |
| TOTALS | | 4 | $1,200.00 |

7. **Case Administration**
Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 25.8 | $7,740.00 |
| Jean Womble (JW) | $125.00 | .8 | $100.00 |

| | | | |
|---|---|---|---|
| Audrey Keppel (AK) | $100.00 | .6 | $60.00 |
| Audrey Keppel (AK) | $85.00 | .5 | $42.50 |
| Gina Reid (GR) | $145.00 | 1.6 | $232.00 |
| TOTALS | | 29.3 | $8,174.50 |

## 8.  Claims Administration and Objections

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 27.6 | $7,260.00 |
| TOTALS | | 27.6 | $7,260.00 |

## 9.  Fee – Employment Application

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .4 | $120.00 |
| TOTALS | | .4 | $120.00 |

## 10. General Bankruptcy Advice - Opinions

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 3 | $900.00 |
| TOTALS | | 3 | $900.00 |

**11. <u>Meetings of and Communications with Creditors</u>**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .9 | $270.00 |
| TOTALS | | .9 | $270.00 |

**12. <u>Other Contested Matters</u>**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 2.9 | $870.00 |
| TOTALS | | 2.9 | $870.00 |

**13. <u>Plan and Disclosure Statement (Business Plans)</u>**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 49.2 | $14,760.00 |
| TOTALS | | 49.2 | $14,760.00 |

14. **Real Estate**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .1 | $30.00 |
| TOTALS | | .1 | $30.00 |

15. **Relief from Stay/Adequate Protection Proceedings**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 63.4 | $19,020.00 |
| TOTALS | | 63.4 | $19,020.00 |

C.    **Evaluation Standards**.    In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) as follows:

1.    Time and Labor Required.    N&N has acted as co-bankruptcy counsel for the Debtor since the petition date.  RVH PL and N&N have worked diligently to segregate work assignments and avoid duplicate work. N&N has spent a total of 160.5 hours in rendering services to Plumbing.

     2.    <u>Novelty and Difficulty of Questions</u>.

     a.    <u>Business of Debtor</u>.  Plumbing is a commercial plumbing contractor in Clermont who has been in business since 1985.  Plumbing's role is generally as a subcontractor on large commercial construction projects, ranging from hotels, condominiums, and other multi-story structures.

     b.    <u>Precipitating Factors</u>.  As stated in the case management summary, Plumbing filed this bankruptcy case to primarily address liability issues associated with Allied its bonding company. The bankruptcy filing was necessary to allow Plumbing to continue its operations and avoid the liquidation of its assets.

     3.    <u>Skill Necessary to Properly Perform Legal Services</u>.  The representation by N&N involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

     4.    <u>Preclusion of Other Employment Due to Acceptance of Case</u>. Representation in this case involved a considerable commitment of the resources of N&N. N&N was not otherwise precluded from other employment.

     5.    <u>Customary Fee</u>.  The fees requested in this case are the current rates charged by N&N's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

     6.    <u>Fees Fixed or Contingent</u>.  N&N requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between N&N and the Debtor.  N&N did not intend to undertake representation on the basis of a contingent fee.

7.    <u>Time Limitations Imposed by Case</u>.  Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code.  There were no unique time limitations in this case.

8.    <u>Amount Involved and the Results Obtained</u>.    Plumbing filed bankruptcy primarily to address its liability and bonding issues with Allied. All issues with Allied have been resolved and Allied has agreed to vote in favor of the joint plan of reorganization. The joint plan resolves the liability issue for Plumbing. Additionally, Plumbing is resolving substantial creditor claims by the Internal Revenue Service, First Green Bank and a number of unsecured creditors in this case.

9.    <u>Undesirability of the Case</u>.  Because of the required commitment of immediate time to this case, this case has caused N&N to defer work on other matters. N&N has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed.  The delay in payment of N&N's fees further reduces the value of any award.  In *Missouri v. Jenkins*, 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee."   This case is not otherwise undesirable.

10.    <u>Nature and Length of Professional Relationship with Debtor</u>.  RVH N&N conferred with the Debtor regarding the filing of this case.  N&N has no other prior professional relationship with the Debtor. N&N represented the three affiliate debtors in this jointly administered case.

11.    <u>Awards in Similar Cases</u>.    Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

## IV.    **REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES**.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by N&N as counsel for the Debtor and Debtor-in-Possession:

| ITEM | AMOUNT |
|---|---|
| Westlaw Legal Research Fees | $470.30 |
| Printing and Mailing Costs | $653.85 |
| **TOTAL** | $1,124.15 |

N&N seeks reimbursement of these costs at the same or lower rates than N&N charges its other clients.

## V.    **DECLARATION.**    The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

A.    I am a member with Nardella & Nardella, PLLC ("N&N"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the books and records of N&N relating to the matters set forth herein, which books and records are kept and maintained by N&N in the ordinary course of its business.  I make this declaration based upon personal knowledge of the matters set forth herein.

B.    I am the billing and responsible attorney assigned by N&N to represent the Debtor.

C.      The foregoing application of N&N is true and correct.

Dated: May 20, 2016.

**VI.     CERTIFICATE OF SERVICE.**  I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on May 20, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office and the non- CM/ECF participants on the attached creditor matrix.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
**Nardella & Nardella, PLLC**
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com

Attorneys for the Debtor

**TOTALS**

| | | |
|---|---|---|
| ATTORNEYS | 216.2 | $64,240.00 |
| ALL | 219.7 | $65,294.50 |
| LESS INVOICE DISCOUNT | | ($1,628.79) |
| TOTAL | | $63,665.71 |

## II.  NARRATIVE SUMMARY.

### A.        Background.

1. Petition Date.  This case was filed on August 24, 2015 (the "Petition Date").

2. Order Authorizing Employment.  On October 7, 2015, this court authorized the employment of Michael A. Nardella and Nardella & Nardella, PLLC ("N&N") ( Doc No. 107) as legal counsel for Progressive Plumbing, Inc. ("Plumbing").

3. Terms and Conditions of Employment and Compensation.

a. Order Approving. The terms and conditions of the employment and compensation of N&N are set forth in the order authorizing employment.  The declaration of proposed attorney and disclosure of compensation filed in this case by N&N are incorporated herein by reference thereto.

b. Sharing of Compensation. The co-counsel relationship of Roman V. Hammes, P.L. ("RVH PL") and N&N was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b), N&N has not shared or agreed to share any compensation or reimbursement with another person or received by another person under Bankruptcy Code Sections 503(b)(2), (4).

c. Payments Made or Promised.

(i) Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay N&N for services rendered or to be rendered by N&N in connection with this case as follows:

(A) reasonable compensation for actual necessary services rendered by N&N, considering the nature, extent and value of such services, taking into account all relevant factors;

(B) reimbursement for actual, necessary expenses;

(ii) $ 8460.00 was paid for legal services provided prior to the Petition Date; and

(iii) $42,000.00 was paid as a retainer for representation of the three affiliate debtors involved in this consolidated case- Plumbing, Progressive Services, LLC and Gracious Design Living Center, Inc. (the "Retainer").

d.    Source. The source of the funds is the Debtors.

e.    Status of Retainer. In the order authorizing employment of attorney, the court authorized RVH PL and N&N to bill against the Retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, but subject to a final review and approval by the Court. Pursuant to that order, the Retainer has been exhausted.

f.    Caps and Limitations. Except as set forth above, there are no caps or limitations on fees or other charges.

4.    N&N's Hourly Rates.    The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| ATTORNEYS/PARAPROFESSIONALS | RATE |
|---|---|
| **ATTORNEYS:**<br>Michael A. Nardella (MAN) | $300.00 |
| **PARALEGALS:**<br>Jean Womble (JW)<br>Audrey Keppel (AK)<br>Audrey Keppel (AK)<br>Gina Reid (GR) | $125.00<br>$100.00<br>$85.00<br>$145.00 |

5. <u>Application Interval</u>. This application is a first application or is filed more than 120 days after the Petition Date or the last application.

6. <u>Time period of this application</u>. This is an application for the period August 24, 2015 through May 16, 2016.

7. <u>Prior Review</u>. The Debtor has been served with a copy of this application.

**III. Case Status**.

    **A.**       **Administrative.**

1. <u>Case Administration</u>. The Plan and Disclosure Statement has been filed. On April 4, 2016, the court entered an order (Doc. No. 253) conditionally approving the amended disclosure statement and setting a combined hearing on the disclosure statement and confirmation of the plan for June 10, 2016.

2 <u>Quarterly Fees</u>. Debtor is current on the payment of quarterly fees to the United States Trustee.

3. <u>Operating Reports</u>. All monthly operating reports have been filed through March 2016.

**B.** **Project Summary.** N&N seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks:

1. **Pre-Petition.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 28.2 | $8,460.00 |
| TOTALS | | 28.2 | $8,460.00 |

2. **Asset Analysis and Recovery Time.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 37.1 | $11,130.00 |
| TOTALS | | 37.1 | $11,130.00 |

3. **Asset Disposition.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 1.2 | $360.00 |
| TOTALS | | 1.2 | $360.00 |

**4.  Assumption/Rejection of Leases and Contracts.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .3 | $90.00 |
| TOTALS | | .3 | $90.00 |

**5.  Avoidance Action Analysis.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .3 | $90.00 |
| TOTALS | | .3 | $90.00 |

**6.  Business Operations**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 4 | $1,200.00 |
| TOTALS | | 4 | $1,200.00 |

**7.  Case Administration**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 25.8 | $7,740.00 |
| Jean Womble (JW) | $125.00 | .8 | $100.00 |

| | | | |
|---|---|---|---|
| Audrey Keppel (AK) | $100.00 | .6 | $60.00 |
| Audrey Keppel (AK) | $85.00 | .5 | $42.50 |
| Gina Reid (GR) | $145.00 | 1.6 | $232.00 |
| TOTALS | | 29.3 | $8,174.50 |

## 8.  Claims Administration and Objections

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 27.6 | $7,260.00 |
| TOTALS | | 27.6 | $7,260.00 |

## 9.  Fee – Employment Application

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .4 | $120.00 |
| TOTALS | | .4 | $120.00 |

## 10. General Bankruptcy Advice - Opinions

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 3 | $900.00 |
| TOTALS | | 3 | $900.00 |

**11. Meetings of and Communications with Creditors.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .9 | $270.00 |
| TOTALS | | .9 | $270.00 |

**12. Other Contested Matters.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 2.9 | $870.00 |
| TOTALS | | 2.9 | $870.00 |

**13. Plan and Disclosure Statement (Business Plans).**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 49.2 | $14,760.00 |
| TOTALS | | 49.2 | $14,760.00 |

14. <u>Real Estate</u>.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .1 | $30.00 |
| TOTALS | | .1 | $30.00 |

15. <u>Relief from Stay/Adequate Protection Proceedings</u>.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 63.4 | $19,020.00 |
| TOTALS | | 63.4 | $19,020.00 |

C.   **Evaluation Standards**.   In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) as follows:

1.   Time and Labor Required.   N&N has acted as co-bankruptcy counsel for the Debtor since the petition date. RVH PL and N&N have worked diligently to segregate work assignments and avoid duplicate work. N&N has spent a total of 160.5 hours in rendering services to Plumbing.

2.    Novelty and Difficulty of Questions.

a.    Business of Debtor.    Plumbing is a commercial plumbing contractor in Clermont who has been in business since 1985.  Plumbing's role is generally as a subcontractor on large commercial construction projects, ranging from hotels, condominiums, and other multi-story structures.

b.    Precipitating Factors.    As stated in the case management summary, Plumbing filed this bankruptcy case to primarily address liability issues associated with Allied its bonding company. The bankruptcy filing was necessary to allow Plumbing to continue its operations and avoid the liquidation of its assets.

3.    Skill Necessary to Properly Perform Legal Services.    The representation by N&N involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

4.    Preclusion of Other Employment Due to Acceptance of Case. Representation in this case involved a considerable commitment of the resources of N&N. N&N was not otherwise precluded from other employment.

5.    Customary Fee.  The fees requested in this case are the current rates charged by N&N's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

6.    Fees Fixed or Contingent.  N&N requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between N&N and the Debtor.  N&N did not intend to undertake representation on the basis of a contingent fee.

7.    <u>Time Limitations Imposed by Case</u>.  Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code.  There were no unique time limitations in this case.

8.    <u>Amount Involved and the Results Obtained</u>.    Plumbing filed bankruptcy primarily to address its liability and bonding issues with Allied. All issues with Allied have been resolved and Allied has agreed to vote in favor of the joint plan of reorganization. The joint plan resolves the liability issue for Plumbing. Additionally, Plumbing is resolving substantial creditor claims by the Internal Revenue Service, First Green Bank and a number of unsecured creditors in this case.

9.    <u>Undesirability of the Case</u>.  Because of the required commitment of immediate time to this case, this case has caused N&N to defer work on other matters. N&N has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed. The delay in payment of N&N's fees further reduces the value of any award. In *Missouri v. Jenkins,* 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee." This case is not otherwise undesirable.

10.    <u>Nature and Length of Professional Relationship with Debtor</u>.  RVH N&N conferred with the Debtor regarding the filing of this case.  N&N has no other prior professional relationship with the Debtor. N&N represented the three affiliate debtors in this jointly administered case.

11.   <u>Awards in Similar Cases</u>.   Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

## IV.   REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by N&N as counsel for the Debtor and Debtor-in-Possession:

| ITEM | AMOUNT |
|---|---|
| Westlaw Legal Research Fees | $470.30 |
| Printing and Mailing Costs | $653.85 |
| **TOTAL** | $1,124.15 |

N&N seeks reimbursement of these costs at the same or lower rates than N&N charges its other clients.

## V.   DECLARATION.   The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

A.   I am a member with Nardella & Nardella, PLLC ("N&N"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the books and records of N&N relating to the matters set forth herein, which books and records are kept and maintained by N&N in the ordinary course of its business. I make this declaration based upon personal knowledge of the matters set forth herein.

B.   I am the billing and responsible attorney assigned by N&N to represent the Debtor.

C.    The foregoing application of N&N is true and correct.

Dated: May 20, 2016.

**VI.    CERTIFICATE OF SERVICE.**    I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on May 20, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office and the non- CM/ECF participants on the attached creditor matrix.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
**Nardella & Nardella, PLLC**
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com

Attorneys for the Debtor

Lake County Tax Collector Attn: Bob
McKee
Post Office Box 327 Tavares , FL
32778-0327

Premium Assignment Corporation c/o Jules S.
Cohen, Esq.
AKERMAN LLP
Post Office Box 231 Orlando , FL
32802-0231

UnitedHealthcare Insurance Company c/o Shipman
& Goodwin LLP
One Constitution Plaza Hartford,
CT 06103-1803

AXSA Engineering Products 255 Old
Sandford Road Unit A
Winter Springs, FL 32708-2651

Advantage Care , Inc.    7121 Grand
National Dr Suite 103
Orlando , FL 32819-8390

Allied World Specialty Ins C/O
Jonathan P. Cohen Esq Jonathan P.
Cohen, P.A.
500 E Broward Blvd Ste 1710 Fort
Lauderdale, FL 33394-3012

American Pipe & Supply Co., Inc.  c/o Daniel D.
Sparks
Christian & Small LLP 1800 Financial
Center 505 N. 20th Street
Birmingham , AL 35203-4633

Ford Motor Credit Company LLC c/o Roger A.
Kelly, Esq.
PO Box 3146
Orlando, FL 32802-3146

Internal Revenue Service c/o United
States Attorney 400 West Washington
Street Suite 3100
Orlando, FL 32801-2203

Douglas Martin
101  S. Palmetto Ave Suite 2
Daytona Beach, FL 32114-4331

A. Tarler, Inc.
1403 SW 8th Street
Pompano Beach, FL 33069-4511

Ace Hospitality Registered Agent
Martha Brook Perry
101 Frey Street
Ashland City, TN 37015-1738

Aetna
McGuireWoods LLP
c/o Stephanie C. Gatton
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Martin Forster
301 S. New York
Suite 200
Winter Park, FL 32789-4273

Nissan Motor Acceptance Corporation c/o
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Tennessee Department of Revenue c/o
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

AT&T Mobility PO
Box 5019
Carol Stream, IL 60197-5019

Activar Construction Product
SOS 12-1132
PO Box 86
Minneapolis , MN 55486-0086

Airgas USA, LLC POBox
532609
Atlanta, GA 30353-2609

Ascot Capital LLC-1
PO Box 645040
Cincinnati, OH 45264-0303

Barnes Industrial Plastic Piping
10150 Central Port Drive
Orlando, FL 32824-7059

Batson-Cook Company
Bush Ross, PA
Attn: Adam Lawton Alpert, Esq
1801 N. Highland Ave
Tampa, Florida 33602

Bobrick Washroom Equipment
11611 Hart Street
North Hollywood, CA 91605-5802

Brennan & Clark
721 E Madison St
Villa Park, IL 60181-3083

Bright House Networks
PO Box 30765
Tampa , FL 33630-3765

Brighthouse
894 Maguire Rd
Ocoee, FL 34761

Cadell
Construction
700 Lagoon Park
Dr
Montgomery , AL 36109-1100

Canon Financial Services Inc
14904 Collections Center Drive
Chicago IL 60693-0149

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cazenovia Creek Funding I, LLC
PO Box 54897
New Orleans, LA 70154-4897

Charles R. Fraizer
5258 B Murfreesboro Rd
La Vergne, TN 37086-2720

City of Atlanta
55 Trinity Ave
Atlanta, GA 30303-3543

City of Clermont
685 W Montrose St
Clermont, FL  34711-2119

City of Clermont
PO Box 120219
Clermont, FL 34712-0219

City of Groveland
156 South Lake Ave
Groveland, FL 34736-2597

Cliftonlarsonallen LLP
420 S Orange Ave
Suite 500
Orlando, FL 32801-3399

Creative Specialties Intl
75 Remittance Dr
Suite 1590
Chicago, IL 60675-1590

DEMAND MECHANICAL LLC
DAVID M ANTHONY
511 UNION STREET SUITE 1600
NASHVILLE TN 37219-1780

Del-Air Mechanical
135 Chicamauga Ave
Knoxville, TN 37917-5125

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602-4314

FFVA Mutual
PO Box 948239
Maitland, FL 32794

Dexter & Chaney, INC
PO Box 27146
Seattle, WA 98165-1546

First Green Bank
c/o Mark F. Ahlers, Esq.
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789-1834

Florida Tile
Credit Department
998 Governors Lane, Ste. 300
Lexington, KY 40513

Department of Business
& Professional Regulation
PO Box 6300
Tallahassee, FL 32314-6300

Duke Energy
PO Box 14042
Saint Petersburg, FL 33733-4042

Evergreen Construction
3200 Cobb Galleria Parkway
Suite 240
Atlanta, GA 30339-5941

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit
Tax Dept, KHQ Room 612
One American Road
Dearborn, MI 48126-2701

Glazzio Tiles
10101 Foster Ave
Brooklyn, NY 11236-2116

GEORGIA DEPARTMENT OF REVENUE
Centralized Taxpayer
PO Box 105596
ATLANTA GA 30348

Griffis Automotive Clinic
1508 A Max Hooks Rd
Groveland, FL 34736-8026

Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617-4200

General Insulation Company
Kevin J. Snyder, Esq.
701 N . Green Valley Pkwy, Ste .
200
Henderson, NV 89074-6178

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hire Quest d/b/a Trojan Labor
PO Box 890714
Charlotte, NC 28289-0714

Hajoca Corp d/b/a Hughes Supply
c/o Helen McGuire
600 Ferguson Drive
Orlando, FL 32805-1014

J&N Plumbing LLC
1871 Winner Circle
Lawernceville, GA 30043-2722

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Barker
390 Trott Rd
Bell Buckle, TN 37020-4821

Crown Bath Corp
c/o Jimerson & Cobb
1 Independent Dr
#1400
Jacksonville, FL 32202-5011

Jomac Construction LLC
PO Box 10517
7770 Sears Blvd
Pensacola, FL 32514-4542

Joseph Buttlieri
c/o Gregory C. Maaswinkel
629 N. Fern Creek Avenue
Orlando, FL 32803

Kallista/Kohler Co.
PO Box 99020
Chicago, IL 60693-9020

Kellogg & Kinsey, Inc.
Lewis Hall, III, Esquire
200 South Orange Avenue
Sarasota, FL 34236-6802

Kevin J Snyder & Assoc
701 N Green Valley Pkwy
Suite 200
Henderson, NV 89074-6178

Lake Apopka Natural Gas
PO Box 850001
Orlando, FL 32885-0001

Lotus Business LLC
2309 North West 30th PL
Pompano Beach, FL 33069-0701

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121-7092

Martin Klayer & Associates
101 S Palmetto Ave
Suite 2
Daytona Beach, FL 32114-4331

Mechanical Dynamics LLC
980 Piedmont Dr SE
Winter Haven, FL 33880-4549

Michael C. Sasso
1031 W Morse Blvd
Suite 120
Winter Park, FL 32789-3774

Mike Tidwell Tub & Shower Repair
2417 Fly Road
Nolensville, TN 37135-9470

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274-0773

Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

N. Carolina Dept. of Revenue
501 N Wilmington St
Raleigh, NC 27604-8002

NACM South Atlantic
6290 Edgewater Dr
Orlando, FL 32810-4750

Orlando Winnelson Co
c/o WGS Compliance Svs
3110 Kettering Blvd
Moraine, OH 45439-1924

PNC Equipment Finance, LLC

attn: Tina Bowling
995 Dalton Ave.
Cincinnati OH 45203-1100

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

Principal Mutual Life Ins Co
PO Box 10372
Des Moines, IA 50306-0372

Rinaldis
15264 E Colonial Dr
Orlando, FL 32826-5517

Sagequest
PO Box 347744
Pittsburgh, PA 15251-4744

Neff Rental
PO Box 405138
Atlanta, GA 30384-5138

One Point Technologies
3380 Trickum Rd
Bldg 300-100
Woodstock, GA 30188-3683

PCL Construction
6675 Westwood Blvd
Suite 220
Orlando, FL 32821-6015

Pac-Van, Inc
1850 Saturn Blvd
Orlando, FL 32837

Premium Assignment Corporation
c/o Jules S. Cohen Esquire
Akerman LLP
P.O. Box 231
Orlando FL 32802-0231

Ram Tool AND Supply
PO Box 320979
Birmingham, AL 35232-0979

S. Carolina Dept of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Schaub
4740 Talon Court SE
Suite 4
Grand Rapids, MI 49512-5462

Pipetechs
6600 Mt Herman Rd
Raleigh, NC 27617-9404

Poinciana Med Center
5600 Mariner St
Suite 140
Tampa, FL 33609-3443

Premium Assignment Corporation
c/o Sundeep S. Sidhu
Akerman LLP
P.O. Box 231
Orlando FL 32802-0231

Randall S Fudge & Assoc
4801 Classen Blvd
#202
Oklahoma City, OK 73118-4622

Safeway Services LLC
655 Huron Ave
Memphis, TN 38107-1512

Schindler Elevator Corp
1530 Timberwolf Dr.
PO Box 960
Holland, OH 43528

Security National Insurance PO
Box 650767
Dallas, TX 75265-0767

Sunbelt Rentals
PO Box 409211
Attn: Accounts Receivable
Atlanta, GA 30384-9211

Sharp, Robbins & Popwell LLC
1109 Hyatt Blvd
Madison, TN 37115-2453

Shawn's Lawn Care LLC
1635 CR 609C
Bushnell, FL 33513-4913

Southern Plumbing Service
220 Lemon Tree Lane
Apt 5
Ormond Beach, FL 32174-2661

Sponsler, Bennet, Jacobs &
Adams, PA
PO Box 3300
Tampa, FL 33601-3300

TLGFY, LLC
Capital One, N.A. as
Collateral Assignee
PO Box 54347
New Orleans, LA 70154-4347

TCL Enterprises
39 Hall Manor
Alpharetta, GA 30022-1816

TENNESSEE DEPT OF REVENUE
C/O ATTY GENERAL
PO BOX 20207
NASHVILLE TN 37202-4015

Timothy Laffredi, Trial Attorney
US Dept. of Justice
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando FL 32801-2210

The Tub Guys, Inc
PO Box 2092
Mount Dora, FL 32756-2092

US Bank as Cust for ASCOT CAPITAL LLC - 1
PO Box 645040
Cincinnati, OH 45264-0303

Randy Hardy
c/o Dan C. Chapman III
PO Box 1343
Conyers, GA 30012

United Health Care
Dept Ch 10151
Palatine, IL 60055-0001

Wieland Davco
4162 English Oak Dr
Lansing, MI 48911-4297

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Securities & Exchange Commission
Branch of Reorganization
175 W. Jackson Street, Ste. 900
Chicago, IL 60604-2601

United States Trustee
400 West Washington Street
Suite 1101
Orlando, FL 32801

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tradesman International
2400 Sandlake Road
#100
Orlando, FL 32809-7602

Tri Tech Labs INC
PO Box 140966
Orlando, FL 32814-0966

US Healthworks
PO Box 404473
Atlanta , GA 30384-4473

United Rentals INC
PO Box 100711
Atlanta, GA 30384-0711

United Southern Bank
PO Drawer 29
Umatilla, FL 32784

United Firestop &
Core Drilling
159 E E Lakeshore Blvd
Kissimmee, FL 34744

Wex Fleet One LLC
PO Box 6293
Carol Stream, IL 60197-6293

William O. Kelley II
1408 Lobeila Dr
Lake Mary, FL 32746-2666

Ally Bank
PO Box 130424
Roseville, MN 55113-0004



NARDELLA & NARDELLA
PLLC
250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

**INVOICE**

Invoice # 38
Date: 08/24/2015

# 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 08/10/2015 | MN | Review loan documents and financial statements to sketch out a chapter 11 plan | 1.40 |
| 08/11/2015 | MN | Review loan documents and meet with client to strategize potential chapter 11 | 1.00 |
| 08/12/2015 | MN | Review and respond to email correspondence regarding construction project in Nashville; telephone conference with Sasso and Dunn; review trust and estate planning documents | 2.00 |
| 08/13/2015 | MN | Review UCCs; call with Bill Lawson; conference call with Allied Bonding folks | 2.10 |
| 08/14/2015 | MN | Review and respond to email regarding insurances; review emails from Nashville counsel regarding liens and intervention; review letters from Allied and pending offer; review whether First Green Bank is approved by United States Trustee | 0.50 |
| 08/16/2015 | MN | chapter 11 preparations and work plan; emails with client and construction counsel regarding strategy for chapter 11; review potential issues with being small business debtor; review latest US Trustee requirements; call with construction counsel; email Nashville counsel; find and send sample press releases to client; review effect on bonding company letters; review letters sent by allied to contract parties; initial preparation for demanding rescission of letters | 5.30 |
| 08/16/2015 | MN | Review email from Nashville counsel | 0.10 |
| 08/17/2015 | MN | Review and respond to email correspondence regarding letters from Allied and failed redaction; draft letter demanding rescission of notices; email client re letter; call with CFO; review edited retainer agreement with Nashville counsel | 2.00 |

Invoice # 36 - 08/24/2015

| 08/18/2015 | MN | Review and respond to email correspondence regarding meeting; call with Kim French; emails with Nashville counsel | 0.20 |
|---|---|---|---|
| 08/19/2015 | MN | Review rules of removal with respect to Nashville action; prepare and review documents for today's meeting at clients' offices; research whether any funds are held in trust for bonding company; call with Sasso; visit clients at HQ and review accounting and answer questions; call with M. Sasso re bringing adversary proceeding | 2.50 |
| 08/20/2015 | MN | Telephone conference with client; review cash collateral budget | 0.70 |
| 08/21/2015 | MN | Telephone call with client re emails from general contractors; review amended budgets for PPI and PS; | 0.90 |
| 08/23/2015 | MN | Draft Motion for Joint Administration and Proposed Order on same; draft motion to continue prepetition accounts; draft motion for use of cash collateral and proposed order; research regarding critical vendor motion; draft case management summary; conference call with Bill and Chris Dunn re Nashville litigation | 9.50 |

| | | Quantity Subtotal | 28.2 |
|---|---|---|---|

| Time Keeper | | Quantity | | Rate | Total |
|---|---|---|---|---|---|
| Michael Nardella | | 28.2 | | $300.00 | $8,460.00 |
| | | Quantity Total | 28.2 | | |

| | | |
|---|---|---|
| | Subtotal | $8,460.00 |
| | Total | $8,460.00 |
| | Payment (08/24/2015) | -$8,460.00 |
| | Balance Owing | $0.00 |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.



# INVOICE

Invoice # 103
Date: 10/27/2015

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

## 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 08/25/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding notification of creditors and petitions | 0.70 |
| 08/25/2015 | MN | A108 Communicate (other external) B150 Meetings of and Communications with Creditors.: Call to counsel for Allied World regarding rescission of letters | 0.20 |
| 08/25/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Emails to client regarding first day filings and applications | 0.40 |
| 08/25/2015 | MN | A108 Communicate (other external) B150 Meetings of and Communications with Creditors.: Calls and emails to creditors and their attorneys regarding chapter 11 | 0.50 |
| 08/25/2015 | MN | A107 Communicate (other outside counsel) B110 Case Administration.: Emails with special counsel re filings | 0.20 |
| 08/25/2015 | MN | A102 Research B120 Asset Analysis and Recovery.: Research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ arguments of counsel for Allied | 1.10 |
| 08/25/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Calls and emails to United States Trustee's office | 0.20 |
| 08/25/2015 | MN | A103 Draft/revise B410 General Bankruptcy Advice/Opinions.: Review and revise press release | 0.20 |
| 08/25/2015 | MN | A104 Review/analyze B110 Case Administration.: Review outstanding motions, etc. | 0.30 |

| Date | | Description | Hours |
|---|---|---|---|
| 08/26/2015 | MN | A103 Draft/revise B410 General Bankruptcy Advice/Opinions.: Continue edits to press release | 0.10 |
| 08/26/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Communication with client regarding phone calls and first day motions | 0.30 |
| 08/26/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with United States Trustee | 0.50 |
| 08/26/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Communications with counsel for Allied | 0.30 |
| 08/26/2015 | MN | A104 Review/analyze B110 Case Administration.: Review allegations from counsel for creditor regarding notice | 0.10 |
| 08/26/2015 | MN | A102 Research B140 Relief from Stay/Adequate Protection Proceedings.: Research regarding relief from stay and issue of ownership of the amounts owed by creditors | 2.40 |
| 08/26/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft motion to compel compliance with automatic stay | 2.20 |
| 08/27/2015 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review and analyze response to cash collateral motion filed by Allied | 5.20 |
| 08/27/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Telephone conference with client regarding cash collateral and discussions with First Green Bank | 0.90 |
| 08/27/2015 | MN | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings.: Call with counsel for First Green Bank | 0.10 |
| 08/28/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft, circulate, and submit proposed order granting use of cash collateral | 0.10 |
| 08/28/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Telephone conference with client regarding retainage and possible settlement | 0.50 |
| 08/28/2015 | MN | A103 Draft/revise B110 Case Administration.: Draft Proposed Order Granting Motion to Maintain Prepetition Bank Accounts | 0.30 |
| 08/31/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Communicate with client regarding collections | 0.10 |
| 08/31/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Communications with counsel for bank regarding maintaining bank accounts | 0.30 |
| 08/31/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Telephone call with United States Trustee re proposed order on maintaining accounts | 0.40 |
| 08/31/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone call with counsel for surety regarding adequate protection and retraction of Kast letter | 0.50 |

| 09/01/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Prepare for and attend conference call with client regarding collections of receivables, selling trucks, etc | 1.50 |
|---|---|---|---|
| 09/01/2015 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review collection issues and possible violation of the stay by Batson and Cook | 0.90 |
| 09/01/2015 | MN | A103 Draft/revise B120 Asset Analysis and Recovery.: Draft demand letter to Batson Cook for unpaid receivables and for violations of automatic stay | 1.00 |
| 09/02/2015 | MN | A103 Draft/revise B120 Asset Analysis and Recovery.: Revise letter to Batson Cook regarding unpaid receivables | 0.20 |
| 09/02/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Telephone call to client regarding Nashville AR collection | 0.80 |
| 09/02/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Telephone call with counsel for First Green Bank regarding equitable subrogation | 0.40 |
| 09/03/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Communicate with outside counsel regarding violation of the automatic stay | 0.40 |
| 09/03/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with counsel for First Green Bank regarding strategy for hearing on the 9th | 0.10 |
| 09/03/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Calls with client regarding needed receivables | 1.50 |
| 09/04/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Calls with client regarding receivables and making payroll and information regarding promissory note | 0.50 |
| 09/05/2015 | MN | A102 Research B140 Relief from Stay/Adequate Protection Proceedings.: Research and review all case law and documents related to arguments that Allied World Assurance Company does not have the right to take receivables from the debtors and that such action is a violation of the automatic stay and that the debtors have the right to receive those funds and continue paying on the promissory note which the debtors executed in lieu of Allied's original right to receive the funds from the general contractors on other jobs | 1.80 |
| 09/06/2015 | MN | A101 Plan and prepare for B140 Relief from Stay/Adequate Protection Proceedings.: Prepare and plan for emergency hearing on September 9th on Debtors' emergency motion to compel compliance with the automatic stay, including drafting of questions for direct examination, reviewing and organizing case law for use at hearing, identifying exhibits for use at hearing, and communicating with client regarding facts | 3.30 |
| 09/07/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft Brief in support of Debtor's Motion to Compel Compliance with the Automatic Stay and continue researching and preparing for hearing on same | 2.20 |
| 09/08/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone call with client regarding testimony | 1.00 |
| 09/08/2015 | MN | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery.: Emails with Nashville attorneys regarding "closure" of case | 0.10 |

| | | | |
|---|---|---|---|
| 09/08/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Finalize and file Brief in support of Motion to Compel Compliance with Automatic Stay | 0.40 |
| 09/08/2015 | MN | A101 Plan and prepare for B140 Relief from Stay/Adequate Protection Proceedings.: Prepare for tomorrow's hearing by reviewing documents, exhibits, briefs, and legal arguments raised in opposing counsel | 12.30 |
| 09/08/2015 | MN | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings.: Call with counsel for First Green Bank regarding stay relief issues and equitable subrogation | 0.30 |
| 09/09/2015 | MN | A109 Appear for/attend B140 Relief from Stay/Adequate Protection Proceedings.: Prepare for and attend emergency hearing on cash collateral and on compelling compliance with the automatic stay | 4.20 |
| 09/09/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Telephone call with client regarding entrance into new contracts | 0.20 |
| 09/10/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Telephone call with client regarding proposal to Allied | 0.30 |
| 09/11/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding collection of receivables | 0.60 |
| 09/11/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with counsel for First Green Bank regarding relief from stay | 0.40 |
| 09/11/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone conference with counsel for Allied and with clients re potential settlement | 1.20 |
| 09/11/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call to potential new bonding company | 0.10 |
| 09/12/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone conference with client regarding counter offer to Allied | 0.50 |
| 09/12/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Draft counteroffer to counsel for Allied | 0.60 |
| 09/14/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone conference with counsel for surety regarding settlement | 0.50 |
| 09/14/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call to client regarding upcoming hearing and case administration | 0.30 |
| 09/15/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call to client regarding hearing on retraction of collection letters | 0.10 |
| 09/15/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with counsel for First Green Bank regarding relief from stay | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 09/15/2015 | MN | A109 Appear for/attend B140 Relief from Stay/Adequate Protection Proceedings.: Attend hearing on use of cash collateral and relief from stay to protect debtors and review and listen to court's oral ruling | 0.30 |
| 09/15/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone call with Jonathan Cohen regarding retraction of letters of direction | 0.60 |
| 09/15/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Telephone conference with client regarding outcome of today's oral ruling. | 0.20 |
| 09/16/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Review and respond to email correspondence regarding receivables in Tennessee | 0.10 |
| 09/16/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft proposed order granting motion to compel compliance with automatic stay and proposed order for approval to use cash collateral and craft terms related to reporting | 1.10 |
| 09/16/2015 | MN | A103 Draft/revise B110 Case Administration.: Review schedules for accuracy | 0.30 |
| 09/17/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Continue crafting order granting motion to use cash collateral and including terms for protection of Allied and pursuant to Court's oral ruling | 0.50 |
| 09/17/2015 | MN | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery.: Call with debtor's counsel regarding Nashville contract | 1.40 |
| 09/18/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Organize and hold conference call with counsel for Allied regarding receivables | 0.10 |
| 09/18/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Review and revise proposed orders on compelling compliance with automatic stay and granting use of cash collateral | 1.00 |
| 09/18/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Telephone conference with client regarding calls by Allied to creditors. ███ | 0.30 |
| 09/18/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with First Green Bank's counsel regarding cash collateral | 0.20 |
| 09/18/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Telephone call with counsel for Allied regarding collections | 0.70 |
| 09/19/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Allied regarding order on compelling stay compliance | 0.10 |
| 09/21/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with Jonathan Cohen regarding proposed orders | 0.50 |
| 09/22/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft and revise order on cash collateral | 0.50 |

| | | | |
|---|---|---|---|
| 09/22/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call to client regarding collection on Residence Inn | 0.20 |
| 09/22/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with Nissan re trucks and missed payments | 0.10 |
| 09/24/2015 | MN | A101 Plan and prepare for B110 Case Administration.: Prepare for and attend initial debtor interview | 0.70 |
| 09/25/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Communications with counsel for Allied regarding settlement and meeting | 0.40 |
| 09/25/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Final revisions to orders on cash collateral and compliance with the stay | 0.10 |
| 09/27/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Email to counsel for Allied regarding his unreasonable demand for use of funds from Welbro job to pay amounts claimed pre-petition on other jobs | 0.30 |
| 09/28/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Review, research, and respond to email correspondence from US Trustee regarding employment of professionals | 0.50 |
| 09/28/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with Jonathan Cohen regarding Evergreen claims | 0.30 |
| 09/28/2015 | MN | A109 Appear for/attend B110 Case Administration.: Prepare for and attend 341 meeting and discuss issues with client | 1.00 |
| 09/29/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Review and send insurance information to the United States Trustee | 0.10 |
| 09/29/2015 | MN· | A108 Communicate (other external) B110 Case Administration.: Call with counsel for bank regarding cash collateral and accounts receivable | 0.20 |
| 09/29/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding receivable from KAST Construction | 0.80 |
| 10/02/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for First Green Bank regarding plan timing | 0.20 |
| 10/02/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding potential hire of new counsel in Tennessee | 0.00 |
| 10/05/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Review administrative questions from client regarding status and monthly operating reports and formulate responses and send to client | 0.20 |
| 10/06/2015 | MN | Second call to construction lawyer in Nashville regarding potential representation | 0.20 |
| 10/07/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call to counsel for KAST regarding potential payment of receivables | 0.50 |
| 10/08/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with construction counsel in Nashville | 0.10 |

| 10/08/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Communicate with counsel for KAST regarding documentation of setoffs | 0.20 |
|---|---|---|---|
| 10/08/2015 | MN | A104 Review/analyze B110 Case Administration.: Review new proposed bonding contract and indemnity agreements | 0.50 |
| 10/08/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Review Pinnacle contract and send to client | 0.10 |
| 10/08/2015 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review Motion for Relief from Stay filed by Batson Cook and issues regarding setoff | 0.20 |
| 10/09/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Emails and calls with client regarding collection of funds from Channelside and from KAST | 0.30 |

| | | Quantity Subtotal | 71.1 |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Nardella | 71.1 | $300.00 | $21,330.00 |
| | Quantity Total    71.1 | | |

| | | | |
|---|---|---|---|
| | | Subtotal | $21,330.00 |
| | | Total | $21,330.00 |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.



**INVOICE**

Invoice # 231
Date: 01/15/2016

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

## 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

### Services

| Date | Attorney | Description | Quantity |
|---|---|---|---|
| 10/13/2015 | MN | A109 Appear for/attend B110 Case Administration.: Meeting with counsel and representative from Allied regarding potential settlement | 0.90 |
| 10/14/2015 | JW | Prepare letter to Allied World Insurance Company sending client's check; | 0.60 |
| 10/14/2015 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review motion for relief from stay from Batson Cook. | 0.20 |
| 10/14/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with client regarding budgets and cash collateral | 0.20 |
| 10/15/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Communications with counsel for surety regarding insurance payments in 1800 West End job | 0.10 |
| 10/16/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with counsel for Allied regarding suit against Evergreen | 0.60 |
| 10/16/2015 | MN | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery.: Call with counsel in Nashville re lawsuit | 0.10 |
| 10/17/2015 | MN | A101 Plan and prepare for B140 Relief from Stay/Adequate Protection Proceedings.: Review hearing dates and initial preparation for upcoming hearing on cash collateral | 0.10 |

| | | | |
|---|---|---|---|
| 10/18/2015 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review potential need to bring action quickly in adversary proceeding | 0.20 |
| 10/19/2015 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review documents from KAST construction and forward to client | 0.20 |
| 10/19/2015 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call ███████████████████████ | 0.30 |
| 10/19/2015 | MN | A105 Communicate (in firm) B140 Relief from Stay/Adequate Protection Proceedings.: Call regarding cash collateral and upcoming hearing | 0.30 |
| 10/19/2015 | MN | A106 Communicate (with client) B210 Business Operations.: Call with client regarding potential contracts | 0.10 |
| 10/20/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding status conference and tomorrow's hearing | 0.30 |
| 10/20/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for First Green Bank re sale of property | 0.30 |
| 10/21/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Calls and emails ██████████████████ | 0.50 |
| 10/21/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Call with client regarding today's hearing and Evergreen setoff | 0.30 |
| 10/21/2015 | MN | A102 Research B310 Claims Administration and Objections.: Research issues related to a declaratory action against Evergreen | 0.30 |
| 10/21/2015 | MN | A101 Plan and prepare for B140 Relief from Stay/Adequate Protection Proceedings.: Prepare for today's hearing and status conferences | 0.10 |
| 10/21/2015 | MN | A109 Appear for/attend B140 Relief from Stay/Adequate Protection Proceedings.: Attend hearing on cash collateral and status conference and meet with creditors afterwards | 0.80 |
| 10/22/2015 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Draft complaint to determine amounts due to Evergreen, if any | 2.30 |
| 10/23/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Call with client regarding hearing with Batson Cook and potential discovery | 1.30 |
| 10/26/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding recovery of $10,000 property from contractor | 0.40 |
| 10/26/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with general contractor's attorney regarding receivable owed to debtor | 0.10 |
| 10/26/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with Jim Butler, counsel for Evergreen Construction, regarding set off issues | 0.40 |
| 10/27/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Email to counsel for Evergreen regarding payments | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/27/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with clients regarding collections from Evergreen | 0.30 |
| 10/27/2015 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review document requests regarding KAST construction contracts | 0.10 |
| 10/27/2015 | MN | A106 Communicate (with client) B210 Business Operations.: Call with client regarding potential sale of property | 0.20 |
| 10/28/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Meet with client regarding details of set off claims by Batson Cook | 0.90 |
| 10/28/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Communications with general contractor regarding potential jobs | 0.10 |
| 10/28/2015 | JW | Prepare shell letter to Caddell; | 0.20 |
| 10/29/2015 | MN | A108 Communicate (with client) B310 Claims Administration and Objections.: Call with counsel for debtor's principals regarding global settlement with Allied | 0.50 |
| 10/29/2015 | MN | A103 Draft/revise B210 Business Operations.: Review work authorization form and make edits regarding Evergreen job | 0.10 |
| 10/29/2015 | MN | A106 Communicate (with client) B410 General Bankruptcy Advice/Opinions.: Call with client regarding offer from Allied and effect on bankruptcy and regarding conference call with Allied | 0.70 |
| 10/29/2015 | MN | A108 Communicate (other external) B410 General Bankruptcy Advice/Opinions.: Conference call with Allied regarding potential global settlement | 0.50 |
| 10/30/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Prepare requests for production to Batson Cook | 0.20 |
| 10/30/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Draft demand letter to Caddell Construction regarding failure to pay | 0.30 |
| 10/30/2015 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Consideration of potential document requests for Batson Cook | 0.20 |
| 11/02/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Communications with general contractors regarding payments and setoffs | 0.30 |
| 11/02/2015 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Formulation of plan and long term debts | 0.40 |
| 11/03/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Review and revise request for production | 0.30 |
| 11/03/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call to contractor regarding new job | 0.10 |
| 11/03/2015 | AK | A103 Draft/revise B110 Case Administration.: Drafting Debtor's Request for Production of Documents | 0.10 |
| 11/03/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding documents from KAST | 0.20 |

| | | | |
|---|---|---|---|
| 11/03/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding IRS obligations | 0.30 |
| 11/04/2015 | MN | A104 Review/analyze B110 Case Administration.: Review monthly operating reports | 0.40 |
| 11/04/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Emails to client regarding IRS adequate protection agreement | 0.60 |
| 11/04/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call with general contractor regarding potential job | 0.10 |
| 11/04/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Finalize discovery to Batson Cook | 0.20 |
| 11/04/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Email with counsel for Evergreen re setoff and relief from stay | 0.10 |
| 11/05/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Conversation with attorney for Batson Cook | 0.20 |
| 11/05/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Email client re Batson Cook and further communications regarding setoff | 0.20 |
| 11/08/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Call with client regarding Batson Cook | 0.30 |
| 11/08/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call with contractor regarding chapter 11 status and progress | 0.50 |
| 11/10/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client and personal counsel regarding federal district court | 0.40 |
| 11/10/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for First Green Bank regarding status | 0.40 |
| 11/10/2015 | MN | A104 Review/analyze B130 Asset Disposition.: Review contract for sale of Fab shop | 0.20 |
| 11/10/2015 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Telephone call with counsel for Allied regarding arbitration | 0.50 |
| 11/11/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Set up conference with Batson Cook on settling stay relief issues | 0.20 |
| 11/12/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Email client regarding upcoming meeting with Batson Cook and review of documents to be used in proving up amounts due | 0.20 |
| 11/12/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding amounts owed from Kast | 0.40 |
| 11/13/2015 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Formulation of joint plan | 0.50 |

| | | | |
|---|---|---|---|
| 11/13/2015 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Telephone call with client | 0.30 |
| 11/13/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Lawsons regarding status of stay relief in federal district court | 0.10 |
| 11/16/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Emails with counsel for Kast regarding receivables | 0.10 |
| 11/16/2015 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review proposed classes and payment plans | 0.10 |
| 11/16/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Telephone call with counsel for Allied regarding potential motion to stay arbitration | 0.50 |
| 11/17/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding potential settlement with Allied | 0.10 |
| 11/17/2015 | MN | A102 Research B320 Plan and Disclosure Statement (including Business Plan).: Research regarding whether to utilize a joint plan or a per debtor plan for each debtor | 0.10 |
| 11/17/2015 | MN | A101 Plan and prepare for B140 Relief from Stay/Adequate Protection Proceedings.: Review and prepare for tomorrow's meeting with Batson Cook | 0.50 |
| 11/18/2015 | MN | A109 Appear for/attend B120 Asset Analysis and Recovery.: Settlement conference with Batson Cook regarding Channelside and Raleigh | 8.30 |
| 11/19/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Email with attorney for Batson Cook re discovery requests | 0.10 |
| 11/19/2015 | MN | A104 Review/analyze B160 Fee/Employment Applications.: Review terms for application for special counsel | 0.40 |
| 11/19/2015 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Email clients regarding plan formulation | 0.10 |
| 11/19/2015 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding plan formulation | 0.30 |
| 11/23/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Batson Cook re settlement from mediation | 0.10 |
| 11/23/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft proposed relief from stay order | 0.30 |
| 11/23/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with Jonathan Cohen regarding jurisdiction over Evergreen | 0.80 |
| 11/23/2015 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Review and edit proposed motion sent by Allied re request for stay of arbitration and lawsuit | 1.00 |
| 11/24/2015 | MN | A106 Communicate (with client) B130 Asset Disposition.: Review contract and email client re same | 0.20 |

| | | | |
|---|---|---|---|
| 11/25/2015 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for First Green Bank regarding payments and cash collateral | 0.30 |
| 11/25/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Review and revise Agreed Order on Relief from Stay with Batson Cook | 1.20 |
| 11/27/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to email from counsel for Batson Cook | 0.10 |
| 11/30/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for bank regarding adequate protection payments | 0.10 |
| 11/30/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Revise order granting relief from stay vis a vis Batson Cook | 0.50 |
| 11/30/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call ▮▮▮▮▮ | 0.40 |
| 12/01/2015 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Edit agreed order granting relief from stay to Batson Cook | 0.60 |
| 12/01/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding ▮▮▮▮▮ | 0.50 |
| 12/01/2015 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Conference call with counsel for Allied and counsel for Evergreen | 1.10 |
| 12/02/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with client regarding change order proposal from Batson Cook | 0.20 |
| 12/02/2015 | MN | A109 Appear for/attend B140 Relief from Stay/Adequate Protection Proceedings.: Prepare for and attend hearing on motions for relief from stay | 1.00 |
| 12/02/2015 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Meeting with client to discuss and formulate plan options | 1.30 |
| 12/03/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call regarding potential contract with Welbro Construction and impact of chapter 11 on contract | 0.10 |
| 12/04/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding worker compensation premium dividend amounts owed by Bridgefield | 0.60 |
| 12/07/2015 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding motion to dismiss | 0.80 |
| 12/07/2015 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Draft response in opposition to motion to dismiss and incorporated memorandum of law | 1.80 |
| 12/08/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call to Judge's chambers regarding order on motion for relief and emails with counsel for Batson Cook re same | 0.10 |

| 12/08/2015 | MN | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan).: Call regarding plan provision | 0.20 |
|---|---|---|---|
| 12/09/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call with Welbro re jobs | 0.40 |
| 12/10/2015 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with clients regarding collection of amounts owed by Kast | 1.00 |
| 12/10/2015 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding potential payment to general contractor | 0.40 |
| 12/14/2015 | MN | A106 Communicate (with client) B180 Avoidance Action Analysis.: Call with client regarding negotiations with Allied | 0.30 |
| 12/15/2015 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with client regarding claims list | 0.30 |
| 12/15/2015 | MN | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery.: Call with special counsel regarding potential suit against Kast | 0.10 |
| 12/15/2015 | MN | A106 Communicate (with client) B210 Business Operations.: Review and respond to emails from clients regarding insurance | 0.10 |
| 12/15/2015 | MN | A103 Draft/revise B110 Case Administration.: Edit Application to Employ special counsel | 0.20 |
| 12/16/2015 | MN | A107 Communicate (other outside counsel) B110 Case Administration.: Communications with M. Sasso regarding special counsel application | 0.10 |
| 12/16/2015 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Email client re claim of Kellogg and Kimsey | 0.10 |
| 12/16/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with client regarding relief from stay | 0.10 |
| 12/18/2015 | MN | A108 Communicate (other external) B210 Business Operations.: Call with counsel for Allied regarding potential plan negotiations | 0.70 |
| 12/21/2015 | MN | A104 Review/analyze B110 Case Administration.: Review list of case administration matters to potentially discuss with client on upcoming call | 0.30 |
| 12/21/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding case administration in general and plan preparations | 0.70 |
| 12/22/2015 | MN | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan).: Call with co-counsel regarding plan structure, exclusivity, and potential classifications | 0.30 |
| 12/28/2015 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review Batson Cook order and timelines for payment | 0.20 |
| 12/28/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Emails with client regarding Batson Cook funds | 0.20 |
| 12/29/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with counsel for Batson Cook regarding wiring of funds and relief from stay | 0.40 |

| 12/29/2015 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to emails from client regarding wire transfer of Batson Cook money | 0.30 |
|---|---|---|---|
| 12/30/2015 | MN | A107 Communicate (other outside counsel) B210 Business Operations.: Call with co-counsel regarding cutting of phone lines in violation of the stay | 0.10 |
| 12/30/2015 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Batson Cook re wiring instructions and timeframe | 0.10 |

|  | **Quantity Subtotal** | 53.2 | |
|---|---|---|---|
|  | | **Services Subtotal** | **$15,790.00** |

### Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 10/14/2015 | E107 Delivery services/messengers: Fed Ex to James A. Keating, Esq., Allied World Ins. Company | 1.00 | $27.61 | $27.61 |
| 10/22/2015 | E106 Online research: Westlaw document Displays, document databases, keycite citation service, and transactional searches. | 1.00 | $470.30 | $470.30 |

|  |  | **Expenses Subtotal** | **$497.91** |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Nardella | 52.3 | $300.00 | $15,690.00 |
| Audrey Keppel | 0.1 | $0.00 | $0.00 |
| Jean Womble | 0.8 | $125.00 | $100.00 |

|  | **Quantity Total** | 53.2 | |
|---|---|---|---|
|  |  | **Subtotal** | **$16,287.91** |
|  |  | **Invoice Discount** | **10.0% (-$1,628.79)** |
|  |  | **Total** | **$14,659.12** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 103 | 10/27/2015 | $21,330.00 | $10,686.75 | $10,643.25 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 231 | 01/15/2016 | $14,659.12 | $0.00 | $14,659.12 |
| | | | Outstanding Balance | $25,302.37 |
| | | | Total Amount Outstanding | $25,302.37 |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.


**NARDELLA&**
**NARDELLA** PLLC

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

**INVOICE**

Invoice # 403
Date: 05/16/2016

Progressive Plumbing, Inc.

## 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

**Services**

| Date | Attorney | Description | Quantity |
|------|----------|-------------|----------|
| 08/24/2015 | MN | A101 Plan and prepare for B110 Case Administration.: Prepare for filing petition and make multiple calls with client officers and directors regarding information for first day motions and edit said motions before filing | 3.00 |
| 08/24/2015 | MN | A108 Communicate (other external) B110 Case Administration.: preparation for and call with United States Trustee's office | 1.10 |
| 08/24/2015 | MN | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery.: review engagement letter with Nashville counsel and call same regarding lien on assets and recovery of retainage in Nashville construction matter | 1.10 |
| 08/24/2015 | MN | A106 Communicate (with client) B110 Case Administration.: Email client regarding first day motions | 0.10 |
| 01/04/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to email correspondence regarding wire transfers from Batson Cook | 0.10 |
| 01/04/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Email to counsel for First Green Bank regarding fees added to account | 0.30 |
| 01/04/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding status of case, hearing tomorrow, and status of collections | 0.40 |

| | | | |
|---|---|---|---|
| 01/05/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding various matters for tomorrow's hearing | 0.30 |
| 01/05/2016 | MN | A101 Plan and prepare for B110 Case Administration.: Prepare for tomorrow's hearing and review motion re exclusivity and cash collateral as well as motion to sell real property | 0.50 |
| 01/06/2016 | MN | A101 Plan and prepare for B310 Claims Administration and Objections.: Plan and prepare for tomorrow's hearing on the motions to dismiss and other matters up for hearing on adversary and review case law cited in opposing papers | 1.60 |
| 01/06/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding filing proof of claim | 0.30 |
| 01/06/2016 | MN | A109 Appear for/attend B110 Case Administration.: Prepare for and attend hearing on cash collateral, exclusivity, sale of real property, and status | 1.80 |
| 01/06/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with counsel for Allied regarding today's hearing on case administration issues and regarding tomorrow's hearing on issues with Evergreen Construction | 1.30 |
| 01/07/2016 | MN | A109 Appear for/attend B310 Claims Administration and Objections.: Prepare for and attend hearing on motion to dismiss and to determine proceeding as core/non-core | 2.20 |
| 01/08/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for individuals | 0.60 |
| 01/08/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft second interim order granting use of cash collateral | 0.10 |
| 01/08/2016 | MN | A108 Communicate (other external) B150 Meetings of and Communications with Creditors.: Call to counsel for Evergreen | 0.20 |
| 01/10/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Finalize and circulate order granting motion to use cash collateral | 0.30 |
| 01/11/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to email regarding edits to proposed order on cash collateral | 0.20 |
| 01/11/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding proposing a plan | 0.10 |
| 01/12/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to emails from US Trustee regarding cash collateral orders | 0.10 |
| 01/13/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Prepare orders for submission (cash collateral) | 0.10 |
| 01/13/2016 | MN | A102 Research B310 Claims Administration and Objections.: Research regarding 502(e) and potential disallowance of Allied's claim | 0.30 |

| 01/13/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Meet with clients regarding specific figures for plan payments and proposed terms and classifications | 2.00 |
| 01/14/2016 | MN | A108 Communicate (other external) B210 Business Operations.: Call with counsel for Allied regarding insurance claims | 0.70 |
| 01/14/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Mark Ahlers regarding sit down with FGB over plan terms | 0.20 |
| 01/14/2016 | MN | A106 Communicate (with client) B210 Business Operations.: Call with client regarding year end financials | 0.30 |
| 01/14/2016 | MN | A103 Draft/revise B130 Asset Disposition.: Review sale order and propose edits | 0.60 |
| 01/19/2016 | MN | A108 Communicate (other external) B190 Other Contested Matters (excluding assumption/rejection motions).: Prepare for and attend conference call regarding potential compromise on insurance payout | 0.50 |
| 01/19/2016 | MN | A103 Draft/revise B120 Asset Analysis and Recovery.: Draft follow up demand letter to Caddell | 0.40 |
| 01/19/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with Billy Lawson regarding edits to letter to Caddell | 0.20 |
| 01/20/2016 | MN | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan).: Prepare for and attend meeting with First Green Bank | 2.10 |
| 01/20/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for Allied regarding insurance claim | 0.60 |
| 01/21/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Email to counsel for Allied regarding proposed deal | 0.40 |
| 01/22/2016 | MN | A108 Communicate (other external) B410 General Bankruptcy Advice/ Opinions.: Call with counsel for principals regarding claims against Allied | 0.40 |
| 01/22/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Jeff Cowherd of First Green Bank regarding financial documents | 0.20 |
| 01/22/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding financials and deal with First Green Bank | 0.30 |
| 01/22/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Review motion for leave to appeal filed by Evergreen | 0.10 |
| 01/25/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Review emails regarding ████████████ | 0.30 |
| 01/27/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Review counterclaim filed by debtor's principals and analyze additional leverage | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 01/27/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding proposal to Allied | 0.30 |
| 01/27/2016 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to emails from client regarding payments to Allied and potential appeal timeline | 0.20 |
| 01/28/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Allied regarding proposed plan ideas | 0.40 |
| 01/28/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call and emails with client regarding generator and regarding discussion with Allied | 0.30 |
| 02/01/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Emails with client regarding representation in South Florida | 0.10 |
| 02/01/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails regarding payment from setoff | 0.10 |
| 02/02/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Review emails regarding upcoming hearing in State court and call client regarding same | 0.30 |
| 02/02/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Clay Roesch regarding evidentiary hearing against principals | 0.90 |
| 02/03/2016 | MN | A106 Communicate (with client) B210 Business Operations.: Call with client regarding potential insurance | 0.20 |
| 02/03/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for principals regarding extension of the stay | 0.40 |
| 02/03/2016 | MN | A104 Review/analyze B110 Case Administration.: Review complaint filed against the debtor in derogation of the automatic stay | 0.10 |
| 02/04/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review and analyze potential issues with cram down of Kellogg and Kimsey claim and meet with counsel for Debtor's principals regarding coordinated global offer on plan and on indemnitor releases | 2.40 |
| 02/04/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Meeting with client and client's principals' attorneys regarding joint settlement offer made by Allied | 0.10 |
| 02/04/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Allied regarding plan offer | 1.00 |
| 02/04/2016 | MN | A103 Draft/revise B110 Case Administration.: Draft and file Joinder regarding Order to Show Cause | 0.30 |
| 02/05/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding counter proposal to Allied on plan terms | 0.90 |

| | | | |
|---|---|---|---|
| 02/05/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Review proposed release and payment by insurance company | 0.20 |
| 02/05/2016 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Draft and file Response in Opposition to Motion for Leave to Appeal filed by Evergreen | 0.60 |
| 02/08/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with attorney for principals regarding global settlement | 0.50 |
| 02/08/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Draft counter offer email to Allied | 0.20 |
| 02/09/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Allied regarding plan terms and preparatory call with client re same | 0.60 |
| 02/09/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding proposal | 0.60 |
| 02/10/2016 | MN | A109 Appear for/attend B140 Relief from Stay/Adequate Protection Proceedings.: Attend hearing before US District Court regarding motion for preliminary injunction as to clients | 1.80 |
| 02/10/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding potential plan deal with Allied including transfer of Debtor's condo in Tallahassee | 0.50 |
| 02/11/2016 | MN | A106 Communicate (with client) B410 General Bankruptcy Advice/Opinions.: Call with client regarding potential extension of stay to nondebtors | 0.70 |
| 02/11/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for debtors principals and draft up global settlement offer | 0.50 |
| 02/12/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with Billy Lawson regarding collections from Caddell | 0.30 |
| 02/12/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Mark Ahlers, counsel for bank, regarding potential plan | 0.60 |
| 02/12/2016 | MN | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions).: Research and draft motion to extend automatic stay to non-debtor indemnitors | 2.40 |
| 02/17/2016 | MN | A108 Communicate (other external) B410 General Bankruptcy Advice/Opinions.: Call with counsel for Debtor's principals regarding emergency hearing set by bankruptcy court | 0.10 |
| 02/17/2016 | MN | A107 Communicate (other outside counsel) B310 Claims Administration and Objections.: Call with counsel from the insurance company regarding lawsuit filed by Fireman's Fund | 0.10 |
| 02/18/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Jonathan Cohen regarding insurance and plan negotiations | 0.50 |

| | | | |
|---|---|---|---|
| 02/18/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding plan negotiations with Allied | 0.20 |
| 02/19/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Jonathan Cohen regarding plan terms | 0.60 |
| 02/19/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding deal with Allied and issues with Evergreen | 0.30 |
| 02/22/2016 | MN | A108 Communicate (other external) B410 General Bankruptcy Advice/ Opinions.: Call with counsel for principals regarding order granting injunction | 0.20 |
| 02/23/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding tomorrow's hearing on extension of the stay | 0.60 |
| 02/23/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review proposal from Allied | 0.20 |
| 02/24/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Calls and emails with client regarding offer from Allied | 3.10 |
| 02/24/2016 | MN | A109 Appear for/attend B110 Case Administration.: Prepare for and attend hearing on emergency motion to extend automatic stay | 2.10 |
| 02/26/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Batson Cook re lien release | 0.10 |
| 02/26/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Jonathan Cohen and Clay Roesch regarding global settlement | 0.70 |
| 02/26/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding potential deal with Allied | 0.30 |
| 02/29/2016 | MN | A108 Communicate (other external) B250 Real Estate.: Emails with counsel for bank regarding value of office headquarters and leases for same | 0.10 |
| 03/01/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Review order denying Evergreen's appeal and denying motion to transfer venue and withdraw reference | 0.10 |
| 03/01/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to Jonathan Cohen regarding order denying withdrawal of reference, etc and discussions regarding settlement discussions | 0.60 |
| 03/01/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client and principal of client's personal counsel regarding settlement | 1.00 |
| 03/03/2016 | MN | A108 Communicate (with client) B110 Case Administration.: Emails to client regarding Batson Cook release and collections from Evergreen | 0.30 |
| 03/04/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Emails with counsel for Allied regarding plan | 0.10 |

| 03/07/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Debtor's principals | 0.40 |
|---|---|---|---|
| 03/08/2016 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call to counsel for Evergreen regarding retainage | 0.20 |
| 03/09/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with Bill and Kim regarding settlement offer from Allied and potential plan terms | 0.70 |
| 03/10/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Communications with counsel for Allied regarding potential insurance proceeds | 0.90 |
| 03/10/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client on plan terms and final issues related to same | 0.60 |
| 03/10/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to Mike Tessitore, counsel for Evergreen, regarding setoff issues and adversary issues | 0.10 |
| 03/10/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for debtor's principals regarding terms of proposed settlement | 0.10 |
| 03/10/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Draft proposed plan terms for Allied's treatment | 0.90 |
| 03/11/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Review and edit plan terms | 3.60 |
| 03/11/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to counsel for Evergreen regarding Hyatt South Carolina funds and objection | 0.50 |
| 03/11/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Review and respond to email regarding proposed delay and mediation with Evergreen | 0.20 |
| 03/13/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review language for potential new value | 0.10 |
| 03/13/2016 | MN | A108 Communicate (other external) B130 Asset Disposition.: Review and respond to emails regarding disposition of materials | 0.20 |
| 03/14/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with client regarding Evergreen issues and issues with leaky pipe claim in Condo | 0.70 |
| 03/14/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Emails with counsel for Allied and Evergreen regarding potential continuance | 0.10 |
| 03/14/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Review and respond to emails regarding mediation | 0.10 |
| 03/14/2016 | MN | A103 Draft/revise B110 Case Administration.: Review potential motion to approve compromise re insurance proceeds | 0.10 |

| 03/14/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with Jonathan Cohen regarding mediaiton | 0.60 |
|---|---|---|---|
| 03/15/2016 | MN | A103 Draft/revise B110 Case Administration.: Review and edit proposed motion to compromise | 0.10 |
| 03/15/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Draft classes 1, 2, 3, 6, 35, 36, & 37 of the plan and portions related to the equity infusion | 1.70 |
| 03/16/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Communications regarding plan terms and potential application of overage funds from non-debtor properties | 0.20 |
| 03/16/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Call to client regarding lien releases | 0.10 |
| 03/17/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Continued drafting of plan and disclosure statement | 0.10 |
| 03/18/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call with insurance defense counsel regarding relief from stay | 0.30 |
| 03/18/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for Kellogg and Kimsey re stay relief | 0.10 |
| 03/18/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Review and respond to emails regarding pretrial conference with Evergreen | 0.10 |
| 03/18/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Continue drafting plan of reorganization and disclosure statement | 0.40 |
| 03/20/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Continue drafting joint plan of reorganization | 0.50 |
| 03/20/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Email to US Trustee regarding employment of insurance defense counsel | 0.10 |
| 03/21/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Review and respond to emails regarding plan and continue editing plan terms | 0.50 |
| 03/21/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Review and respond to emails from counsel for Allied regarding compromise on insurance payout | 0.10 |
| 03/21/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call regarding plan terms and memoranda from counsel for Allied | 0.90 |
| 03/21/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Emails regarding employment of insurance defense counsel | 0.10 |
| 03/22/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Continue editing plan and disclosure statement particularly with respect | 1.00 |

| 03/22/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with clients regarding plan confirmation and plan terms | 1.70 |
|---|---|---|---|
| 03/22/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel for Allied regarding insurance proceeds and regarding plan terms | 0.50 |
| 03/23/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Final touches on plan | 0.30 |
| 03/23/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding 100% plan | 0.30 |
| 03/24/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Alter plan terms related to unsecured class and voting and continue drafting disclosure statement | 0.50 |
| 03/24/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Emails and calls with client regarding potential restructuring of debts | 0.30 |
| 03/25/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Draft liquidation analyses | 0.50 |
| 03/25/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call to client regarding meeting with Bob Colby re Evergreen claim | 0.20 |
| 03/28/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review and analyze budgets and liquidation analyses | 0.10 |
| 03/28/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding liquidation analysis | 0.40 |
| 03/28/2016 | AK | A111 Other B110 Case Administration.: Drafting Debtor's Application to Employ Baumann, Gant and Keeley, P.A. | 0.60 |
| 03/28/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review budgets regarding Services and Plumbing | 0.20 |
| 03/30/2016 | MN | Attend/Appear: Prepare for and attend hearing on cash collateral, status, etc | 0.60 |
| 03/30/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to counsel for Allied regarding mediation | 0.10 |
| 03/31/2016 | MN | A102 Research B185 Assumption/Rejection of Leases and Contracts.: Research issues with identifying executory contracts | 0.30 |
| 04/01/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft proposed orders on cash collateral | 0.10 |
| 04/01/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding mediation | 0.40 |
| 04/05/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Review and comment on disclosure package and solicitation letter | 0.10 |
| 04/05/2016 | MN | A107 Communicate (other outside counsel) B110 Case Administration.: Calls regarding mortgage balance | 0.30 |

| Date | | Description | Hours |
|---|---|---|---|
| 04/05/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with counsel regarding potential settlement issues | 0.60 |
| 04/06/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call regarding claims related to Evergreen | 0.40 |
| 04/08/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding collection of retainage | 0.20 |
| 04/12/2016 | MN | A102 Research B320 Plan and Disclosure Statement (including Business Plan).: Research regarding funding a conditional injunction | 0.30 |
| 04/13/2016 | MN | A106 Communicate (with client) B210 Business Operations.: Call with client regarding Hyatt International contract | 0.20 |
| 04/14/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Meeting at client headquarters regarding ███████ | 3.50 |
| 04/15/2016 | MN | A102 Research B320 Plan and Disclosure Statement (including Business Plan).: Research regarding ███████ | 0.30 |
| 04/17/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Call with client regarding the $70000 in "setoff" funds | 0.20 |
| 04/18/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with clients regarding issues with Evergreen and Allied's potential claim | 0.40 |
| 04/18/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Allied regarding potential settlement | 0.80 |
| 04/19/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with client regarding claim issues with Evergreen and lack of change orders | 0.80 |
| 04/19/2016 | MN | A108 Communicate (other external) B120 Asset Analysis and Recovery.: Call with Jonathan Cohen regarding potential settlement of Evergreen proceeds | 0.10 |
| 04/19/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Debtor's principals regarding Allied terms | 0.30 |
| 04/20/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding terms of plan with Allied and potential settlement of remaining issues | 0.80 |
| 04/20/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with Jonathan Cohen regarding their mediation with Evergreen | 0.10 |
| 04/20/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with counsel for Debtor | 0.40 |
| 04/21/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Emails with counsel for Allied re plan terms | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/21/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding lack of response from Allied on deal | 0.10 |
| 04/21/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Jonathan Cohen regarding terms of deal on plan | 0.40 |
| 04/22/2016 | MN | A108 Communicate (other external) B410 General Bankruptcy Advice/ Opinions.: Call with counsel for principals re global deal | 0.10 |
| 04/22/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to Jonathan Cohen regarding Evergreen claims | 0.40 |
| 04/25/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Review and respond to emails with counsel for Allied regarding settlement with Evergreen | 0.10 |
| 04/25/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with client regarding proposed deal with Allied | 0.30 |
| 04/25/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding Evergreen claim | 0.20 |
| 04/26/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with client regarding Evergreen claim amount for payment over time and potential mediation issues with Evergreen | 0.30 |
| 04/26/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied re Evergreen amount settlement | 0.40 |
| 04/27/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Calls and emails with personal counsel for principals regarding offer from Allied | 0.40 |
| 04/28/2016 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Draft agreed stipulation of dismissal and motion for approval of compromise of controversy | 1.10 |
| 04/28/2016 | AK | A103 Draft/revise B110 Case Administration.: Drafting Notice of Settlement and Agreed Stipulation of Dismissal | 0.50 |
| 04/28/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding plan treatment, 9019 motion, and agreed stipulation of dismissal | 0.50 |
| 05/02/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Emails with counsel for Allied regarding 9019 motion | 0.60 |
| 05/02/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Review and respond to emails with client regarding insurance | 0.10 |
| 05/03/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Communications with counsel for Allied regarding claim settlement with Evergreen and various filings | 0.60 |
| 05/04/2016 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Edit 9019 motion and send to counsel for Debtor for review | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/2016 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Review and suggest edits to agreed stipulation of dismissal and to 9019 motion | 0.10 |
| 05/06/2016 | MN | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan).: Prepare for plan confirmation and review all deadlines and create action plan | 1.50 |
| 05/09/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Emails with counsel for Allied regarding adequate protection payments | 0.10 |
| 05/09/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Emails with counsel for principals of debtor regarding notes on guaranties | 0.10 |
| 05/09/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Emails with counsel for Allied regarding filing 9019 motion | 0.10 |
| 05/09/2016 | MN | Call with client regarding payment and treatment of administrative claims, etc | 0.40 |
| 05/11/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Communications with counsel for Allied on 9019 motion | 0.10 |
| 05/11/2016 | MN | A103 Draft/revise B310 Claims Administration and Objections.: Finalize 9019 motion and send for filing and service | 0.10 |
| 05/11/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Emails █████████████████████ | 0.10 |
| 05/11/2016 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review motion for relief from stay filed by Allied as to the Hyatt SC proceeds | 0.20 |
| 05/12/2016 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review affidavits in support of motion for relief from stay, particularly affidavits of Evergreen | 0.20 |
| 05/12/2016 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Call with clients regarding proceeds of Hyatt South Carolina job and Allied's motion for relief from stay | 0.60 |
| 05/13/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Calls to counsel for various creditors regarding plan confirmation and ballots | 0.30 |
| 05/13/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Review stipulation of dismissal and send to clients | 0.10 |
| 05/16/2016 | GR | A104Review/analyze: Review ECF notice of preliminary hearing on Allied World's Motion for Relief from Stay, and attention to issues re same to ensure compliance (on hearing and response to motion for relief from stay) | 0.20 |
| 05/16/2016 | MN | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan).: Call with former state court counsel regarding voting for plan | 0.40 |

Invoice # 403 - 05/16/2016

| | | | |
|---|---|---|---|
| 05/16/2016 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review information on booster system and motion for turnover | 0.40 |
| 05/16/2016 | GR | Communicate (in firm): Confer with Mike Nardella regarding delegation of task and background needed to draft motion for turnover of generator pump | 0.10 |
| 05/16/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call with Allied regarding plan language and ballot | 0.20 |
| 05/16/2016 | GR | A104Review/analyze: Review supporting documents received from Mike Nardella on the Booster, review Debtor's schedules and statements for same in preparation for drafting motion for turnover | 0.50 |
| 05/16/2016 | GR | Draft/revise: Draft motion for turnover of property of generator pump | 0.70 |
| 05/16/2016 | MN | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan).: Emails regarding confirmation issues and ballots and potential objections | 0.10 |
| 05/16/2016 | GR | Draft/revise: Revise motion for turnover per Mike Nardella's email with comments on same | 0.10 |

| | |
|---|---|
| **Quantity Subtotal** | **100.9** |
| **Services Subtotal** | **$29,794.50** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 01/20/2016 | E108 Postage: Postage for mailing letter to Caddell Construction, 1.19.16 | 1.00 | $0.49 | $0.49 |
| 03/29/2016 | E107 Delivery services/messengers: Certificate of Service, mail delivery of Application to Retain Construction Law Attorney on mailing matrix | 1.00 | $295.91 | $295.91 |
| 05/11/2016 | E107 Delivery services/messengers: Certificate of Service, mail delivery of Motion of Approval for Compromise on mailing matrix | 1.00 | $329.84 | $329.84 |

| | |
|---|---|
| **Expenses Subtotal** | **$626.24** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Nardella | 98.2 | $300.00 | $29,460.00 |
| Audrey Keppel | 0.6 | $100.00 | $60.00 |
| Audrey Keppel | 0.5 | $85.00 | $42.50 |
| Gina Reid | 1.6 | $145.00 | $232.00 |
| | **Quantity Total** | | **100.9** |
| | **Subtotal** | | **$30,420.74** |

Invoice # 403 - 05/16/2016

Total      $30,420.74

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 103 | 10/27/2015 | $21,330.00 | $10,686.75 | $10,643.25 |
| 231 | 01/15/2016 | $14,659.12 | $0.00 | $14,659.12 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 403 | 05/16/2016 | $30,420.74 | $0.00 | $30,420.74 |

Outstanding Balance      $55,723.11

Total Amount Outstanding      $55,723.11

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.