UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

    Debtors.
_____/

Chapter 11
Case No. 6:15-bk-07275-KSJ

Jointly Administered with
Case No. 6:15-bk-07276-KSJ
Case No. 6:15-bk-07277-KSJ

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on Friday, **June 10, 2016 at 11:00 AM** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, to consider and act upon the applications listed below and to transact such other business that may come before the court.

1. *Application of Martin, Klayer & Associates, P.L., Accountant, for Award of Compensation for Services Rendered for the period of August 24, 2015 through May 16, 2016 (Progressive Plumbing, Inc.)* [Doc. No. 286]

2. *Application of Martin, Klayer & Associates, P.L., Accountant, for Award of Compensation for Services Rendered for the period of August 24, 2015 through May 16, 2016 (Progressive Services, LLC)* [Doc. No. 287]

3. *Application of Roman V. Hammes, P.L. for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Progressive Services, LLC)* [Doc No. 288]

4. *Application of Roman V. Hammes, P.L. for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Gracious Living Design Center, Inc.)* [Doc. No. 289]

5. *Application of Roman V. Hammes, P.L. for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Progressive Plumbing, Inc.)* [Doc. No. 290]

6. *Application of Nardella & Nardella, PLLC for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Progressive Plumbing, Inc.)* [Doc. No. 291]

7. *Application of Nardella & Nardella, PLLC for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Progressive Services, LLC)* [Doc. No. 292]

8. *Application of Nardella & Nardella, PLLC for Award of Compensation for Legal Services Rendered and Reimbursement of Expenses for the period of August 24, 2015 through May 16, 2016 (Gracious Living Design Center, Inc.)* [Doc. No. 293]

Dated: May 31, 2016

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102
Orlando, FL 32801
Telephone: (407) 966-2680
Email: mnardella@nardellalaw.com

and

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 87250
Roman V. Hammes, P.L.
1920 N. Orange Ave., Suite 100
Orlando, FL 32804
Telephone: (407) 650-0003
Email: roman@romanvhammes.com

Attorneys for Debtor

Certificate of Service

I certify that a copy of the foregoing has been furnished by U.S. Mail and/or CM/ECF to all creditors listed on the attached mailing matrix on May 31, 2016.

/s/ Michael A. Nardella
Michael A. Nardella

/s/Roman V. Hammes
Roman V. Hammes

Lake County Tax Collector Attn: Bob McKee
Post Office Box 327 Tavares, FL 32778-0327

Premium Assignment Corporation c/o Jules S. Cohen, Esq.
AKERMAN LLP
Post Office Box 231 Orlando, FL 32802-0231

UnitedHealthcare Insurance Company c/o Shipman & Goodwin LLP
One Constitution Plaza Hartford, CT 06103-1803

AXSA Engineering Products 255 Old Sandford Road Unit A
Winter Springs, FL 32708-2651

Advantage Care, Inc. 7121 Grand National Dr Suite 103
Orlando, FL 32819-8390

Allied World Specialty Ins C/O Jonathan P. Cohen Esq Jonathan P. Cohen, P.A.
500 E Broward Blvd Ste 1710 Fort Lauderdale, FL 33394-3012

American Pipe & Supply Co., Inc. c/o Daniel D. Sparks
Christian & Small LLP 1800 Financial Center 505 N. 20th Street
Birmingham, AL 35203-4633

Ford Motor Credit Company LLC c/o Roger A. Kelly, Esq.
PO Box 3146
Orlando, FL 32802-3146

Internal Revenue Service c/o United States Attorney 400 West Washington Street Suite 3100
Orlando, FL 32801-2203

Douglas Martin
101 S. Palmetto Ave Suite 2
Daytona Beach, FL 32114-4331

A. Tarler, Inc.
1403 SW 8th Street
Pompano Beach, FL 33069-4511

Ace Hospitality Registered Agent Martha Brook Perry
101 Frey Street
Ashland City, TN 37015-1738

Aetna
McGuireWoods LLP
c/o Stephanie C. Gatton
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Martin Forster
301 S. New York
Suite 200
Winter Park, FL 32789-4273

Nissan Motor Acceptance Corporation c/o
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Tennessee Department of Revenue c/o
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

AT&T Mobility PO
Box 5019
Carol Stream, IL 60197-5019

Activar Construction Product
SOS 12-1132
PO Box 86
Minneapolis, MN 55486-0086

Airgas USA, LLC PO Box
532609
Atlanta, GA 30353-2609

Ascot Capital LLC-1
PO Box 645040
Cincinnati, OH 45264-0303

Barnes Industrial Plastic Piping
10150 Central Port Drive
Orlando, FL 32824-7059

Batson-Cook Company
Bush Ross, PA
Attn: Adam Lawton Alpert, Esq
1801 N. Highland Ave
Tampa, Florida 33602

Bobrick Washroom Equipment
11611 Hart Street
North Hollywood, CA 91605-5802

Brennan & Clark
721 E Madison St
Villa Park, IL 60181-3083

Bright House Networks
PO Box 30765
Tampa, FL 33630-3765

Brighthouse
894 Maguire Rd
Ocoee, FL 34761

Cadell
Construction
700 Lagoon Park
Dr
Montgomery, AL 36109-1100

Canon Financial Services Inc
14904 Collections Center Drive
Chicago IL 60693-0149

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114-1231

Cazenovia Creek Funding I, LLC
PO Box 54897
New Orleans, LA 70154-4897

Charles R. Fraizer
5258 B Murfreesboro Rd
La Vergne, TN 37086-2720

City of Atlanta
55 Trinity Ave
Atlanta, GA 30303-3543

City of Clermont
685 W Montrose St
Clermont, FL 34711-2119

City of Clermont
PO Box 120219
Clermont, FL 34712-0219

City of Groveland
156 South Lake Ave
Groveland, FL 34736-2597

Cliftonlarsonallen LLP
420 S Orange Ave
Suite 500
Orlando, FL 32801-3399

Creative Specialties Intl
75 Remittance Dr
Suite 1590
Chicago, IL 60675-1590

DEMAND MECHANICAL LLC
DAVID M ANTHONY
511 UNION STREET SUITE 1600
NASHVILLE TN 37219-1780

Del-Air Mechanical
135 Chicamauga Ave
Knoxville, TN 37917-5125

Ferguson Enterprises Inc
12500 Jefferson Ave
Newport News, VA 23602-4314

FFVA Mutual
PO Box 948239
Maitland, FL 32794

Dexter & Chaney, INC
PO Box 27146
Seattle, WA 98165-1546

First Green Bank
c/o Mark F. Ahlers, Esq.
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789-1834

Florida Tile
Credit Department
998 Governors Lane, Ste. 300
Lexington, KY 40513

Department of Business
& Professional Regulation
PO Box 6300
Tallahassee, FL 32314-6300

Duke Energy
PO Box 14042
Saint Petersburg, FL 33733-4042

Evergreen Construction
3200 Cobb Galleria Parkway
Suite 240
Atlanta, GA 30339-5941

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit
Tax Dept, WHQ Room 612
One American Road
Dearborn, MI 48126-2701

Glazzio Tiles
10101 Foster Ave
Brooklyn, NY 11236-2116

GEORGIA DEPARTMENT OF REVENUE
Centralized Taxpayer
PO Box 105596
ATLANTA GA 30348

Griffis Automotive Clinic
1508 A Max Hooks Rd
Groveland, FL 34736-8026

Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617-4200

General Insulation Company
Kevin J. Snyder, Esq.
701 N . Green Valley Pkwy, Ste .
200
Henderson, NV 89074-6178

Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280

Hire Quest d/b/a Trojan Labor
PO Box 890714
Charlotte, NC 28289-0714

Hajoca Corp d/b/a Hughes Supply
c/o Helen McGuire
600 Ferguson Drive
Orlando, FL 32805-1014

J&N Plumbing LLC
1871 Winner Circle
Lawernceville, GA 30043-2722

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Barker
390 Trott Rd
Bell Buckle, TN 37020-4821

Crown Bath Corp
c/o Jimerson & Cobb
1 Independent Dr
#1400
Jacksonville, FL 32202-5011

Jomac Construction LLC
PO Box 10517
7770 Sears Blvd
Pensacola, FL 32514-4542

Joseph Buttlieri
c/o Gregory C. Maaswinkel
629 N. Fern Creek Avenue
Orlando, FL 32803

Kallista/Kohler Co.
PO Box 99020
Chicago, IL 60693-9020

Kellogg & Kimsey, Inc.
Lewis Hall, III, Esquire
200 South Orange Avenue
Sarasota, FL 34236-6802

Kevin J Snyder & Assoc
701 N Green Valley Pkwy
Suite 200
Henderson, NV 89074-6178

Lake Apopka Natural Gas
PO Box 850001
Orlando, FL 32885-0001

Lotus Business LLC
2309 North West 30th PL
Pompano Beach, FL 33069-0701

Marlin Business Bank
2795 E Cottonwood Pkwy
#120
Salt Lake City, UT 84121-7092

Martin Klayer & Associates
101 S Palmetto Ave
Suite 2
Daytona Beach, FL 32114-4331

Mechanical Dynamics LLC
980 Piedmont Dr SE
Winter Haven, FL 33880-4549

Michael C. Sasso
1031 W Morse Blvd
Suite 120
Winter Park, FL 32789-3774

Mike Tidwell Tub & Shower Repair
2417 Fly Road
Nolensville,  TN 37135-9470

Mobile Mini Inc
PO Box 740773
Cincinnati, OH 45274-0773

Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

N. Carolina Dept. of Revenue
501 N Wilmington St
Raleigh, NC 27604-8002

NACM South Atlantic
6290 Edgewater Dr
Orlando, FL 32810-4750

Orlando Winnelson Co
c/o WGS Compliance Svs
3110 Kettering Blvd
Moraine, OH 45439-1924

PNC Equipment Finance, LLC

attn: Tina Bowling
995 Dalton Ave.
Cincinnati OH 45203-1100

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

Principal Mutual Life Ins Co
PO Box 10372
Des Moines, IA 50306-0372

Rinaldis
15264 E Colonial Dr
Orlando, FL 32826-5517

Sagequest
PO Box 347744
Pittsburgh, PA 15251-4744

Neff Rental
PO Box 405138
Atlanta, GA 30384-5138

One Point Technologies
3380 Trickum Rd
Bldg 300-100
Woodstock, GA 30188-3683

PCL Construction
6675 Westwood Blvd
Suite 220
Orlando, FL 32821-6015

Pac-Van, Inc
1850 Saturn Blvd
Orlando, FL 32837

Premium Assignment Corporation
c/o Jules S. Cohen Esquire
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Ram Tool AMD Supply
PO Box 320979
Birmingham, AL 35232-0979

S. Carolina Dept of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Schaub
4740 Talon Court SE
Suite 4
Grand Rapids, MI 49512-5462

Pipetechs
6600 Mt Herman Rd
Raleigh, NC 27617-9404

Poinciana Med Center
5600 Mariner St
Suite 140
Tampa, FL 33609-3443

Premium Assignment Corporation
c/o Sundeep S. Sidhu
Akerman LLP
P. O. Box 231
Orlando FL 32802-0231

Randall S Fudge & Assoc
4801 Classen Blvd
#202
Oklahoma City, OK 73118-4622

Safeway Services LLC
655 Huron Ave
Memphis, TN 38107-1512

Schindler Elevator Corp
1530 Timberwolf Dr.
PO Box 960
Holland, OH 43528

Security National Insurance PO
Box 650767
Dallas, TX 75265-0767

Sunbelt Rentals
PO Box 409211
Attn: Accounts Receivable
Atlanta, GA 30384-9211

Sharp, Robbins & Popwell LLC
1109 Myatt Blvd
Madison, TN 37115-2453

Shawn's Lawn Care LLC
1635 CR 609C
Bushnell, FL 33513-4913

Southern Plumbing Service
220 Lemon Tree Lane
Apt 5
Ormond Beach, FL 32174-2661

Sponsler, Bennet, Jacobs &
Adams, PA
PO Box 3300
Tampa, FL 33601-3300

TLGFY, LLC
Capital One, N.A. as
Collateral Assignee
PO Box 54347
New Orleans, LA 70154-4347

TCL Enterprises
39 Hall Manor
Alpharetta, GA 30022-1816

TENNESSEE DEPT OF REVENUE
C/O ATTY GENERAL
PO BOX 20207
NASHVILLE TN 37202-4015

Timothy Laffredi, Trial Attorney
US Dept. of Justice
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando FL 32801-2210

The Tub Guys, Inc
PO Box 2092
Mount Dora, FL 32756-2092

US Bank as Cust for ASCOT CAPITAL LLC - 1
PO Box 645040
Cincinnati, OH 45264-0303

Randy Hardy
c/o Dan C. Chapman III
PO Box 1343
Conyers, GA 30012

United Health Care
Dept Ch 10151
Palatine, IL 60055-0001

Wieland Davco
4162 English Oak Dr
Lansing, MI 48911-4297

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Securities & Exchange Commission
Branch of Reorganization
175 W. Jackson Street, Ste. 900
Chicago, IL 60604-2601

United States Trustee
400 West Washington Street
Suite 1101
Orlando, FL 32801

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tradesman International
2400 Sandlake Road
#100
Orlando, FL 32809-7602

Tri Tech Labs INC
PO Box 140966
Orlando, FL 32814-0966

US Healthworks
PO Box 404473
Atlanta , GA 30384-4473

United Rentals INC
PO Box 100711
Atlanta, GA 30384-0711

United Southern Bank
PO Drawer 29
Umatilla, FL 32784

United Firestop &
Core Drilling
159 E E Lakeshore Blvd
Kissimmee, FL 34744

Wex Fleet One LLC
PO Box 6293
Carol Stream, IL 60197-6293

William O. Kelley II
1408 Lobeila Dr
Lake Mary, FL 32746-2666

Ally Bank
PO Box 130424
Roseville, MN 55113-0004