UNITED STATES BANKRUPTCY COURT
_Middle_____ DISTRICT OF _Florida_____
_Orlando___ DIVISION

IN RE:                                    }        CASE NUMBER
Progressive Services, LLC }        _6:15-bk-07276-KSJ_

                                          }        JUDGE _Jennemann_____
                                          }
DEBTOR.                                   }        CHAPTER 11

## DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM _04-01-2016_ TO _04-30-2016_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____
Attorney for Debtor's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

_Progressive Services, LLC_               _Michael A. Nardella, Esq._

_1064 W. Hwy 50_                          _250 E. Colonial Dr. Ste. 102, Orlando, FL 32801_

_Clermont, FL 34711_                      _Roman V. Hammes, Esq._

_____                  _1920 N. Orange Ave., Ste. 100, Orlando, FL 32804_

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING _9/1/16_ AND ENDING _9/30/16_

Name of Debtor: _Progressive Service LLC_    Case Number: _6-15-5k-07276-KSJ_
Date of Petition: _8/29/16_

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 27921.57 (a) | 192,788.01 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 135788.32 | 1172117.29 |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | 135788.32 | 1172117.29 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 163709.89 | 1365505.31 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | 0 | 3086.65 |
| B. Bank Charges | 0 | 903.57 |
| C. Contract Labor | 0 | 12934.01 |
| D. Fixed Asset Payments (not incl. in "N") | 0 | 8197.67 |
| E. Insurance | 6097.00 | 79517.80 |
| F. Inventory Payments (See Attach. 2) | 32.09 | 32.09 |
| G. Leases | 0 | 1661.62 |
| H. ~~Manufacturing~~ Supplies _Material_ | 27505.87 | 233632.91 |
| I. Office Supplies | 706.81 | 29368 |
| J. Payroll - Net (See Attachment 4B) | 79969.16 | 660907.90 |
| K. Professional Fees (Accounting & Legal) | 2050.00 | 8607.10 |
| L. Rent | 0 | 12519.00 |
| M. Repairs & Maintenance | 0 | 147.10 |
| N. Secured Creditor Payments (See Attach. 2) | 3468.65 | 32032.91 |
| O. Taxes Paid - Payroll (See Attachment 4C) | 0 | 0 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | 0 | 0 |
| Q. Taxes Paid - Other (See Attachment 4C) | 158.75 | 6530.94 |
| R. Telephone | 1765.29 | 22918.71 |
| S. Travel & Entertainment | 68.71 | 659.56 |
| Y. U.S. Trustee Quarterly Fees | 0 | 10725.00 |
| U. Utilities | 0 | 1758.99 |
| V. Vehicle Expenses | 6475.75 | 60632.23 |
| W. Other Operating Expenses (See MOR-3) | 32117.99 | 108930.86 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 151,891.87 | 1265541.09 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | 11,678.02 (c) | 100,829.32 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This _20_ day of _May_, 20 _16_        _(signature)_
                                          (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.



**Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

PROGRESSIVE SERVICES LLC
DIP CASE 15-07276 MFLO
PO BOX 121431
CLERMONT FL 34712

Page:                   1 of  8
Statement Period:    Apr 01 2016-Apr 30 2016
Cust Ref #:               2001318-039-E-***
Primary Account #:           00-2001318

## Chapter 11 Checking

PROGRESSIVE SERVICES LLC
DIP CASE 15-07276 MFLO

Account # 00-2001318

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,921.57 | Average Collected Balance | 12,736.93 |
| Deposits | 116,667.40 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 19,120.92 | Days in Period | 30 |
| Checks Paid | 68,808.83 | | |
| Electronic Payments | 83,083.04 | | |
| Other Withdrawals | 140.00 | | |
| Ending Balance | 11,678.02 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $140.00 | $210.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/4 | DEPOSIT | 21,951.86 |
| 4/7 | DEPOSIT | 28,050.50 |
| 4/8 | DEPOSIT | 3,000.00 |
| 4/11 | DEPOSIT | 10,316.49 |
| 4/14 | DEPOSIT | 5,111.50 |
| 4/18 | DEPOSIT | 23,185.12 |
| 4/19 | DEPOSIT | 1,942.50 |
| 4/21 | DEPOSIT | 14,438.35 |
| 4/25 | DEPOSIT | 8,671.08 |
| | Subtotal: | 116,667.40 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/5 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400252400 | 519.96 |
| 4/6 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 627.88 |
| 4/7 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400252584 | 2,135.00 |
| 4/7 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 428.74 |
| 4/11 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 2,897.91 |
| 4/12 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400252914 | 422.83 |
| 4/13 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400253035 | 1,033.79 |
| 4/13 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 105.00 |
| 4/15 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400253252 | 165.00 |
| 4/22 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 225.00 |
| 4/25 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400254124 | 7,303.43 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

PROGRESSIVE SERVICES LLC
DIP CASE 15-07276 MFLO

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | Apr 01 2016-Apr 30 2016 |
| Cust Ref #: | 2001318-039-E-*** |
| Primary Account #: | 00-2001318 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/26 | DEBIT CARD CREDIT, AUT 042616 VISA DDA REF | 53.48 |
| | OFFICE DEPOT 00 2559 E    CLERMONT    * FL | |
| | 4085404012222174 | |
| 4/28 | CCD DEPOSIT, STARWOOD VACATIO CORP PYMNT 3400254491 | 1,251.61 |
| 4/29 | CCD DEPOSIT, MERCH BANKCARD NET SETLMT 11647041 | 1,951.29 |
| | Subtotal: | 19,120.92 |

### Checks Paid    No. Checks: 27    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 4/20 | 5459 | 169.47 | 4/27 | 5488 | 425.00 |
| 4/1 | 5465* | 278.21 | 4/27 | 5489 | 1,498.33 |
| 4/4 | 5467* | 1,498.33 | 4/27 | 5490 | 29.37 |
| 4/1 | 5474* | 2,050.00 | 4/26 | 5491 | 190.76 |
| 4/6 | 5476* | 495.75 | 4/27 | 5492 | 1,765.24 |
| 4/1 | 5478* | 1,225.00 | 4/25 | 5496* | 471.99 |
| 4/1 | 5479 | 18.76 | 4/29 | 5497 | 47.76 |
| 4/1 | 5480 | 15,000.00 | 4/25 | 5498 | 7,578.68 |
| 4/8 | 5482* | 1,256.72 | 4/25 | 5499 | 500.00 |
| 4/7 | 5483 | 30,500.00 | 4/25 | 5501* | 64.49 |
| 4/18 | 5484 | 700.00 | 4/29 | 5502 | 2,230.39 |
| 4/18 | 5485 | 215.00 | 4/25 | 5503 | 48.07 |
| 4/25 | 5486 | 350.00 | 4/28 | 5504 | 151.51 |
| 4/18 | 5487 | 50.00 | | | |
| | | | | Subtotal: | 68,808.83 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/5 | CCD DEBIT, PEX CARD EPAY | 2,000.00 |
| 4/5 | DEBIT CARD PURCHASE, AUT 040416 VISA DDA PUR | 688.90 |
| | G K SERVICES AR    800 452 2737  * MN | |
| | 4085404012222174 | |
| 4/6 | ACH DEBIT, S. E. PERSONNEL PAYROLL 9167740 | 16,122.00 |
| 4/6 | DEBIT CARD PURCHASE, AUT 040516 VISA DDA PUR | 51.01 |
| | HUGHES SUPPLY    ORLANDO    * FL | |
| | 4085404012222174 | |
| 4/6 | DEBIT CARD PURCHASE, AUT 040416 VISA DDA PUR | 35.00 |
| | CRAIGSLIST ORG    415 399 5200  * CA | |
| | 4085404012222174 | |
| 4/6 | DEBIT CARD PURCHASE, AUT 040416 VISA DDA PUR | 15.00 |
| | CRAIGSLIST ORG    415 399 5200  * CA | |
| | 4085404012222174 | |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

PROGRESSIVE SERVICES LLC
DIP CASE 15-07276 MFLO

| | |
|---|---|
| Page: | 4 of   8 |
| Statement Period: | Apr 01 2016-Apr 30 2016 |
| Cust Ref #: | 2001318-039-E-*** |
| Primary Account #: | 00-2001318 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/6 | DEBIT CARD PURCHASE, AUT 040416 VISA DDA PUR CRAIGSLIST ORG        415 399 5200  * CA 4085404012222174 | 15.00 |
| 4/7 | CCD DEBIT, FERGUSON ENTERPR BT0406 000000019953428 | 4,195.09 |
| 4/7 | CCD DEBIT, MERCH BANKCARD BILLNG 11647041 | 315.94 |
| 4/7 | DEBIT CARD PURCHASE, AUT 040616 VISA DDA PUR MCALLISTER S DELI 1444    CLERMONT     * FL 4085404012222174 | 24.12 |
| 4/8 | DEBIT CARD PURCHASE, AUT 040616 VISA DDA PUR OFFICE DEPOT 2370      CLERMONT    * FL 4085404012222174 | 381.55 |
| 4/8 | DEBIT CARD PURCHASE, AUT 040716 VISA DDA PUR HUGHES SUPPLY       ORLANDO    * FL 4085404012222174 | 53.62 |
| 4/11 | ACH DEBIT, FDGL LEASE PYMT 052-0442880-000 | 32.04 |
| 4/12 | ELECTRONIC PMT-WEB, UNITED-FIRE-GRP INSURANCE 5143603 | 6,097.00 |
| 4/13 | ACH DEBIT, S. E. PERSONNEL PAYROLL 9167740 | 13,807.25 |
| 4/15 | DEBIT CARD PURCHASE, AUT 041416 VISA DDA PUR MCALLISTER S DELI 1444    CLERMONT     * FL 4085404012222174 | 40.59 |
| 4/18 | DEBIT CARD PAYMENT, AUT 041516 VISA DDA PUR SUNPASS ACC3386384       888 865 5352  * FL 4085404012222174 | 1,000.00 |
| 4/18 | DEBIT CARD PURCHASE, AUT 041516 VISA DDA PUR AMZN MKTPLACE PMTS      AMZN COM BILL * WA 4085404012222174 | 211.78 |
| 4/20 | ACH DEBIT, S. E. PERSONNEL PAYROLL 9167740 | 15,136.20 |
| 4/20 | DEBIT CARD PURCHASE, AUT 041816 VISA DDA PUR INSTRUMENT SPECIALTIES I  407 324 7800 * FL 4085404012222174 | 211.86 |
| 4/21 | CCD DEBIT, PEX CARD EPAY | 1,500.00 |
| 4/22 | DEBIT CARD PURCHASE, AUT 042016 VISA DDA PUR SERVICECHANNEL COM      000 0000000  * NY 4085404012222174 | 513.23 |
| 4/22 | DEBIT CARD PURCHASE, AUT 042016 VISA DDA PUR LOCKSMITH  GARAGESERVI    ORLANDO    * FL 4085404012222174 | 74.54 |
| 4/25 | DEBIT CARD PURCHASE, AUT 041816 VISA DDA PUR SIMS CRANE  EQUIPMENT    813 626 8102 * FL 4085404012222174 | 642.00 |
| 4/25 | DEBIT CARD PURCHASE, AUT 042216 VISA DDA PUR IN  COPYPROS CENTRAL FLO   407 8882797  * FL 4085404012222174 | 107.00 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

PROGRESSIVE SERVICES LLC
DIP CASE 15-07276 MFLO

| | |
|---|---|
| Page: | 5 of 8 |
| Statement Period: | Apr 01 2016-Apr 30 2016 |
| Cust Ref #: | 2001318-039-E-*** |
| Primary Account #: | 00-2001318 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/26 | CCD DEBIT, FERGUSON ENTERPR BT0425 000000020217088 | 4,865.75 |
| 4/26 | DEBIT POS, AUT 042616 DDA PURCHASE | 199.50 |
| | OFFICE DEPOT 00 2559 E    CLERMONT    * FL | |
| | 4085404012222174 | |
| 4/27 | ACH DEBIT, S. E. PERSONNEL PAYROLL 9167740 | 13,703.71 |
| 4/27 | DEBIT CARD PURCHASE, AUT 042616 VISA DDA PUR | 409.89 |
| | HUGHES SUPPLY        ORLANDO    * FL | |
| | 4085404012222174 | |
| 4/28 | DEBIT CARD PURCHASE, AUT 042716 VISA DDA PUR | 191.55 |
| | HUGHES SUPPLY        ORLANDO    * FL | |
| | 4085404012222174 | |
| 4/28 | DEBIT CARD PURCHASE, AUT 042716 VISA DDA PUR | 138.75 |
| | SUNBIZ ORG   FL FILIN    850 245 6939 * FL | |
| | 4085404012222174 | |
| 4/28 | DEBIT CARD PURCHASE, AUT 042716 VISA DDA PUR | 134.81 |
| | HUGHES SUPPLY        ORLANDO    * FL | |
| | 4085404012222174 | |
| 4/28 | DEBIT CARD PURCHASE, AUT 042716 VISA DDA PUR | 92.40 |
| | HUGHES SUPPLY        ORLANDO    * FL | |
| | 4085404012222174 | |
| 4/28 | DEBIT CARD PURCHASE, AUT 042716 VISA DDA PUR | 75.96 |
| | EIG HOMESTEAD        800 9860958  * MA | |
| | 4085404012222174 | |
| | Subtotal: | 83,083.04 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/8 | OVERDRAFT PD | 140.00 |
| | Subtotal: | 140.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 3/31 | 27,921.57 | 4/15 | 8,351.15 |
| 4/1 | 9,349.60 | 4/18 | 29,359.49 |
| 4/4 | 29,803.13 | 4/19 | 31,301.99 |
| 4/5 | 27,634.19 | 4/20 | 15,784.46 |
| 4/6 | 11,528.31 | 4/21 | 28,722.81 |
| 4/7 | 7,107.40 | 4/22 | 28,360.04 |
| 4/8 | 8,275.51 | 4/25 | 34,572.32 |
| 4/11 | 21,457.87 | 4/26 | 29,369.79 |
| 4/12 | 15,783.70 | 4/27 | 11,538.25 |
| 4/13 | 3,115.24 | 4/28 | 12,004.88 |
| 4/14 | 8,226.74 | 4/29 | 11,678.02 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

N/A

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| Fuel Card | | See Attached |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Progressive Service LLC   Case Number: 6:15-bk-07276-KSJ

Reporting Period beginning 4/1/16   Period ending 4/30/16

ACCOUNTS RECEIVABLE AT PETITION DATE: 256,951.93

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 281,920.95 | (a) |
| PLUS: Current Month New Billings | 11,878.34 | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 293,399.29 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 135,929.70 | $ 98,872.57 | $ 57,998.86 | $ 10,600.93 | $ 293,399.29 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

| Report Selections: | |
| --- | --- |
| Customer Code: | ALL |
| Job Number: | ALL |
| Customer Type: | ALL |
| Include invoice-specific notes: No | |

| Salesperson: | ALL |
| --- | --- |
| Project Manager: | ALL |
| G/L Division: | ALL |

| Minimum Balance: | -99,999,999.99 |
| --- | --- |
| Minimum Days Overdue: | 0 |

## PROGRESSIVE SERVICES, LLC
### Summary A/R Aged Open Items Report Sorted by Customer Code
### For The Period Ending: 04/30/16 (Includes Paid Invoices)

| | Open Balance | | | | Days Past Due | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer AOS100 / A.O. SMITH WATER PRODUCTS  Phone: 866 362-9898** | | | | | | | | |
| No Job Subtotals: | 255.00 | | 255.00 | | | | | 255.00 |
| **Customer AOS100 Totals:** | 255.00 | | 255.00 | | | | | 255.00 |
| **Customer BAH100 / BAHAMA BREEZE  Phone: 407 390-0353  Contact: ANDY** | | | | | | | | |
| No Job Subtotals: | 479.88 | | 479.88 | | 249.88 | 230.00 | | |
| **Customer BAH100 Totals:** | 479.88 | | 479.88 | | 249.88 | 230.00 | | |
| **Customer CRE100 / CREST CONDOMINIUM ASSOC.    Contact: HELEN** | | | | | | | | |
| No Job Subtotals: | 105.00 | | 105.00 | | 105.00 | | | |
| **Customer CRE100 Totals:** | 105.00 | | 105.00 | | 105.00 | | | |
| **Customer CSM100 / CHAIN STORE MAINTENANCE, INC  Phone: 800 888-1674** | | | | | | | | |
| No Job Subtotals: | 134.00 | | 134.00 | | | | 134.00 | |
| **Customer CSM100 Totals:** | 134.00 | | 134.00 | | | | 134.00 | |
| **Customer DIA400 / DIAMOND RESORTS INTERNATIONAL  Phone: 407 238-2500  Contact: JORGE** | | | | | | | | |
| No Job Subtotals: | 95.00 | | 95.00 | | | | | 95.00 |
| **Customer DIA400 Totals:** | 95.00 | | 95.00 | | | | | 95.00 |
| **Customer DIV100 / DIVISIONS INC.** | | | | | | | | |
| No Job Subtotals: | 8,487.24 | 235.00 | 8,252.24 | | 1,429.83 | 5,690.23 | 1,367.18 | -235.00 |
| **Customer DIV100 Totals:** | 8,487.24 | 235.00 | 8,252.24 | | 1,429.83 | 5,690.23 | 1,367.18 | -235.00 |
| **Customer DIV110 / DIVISIONS  Phone: 859 655-4206  Contact: AARON** | | | | | | | | |
| No Job Subtotals: | 79,655.59 | | 79,655.59 | | 31,232.08 | 30,013.34 | 19,637.80 | -1,227.63 |
| **Customer DIV110 Totals:** | 79,655.59 | | 79,655.59 | | 31,232.08 | 30,013.34 | 19,637.80 | -1,227.63 |
| **Customer EMB200 / HOTEL SERVICES INC  Phone: 352 735-6700  Contact: JOE HENNESSEY** | | | | | | | | |
| No Job Subtotals: | 2,650.00 | | 2,650.00 | | | | 2,650.00 | |
| **Customer EMB200 Totals:** | 2,650.00 | | 2,650.00 | | | | 2,650.00 | |
| **Customer HAM-100 / HAMPTON INN / KIRKMAN  Phone: 407 345-1112  Contact: SID** | | | | | | | | |
| No Job Subtotals: | 912.33 | | 912.33 | | | | 912.33 | |
| **Customer HAM-100 Totals:** | 912.33 | | 912.33 | | | | 912.33 | |
| **Customer HAM700 / HAMPTON INN  Phone: 727 712-6538  Contact: CLEM** | | | | | | | | |
| No Job Subtotals: | 1,954.45 | | 1,954.45 | | | | 1,954.45 | |
| **Customer HAM700 Totals:** | 1,954.45 | | 1,954.45 | | | | 1,954.45 | |
| **Customer HAW200 / HAWTHORNE SUITES  Phone: 407 767-5757  Contact: ED SILLS** | | | | | | | | |
| No Job Subtotals: | 145.00 | | 145.00 | | | | | 145.00 |

# PROGRESSIVE SERVICES, LLC
## Summary A/R Aged Open Items Report Sorted by Customer Code
### For The Period Ending: 04/30/16 (Includes Paid Invoices)

| | Open Balance | | | | Days Past Due | | |
| | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|
| **Customer HAW200 Totals:** | 145.00 | | 145.00 | | | | | 145.00 |
| **Customer HGV100 / HILTON GRAND VACATION CLUB  Phone: 407 387-7081  Contact: TERRY GALLARDO** | | | | | | | | |
| No Job Subtotals: | 1,781.07 | | 1,781.07 | | 1,781.07 | | | |
| **Customer HGV100 Totals:** | 1,781.07 | | 1,781.07 | | 1,781.07 | | | |
| **Customer HGVC100 / HILTON GRAND VACATION CLUB  Phone: 407 465-2680  Contact: RICK HARDING** | | | | | | | | |
| No Job Subtotals: | 4,574.59 | | 4,574.59 | | 3,460.76 | 1,018.83 | | 95.00 |
| **Customer HGVC100 Totals:** | 4,574.59 | | 4,574.59 | | 3,460.76 | 1,018.83 | | 95.00 |
| **Customer HOUSE / HOUSE ACCOUNT** | | | | | | | | |
| No Job Subtotals: | 1,319.76 | | 1,319.76 | | | 270.00 | | 1,049.76 |
| **Customer HOUSE Totals:** | 1,319.76 | | 1,319.76 | | | 270.00 | | 1,049.76 |
| **Customer JEE100 / JEEVES HOLIDAY HOMES  Phone: 407 704-8986  Contact: PAUL JEEVES** | | | | | | | | |
| No Job Subtotals: | 510.72 | | 510.72 | | | | | 510.72 |
| **Customer JEE100 Totals:** | 510.72 | | 510.72 | | | | | 510.72 |
| **Customer KAS100 / KAST CONSTUCTION  Phone: 561 689-2910  Contact: BRIAN** | | | | | | | | |
| No Job Subtotals: | 1,711.69 | | 1,711.69 | | | | | 1,711.69 |
| **Customer KAS100 Totals:** | 1,711.69 | | 1,711.69 | | | | | 1,711.69 |
| **Customer LAK100 / LAKE BUENA VISTA RESORT  Phone: 407 597-0214  Contact: JOHN** | | | | | | | | |
| No Job Subtotals: | 201.18 | | 201.18 | | | | | 201.18 |
| **Customer LAK100 Totals:** | 201.18 | | 201.18 | | | | | 201.18 |
| **Customer MRI100 / MARRIOTT RESIDENCE INN  Phone: 407 513-9000  Contact: RICK THEBERGE** | | | | | | | | |
| No Job Subtotals: | 554.42 | | 554.42 | | 554.42 | | | |
| **Customer MRI100 Totals:** | 554.42 | | 554.42 | | 554.42 | | | |
| **Customer MRI200 / MARRIOTT RESIDENCE INN     Contact: GINA** | | | | | | | | |
| No Job Subtotals: | 145.00 | | 145.00 | | 145.00 | | | |
| **Customer MRI200 Totals:** | 145.00 | | 145.00 | | 145.00 | | | |
| **Customer MRI300 / MARRIOTT RESIDENCE INN  Phone: 407 387-2664  Contact: DEAN** | | | | | | | | |
| No Job Subtotals: | 1,258.07 | | 1,258.07 | | 1,258.07 | | | |
| **Customer MRI300 Totals:** | 1,258.07 | | 1,258.07 | | 1,258.07 | | | |
| **Customer ORA200 / ORANGE LAKE RESORTS  Phone: 407 905-1715  Contact: GARY LOGAN** | | | | | | | | |
| No Job Subtotals: | 29,446.08 | | 29,446.08 | | 10,148.63 | 12,034.61 | 5,913.44 | 1,349.40 |
| **Customer ORA200 Totals:** | 29,446.08 | | 29,446.08 | | 10,148.63 | 12,034.61 | 5,913.44 | 1,349.40 |
| **Customer OSC100 / ORLANDO SCIENCE SENTER  Phone: 407 514-2202  Contact: FRANCO TOMMASETTI** | | | | | | | | |
| No Job Subtotals: | 230.00 | | 230.00 | | | 230.00 | | |
| **Customer OSC100 Totals:** | 230.00 | | 230.00 | | | 230.00 | | |
| **Customer PALMS100 / PALMS COUNTRY CLUB  Phone: 407 396-1311  Contact: SCOTT HUSSEY** | | | | | | | | |
| No Job Subtotals: | -241.13 | | -241.13 | | | | | -241.13 |
| **Customer PALMS100 Totals:** | -241.13 | | -241.13 | | | | | -241.13 |

## PROGRESSIVE SERVICES, LLC
### Summary A/R Aged Open Items Report Sorted by Customer Code
### For The Period Ending: 04/30/16 (Includes Paid Invoices)

| | Open Balance | | | | | Days Past Due | | |
|---|---|---|---|---|---|---|---|---|
| | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer PIN100 / PINEWOOD PARK APARTMENTS   Phone: 407 846-0188   Contact: HELDER JUAREZ** | | | | | | | | |
| No Job Subtotals: | 4,414.60 | | 4,414.60 | | 3,898.63 | 515.97 | | |
| **Customer PIN100 Totals:** | 4,414.60 | | 4,414.60 | | 3,898.63 | 515.97 | | |
| **Customer PUB100 / PUBLIX FACILITY SERVICE   Phone: 727 608-7889   Contact: RIC TRUETT** | | | | | | | | |
| No Job Subtotals: | 52,091.01 | -732.24 | 52,823.25 | | 26,511.63 | 13,119.32 | 8,250.71 | 4,941.59 |
| **Customer PUB100 Totals:** | 52,091.01 | -732.24 | 52,823.25 | | 26,511.63 | 13,119.32 | 8,250.71 | 4,941.59 |
| **Customer PUB200 / PUBLIX JACKSONVILLE** | | | | | | | | |
| No Job Subtotals: | 4,357.02 | | 4,357.02 | | 1,287.35 | 1,814.16 | 1,255.51 | |
| **Customer PUB200 Totals:** | 4,357.02 | | 4,357.02 | | 1,287.35 | 1,814.16 | 1,255.51 | |
| **Customer RACE100 / RACE TRAC PETROLEUM, INC.   Phone: 770 431-7600** | | | | | | | | |
| No Job Subtotals: | 54,671.31 | | 54,671.31 | 184.38 | 24,680.96 | 22,656.99 | 3,826.28 | 3,322.70 |
| **Customer RACE100 Totals:** | 54,671.31 | | 54,671.31 | 184.38 | 24,680.96 | 22,656.99 | 3,826.28 | 3,322.70 |
| **Customer RAG100 / RAGLEN ROAD IRISH PUB   Phone: 407 938-0300   Contact: SCOTT** | | | | | | | | |
| No Job Subtotals: | 1,002.58 | | 1,002.58 | | 620.62 | 381.96 | | |
| **Customer RAG100 Totals:** | 1,002.58 | | 1,002.58 | | 620.62 | 381.96 | | |
| **Customer REG100 / REGAL OAKS RESORT   Phone: 407 242-0676   Contact: RICK HARDING** | | | | | | | | |
| No Job Subtotals: | 350.00 | | 350.00 | | 350.00 | | | |
| **Customer REG100 Totals:** | 350.00 | | 350.00 | | 350.00 | | | |
| **Customer RIKO100 / RIKO DIQ** | | | | | | | | |
| No Job Subtotals: | -119.52 | | -119.52 | | | | | -119.52 |
| **Customer RIKO100 Totals:** | -119.52 | | -119.52 | | | | | -119.52 |
| **Customer RIN100 / RINNAI   Phone: 800 621-9419** | | | | | | | | |
| No Job Subtotals: | -307.71 | | -307.71 | | | | | -307.71 |
| **Customer RIN100 Totals:** | -307.71 | | -307.71 | | | | | -307.71 |
| **Customer RLJ001 / R.L. JAMES, INC   Phone: 239 936-6002   Contact: ROBERT JAMES** | | | | | | | | |
| No Job Subtotals: | -97.50 | | -97.50 | | | | | -97.50 |
| **Customer RLJ001 Totals:** | -97.50 | | -97.50 | | | | | -97.50 |
| **Customer RUBY100 / RUBY TUESDAYS   Phone: 407-506-7379** | | | | | | | | |
| No Job Subtotals: | 717.91 | | 717.91 | | 307.03 | | 177.88 | 233.00 |
| **Customer RUBY100 Totals:** | 717.91 | | 717.91 | | 307.03 | | 177.88 | 233.00 |
| **Customer SCH100 / SCHMID CONSTRUCTION   Phone: 352 243-3720** | | | | | | | | |
| No Job Subtotals: | -744.42 | | -744.42 | | 198.58 | 122.00 | | -1,065.00 |
| **Customer SCH100 Totals:** | -744.42 | | -744.42 | | 198.58 | 122.00 | | -1,065.00 |
| **Customer SEARS100 / SEARS HOLDING CORPORATION   Phone: 321 279-4310   Contact: GEORGE MILES** | | | | | | | | |
| No Job Subtotals: | 9,919.66 | | 9,919.66 | | 6,324.76 | 480.00 | 1,848.41 | 1,266.49 |
| **Customer SEARS100 Totals:** | 9,919.66 | | 9,919.66 | | 6,324.76 | 480.00 | 1,848.41 | 1,266.49 |
| **Customer STARWOOD / STARWOOD CORPORATE         Contact: FELIX** | | | | | | | | |
| No Job Subtotals: | 213.00 | | 213.00 | | | | | 213.00 |

Printed by KIM as of 05/20/16 11:01:03AM

# PROGRESSIVE SERVICES, LLC
## Summary A/R Aged Open Items Report Sorted by Customer Code
### For The Period Ending: 04/30/16 (Includes Paid Invoices)

| | Open Balance | | | | Days Past Due | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer STARWOOD Totals:** | 213.00 | | 213.00 | | | | | 213.00 |
| **Customer SUM200 / SUMMER BAY RESORTS  Phone: 352 242-1100** | | | | | | | | |
| No Job Subtotals: | 1,833.94 | | 1,833.94 | | 238.00 | 1,450.94 | 145.00 | |
| **Customer SUM200 Totals:** | 1,833.94 | | 1,833.94 | | 238.00 | 1,450.94 | 145.00 | |
| **Customer SVR100 / STARWOOD VACATION OWNERSHIP  Phone: 480 905-4500  Contact: ARTURO** | | | | | | | | |
| No Job Subtotals: | 18,559.72 | | 18,559.72 | | 17,842.45 | 95.00 | 1,439.20 | -816.93 |
| **Customer SVR100 Totals:** | 18,559.72 | | 18,559.72 | | 17,842.45 | 95.00 | 1,439.20 | -816.93 |
| **Customer SVV100 / SHERATON VISTANA VILLAGES** | | | | | | | | |
| No Job Subtotals: | 10,729.12 | | 10,729.12 | | 2,615.57 | 2,749.19 | 5,486.47 | -122.11 |
| **Customer SVV100 Totals:** | 10,729.12 | | 10,729.12 | | 2,615.57 | 2,749.19 | 5,486.47 | -122.11 |
| **Customer WEEKS100 / WEEKS UTILITY SERVICES,INC.  Phone: 904 355-9116  Contact: RICHARD WEEKS** | | | | | | | | |
| No Job Subtotals: | -556.37 | | -556.37 | | | | | -556.37 |
| **Customer WEEKS100 Totals:** | -556.37 | | -556.37 | | | | | -556.37 |
| **Report Totals:** | 293,399.29 | -497.24 | 293,896.53 | 184.38 | 135,240.32 | 92,872.54 | 54,998.66 | 10,600.63 |
| | | | | 0.06% | 46.02% | 31.60% | 18.71% | 3.61% |

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _Progressive Service LLC_    Case Number: _6:15-BK-07276-KSJ_

Reporting Period beginning _4/1/16_    Period ending _4/30/16_

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ _17966.00_ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ _196.58_ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | _3968.65_ (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

| Report Selections: | Vendor type: | ALL |
| | Job number: | ALL |

# PROGRESSIVE SERVICES, LLC
## Accounts Payable Cash Requirements Summary Report
### Sorted by Vendor

| Vendor Code | Name | Retention | Discount Amount | 08/24/15 | 08/25/15 | 04/30/16 | Beyond |
|---|---|---|---|---|---|---|---|
| ***** OPEN ITEMS ***** | | | | | | | |
| AME001 | AMERICAN BACKFLOW PRODUCTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 996.59 |
| BOB001 | BOB MCKEE, TAX COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187.40 |
| FER001 | FERGUSON ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 641.67 |
| FOR002 | FORD CREDIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 471.99 |
| FWP001 | FW&PCOA TRAINING OFFICE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 |
| HDS001 | HUGHES SUPPLY | 0.00 | 0.00 | 32,098.41 | 0.00 | 31,721.64 | 0.00 |
| LAW001 | WILLIAM LAWSON JR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132.46 |
| ORL001 | ORLANDO WINNELSON | 0.00 | 0.00 | 0.00 | 0.00 | 146.58 | 9,224.21 |
| PRO001 | PROGRESSIVE PLUMBING, INC. | 0.00 | 0.00 | 4,812.27 | 0.00 | 0.00 | 4,233.98 |
| TRI100 | TRIPLE T SEPTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,350.00 |
| USH001 | U S HEALTHWORKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.00 |
| | Totals for open items: | 0.00 | 0.00 | 36,910.68 | 0.00 | 31,868.22 | 22,687.30 |
| | Report totals: | 0.00 | 0.00 | 36,910.68 | 0.00 | 31,868.22 | 22,687.30 |

Cash Requirement Dates

*Printed by KIM as of 05/20/16 11:05:39AM*

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Progressive Service LLC          Case Number: 6:15-bk-07276-KSJ

Reporting Period beginning 4/1/16                Period ending 7/30/16

## INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 91,269.53 |
| INVENTORY RECONCILIATION: | |
|    Inventory Balance at Beginning of Month | $ _____ (a) |
|    PLUS: Inventory Purchased During Month | $ _____ |
|    MINUS: Inventory Used or Sold | $ 58968.3 |
|    PLUS/MINUS: Adjustments or Write-downs | $ _____ * |
|    Inventory on Hand at End of Month | $ 85422.70 |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 32 % | 68 % | _____ % | _____ % | = _____ 100%* |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

| FIXED ASSETS RECONCILIATION: | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 127,202.38 (a)(b) |
|    MINUS: Depreciation Expense | $ _____ |
|    PLUS: New Purchases | $ _____ |
|    PLUS/MINUS: Adjustments or Write-downs | $ _____ * |
| Ending Monthly Balance | $ 127202.38 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

```
                        PROGRESSIVE SERVICES, LLC                          DATE: 05/20/16
                     PROGRESSIVE SERVICE - BALANCE SHEET
DEPT NAME: Department Summary            PERIOD END DATE: 04/30/16
```

```
                                                      2016
                                                  YEAR-TO-DATE
                                                    ACTUAL
```

ASSETS

| | |
|---|---:|
| **CURRENT ASSETS** | |
| CASH | 9,651.60 |
| ACCOUNTS RECEIVABLE | 292,901.54 |
| LESS: ALLOWANCE FOR BAD DEBT | 2,000.35- |
| COST & ESTIMATED EARNINGS IN EXCESS OF BILLINGS | 0.00 |
| OTHER A/R | 27,335.06 |
| INVENTORY | 56,961.88 |
| INVENTORY - TOOLS | 28,460.82 |
| PREPAID AND OTHER EXPENSES | 7,500.00 |
| | ---------------- |
| TOTAL CURRENT ASSETS | 420,810.55 |
| | |
| **PROPERTY AND EQUIPMENT** | |
| MACHINERY AND EQUIPMENT | 98,667.97 |
| VEHICLES | 331,558.45 |
| COMPUTERS AND EDP EQUIPMENT | 15,070.07 |
| LESS: ACCUM DEPRECIATION & AMORTIZATION | 318,094.11- |
| | ---------------- |
| TOTAL PROPERTY AND EQUIPMENT | 127,202.38 |
| | ---------------- |
| TOTAL ASSETS | 548,012.93 |
| | ================ |

LIABILITIES AND SHAREHOLDERS' EQUITY

| | |
|---|---:|
| **CURRENT LIABILITIES** | |
| LINE OF CREDIT | 100,000.15 |
| | |
| TRADE ACCOUNTS PAYABLE | 125,662.94- |
| ACCRUED WAGES | 8,302.09 |
| ACCRUED PAYROLL AND CURR LIABILITIES | 18,758.31- |
| BILLING IN EXCESS OF COST | 0.00 |
| OTHER - CURR LIABILITIES | 2,917.85- |
| CURRENT PORTION OF L/T LIAB | 0.00 |
| | ---------------- |
| TOTAL CURRENT LIABILITIES | 39,453.82- |
| | |
| DUE TO PROGRESSIVE PLUMBING | 36,115.74 |
| CD DUE TO PROGRESSIVE PLUMBING | 46.55- |
| | |
| **LONG-TERM LIABILITES** | |
| NOTES PAYABLE - DIRECT CAPITAL | 0.00 |
| NOTE PAYABLE - VEHICLE & EQUIPMENT | 25,155.11 |

PROGRESSIVE SERVICES, LLC
PROGRESSIVE SERVICE - BALANCE SHEET

DATE: 05/20/16

DEPT NAME: Department Summary                    PERIOD END DATE: 04/30/16

|                                                  | 2016<br>YEAR-TO-DATE<br>ACTUAL |
|--------------------------------------------------|-------------------------------:|
| LESS:  CURRENT PORTION                           | 0.00                           |
| TOTAL LONG-TERM LIABILITIES                      | 0.00                           |
| TOTAL LIABILITIES                                | 21,770.48                      |
| SHAREHOLDERS' EQUITY                             |                                |
| RETAINED EARNINGS                                | 256,067.95                     |
| SHAREHOLDER'S                                    | 20,779.43-                     |
| CURRENT YEAR INCOME(LOSS)                        | 291,353.93                     |
| TOTAL LIABILITIES AND SHAREHOLDER'S EQUITY       | 548,412.93                     |

**ATTACHMENT 4A**

<u>MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>

Name of Debtor: Progressive Service LLC   Case Number: 6:15-bk-07276-KSJ

Reporting Period beginning 4/1/16   Period ending 4/30/16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: TD Bank   BRANCH: Ocoee

ACCOUNT NAME: Progressive Service   ACCOUNT NUMBER: 1318

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 3631.91 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | 2099.16 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 81 26.59 **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ ___0___ Transferred to Payroll Account
$ ___0___ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

| Report selection: | Bank account code: | 1040 |
| --- | --- | --- |

## PROGRESSIVE SERVICES, LLC
### Detail Bank Reconciliation Listing

**Bank account:** 1040 CASH - TD BANK
**G/L account:** 00-1040 CASH - TD BANK
**Bank statement reconciliation as of:** 04/29/16
**Opening statement balance:** 27,921.57

Additions:

| | | Cleared deposits: | | |
| --- | --- | --- | --- | ---: |
| Date | Check No. | Description | | Amount |
| 04/04/16 | PY | AR Cash Receipts / Adjustmer | | 21,951.86 |
| 04/06/16 | CC | AR Cash Receipts / Adjustmer | | 627.88 |
| 04/07/16 | CC | AR Cash Receipts / Adjustmer | | 428.74 |
| 04/08/16 | PY | AR Cash Receipts / Adjustmer | | 3,000.00 |
| 04/11/16 | CC | AR Cash Receipts / Adjustmer | | 2,897.91 |
| 04/13/16 | PY | AR Cash Receipts / Adjustmer | | 1,033.79 |
| 04/14/16 | PY | AR Cash Receipts / Adjustmer | | 5,111.50 |
| 04/18/16 | PY | AR Cash Receipts / Adjustmer | | 23,185.12 |
| 04/21/16 | PY | AR Cash Receipts / Adjustmer | | 14,438.35 |
| 04/25/16 | PY | AR Cash Receipts / Adjustmer | | 7,303.43 |
| 04/28/16 | PY | AR Cash Receipts / Adjustmer | | 1,251.61 |

| | | | |
| --- | --- | --- | ---: |
| Total cleared deposits: | 22 | cleared items | 135,734.84 |
| Total additional transactions: | 0 | additions | 0.00 |
| **Total additions:** | **22** | **items** | **135,734.84** |

Subtractions:

## PROGRESSIVE SERVICES, LLC
### Detail Bank Reconciliation Listing

Cleared checks:

| Check No. | Date | Reference | Description | Type | Cleared | Account | Amount |
|---|---|---|---|---|---|---|---|
| 5459 | 03/21/16 | LAW001 | WILLIAM LAWSON JR | Check | | | 169.47 |
| 5467 | 03/23/16 | ALL002 | ALLY | Check | | | 1,498.33 |
| 5476 | 03/23/16 | SON001 | SHERATON ORLANDO NORTH | Check | | | 495.75 |
| 5479 | 03/23/16 | UPS001 | UPS | Check | | | 18.76 |
| 5481 | 04/06/16 | FER001 | FERGUSON ENTERPRISES, INC. | Check | | | 4,195.09 |
| 5483 | 04/07/16 | PRO001 | PROGRESSIVE PLUMBING, INC. | Check | | | 30,500.00 |
| 5485 | 04/14/16 | CIT007 | CITY OF DELAND | Check | | | 215.00 |
| 5487 | 04/15/16 | RIC001 | CORY RICHARDSON | Check | | | 50.00 |
| 5489 | 04/22/16 | ALL002 | ALLY | Check | | | 1,498.33 |
| 5491 | 04/22/16 | AOS001 | A.O. SMITH | Check | | | 190.76 |
| 5494 | 04/22/16 | COP001 | COPYPROS | Check | | | 107.00 |
| 5496 | 04/22/16 | FOR002 | FORD CREDIT | Check | | | 471.99 |
| 5498 | 04/22/16 | ORL001 | ORLANDO WINNELSON | Check | | | 7,578.68 |
| 5501 | 04/22/16 | SUN001 | SUNBELT RENTALS | Check | | | 64.49 |
| 5503 | 04/22/16 | WAS001 | WASTE PRO | Check | | | 48.07 |
| DB228 | 03/31/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |
| DB230 | 04/04/16 | DEBIT001 | DEBIT CARD OFFICE EXPENSE | Manual check | | | 65.00 |
| DB232 | 04/06/16 | SPL001 | SOUTHEAST PERSONNEL LEASIN | Manual check | | | 16,122.00 |
| DB234 | 04/06/16 | DEBIT001 | DEBIT CARD OFFICE EXPENSE | Manual check | | | 24.12 |
| DB236 | 04/07/16 | FDLG001 | FDLG CC LEASE | Manual check | | | 315.94 |
| DB238 | 04/08/16 | TD001 | TD BANK | Manual check | | | 140.00 |
| DB240 | 04/11/16 | HDS001 | HUGHES SUPPLY | Manual check | | | 53.62 |
| DB242 | 04/13/16 | SPL001 | SOUTHEAST PERSONNEL LEASIN | Manual check | | | 13,807.25 |
| DB244 | 04/11/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |
| DB246 | 04/18/16 | DEBIT001 | DEBIT CARD OFFICE EXPENSE | Manual check | | | 211.78 |
| DB248 | 04/20/16 | SPL001 | SOUTHEAST PERSONNEL LEASIN | Manual check | | | 15,136.20 |
| DB250 | 04/08/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |
| DB252 | 03/22/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |
| DB254 | 04/20/16 | PEX001 | PEXCARD | Manual check | | | 1,500.00 |
| DB256 | 04/21/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |
| DB258 | 04/26/16 | HDS001 | HUGHES SUPPLY | Manual check | | | 409.89 |
| DB260 | 04/27/16 | HOM005 | HOMESTEAD WEBSITE | Manual check | | | 75.96 |
| DB262 | 04/27/16 | HDS001 | HUGHES SUPPLY | Manual check | | | 92.40 |
| DB264 | 04/27/16 | HDS001 | HUGHES SUPPLY | Manual check | | | 134.81 |
| DB266 | 04/21/16 | PEX001 | PEXCARD | Manual check | | | 0.00 |

Total cleared checks:     69  cleared items     151,978.39

# PROGRESSIVE SERVICES, LLC
## Detail Bank Reconciliation Listing

| | | |
|---|---|---|
| Total additional transactions: | 0 deductions | 0.00 |
| Total subtractions: | 69 items | 151,978.39 |

**Ending statement balance:** 11,678.02

General Ledger reconciliation as of: 04/30/16    Fiscal year: 16    Period: 07

| | | |
|---|---|---|
| Total uncleared deposits: | 0 uncleared items | 0.00 |

*Uncleared checks:*

| Check No. | Date | Reference | Description | Type | Amount |
|---|---|---|---|---|---|
| 5471 | 03/23/16 | ELE001 | ELECTRIC MOTORS | Check | 650.00 |
| 5493 | 04/22/16 | CEN005 | CENTURYLINK | Check | 358.09 |

| | | |
|---|---|---|
| Total uncleared checks: | 4 uncleared items | 2,049.16 |

**General Ledger account balance:** 8,126.34

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Progressive Services LLC_    Case Number: _6:15-5k-07276-KSJ_

Reporting Period beginning _4/1/16_        Period ending _4/30/16_

NAME OF BANK: _TD Bank_        BRANCH: _Ocoee_

ACCOUNT NAME: _Progressive Service LLC_

ACCOUNT NUMBER: _1318_

PURPOSE OF ACCOUNT: _OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $ |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: _Progressive Service LLC_    Case Number: _6:15-bk-07276-KSJ_

Reporting Period beginning _4/1/16_    Period ending _4/30/16_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____    _N/A_
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Progressive Service LLC_    Case Number: _6-15-bk-07276-KSJ_

Reporting Period beginning _4/1/16_    Period ending _4/30/16_

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the _N/A_ information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _Progressive Service LLC_   Case Number: _6:15-bk-07276-KSJ_

Reporting Period beginning _9/1/16_   Period ending _9/30/16_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____   N/A

PURPOSE OF ACCOUNT: _____TAX_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _____ | |
| Plus Total Amount of Outstanding Deposits | $ _____ | |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ _____ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _Progressive Service LLC_    Case Number: _6:15-bk-07276-KSJ_

Reporting Period beginning _4/1/16_    Period ending _4/30/16_

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

N/A

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid _____(a)
Sales & Use Taxes Paid _____(b)
Other Taxes Paid _____(c)
TOTAL _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
| --- | --- | --- | --- | --- |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

N/A

TOTAL                                                                _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
| --- | --- | --- | --- |
| Filing Cabinet | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                        $  500.00     (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Progressive Service LLC          Case Number: 6:15-bk-07276-KSJ

Reporting Period beginning  4/1/16          Period ending  4/30/16

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 0 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _Progressive Services LLC_    Case Number: _6:15-bk-07276-KSJ_

Reporting Period beginning _4/1/16_    Period ending _4/30/16_

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

N/A

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☒ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.