ORDERED.

Dated:  June 13, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

## ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN DEBTOR, ALLIED WORLD SPECIALITY INSURANCE COMPANY, AND THE EVERGREEN CORPORATION

THIS CAUSE came on for consideration on Debtors Motion for Approval of Compromise of Controversy between Debtor, Allied World Specialty Insurance Company, and The Evergreen Corporation (Doc. No. 276) (the "Motion"). Based on the Motion and Allied World Specialty and The Evergreen Corporation collectively (the "Parties") failure to respond within 21 days pursuant to Local Rule 2002-4, it is

ORDERED:

1. The Motion is GRANTED.

2. The compromise between the Debtor and Allied World Specialty Insurance Company as outlined in the motion is approved.

    3. Service of this order will be limited to the CM/ECF participants in this case.

Attorney Michael A. Nardella, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of this order.