ORDERED.

Dated:  June 28, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No.: 6:15-bk-07275-KSJ |
| | Chapter 11 |
| PROGRESSIVE PLUMBING, INC. | |
| | |
| PROGRESSIVE SERVICES, LLC and | Jointly Administered with |
| GRACIOUS LIVING DESIGN | Case No. 6:15-bk-07276-KSJ |
| CENTER, INC., | Case No. 6:15-bk-07277-KSJ |
| | |
| Debtors. | |
| _____/ | |

## ORDER GRANTING DEBTOR'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

This case came on for consideration on the Motion for Turnover filed by the Debtor (Document No. 285)(the "Motion").  The Motion was served by negative notice and no appropriate response was timely filed.  Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2

2. Kast Construction, LLC shall immediately turn over possession of the 2008 Vickery Model 1VC-G-TH(X) custom temporary booster hydrostatic pump the Debtor used at the Water Club, North Palm Beach, Florida Job Site.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.