**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| | **CASE NO.: 6:15-BK-07275-KSJ** |
| **PROGRESSIVE PLUMBING, INC.,** | |
| | |
| **PROGRESSIVE SERVICES, LLC, and** | **JOINTLY ADMINISTERED WITH** |
| **GRACIOUS LIVING DESIGN** | **CASE NO.: 6:15-BK-07276-KSJ** |
| **CENTER, INC.** | **CASE NO.: 6:15-BK-07277-KSJ** |
| | |
| **Debtors.** | |

_____/

*Cover Sheet per Local Rule 2016-1*
**AMENDED APPLICATION OF**
**ROMAN V. HAMMES, P.L. FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE DEBTORS FOR THE PERIOD FROM MAY 17, 2016 THROUGH JULY 8, 2016**
(Progressive Plumbing, Inc.)
(Amended to attach Exhibit(s) only)

| | | | |
|---|---|---|---|
| Name of Applicant: | Roman V. Hammes, P.L. | | |
| Services Provided to | Debtor, Progressive Plumbing, Inc. | | |
| Date of Retention | 08/24/2015 | | |
| Period for this Application | 05/17/2016 through 07/08/2016 | | |
| Amount of Compensation Sought: | $6,840.00 | | |
| Amount of Expense Reimbursement | $0.00 | | |
| Total Amount Requested | $6,840.00 | | |
| Retainers-Original Amount | $42,000.00 | Current Balance: | $0.00 |
| Net Amount Requested | $6,840.00 | | |
| Blended Hourly Rate this Application | $241.70 | Cumulative: | $ |

This is a(n): ☐ interim ■ final application
Prior applications: May 16, 2016 (Doc. No. 290), Application Granted (Doc. No. 342)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

Debtors.
_____/

**APPLICATION**

| | |
|---|---|
| Fees & Expenses Requested | $6840.00 |
| Paid to RVH from Retainer | n/a |
| **Amount Outstanding** | $6840.00 |

**AMENDED SUPPLEMENTAL APPLICATION OF
ROMAN V. HAMMES, P.L. FOR AWARD OF COMPENSATION
FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD OF MAY 17, 2016 THROUGH JULY 8, 2016**
(Progressive Plumbing, Inc.)
(Amended to attach Exhibit(s) only)

**I.     SUMMARY**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Roman V. Hammes (RVH) | 19.8 | $300.00 | $5940.00 |
| Brandon Bornstein  (BJB) | .5 | $200.00 | $100.00 |
| **PARAPROFESSIONALS:** | | | |
| Kimberly C. Lynch | 8 | $100.00 | $800.00 |

**TOTALS**

| ATTORNEYS | 20.3 | $6040.00 |
| ALL | 28.3 | $6840.00 |

**II.    NARRATIVE SUMMARY**.

    **A.    Background**.

      1.    Petition Date.  This case was filed on August 24, 2015 (the "Petition Date").

      2.    Order Authorizing Employment.  On October 7, 2015, this court authorized the employment of Roman V. Hammes and Roman V. Hammes, P.L  ("RVH PL") ( Doc No. 110) as legal counsel for Progressive Plumbing, Inc. ("Plumbing").

      3.    Terms and Conditions of Employment and Compensation.

        a.    Order Approving. The terms and conditions of the employment and compensation of RVH PL are set forth in the order authorizing employment.   The declaration of proposed attorney and disclosure of compensation filed in this case by RVH PL are incorporated herein by reference thereto.

        b.    Sharing of Compensation. The co-counsel relationship of RVH PL and Nardella was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b), RVH PL has not shared or agreed to share any compensation or reimbursement with

another person or received by another person under Bankruptcy Code

Sections 503(b)(2), (4).

          c.      Payments Made or Promised.

          (i)      Subject to approval of the Bankruptcy

Court, the Debtor has paid or agreed to pay RVH PL for services rendered

or to be rendered by RVH PL in connection with this case as follows:

          (A)      reasonable    compensation    for    actual

necessary services rendered by RVH PL, considering the nature, extent and value of such

services, taking into account all relevant factors;

          (B)      reimbursement    for    actual,    necessary

expenses;

          (ii)      $ 6,450.00 was paid for legal services provided prior

to the Petition Date; and

          (iii)      $42,000.00 was paid as a retainer for representation

of the three affiliate debtors involved in this consolidated case- Plumbing, Progressive

Services, LLC and Gracious Design Living Center, Inc. (the "Retainer").

          d.      Source.  The source of the funds is the Debtor.

          e.      Status of Retainer.  In the order authorizing employment of

attorney, the court authorized RVH PL and Nardella to bill against the Retainer in the

ordinary course towards compensation for professional services and reimbursement of

expenses without further order, but subject to a final review and approval by the Court.

Pursuant to that order, the Retainer has been exhausted.

f.      Prior Application and Order.   RVH filed its First Fee application for time and expenses through May 16, 2016 (Doc. No. 290) The application was granted (Doc. No. 342 ).

4.      RVH PL's Hourly Rates.   The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| ATTORNEYS/PARAPROFESSIONALS | RATE |
|---|---|
| **ATTORNEYS:**<br>Roman V. Hammes (RVH)<br>Brandon Bornstein (BJB) | $300.00<br>$200.00 |
| **PARALEGALS:**<br>Lauren Shamon (LNS)<br>Kimberly C. Lynch (KCL) | $100.00<br>$100.00 |

5.      Application Interval.  This application is a first application or is filed more than 120 days after the Petition Date or the last application.

6.      Time period of this application.  This is an application for the period through May 17, 2016 through July 8, 2016.

7.      Prior Review.   The Debtor has been served with a copy of this application.

III.    **Case Status**.

A.      **Administrative.**

1.      Case Administration. The Court orders on order confirming this case on July 8, 2016 ( Doc. No. 360).

2       Quarterly Fees.  Debtor is current on the payment of quarterly fees to the United States Trustee.

B.    **Project Summary**.  RVH PL seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks

1.  **Claims Administration.**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGAL | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 1.9 | $570.00 |
| TOTALS | | 1.9 | $570.00 |

2.  **Employment Applications**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 2.7 | $810.00 |
| | | | |
| TOTALS | | 2.7 | $810.00 |

3.  **Relief from Stay Proceedings**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | .1 | $30.00 |
| TOTALS | | .1 | $30.00 |

4. **Confirmation Matters**.

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roman V. Hammes (RVH) | $300.00 | 15.1 | $4530.00 |
| Brandon J. Bornstein (BJB) | $200.00 | .5 | $100.00 |
| Kimbery C. Lynch (KCL) | $100.00 | 8 | $800.00 |
| TOTALS | | 23.6 | $5430.00 |

C.    **Evaluation Standards**.   In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974)  as follows:

1.    Time and Labor Required.   RVH PL has acted as co-bankruptcy counsel for the Debtor since the petition date.  RVH PL and Nardella have worked diligently to segregate work assignments and avoid duplicate work. RVH PL has spent a total of 28.3 hours in rendering services to Plumbing from May 17, 2016 to July 8, 2016.

2.    Novelty and Difficulty of Questions.

a.    Business of Debtor.   Plumbing is a commercial plumbing contractor in Clermont who has been in business since 1985.  Plumbing's role is generally as a subcontractor on large commercial construction projects, ranging from hotels, condominiums, and other multi-story structures.

b.    Precipitating Factors.   As stated in the case management summary, Plumbing filed this bankruptcy case to primarily address liability issues associated with Allied its bonding company. The bankruptcy filing was necessary to allow

Plumbing to continue its operations and avoid the liquidation of its assets.

3.     <u>Skill Necessary to Properly Perform Legal Services</u>.   The representation by RVH PL involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

4.     <u>Preclusion of Other Employment Due to Acceptance of Case</u>. Representation in this case involved a considerable commitment of the resources of RVH PL.  RVH PL was not otherwise precluded from other employment.

5.     <u>Customary Fee</u>.  The fees requested in this case are the current rates charged by RVH PL's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

6.     <u>Fees Fixed or Contingent</u>.  RVH PL requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between RVH PL and the Debtor.  RVH PL did not intend to undertake representation on the basis of a contingent fee.

7.     <u>Time Limitations Imposed by Case</u>.  Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code.  There were no unique time limitations in this case.

8.     <u>Amount Involved and the Results Obtained</u>.  Plumbing's plan of reorganization was confirmed following a hearing on June 10, 2016 and via written order on July 8, 2016.

9.     <u>Undesirability of the Case</u>.  Because of the required commitment of immediate time to this case, this case has caused RVH PL to defer work on other matters.

RVH PL has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed. The delay in payment of RVH PL's fees further reduces the value of any award. In *Missouri v. Jenkins*, 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee." This case is not otherwise undesirable.

10.    Nature and Length of Professional Relationship with Debtor. RVH PL conferred with the Debtor regarding the filing of this case. RVH PL has no other prior professional relationship with the Debtor. RVH PL represented the three affiliate debtors in this jointly administered case.

11.    Awards in Similar Cases. Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

IV.    **REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES**.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by RVH PL as counsel for the Debtor and Debtor-in-Possession:

None.

**V.    DECLARATION.**  The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

A.    I am a member with Roman V. Hammes, P.L.. ("RVH PL"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the books and records of RVH PL relating to the matters set forth herein, which books and records are kept and maintained by RVH PL in the ordinary course of its business.  I make this declaration based upon personal knowledge of the matters set forth herein.

B.    I am the billing and responsible attorney assigned by RVH PL to represent the Debtor.

C.    The foregoing application of RVH PL is true and correct.

Dated: August 19, 2016.


**VI.    CERTIFICATE OF SERVICE.**  I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on August 19, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office.

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 0087250
Roman V. Hammes, P.L.
1920 N. Orange Ave, Suite 100
Orlando, FL 32804
Telephone: (407) 650-0003
Email: roman@romavhammes.com

Attorneys for the Debtor

**Composite Exhibit "A"**

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #:  2356
Invoice Date: 7/7/2016
Due Date: 7/7/2016

Bill To:

Progressive Plumbing, Inc. Confirmation M

| Item | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| Lawyer | 5/17/2016 | emails to David Adams and Doug Martin re: administrative expense claims and billing information; confer with MAN re: ballots cast and IRS issues | 0.2 | 300.00 | 60.00 |
| Lawyer | 5/17/2016 | review and revise application for application fo rcompensation for Doug Martin | 0.2 | 300.00 | 60.00 |
| Lawyer | 5/18/2016 | email Dennis Levine re: Nissan ballots; check ballot list on website and send update to client | 0.1 | 300.00 | 30.00 |
| Paralegal | 6/1/2016 | Prepare ballots for Hughes Supply | 0.3 | 100.00 | 30.00 |
| Associate | 6/2/2016 | Phone calls to various unsecured creditors re: casting ballots in favor of confirmation | 0.5 | 200.00 | 100.00 |
| Paralegal | 6/3/2016 | Phone calls with Kay Watson at Clifton Larsen re: ballot | 0.2 | 100.00 | 20.00 |
| Lawyer | 6/4/2016 | meeting with MAN to prepare for confirmation, prepare ballot tabulation, confirmation memorandum, amend plan, motions for cramdown and discuss executory contracts | 4 | 300.00 | 1,200.00 |
| Lawyer | 6/4/2016 | confer with Mike Nardella re: objection to confirmation filed by K&K and rejection ballot and strategy to address; conference call with Lew Hall and Michael Nardella to attempt to resolve objection and rejection ballot; review ballot list and file additional ballots from unsecured creditors; emails with clients re: ballot status and confirmation | 1.3 | 300.00 | 390.00 |

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2356
Invoice Date: 7/7/2016
Due Date: 7/7/2016

Bill To:
Progressive Plumbing, Inc. Confirmation M

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 6/6/2016 | Draft ballot tabulation and motion for cramdown (8); revise confirmation memorandum and amended plan and file all documents; conference call with Kim and Mike re: confirmation documents and final matters | 3.4 | 300.00 | 1,020.00 |
| Paralegal | 6/6/2016 | Formatted ballot tabulation for filing; prepare and file amended plan | 0.9 | 100.00 | 90.00 |
| Paralegal | 6/6/2016 | Prepare motions for cramdown of impaired non accepting classes | 2.5 | 100.00 | 250.00 |
| Lawyer | 6/7/2016 | Meeting with Mike to prepare for confirmation hearing | 0.2 | 300.00 | 60.00 |
| Paralegal | 6/7/2016 | Prepare order on 9019 motion | 0.3 | 100.00 | 30.00 |
| Paralegal | 6/8/2016 | Prepare certificate of service re: amended plan and mail out to additional creditors | 0.4 | 100.00 | 40.00 |
| Lawyer | 6/9/2016 | Review and comment on proposed confirmation hearing agenda; confer with Mike re: confirmation matters | 0.3 | 300.00 | 90.00 |
| Paralegal | 6/9/2016 | Prepare and file notice of cash collateral budgets | 0.3 | 100.00 | 30.00 |
| Lawyer | 6/10/2016 | Prepare for confirmation hearing | 0.5 | 300.00 | 150.00 |
| Lawyer | 6/10/2016 | Prepare for and attend confirmation hearing | 2.2 | 300.00 | 660.00 |
| Lawyer | 6/15/2016 | Review pro memo from confirmation hearing; confer with Kim and Gina re: preparing orders; review and approve orders on motion for cramdown and fee apps | 0.2 | 300.00 | 60.00 |
| Paralegal | 6/15/2016 | Prepare orders granting cramdown motions and orders approving applications to employ | 1.7 | 100.00 | 170.00 |

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Oustanding Balance** | |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2356
Invoice Date: 7/7/2016
Due Date: 7/7/2016

Bill To:

Progressive Plumbing, Inc. Confirmation M

| Item | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| Lawyer | 6/17/2016 | Email Kim and Mike re: action item list post confirmation | 0.2 | 300.00 | 60.00 |
| Lawyer | 6/20/2016 | Confer with Lauren re: preparing post confirmation unsecured creditor lists | 0.2 | 300.00 | 60.00 |
| Paralegal | 6/21/2016 | prepare updated unsecured creditor lists | 1.4 | 100.00 | 140.00 |
| Lawyer | 6/27/2016 | Review updated claims list and send to Kim for review and comment | 0.1 | 300.00 | 30.00 |
| Lawyer | 6/28/2016 | Phone call from Lake County Tax Collector re: explanation of plan treatment | 0.1 | 300.00 | 30.00 |
| Lawyer | 6/29/2016 | Review and revise confirmation order | 1 | 300.00 | 300.00 |
| Lawyer | 7/7/2016 | Revise confirmation order to meet requirements of new local rule and create payment spreadsheet | 0.9 | 300.00 | 270.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$5,430.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | **$6,850.00** |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2284
Invoice Date: 5/31/2016
Due Date: 5/31/2016

Bill To:
Progressive Plumbing, Inc.
Relief from Stay Proceedings

| Item | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| Lawyer | 5/23/2016 | Review tax debt collection letter from leon County; prepare stay violation letter | 0.1 | 300.00 | 30.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$30.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $31,337.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2283
Invoice Date: 5/31/2016
Due Date: 5/31/2016

Bill To:
Progressive Plumbing, Inc.
Employment Applications

| Item | Date | Description | Hours/Qty | Rate | Amount |
|------|------|-------------|-----------|------|--------|
| Lawyer | 5/19/2016 | Prepare application for payment to RVH | 1.5 | 300.00 | 450.00 |
| Lawyer | 5/20/2016 | Finalize fee apps for RVH and Doug Martin and work on preparing fee app for MAN | 1.2 | 300.00 | 360.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$810.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $31,337.48 |

# Roman V. Hammes, P.L.

1920 North Orange Avenue
Suite 100
Orlando, Florida 32804

# Invoice

Invoice #: 2358
Invoice Date: 7/7/2016
Due Date: 7/7/2016

Bill To:
Progressive Plumbing, Inc.
Claims Administration

| Item | Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| Lawyer | 5/20/2016 | review IRS payment list from client and email to Ms. Summers at IRS | 0.1 | 300.00 | 30.00 |
| Lawyer | 5/23/2016 | Phone calls with Ms. Summers at the IRS and Kim Sapp re: secured payment receipts and amount of secured claim | 0.4 | 300.00 | 120.00 |
| Lawyer | 5/24/2016 | emails from and to Kim re: IRS payments; email payment explanation to Ms. summers at IRS | 0.4 | 300.00 | 120.00 |
| Lawyer | 6/1/2016 | IRS- conference call with Ms. Summers to finalize plan treatment and discuss final numbers | 0.7 | 300.00 | 210.00 |
| Lawyer | 6/1/2016 | Hughes- phone call with Jeff Ainsworth re: ballots and plan; tweak ballots and send to Jeff to sign | 0.3 | 300.00 | 90.00 |

Thank you for your business.

Should you have billing questions, please contact Jennifer at
407-650-0003 or jennifer@romanvhammes.com

| | |
|---|---|
| **Invoice Total** | **$570.00** |
| **Payments/Credits** | $0.00 |
| **Oustanding Balance** | $31,337.48 |