**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | CHAPTER 11 |
| | CASE NO.: 6:15-BK-07275-KSJ |
| PROGRESSIVE PLUMBING, INC., | |
| | |
| PROGRESSIVE SERVICES, LLC, and | JOINTLY ADMINISTERED WITH |
| GRACIOUS LIVING DESIGN | CASE NO.: 6:15-BK-07276-KSJ |
| CENTER, INC. | CASE NO.: 6:15-BK-07277-KSJ |
| | |
| Debtors. | |
| _____/ | |

*Cover Sheet per Local Rule 2016-1*
**AMENDED APPLICATION OF**
**NARDELLA & NARDELLA, PLLC FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE DEBTORS FOR THE PERIOD FROM MAY 17, 2016 THROUGH JULY 8, 2016**
(Progressive Plumbing, Inc.)
(Amended to attach Exhibit(s) only)

| | | | |
|---|---|---|---|
| Name of Applicant: | Nardella & Nardella, PLLC | | |
| Services Provided to | Debtor, Progressive Plumbing, Inc. | | |
| Date of Retention | 08/24/2015 | | |
| Period for this Application | 05/17/2016 through 07/08/2016 | | |
| Amount of Compensation Sought: | $12,615.82 | | |
| Amount of Expense Reimbursement | $0.00 | | |
| Total Amount Requested | $12,615.82 | | |
| Retainers-Original Amount | $42,000.00 | Current Balance: | $0.00 |
| Net Amount Requested | $12,615.82 | | |
| Blended Hourly Rate this Application | $237.53 | Cumulative: | $ |

This is a(n): ☐ interim ■ final application
Prior applications: May 16, 2016 (Doc. No. 291), Application Granted (Doc. No. 335)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

**APPLICATION**

| | |
|---|---|
| Fees & Expenses Requested | $12,615.82 |
| Paid to N&N | N/A |
| **Amount Outstanding** | $12,615.82 |

**AMENDED SUPPLIMENTAL APPLICATION
OF NARDELLA & NARDELLA, PLLC, FOR AWARD OF
COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD MAY 17, 2016 THROUGH JULY 8, 2016**
(Progressive Plumbing, Inc.)
(Amended to attach Exhibit(s) only)

## I.    SUMMARY

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Michael A. Nardella (MAN) | 31.7 | $300.00 | $9510.00 |
| **PARAPROFESSIONALS:** | | | |
| Gina Reid (GR) | 21.4 | $145.00 | $3103.00 |

**TOTALS**

| | | |
|---|---|---|
| ATTORNEYS | 31.7 | $9510.00 |
| ALL | 53.1 | $12,613.00 |
| | | |
| TOTAL | | $12,613.00 |

## II.     NARRATIVE SUMMARY.

### A.     Background.

1.     Petition Date.  This case was filed on August 24, 2015 (the "Petition Date").

2.     Order Authorizing Employment.  On October 7, 2015, this court authorized the employment of Michael A. Nardella and Nardella & Nardella, PLLC  ("N&N") ( Doc No. 107) as legal counsel for Progressive Plumbing, Inc. ("Plumbing").

3.     Terms and Conditions of Employment and Compensation.

a.     Order Approving. The terms and conditions of the employment and compensation of N&N are set forth in the order authorizing employment.  The declaration of proposed attorney and disclosure of compensation filed in this case by N&N are incorporated herein by reference thereto.

b.     Sharing of Compensation. The co-counsel relationship of Roman V. Hammes, P.L. ("RVH PL") and N&N was disclosed in the Verified Disclosures of Compensation filed in this case. Except for that co-counsel relationship and as provided in Bankruptcy Code Section 504(b),

N&N has not shared or agreed to share any compensation or reimbursement with another person or received by another person under Bankruptcy Code Sections 503(b)(2), (4).

    c. <u>Payments Made or Promised</u>.

      (i) Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay N&N for services rendered or to be rendered by N&N in connection with this case as follows:

        (A) reasonable compensation for actual necessary services rendered by N&N, considering the nature, extent and value of such services, taking into account all relevant factors;

        (B) reimbursement for actual, necessary expenses;

      (ii) $ 8460.00 was paid for legal services provided prior to the Petition Date; and

      (iii) $0.00 was paid as a retainer for representation of the three affiliate debtors involved in this consolidated case- Plumbing, Progressive Services, LLC and Gracious Design Living Center, Inc. (the "Retainer").

    d. <u>Source</u>.  The source of the funds is the Debtor.

    e. <u>Status of Retainer.</u>  In the order authorizing employment of attorney, the court authorized RVH PL and N&N to bill against the Retainer in the ordinary course towards compensation for professional services and reimbursement of expenses without further order, but subject to a final review and approval by the Court.  Pursuant to that order, the Retainer has been exhausted.

f.      Prior Application and Order.  N&N filed its first fee application for the time and expenses through May 16, 2016 (Doc. No. 291). The application was granted (Doc. No. 335.)

4.      N&N's Hourly Rates.  The attorneys and paraprofessionals assigned to this case and their hourly rates are as follows:

| ATTORNEYS/PARAPROFESSIONALS | RATE |
|---|---|
| **ATTORNEYS:**<br>Michael A. Nardella (MAN) | $300.00 |
| **PARALEGALS:**<br>Gina Reid (GR) | $145.00 |

5.      Application Interval.   This application is a first application or is filed more than 120 days after the Petition Date or the last application.

6.      Time period of this application.  This is an application for the period May 17, 2016 through July 8, 2016.

7.      Prior Review.  The Debtor has been served with a copy of this application.

**III.    Case Status.**

**A.      Administrative.**

1.      Case Administration. The Court entered an order confirming this case on July 8, 2016 Soc. No. 360.)

2       Quarterly Fees.  Debtor is current on the payment of quarterly fees to the United States Trustee

B.    **Project Summary**.    N&N seeks compensation and reimbursement for the invoices attached as Composite Exhibit A. For information on the specific tasks performed, please refer to Exhibit "A". Below is a summary of the tasks performed projects/tasks:

### 1.    Case Administration

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .7 | $210.00 |
| Gina Reid (GR) | $145.00 | 19.1 | $2,769.50 |
| TOTALS | | 19.8 | $2,979.50 |

### 2.    Asset Analysis & Recovery

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 1.0 | $300.00 |
| Gina Reid (GR) | $145.00 | | |
| TOTALS | | 1 | $300.00 |

### 3.    Relief from Stay- Adequate Protection Proceedings

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 7.3 | $2,190.00 |
| Gina Reid (GR) | $145.00 | | |
| TOTALS | | 7.3 | $2,190.00 |

## 4.  Fee/Employment Applications

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 2.2 | $660.00 |
| Gina Reid (GR) | $145.00 | 2.3 | $333.50 |
| TOTALS | | 4.5 | $993.50 |

## 5.  Other Contested Matters

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .1 | $30.00 |
| Gina Reid (GR) | $145.00 | | |
| TOTALS | | .1 | $30.00 |

## 6.  Claims Administration & Objections

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | .9 | $270.00 |
| Gina Reid (GR) | $145.00 | | |
| TOTALS | | .9 | $270.00 |

## 7.  **Plan and Disclosure Statement**

Summary of time/professional and compensation requested.

| ATTORNEYS/PARALEGALS | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Michael A. Nardella (MAN) | $300.00 | 19.5 | $5850.00 |
| Gina Reid (GR) | $145.00 | | |
| TOTALS | | 19.5 | $5850.00 |

**C.**    **Evaluation Standards**.  In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of services rendered taking into account all relevant factors, including the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974)  as follows:

1.    Time and Labor Required.  N&N has acted as co-bankruptcy counsel for the Debtor since the petition date.  RVH PL and N&N have worked diligently to segregate work assignments and avoid duplicate work. N&N has spent a total of 53.1 hours in rendering services to Plumbing.

2.    Novelty and Difficulty of Questions.

a.    Business of Debtor.  Plumbing is a commercial plumbing contractor in Clermont who has been in business since 1985.  Plumbing's role is generally as a subcontractor on large commercial construction projects, ranging from hotels, condominiums, and other multi-story structures.

b.    Precipitating Factors.  As stated in the case management summary, Plumbing filed this bankruptcy case to primarily address liability issues associated with Allied its bonding company. The bankruptcy filing was necessary to allow Plumbing to continue its operations and avoid the liquidation of its assets.

3.      <u>Skill Necessary to Properly Perform Legal Services</u>.  The representation by N&N involved a high degree of skill due to: (i) the complexity of the Debtor's financial affairs; (ii) the limited options available to reorganize the Debtor; (iii) decline in business and general market conditions; and (iii) negotiation with creditors.

4.      <u>Preclusion of Other Employment Due to Acceptance of Case</u>.  Representation in this case involved a considerable commitment of the resources of N&N.  N&N was not otherwise precluded from other employment.

5.      <u>Customary Fee</u>.  The fees requested in this case are the current rates charged by N&N's for legal services based on the nature, extent and value of such services, taking into account all relevant factors.

6.      <u>Fees Fixed or Contingent</u>.  N&N requests allowance of reasonable fees based on Section 330 and 331 of the Bankruptcy Code and the fee agreement between N&N and the Debtor. N&N did not intend to undertake representation on the basis of a contingent fee.

7.      <u>Time Limitations Imposed by Case</u>.  Time limitations were imposed by orders of the Bankruptcy Court and Bankruptcy Code.  There were no unique time limitations in this case.

8.      <u>Amount Involved and the Results Obtained</u>.    Plumbing's plan of reorganization was confirmed following a hearing on June 10, 2016 and via written order on July 8, 2016.

9.      <u>Undesirability of the Case</u>.  Because of the required commitment of immediate time to this case, this case has caused N&N to defer work on other matters.  N&N has experienced delay in payment of fees and costs and assumed a substantial risk of non-payment if the case were not confirmed.  The delay in payment of N&N's fees further reduces the value of any award.  In *Missouri v. Jenkins*, 109 S.Ct. 2463 (1989), the Court recognized that delay in payment may justify

an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee." This case is not otherwise undesirable.

        10.    <u>Nature and Length of Professional Relationship with Debtor</u>.  RVH N&N conferred with the Debtor regarding the filing of this case.  N&N has no other prior professional relationship with the Debtor. N&N represented the three affiliate debtors in this jointly administered case.

        11.    <u>Awards in Similar Cases</u>.  Based on the foregoing factors, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

## IV.    **REIMBURSEMENT FOR ACTUAL, NECESSARY EXPENSES**.

Below is a summary of the actual, necessary out-of-pocket expenses incurred by N&N as counsel for the Debtor and Debtor-in-Possession:

| ITEM | AMOUNT |
|---|---|
| Printing and Mailing Costs | $2.82 |
| **TOTAL** | $2.82 |

N&N seeks reimbursement of these costs at the same or lower rates than N&N charges its other clients.

**V.    DECLARATION.**  The undersigned offers this declaration under penalty of perjury in support of the foregoing Application of Attorneys for the Debtor for Award of Compensation for Services Rendered and Reimbursement of Expenses:

      A.      I am a member with Nardella & Nardella, PLLC ("N&N"), a Florida limited liability company engaged in the practice of law, and in that capacity have control over the books and records of N&N relating to the matters set forth herein, which books and records are kept and maintained by N&N in the ordinary course of its business.  I make this declaration based upon personal knowledge of the matters set forth herein.

      B.      I am the billing and responsible attorney assigned by N&N to represent the Debtor.

      C.      The foregoing application of N&N is true and correct.

      Dated: August 19, 2016.

**VI.    CERTIFICATE OF SERVICE.**  I certify that a copy of the Application of Attorney for the Debtor for Award of Compensation of Services Rendered and Reimbursement of Expenses and all attachments has been served on August 19, 2016 by electronic notice and/or first class United States mail to the CM/ECF participants in this case, the United States Trustee's Office.

    /s/ Michael A. Nardella
    Michael A. Nardella, Esq.
    Florida Bar No. 051265
    **Nardella & Nardella, PLLC**
    250 East Colonial Drive, Suite 102
    Orlando, FL 32801
    (407) 966-2680
    mnardella@nardellalaw.com

    Attorneys for the Debtor

## Composite Exhibit "A"



**INVOICE**

Invoice # 512
Date: 07/11/2016

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

## 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

**Services**

| Date | Attorney | Description | Quantity |
|------|----------|-------------|----------|
| 05/17/2016 | GR | Further revisions to motion for turnover, per Mike Nardella | 0.20 |
| 05/17/2016 | MN | A103 Draft/revise B120 Asset Analysis and Recovery.: Revise motion for turnover of booster system | 0.10 |
| 05/18/2016 | GR | Finalize and electronically file Debtor's Motion for Turnover with the Court, attention to service issues for same | 0.30 |
| 05/18/2016 | MN | A103 Draft/revise B160 Fee/Employment Applications.: Review and prepare fee applications | 0.30 |
| 05/19/2016 | MN | A103 Draft/revise B160 Fee/Employment Applications.: Continue working on fee applications | 0.50 |
| 05/19/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call to client regarding claims and plan confirmation | 0.40 |
| 05/20/2016 | MN | A104 Review/analyze B160 Fee/Employment Applications.: Continued review of fee applications | 1.40 |
| 05/20/2016 | GR | Assist in finalizing fee application and filing same | 1.20 |
| 05/24/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Email client regarding booster system | 0.10 |
| 05/24/2016 | GR | Review notice from Court advising of need to notice application for hearing, and follow-up with Mike Nardella on same to ensure compliance | 0.10 |

| 05/25/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call to counsel for Allied regarding vote | 0.40 |
|---|---|---|---|
| 05/27/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Review and respond to email with client regarding ballots | 0.30 |
| 05/31/2016 | MN | A102 Research B310 Claims Administration and Objections.: Research regarding objection to claims | 0.30 |
| 06/01/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review ballots and voting requirements | 0.10 |
| 06/01/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding voting and ballot | 0.40 |
| 06/02/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Review and respond to emails with creditors regarding upcoming confirmation and ballots | 0.60 |
| 06/02/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Emails with counsel for Allied regarding plan amendments | 0.40 |
| 06/03/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client regarding plan issues with Allied and negative vote of K&K | 1.50 |
| 06/03/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Find modification form for bank | 0.20 |
| 06/03/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call and preparation for call with counsel for K&K | 0.70 |
| 06/04/2016 | MN | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan).: Prepare for confirmation and draft confirmation memorandum, amended joint plan, and review ballot tabulation | 4.60 |
| 06/06/2016 | MN | A106 Communicate (with client) B320 Plan and Disclosure Statement (including Business Plan).: Call with client re K&K | 0.20 |
| 06/06/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Edits to confirmation memorandum | 0.20 |
| 06/06/2016 | MN | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan).: Call regarding ballot tabulation | 0.90 |
| 06/06/2016 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review proposed order on stay relief | 0.10 |
| 06/07/2016 | GR | Confer with Mike Nardella regarding preparations for confirmation hearing this week (preparing hearing notebook) | 0.10 |
| 06/07/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call to US Trustee's office regarding confirmation | 0.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 06/07/2016 | GR | Review Judge Jenneman's court calendar docket for confirmation hearing, review court docket to retrieve 16 documents set for hearing to begin preparing for hearing notebook | 1.50 |
| 06/07/2016 | MN | A106 Communicate (with client) B310 Claims Administration and Objections.: Call with client regarding PCL claim | 0.20 |
| 06/07/2016 | MN | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan).: Plan for upcoming confirmation hearing and outline proposed agenda | 0.20 |
| 06/07/2016 | MN | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan).: Call to counsel for Allied regarding Kellogg and Kimsey | 0.10 |
| 06/07/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft response to motion for relief from stay | 1.90 |
| 06/07/2016 | GR | Begin drafting notice of proposed agenda for upcoming hearings | 0.30 |
| 06/08/2016 | MN | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan).: General preparations for confirmation | 0.60 |
| 06/08/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Continue drafting response in opposition to motion for relief from stay | 1.30 |
| 06/08/2016 | GR | Finalize draft of proposed agenda with 35+ items, access court docket for additional documents as needed, review Judge Jenneman's calendar of items on docket, assemble hearing notebook | 3.00 |
| 06/08/2016 | GR | Confer with Mike Nardella regarding draft hearing notebook, further revisions to same | 0.10 |
| 06/08/2016 | GR | Revise proposed agenda per Mike Nardella and reconcile with Judge Jennemann's updated calendar, email to Mike Nardella and Roman Hammes re same | 0.60 |
| 06/08/2016 | GR | Review email from Roman re changes to proposed agenda, revise proposed agenda, re-assemble hearing binder to correspond to same | 0.40 |
| 06/09/2016 | MN | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan).: General preparations for confirmation hearing tomorrow | 3.30 |
| 06/09/2016 | GR | Finalize and electronically file notice of proposed agenda, update hearing notebook with recently filed items by Mike Nardella and Roman Hammes | 0.20 |
| 06/09/2016 | GR | Finalize and electronically file Response in Opposition to Allied's Motion for Relief, further updates to hearing notebook | 0.10 |
| 06/09/2016 | GR | Review and respond to email from Roman Hammes regarding preparations for tomorrow, hearing notebook | 0.10 |
| 06/09/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Call to counsel for Evergreen regarding confirmation | 0.30 |
| 06/10/2016 | MN | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan).: Prepare for and attend confirmation hearing and hearing on | 3.00 |

| | | motions for relief from stay, motions for cramdown, and applications for payment of administrative expenses | |
|---|---|---|---|
| 06/10/2016 | GR | Confer with Mike Nardella regarding final preparations for today's hearing, prepare paralegal notes and other preparations for hearing, confer with Mike on summary of fee apps, prepare summary of all fee apps | 0.50 |
| 06/10/2016 | GR | Attending confirmation hearing with attorneys to take notes on judge's rulings to ensure proper orders are submitted | 2.20 |
| 06/10/2016 | GR | Draft email to Roman Hammes and Mike Nardella regarding judge's rulings from today, orders that need to be prepared | 0.20 |
| 06/13/2016 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: ███████████ ███████████ | 0.10 |
| 06/14/2016 | MN | A104 Review/analyze B190 Other Contested Matters (excluding assumption/ rejection motions).: Review motion for approval to file reply and emails with counsel for Allied on same | 0.10 |
| 06/15/2016 | MN | A106 Communicate (with client) B120 Asset Analysis and Recovery.: Review and respond to emails with client regarding timeframe for decision on SC funds | 0.10 |
| 06/15/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review proposed orders | 0.20 |
| 06/15/2016 | GR | Review court's proceeding memo from last week's hearings, review emails from Roman's office as to delegation of task on preparation of orders, determine orders that Nardella & Nardella will prepare, confirm with Mike Nardella, email to Roman's office re same | 0.50 |
| 06/15/2016 | GR | Draft orders granting Nardella & Nardella fee applications (3), draft order directing clerk to close case in adversary proceeding | 0.50 |
| 06/15/2016 | GR | Attention to electronic service of court's order on compromise | 0.10 |
| 06/15/2016 | GR | Review court issued Notice Scheduling Status Conference on Post Confirmation Matters, and attention to issues on same to ensure compliance | 0.10 |
| 06/15/2016 | GR | Continue draft of three-count complaint against Kast, reviewing in detail Sasso's demand letter and reviewing client documentation to support said allegations for the complaint | 1.00 |
| 06/16/2016 | GR | Finalize and upload three proposed orders on fee applications to court | 0.30 |
| 06/17/2016 | MN | Review to-do lists for post-confirmation requirements | 0.10 |
| 06/17/2016 | GR | Review email from Roman Hammes re action items, follow-up with Mike on same | 0.10 |
| 06/17/2016 | MN | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings.: Review order granting more time regarding reply and sur reply and send same to client | 0.10 |
| 06/20/2016 | GR | Electronic service of adversary proceeding order | 0.10 |
| 06/20/2016 | GR | Review three fee app orders entered, review service requirements and email to Mike Nardella on same | 0.10 |

| 06/22/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Review and revise proposed confirmation order | 0.20 |
|---|---|---|---|
| 06/22/2016 | GR | Confer with Mike Nardella regarding revisions to 14-page confirmation order | 0.10 |
| 06/22/2016 | GR | Further revisions to confirmation order including addressing impaired classes, reviewing local rules to ensure compliance with additional language on conditional injunctions, revisions per Mike Nardella | 0.90 |
| 06/22/2016 | GR | Work with Lauren in Roman's office and Audrey on logistics on serving 8 recent orders entered by the court | 0.50 |
| 06/22/2016 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review reply filed by Allied on SC proceeds | 0.10 |
| 06/22/2016 | GR | Work on preparing 14-page confirmation order in draft for Mike Nardella's review | 1.50 |
| 06/23/2016 | GR | Review court order on Allied's motion for relief as to filing sur-reply, attention to issues to ensure compliance with same | 0.10 |
| 06/23/2016 | GR | Prepare Proof of Service for three fee application orders | 0.30 |
| 06/23/2016 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to emails from client regarding Evergreen funds | 0.20 |
| 06/23/2016 | MN | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings.: Call with client regarding Evergreen funds | 0.40 |
| 06/23/2016 | GR | Finalize and electronically file proof of service as to three fee applications | 0.20 |
| 06/23/2016 | GR | Draft proposed order granting motion for Kast to turnover booster pump | 0.20 |
| 06/23/2016 | GR | Finalize and electronically upload proposed order on motion for turnover to clerk | 0.10 |
| 06/25/2016 | MN | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings.: Draft sur reply regarding collection of funds from Hyatt South Carolina | 2.80 |
| 06/25/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Edit confirmation order | 0.30 |
| 06/27/2016 | MN | A108 Communicate (other external) B140 Relief from Stay/Adequate Protection Proceedings.: Review and respond to emails from counsel for K&K and review executed agreement | 0.20 |
| 06/28/2016 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: Review turnover order and send to client | 0.10 |
| 06/29/2016 | MN | A104 Review/analyze B310 Claims Administration and Objections.: Analyze strategy for claims objections | 0.10 |
| 06/29/2016 | MN | Review confirmation order and prepare for submission | 0.10 |
| 06/29/2016 | MN | A103 Draft/revise B120 Asset Analysis and Recovery.: Revise order on service of turnover | 0.10 |

| 06/29/2016 | GR | Finalize confirmation order and electronically submit same to clerk | | | 0.20 |
|---|---|---|---|---|---|
| | | | Quantity Subtotal | | 48.1 |
| | | | Services Subtotal | | $11,640.00 |

## Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/18/2016 | E108 Postage: Postage for service of Motion for Turnover (3 @ $.47 each) | 1.00 | $1.41 | $1.41 |
| 06/30/2016 | E108 Postage: Postage for mailing Order Granting Debtor's Motion for Turnover of Property of the Estate (Doc 358) (x3) | 1.00 | $1.41 | $1.41 |
| | Expenses Subtotal | | | $2.82 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Nardella | 30.1 | $300.00 | $9,030.00 |
| Gina Reid | 18.0 | $145.00 | $2,610.00 |

| | | |
|---|---|---|
| Quantity Total | | 48.1 |
| Subtotal | | $11,642.82 |
| Total | | $11,642.82 |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 103 | 10/27/2015 | $21,330.00 | $10,686.75 | $10,643.25 |
| 231 | 01/15/2016 | $14,659.12 | $0.00 | $14,659.12 |
| 403 | 05/16/2016 | $30,420.74 | $0.00 | $30,420.74 |
| 550 | 08/07/2016 | $433.50 | $0.00 | $433.50 |
| 563 | 08/07/2016 | $1,140.00 | $0.00 | $1,140.00 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 512 | 07/11/2016 | $11,642.82 | $0.00 | $11,642.82 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$68,939.43** |
| | | | **Total Amount Outstanding** | **$68,939.43** |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.



# INVOICE

Invoice # 550
Date: 08/07/2016

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

## 1687-00001/Progressive Plumbing, Inc.-Chapter 11 Representation

## Chapter 11 Representation

| Date | Attorney | Description | Quantity |
|------|----------|-------------|----------|
| 07/06/2016 | MN | A108 Communicate (other external) B110 Case Administration.: Call with court officer regarding confirmation order | 0.10 |
| 07/06/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call to Mindy Wengerd regarding mediation and settlement agreement | 0.10 |
| 07/06/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Call to client regarding administrative updates | 0.10 |
| 07/06/2016 | MN | A106 Communicate (with client) B110 Case Administration.: Call with client regarding insurance issues | 0.30 |
| 07/06/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Emails regarding alterations of confirmation order | 0.20 |
| 07/07/2016 | MN | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan).: Review amended confirmation order | 0.10 |
| 07/07/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Call with counsel for Allied regarding insurance and K&K claims | 0.10 |
| 07/07/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review form for post-confirmation status reports | 0.10 |
| 07/07/2016 | GR | Confer with Mike Nardella regarding email from Roman, uploading revised confirmation order | 0.10 |
| 07/07/2016 | GR | Further revise confirmation order, finalize and upload/electronically file same | 0.20 |

| | | | |
|---|---|---|---|
| 07/08/2016 | MN | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan).: Review confirmation order and calculate effective date and inform client as to same | 0.10 |
| 07/08/2016 | MN | A108 Communicate (other external) B310 Claims Administration and Objections.: Emails with counsel for Allied regarding K&K claim issues | 0.10 |
| | | **Quantity Subtotal** | **1.6** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Nardella | 1.3 | $300.00 | $390.00 |
| Gina Reid | 0.3 | $145.00 | $43.50 |

| | | | |
|---|---|---|---|
| | | **Quantity Total** | **1.6** |
| | | **Subtotal** | **$433.50** |
| | | **Total** | **$433.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 103 | 10/27/2015 | $21,330.00 | $10,686.75 | $10,643.25 |
| 231 | 01/15/2016 | $14,659.12 | $0.00 | $14,659.12 |
| 403 | 05/16/2016 | $30,420.74 | $0.00 | $30,420.74 |
| 512 | 07/11/2016 | $11,642.82 | $0.00 | $11,642.82 |
| 563 | 08/07/2016 | $1,140.00 | $0.00 | $1,140.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 550 | 08/07/2016 | $433.50 | $0.00 | $433.50 |
| | | | **Outstanding Balance** | **$68,939.43** |
| | | | **Total Amount Outstanding** | **$68,939.43** |

Please make all amounts payable to: Nardella & Nardella, PLLC



# INVOICE

Invoice # 551
Date: 08/07/2016

250 East Colonial Drive, Suite 102
Orlando, Florida 32801

Progressive Plumbing, Inc.

## 1687-00002/Progressive Plumbing, Inc.-adv. Kast Construction III, LLC

## adv. Kast Construction III, LLC

| Date | Attorney | Description | Quantity |
|------|----------|-------------|----------|
| 06/14/2016 | MN | A104 Review/analyze B120 Asset Analysis and Recovery.: ▮▮▮▮ | 0.30 |
| 06/14/2016 | GR | Meeting with Mike Nardella to discuss issues, facts ▮▮▮▮ | 0.30 |
| 06/14/2016 | GR | Review materials received from client in anticipation of meeting with Mike Nardella ▮▮▮▮ | 0.30 |
| 06/14/2016 | GR | Research ▮▮▮▮ | 0.50 |
| 06/14/2016 | GR | Begin draft of complaint ▮▮▮▮ | 2.00 |

|  |  | **Quantity Subtotal** | **3.4** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Michael Nardella | 0.3 | $300.00 | $90.00 |
| Gina Reid | 3.1 | $145.00 | $449.50 |

|  |  | **Quantity Total** | **3.4** |
|  |  | **Subtotal** | **$539.50** |
|  |  | **Total** | **$539.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 564 | 08/07/2016 | $1,890.00 | $0.00 | $1,890.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 551 | 08/07/2016 | $539.50 | $0.00 | $539.50 |
| | | | **Outstanding Balance** | **$2,429.50** |
| | | | **Total Amount Outstanding** | **$2,429.50** |

Please make all amounts payable to: Nardella & Nardella, PLLC

Payment is due upon receipt.

Payment is due upon receipt.