ORDERED.

Dated: September 30, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

    Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

**ORDER SUSTAINING DEBTOR'S OBJECTION TO THE SCHEDULED
CLAIM OF RINALDI (Doc. No. 382)**

This case came before the Court to consider and act upon the objection of Debtor, Progressive Plumbing, Inc., to the scheduled claim of Rinaldi (Doc. No. 382) (the "Objection"). The record reflects that (i) the Objection was filed and served pursuant to Local Rule 2002-4 on August 22, 2016; (ii) the time period for responding to the Objection has passed; and (iii) no response has been filed.

Accordingly, it is hereby

ORDERED:

1.    The Objection is sustained.

2.       The scheduled claim of Rinaldi is disallowed in its entirety.

Attorney, Roman V. Hammes, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.