

**Powers McNalis
Torres Teebagy Luongo**
ATTORNEYS AT LAW

December 18, 2015

**Via U.S. Certified Mail**
**7013 0600 0000 7028 8381**
Progressive Plumbing
1064 West Highway 50
Clermont, Florida 34711

RE: Insured      : Le Jordin at Hammock Dunes
                   Condominium Association, Inc.
     Insurer      : Lexington Insurance Company
     Policy No.   : 62824260
     Claim No.    : 683-620714-SUB-1
     Date of Loss : September 30, 2015
     Site of Loss : 28 Porto Mar
                    Palm Coast, Florida 32137
     Our File No. : 13788

Dear Sir or Madam:

This law firm represents Lexington Insurance Company. Our client alleges that it has a claim, as subrogee, regarding the above-referenced matter. Our client feels that Progressive Plumbing is liable for the property damaged as a result of a water loss.

But for Progressive Plumbing's negligence, this loss could have been avoided. Therefore, Progressive Plumbing's negligence was the sole proximate cause of the damage to the above-referenced property.

Please contact this office to confirm the total amount due to settle this matter. Payment should be made payable to Powers McNalis Torres Teebagy Luongo Trust Account and mailed to Powers McNalis Torres Teebagy Luongo at P.O. Box 21289, West Palm Beach, Florida 33416-1289. File number LEXING-13788 should be referenced on the check.

Further, pursuant to section 627.4137, Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella insurance, which does or may provide liability insurance coverage for this claim:

| Miami | West Palm Beach | Tampa |
|---|---|---|
| 786.257.2830 | 561.588.3000 | 813.769.3700 |

P.O. Box 21289, West Palm Beach, FL 33416
t 888.588.3003   f 561.588.3705   w powersmcnalis.com

Established 1983



EXHIBIT "A"

Progressive Plumbing
December 18, 2015
Page 2 of 2

      a. Name of insurer(s);

      b. Name of each insured;

      c. Limits of liablity coverage;

      d. Statement of any policy of coverage defenses which your insurance company reasonably believes is available under any of the policies which may provide liability insurance coverage for this claim; and

      e. A copy of the policy.

Please be advised that the statement providing the requested information must be made under oath by a corporate officer must be provided within thirty (30) days of this request. In addition, a statement by the corporate officer must be amended immediately upon discovery of any facts calling for an amendment to said statement.

Thank you for your anticipated cooperation and attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

                Very truly yours,

                POWERS MCNALIS TORRES TEEBAGY LUONGO

                Courtney A. Siders
                Jasmin C. Freeman
                For the Firm

CAS/JF/mv
13788