

**Powers McNalis
Torres Teebagy Luongo**
ATTORNEYS AT LAW

February 5, 2016

<u>**Via E-mail**</u>
Jason Woodall for Engle Martin o/b/o
jwoodall@englemartin.com

|  |  |  |
|---|---|---|
| RE: | Insured | : Le Jordin at Hammock Dunes Condominium Association, Inc. |
|  | Insurer | : Lexington Insurance Company |
|  | Policy No. | : 62824260 |
|  | Claim No. | : 683-620714-SUB-1 |
|  | Date of Loss | : September 30, 2015 |
|  | Site of Loss | : 28 Porto Mar Palm Coast, Florida 32137 |
|  | Our File No. | : 13788 |

Dear Mr. Martin:

This law firm represents Lexington Insurance Company. Our client alleges that it has a claim, as subrogee, regarding the above-referenced matter. Our client feels that Progressive Plumbing is liable for the property damaged as a result of a water loss. We sent an initial demand to Progressive and it never responded with the statutorily required 627 insurance information. I am reattaching the request for insurance information. I am aware there is a lawsuit pending against Progressive by one of the four damaged unit owners. My client insures the Association which has been damaged by the negligence of your insured, Progressive Plumbing.

But for Progressive Plumbing's negligence, this loss could have been avoided. Therefore, Progressive Plumbing's negligence was the sole proximate cause of the damage to the above-referenced property.

Please contact this office to confirm the total amount due to settle this matter. Payment should be made payable to Powers McNalis Teebagy Luongo Trust Account and mailed to Powers McNalis Teebagy Luongo at P.O. Box 21289, West Palm Beach, Florida 33416-1289. File number LEXING-13788 should be referenced on the check.

Miami
786.257.2830

West Palm Beach
561.588.3000

Tampa
813.769.3700

P.O. Box 21289, West Palm Beach, FL 33416
t 888.588.3003   f 561.588.3705   w powersmcnalis.com
Established 1983

EXHIBIT "B"

Engle Martin
Jason Woodall
February 5, 2016
Page 2 of 2

    Further, pursuant to section 627.4137, Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella insurance, which does or may provide liability insurance coverage for this claim:

    a. Name of insurer(s);

    b. Name of each insured;

    c. Limits of liablity coverage;

    d. Statement of any policy of coverage defenses which your insurance company reasonably believes is available under any of the policies which may provide liability insurance coverage for this claim; and

    e. A copy of the policy.

    Please be advised that the statement providing the requested information must be made under oath by a corporate officer must be provided within thirty (30) days of this request. In addition, a statement by the corporate officer must be amended immediately upon discovery of any facts calling for an amendment to said statement.

    Thank you for your anticipated cooperation and attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

    Very truly yours,

    POWERS MCNALIS TEERAGY LUONGO

    Courtney A. Siders
    Partner
    For the Firm

CAS/mv
Enclosure
13788