UNITED STATES BANKRUPTUCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CHAPTER 11
                                                    CASE NO.: 6:15-BK-07275-KSJ
PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and          JOINTLY ADMINISTERED WITH
GRACIOUS LIVING DESIGN                  CASE NO.: 6:15-BK-07276-KSJ
CENTER, INC                             CASE NO.: 6:15-BK-07277-KSJ

                Defendant.
_____/

### AFFIDAVIT OF GREGORY C. MAASWINKEL

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority personally appeared Gregory C. Maaswinkel, who after being duly sworn, deposes and says the following:

1. I am over the age of 18 and have personal knowledge of the facts and events contained herein.

2. Maaswinkel Law P.A. was previously known as Esquire Legal Group, P.A.

3. Esquire Legal Group, P.A. (now known as Maaswinkel Law P.A.) moved from 801 N. Magnolia Avenue, Suite 405, Orlando, Florida in October 2015 to the new address of 629 N. Fern Creek Avenue, Orlando, Florida 32803. For the move, files, filing, and mail was packed up. The Notice of Chapter 11 for this case was not boxed with the Joseph Buttlieri file as it was misfiled and the deadline was not calendared.

1

Exhibit "A"

4. Immediately upon learning of the error, the undersigned filed the Proof of Calim on December 11, 2015.

FURTHER, AFFIANT SAYETH NOT.

_____  10/24/2016
Gregory C. Maaswinkel

Sworn to and subscribed before me this 24th day of October, 2016.

Notary Public, State of Florida

Print, Type or Stamp Commissioned Name of Notary

(Personally Known) – or – Produced Identification

Type of Identification Produced:_____

_____
Signature of Notary Public

```
ARELIS FROMETA
Notary Public - State of Florida
Commission # FF 927457
My Comm. Expires Oct 14, 2019
Bonded through National Notary Assn.
```