UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.,

      Debtors.
_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

**ALLIED WORLD SPECIALTY INSURANCE COMPANY'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 34-2 FILED BY KELLOGG & KIMSEY, INC., AND IN THE ALTERNATIVE, AS TO ALLIED WORLD SPECIALTY INSURANCE COMPANY PURSUANT TO ARTICLE IV, (F) OF THE JOINT PLAN**

    Allied World Specialty Insurance Company ("Allied"), a creditor and party in interest, submits this *Response to Debtor's Objection to Claim No. 34-2 Filed by Kellogg & Kimsey, Inc., and in the Alternative, as to Allied World Specialty Insurance Company Pursuant to Article IV, (F) of the Joint Plan* [Doc. 448] and in support hereof states as follows:

    In paragraph 26 and 27 of the Debtor's Objection, the Debtor files its claim objection against any derivative claim filed by Allied "to the extent necessary to preserve and reserve its right to have the Court make any determination of payment to Allied related to the Claim." (Doc. 448, ¶¶ 26-27). Allied hereby intends to preserve all rights it has under the first amended plan of reorganization [Doc. 302] and any other right it may have under contract, at law, or in equity.

    Dated: November 4, 2016

Respectfully submitted,

*s/Jonathan P. Cohen*
Jonathan P. Cohen, P.A.
Florida Bar No. 11526
500 East Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394
Telephone: (954) 462-8850
Facsimile: (954) 848-2987
jcohen@jcohenpa.com service@jcohenpa.com
*Counsel for Allied World Specialty*
*Insurance Company*

Certificate of Service

I hereby certify that on November 4, 2016, I electronically filed and served the foregoing with the Clerk of the Court by using the CM/ECF system to all parties participating in the CM/ECF system.

*/s/Jonathan P. Cohen*
Jonathan P. Cohen