FOR UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.

    Chapter 11
    Case No.: 6:15-bk-07275-KSJ

PROGRESSIVE SERVICES, LLC and     Case No.: 6:15-bk-07276-KSJ
GRACIOUS LIVING DESIGN     Case No.: 6:15-bk-07277-KSJ
CENTER, INC.
    Debtor.
_____/

## MEDIATION REPORT

The parties were all in attendance at mediation at the offices of Gurley & Vitale in Sarasota on Thursday, November 17, 2016. Mediation concluded with an adjournment and agreement by all parties to continue engaging in further settlement negotiations.

I HEREBY CERTIFY that I electronically filed the foregoing document this 17th day of November, 2016, with the Clerk of Court using CM/ECF and that a true and copy hereof was served via transmission of Notices of Electronic Filing generated by CM/ECF to counsel of record.

    CIKLIN LUBITZ & O'CONNELL
    515 North Flagler Drive, 20th Floor
    West Palm Beach, FL 33401
    Telephone: (561) 832-5900
    Facsimile: (561) 833-4209

    */s/ Bruce G. Alexander*
    BRUCE G. ALEXANDER, MEDIATOR
    Florida Bar No.: 393452
    balexander@ciklinlubitz.com
    rbasil@ciklinlubitz.com