ORDERED.

Dated: March 24, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| | **CASE NO.: 6:15-BK-07275-KSJ** |
| **PROGRESSIVE PLUMBING, INC.,** | |
| | |
| **PROGRESSIVE SERVICES, LLC, and** | **JOINTLY ADMINISTERED WITH** |
| **GRACIOUS LIVING DESIGN** | **CASE NO.: 6:15-BK-07276-KSJ** |
| **CENTER, INC.** | **CASE NO.: 6:15-BK-07277-KSJ** |
| | |
| **Debtors.** | |
| _____/ | |

**ORDER GRANTING MOTION FOR FINAL DECREE**
(Progressive Services)

This case came on for hearing on March 8, 2017, on Debtor Progressive Services, LLC's Motion for Final Decree (Doc. No. 515) (the "Motion"). Based on the representations made in the Motion and for the reasons stated in open court, accordingly it is:

ORDERED:

1.  The Motion is granted.

2.  The case of Progressive Services, LLC (case number 6:15-bk-07276-KSJ) is hereby closed.

3. Progress Services, LLC is directed to file any outstanding financial reports and to pay all fees due to the United States Trustee within 30 days of this order.

Roman V. Hammes is directed to serve a copy of this Order on interested parties and file proof of service within 3 days of entry of the Order.